# EXHIBIT A

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

<u>Andrew Tate, Tristan Tate</u>
Plaintiff                                                      Case # _____
                                                                 Judge _____

vs.

<u>Emma Gabbey, Mona Tabbara Gabbey, William Gabbey, Mathieu Martelly</u>
Defendant

---

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.   TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☒ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☒ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>8</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Thomas Maniotis</u>        Fla. Bar # <u>122414</u>
        Attorney or party           (Bar # if attorney)

<u>Thomas Maniotis     </u>       <u>07/11/2023</u>
  (type or print name)         Date

NOT A CERTIFIED COPY

# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA
### CIVIL DIVISION

**TRISTAN TATE, an individual and
ANDREW TATE, an individual**

Plaintiffs,

v.

**CASE NO.
DIV.**

**EMMA GABBEY, an individual,
MONA TABBARA GABBEY, an individual,
WILLIAM GABBEY, an individual,
ALIONA UNTILA, an individual, and
MATTHIEU MARTELLY, an individual**

Defendants,

---

**Complaint for damages exceeding $5,000,000.00 for defamation, defamation per se, commercial defamation, false imprisonment, tortious interference of a business relationship, civil conspiracy, intentional infliction of emotional distress, and negligent infliction of emotional distress.**

---

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p: (32) 313-8642
e: tamaniots@equitylegal.net
*Attorneys for Plaintiffs*

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.
New York State Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Attorneys for Plaintiffs*
(*Pro Hac Vice motion filed
contemporaneously  this complaint*)

1

# TABLE OF CONTENTS

*INTRODUCTION* ........................................................................................................ *4*

*COMPLAINT* .............................................................................................................. *5*

*PARTIES* .................................................................................................................... *5*

*JURISDICTION AND VENUE* ...................................................................................... *5*

*STATEMENT OF FACTS* ............................................................................................. *6*

*THE TATE BROTHERS* ............................................................................................... *6*

*EMMA GABBEY: UPON INFORMATION AND BELIEF* ................................................ *13*

*MARLIN FISHER IS INDUCED INTO A SEXUAL RELATIONSHIP WITH E. GABBEY AND
THEN EXTORTED* ..................................................................................................... *16*

*THE INTERSECTION OF THE JAILED JOHN SAGA AND MARLIN FISHER* ............... *18*

*E. GABBEY FRAUDULENTLY ACCUSES M. FISHER OF ABUSE IN A SWORN STATEMENT
TO FLORIDA COURT* ............................................................................................... *20*

*THE TRAGIC CASE OF DUSTIN MILNER* .................................................................. *22*

*THE DECEPTION OF TYLER HENSEL:* ...................................................................... *23*

*THE DEFAMATION OF JOEL FRYDMAN:* .................................................................. *24*

*THE UNFORTUNATE ARRIVAL OF EMMA GABBEY IN TRISTAN TATE'S LIFE* .......... *26*

*EMMA GABBEY'S FALSE STATEMENTS TO THE ROMANIAN GOVERNMENT* ........... *30*

*FIRST CAUSE OF ACTION: DEFAMATION: W. GABBEY, M. GABBEY, AND MARTELLY* ... *45*

*SECOND CAUSE OF ACTION: DEFAMATION PER SE: W. GABBEY, M. GABBEY, AND
MARTELLY* ............................................................................................................... *46*

*THIRD CAUSE OF ACTION: COMMERCIAL DEFAMATION: W. GABBEY, M. GABBEY, AND
MARTELLY* ............................................................................................................... *48*

*FOURTH CAUSE OF ACTION: FALSE IMPRISONMENT: E. GABBEY & A. UNTILA* ........... *50*

*FIFTH CAUSE OF ACTION: TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP: E. GABBEY* ............................................................................................... *51*

*SIXTH CAUSE OF ACTION: CIVIL CONSPIRACY: E. GABBEY & A. UNTILA* ...................... *53*

*SEVENTH CAUSE OF ACTION: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS: E. GABBEY & A. UNTILA* ............................................................................................... *54*

*EIGHTH CAUSE OF ACTION: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS: E. GABBEY & A. UNTILA* ............................................................................................... *55*

*RESERVATION OF RIGHTS* ............................................................................................... *57*

*DEMAND FOR JURY TRIAL* ............................................................................................... *57*

*RELIEF SOUGHT* ............................................................................................................... *57*

NOT A CERTIFIED COPY

## INTRODUCTION

The case of Andrew & Tristan Tate v Emma Gabbey is the story of a man, Tristan Tate, who was the victim of a Romance Scam by a professional con artist named Emma Gabbey—and Andrew Tate, who was collateral damage in the fallout. Romance scams are real and have devastating effects on their victims. According to the Federal Bureau of Investigation: Romance scams occur when a criminal adopts a fake online identity to gain a victim's affection and trust. The scammer then uses the illusion of a romantic or close relationship to hurt and manipulate the victim. Criminals who carry out romance scams are experts. They proffer the illusion of being genuine, caring, and believable. These con artists lurk on dating and social media sites until they find a mark. Afterward, they work quickly to establish a relationship—endearing themselves to their victims and gaining trust. They profess love, share stories, feign vulnerability, and plan to meet in person; eventually, they begin making demands.[1] Men are typically the villains in romance scam stories, and women are the unsuspecting victims. This dated, gender-based typecasting is shameful and wrong, falsely portraying men as villains and women as perpetual victims. There was a time in the recent past when throngs of women stepped up to tell their stories of how they were taken advantage of by predatory men in the "#METOO" movement.[2] Times have changed, and progress has been made. Brave male victims are now stepping up to tell their stories of being taken advantage of by predatory women in the "#WHYME?" movement. Those stories did not start with Tristan and Andrew Tate but will certainly end with Tristan and Andrew Tate.

---

[1] See FBI's Safety Bulletin and description of Romance Scamming https://www.fbi.gov/how-we-can-help-you/safety-resources/scams-and-safety/common-scams-and-crimes/romance-scams.

[2] See Description of the METOO movement @ https://www.projectcallisto.org/definitions?gad=1&gclid=CjwKCAjw-7OlBhB8EiwAnoOEk5Ea0qsd5ptyG2qn6pOfAQ5Bgolq4W7heoQcmv-CABwSdwFsKbEAwxoCCjAQAvD_BwE.

4

**COMPLAINT**

Plaintiffs, TRISTAN TATE and ANDREW TATE ("Plaintiffs") sue Defendant, EMMA GABBEY ("E. Gabbey"), MONA TABBARA GABBEY ("M. Gabbey"), WILLIAM GABBEY ("W. Gabbey"), MATHIEU MARTELLY ("Martelly") and ALIONA UNTILA ("Untila") and would show unto the court as follows:

**PARTIES**

1. Plaintiffs, Tristan Tate and Andrew Tate, are businessmen residing in Romania.

2. Defendant, Emma Gabbey, on information and belief is a resident of Palm Beach County, Florida, is an adult over the age of 18, and is otherwise *sui juris*.

3. Defendants, Mona Gabbey and William Gabbey, on information and belief, are the parents of Defendant, Emma Gabbey, both residing in Palm Beach County, Florida.

4. Defendants, William Gabbey and Mona Tabbara Gabbey, on information and belief, are adults over the age of 18 and are otherwise *sui juris*.

5. Defendant, Aliona Untila, is currently a resident of the United Kingdom and is an adult over the age of 18 and is otherwise *sui juris*.

6. Defendant, Matthieu Martelly, is currently a resident of Virginia and is an adult over the age of 18 and is otherwise *sui juris*.

**JURISDICTION AND VENUE**

7. This is a Complaint for damages in excess of $5,000,000.00 for defamation, defamation per se, commercial defamation, false imprisonment, tortious interference of a business relationship, civil conspiracy, intentional infliction of emotional distress, and negligent infliction of emotional distress.

8.     This Court has personal jurisdiction over the Defendants and venue is appropriate in this Court, as substantially all the events relating to the causes of action herein occurred in Palm Beach County, Florida or within the State of Florida.

9.     E. Gabbey directed the false statements into the State of Florida to, at least, M. Gabbey and W. Gabbey. Those parties, in turn, made additional defamatory statements to a United States Embassy and, upon information and belief, other third parties.

10.     Matthieu Martelly directed the defamatory statements into the State of Florida to, at least, M. Gabbey and W. Gabbey and several other people and entities.

11.     This Complaint for damages is brought within the two (2) year statute of limitations for defamation under Florida Statute, whether it be libel or slander.

12.     This Complaint is brought within the four (4) year statute of limitations for civil conspiracy, tortious interference, intentional infliction of emotional distress, negligent infliction of emotional distress, and false imprisonment under Florida Statute.

## STATEMENT OF FACTS

### *The Tate Brothers*

13.     Andrew Tate, 36 ("A. Tate") and Tristan Tate, 34, ("T. Tate") (collectively, "the Tate Brothers"), are a pair of British-American brothers, entrepreneurs, major social media influencers, and international businessmen currently residing in Romania.

14.     The Tate Brothers' international presence can be attributed to the values and life experiences that began in youth, which had them frequently on the move from a young age, living in both the United States and the United Kingdom.

15.     The Tate Brothers are a product of a multi-racial family and were reared by the late Emory Tate, an African American chess prodigy who became one of the most prolific and trailblazing

chess players of his time, and a white British mother who worked as a cook, or dinner lady, as it is known in the United Kingdom.

16.     The Tate Brothers deeply respect, appreciate, and admire the personal sacrifice their mother undertook to provide for them during an era of extreme hardship when they were youths. In showing gratitude for said sacrifice, the Brothers retired their mother immediately after achieving financial independence.

17.     Andrew Tate is a former world champion kickboxer, social media influencer, investor, international businessman—and most importantly, a father.

18.     Tristan Tate is a former European champion kickboxer, social media influencer, investor, international businessman—and most importantly, a father.

19.     In addition to their individual personal and individual business identities, the Tate Brothers also have a collective business identity and reputation composed of both Andrew Tate and Tristan Tate.

20.     At any point, one brother may unilaterally and independently act for himself, in conjunction with or independently in support of the other brother, or as a member of the collective Tate Brothers Team.  Neither brother has the authority to act on behalf of the other absent consent.

21.     The Tate Brothers consult, advise, and generate income from multiple business ventures, generating revenues estimated in hundreds of millions of dollars.  They are respected thought leaders, business moguls, and motivational speakers across various industries.  Highly successful businessmen, investors, men seeking upward mobility, and men striving for financial independence invest in the Tate Brothers as a product that provides access to vast international investment, business, and influencer markets. Young men, in particular, look to the Tate Brothers

for hope, inspiration, and instruction regarding how to rise above and defeat the unfair circumstance they have been born into.

22.     The Brothers' ability to work, advise, generate income, influence, market, obtain new business, maintain and develop existing business relationships, and be of value.  As well as their ability to preach self-help, accountability, and personal responsibility towards oneself and society.  All depends upon their reputation, ability to bank, travel, meaningfully participate in the international capitalistic marketplace, and express their First Amendment rights absent the threat of incarceration or censorship, and cancellation from Big Tech and Big Bank working as private agents of The United States Government, or any other government.

23.     The Tate Brothers' use of social media and travel is a distinguishing factor in their success.  Their massive social media presence (previously in the tens of millions of followers, putting them in the top 1% of social media personalities in the world), coupled with direct interaction with their following and the ability fly to anywhere in the world at a moment's notice represents a first of its kind intersection between social media personalities and people in the real world.  Nothing like this had ever been seen before. Unfortunately, their following, previously amassed across Twitter, Instagram, Facebook, and YouTube, was wiped out due to the spurious false allegations underpinning the allegations in this complaint.  And while the Brothers are rebuilding their following on Twitter and Rumble, the only two social media platforms that welcomed them back after being unjustly canceled across all social media platforms.  Their losses due to this interruption are in the tens of millions of dollars.

24.     The Tate Brothers are wise investors and previously increased their wealth through access to exclusive opportunities directly related to their reputation as respected influential businessmen among a community of elite investors.  They previously owned many different asset classes,

including dozens of high-end luxury vehicles, cash, and jewelry seized due to being wrongfully accused of crimes they did not commit.  Their estimated losses in the seized cars and jewelry alone are over $5,000,000.00 (five-million-dollars).

25.     The Tate Brothers have previously owned properties globally and regularly travel to different countries for business and recreation. Their ability to buy, sell, and invest in assets of any kind, and sell their product, greatly depends upon their ability to hold accounts in the international banking system and travel any distance at a moment's notice.  The importance of their ability to bank and travel cannot be overstated.  The losses they sustained due to this interruption are in the tens of millions of dollars.

26.     The common philosophy uniting all the Tate Brothers' businesses, however seemingly unrelated, is a goal towards self-improvement in every aspect of life: personally, professionally, and spiritually. The Tate Brothers' businesses have consistently realized this goal, which goes a long way toward explaining their far-reaching and passionate following.  All of this depends on their reputation and ability to prove demonstrable results to their investors, clients, and other members of their community.  Young men represent a large constituency of their following, including, in the most dramatic of cases, men on the brink of suicide who have managed to drastically turn around their lives after being inspired by the Tate Brothers' message of mental and physical empowerment.  The losses sustained due to their reputations as motivators and role models being destroyed are estimated to be in the tens of millions of dollars.  **More importantly, the losses sustained by young men worldwide, who look to the Brothers for inspiration and practical instruction for legitimate ways to rise above class and race-based injustice—is incalculable.**

9

*The Tate Brothers in Romania*

27.    Compared to Western Europe and the United States, Romania has long been known to be a traditional country with a rich cultural history, traditions, and Christian values, complying with the Tate Brothers' personal convictions and worldview. Because of this, beginning in or about 2015, the Tate Brothers became full-time residents of Romania. Indeed, the Tate Brothers have gone on record saying, through their spokesperson, Mattea Petrescu, that one of the reasons that they chose Romania was because of the country's strong laws against abusing women—a reflection of the country's traditional values. Bucharest, the capital of Romania, where they reside full-time, is statistically one of the safest cities in Europe.

28.    The Tate Brothers are traditional in another respect: they believe in the bond of brotherhood, a lesson their late father, Emory Tate, instilled into them from a young age. This lesson is demonstrated by the closeness of their brotherly relationship, both personally and professionally.  The Brothers tend to appear in public together because of their strong emphasis on the family unit and family values.  For instance, A. Tate and T. Tate jointly promote their affiliate products and businesses.  They also frequently collaborate on their podcasting and social media ventures and often appear together at business conferences and charitable events.

29.    The Tate Brothers first garnered press attention in 2008. Before becoming celebrity entrepreneurs, the Tate Brothers separately distinguished themselves in successful careers as professional kickboxers: A. Tate won multiple World Titles, and T. Tate won numerous European Championships.  The Tate Brothers soon found ways to parlay that fame into non-athletic ventures: T. Tate became a successful sports commentator and appeared on a British reality TV Show called *Shipwrecked Island* in 2011.  In 2016, Andrew Tate appeared on a different British reality TV show called *Big Brother*. Their prominence has significantly increased over the past twelve months

due to viral internet clips from the summer of 2022. Their celebrity, however, is limited in geography and audience – to primarily young – traditional-leaning European men.

30.     As demonstrated above, from early on, the Tate Brothers involved themselves in various businesses.  One such industry explored by the Tate Brothers was in the already booming webcam modeling industry, where they frequently collaborated with women in lucrative partnerships to model on lawful social media websites, such as TikTok and OnlyFans.  The Tate Brothers have long since moved on from the webcam modeling business, as they have moved on from kickboxing and reality television at earlier stages in their careers.  Since then, the Tate Brothers have occasionally advised women looking to make careers in lawful webcam modeling, social media, or other modeling sites on ways to earn money after being solicited to do so.  Advice given in these situations is always in the spirit of helping someone better their lives, absent judgment or condemnation— always considering the sacrifices they had to make to achieve success.

31.     The Tate Brothers are compassionate and empathetic people, especially to those who are less fortunate than them.  They also believe that people generally act in good faith and, in most cases, approach them out of a genuine desire for self-improvement.  Their generosity is evidenced by the fact that they regularly let friends make use of their luxuries, often permitting them to freely enter and exit their multimillion-dollar homes, make use of their luxury vehicles, attend elegant gatherings, and lodge at their Romanian estate, even during times where the Brothers were abroad for extended periods.

32.     The Brothers' generosity stems from the fact that they were disadvantaged when they were young.  Tristan has publicly recounted stories when the Brothers, during their early 20s, had little to no money.  To obtain food, they would visit local KFC restaurants and wait in the car until patrons finished their meals outdoors, at which point the Brothers would take and eat whatever

leftovers remained to prevent themselves from starving. Never forgetting that era in their life, the Brothers regularly open their home and pool to families in their local Bucharest community because they want the less fortunate to experience, to some small yet meaningful extent, what life can be like if you work hard and are determined to succeed.

33.     People genuinely enjoy being around the Tate Brothers because they are friendly, successful, charismatic, young, wealthy, and highly generous.  For instance, if a friend solicits professional advice from either brother, the Brothers are known to be quick and helpful in provisioning assistance.  And as stated above, they often behave this way with strangers. Unfortunately, their altruism has made them targets for extortion by bad-faith actors, who have exploited their generosity for selfish and sometimes even criminal reasons.

34.     Because of their wealth, notoriety, and apparent vulnerability to wrongdoers, the Tate Brothers employ approximately two dozen armed guards, primarily ex-Romanian police officers adequately licensed to carry firearms to guard their estate.  Because of security protocols and turnover, the guards usually do not interact directly with the Tate Brothers. Communications between the Tate Brothers and the security guards are managed through a single point of contact, who directs security to verify visitors' identities and open the gate for anyone exiting the property. All guests who enter the Tate estate can freely and quickly leave anytime.  This fact is corroborated by surveillance footage and witnesses who regularly frequent the estate.

35.     Aliona Untila and Emma Gabbey are two women who were invited to become regular visitors at the Tate Estate and then maliciously accused the Brothers of horrible crimes.  Aliona Untila and Emma Gabbey's stories are false and contradicted by hard evidence and witness accounts.  For instance, there is publicly available video footage from the Tate estate showing Aliona Untila and Emma Gabbey, along with many others, freely entering and leaving the premises

at their leisure.  Moreover, Iasmina Pencov ("I. Pencov") a woman who hung out, partied with, and lodged with Aliona Untila and Emma Gabbey during that time, testified a sworn statement that she (Pencov), as well as Aliona Untila and Emma Gabbey, were all able to enter and exit the Tate Brothers residence without issue during all relevant times.  I. Pencov also stated they could do the same at a second house, where she and Emma Gabbey lodged briefly.

36.     **Importantly**, Pencov, and others, have testified that Andrew and Tristan Tate are innocent of human trafficking or any other crime. I. Pencov has also indicated that she has a background in psychology and is, therefore, less susceptible to psychological manipulation than the average person.  She, therefore, is not the victim the Romanian Government has characterized her to be. However, Pencov has sworn that she is a victim of E. Gabbey, A. Untila, and that the Romanian Government capriciously violated her rights and the Tate Brothers' rights.  Lastly, another woman living with I. Pencov, named Beatrice Anghel, has indicated in a sworn statement that she is also a victim of E. Gabbey, A. Untila, and the improper weaponization of the Romanian Government, much in the same fashion as I. Pencov.

*Emma Gabbey: upon information and belief…*

36.     Emma Gabbey is a predator who has a long history of baiting men into sexual relationships for the specific purpose of destroying their lives.  She has a chain of victims going back several years to when she was a minor. Her modus operandi is as follows: she devises sophisticated narratives to elicit compassion and sexual attraction from unsuspecting men. She uses these men as hosts, taking what she wants for personal, emotional, and economic gain.  At some point, she begins to exert control through intentional infliction of emotional distress, causing injury to the host.  If her efforts to control do not produce an immediate return on her investment, she revokes consent for prior sexual acts and threatens to have her host arrested for rape unless her demands

13

are met.  She is a serial extortionist and blackmailer who preys on successful men.  On multiple

occasions, she has accused innocent men of horrific crimes resulting in their unjust incarceration

and damage to their professional and business reputations.  Andrew and Tristan Tate are the latest

victims in her trail of terror and destruction that has negatively affected the lives of dozens of men

and women, all with disastrous consequences, including, but not limited to:  Marlin Fisher, Tyler

Hensel, Jailed John, Georgiana Naghel, Luana Radu, Iasmina Pencov, Beatrice Anghel, and, of

course, Andrew Tate, and Tristan Tate.[3]

37.     E. Gabbey repeats a similar pattern with her suitors: casting herself as a vulnerable young

victim with a heartrending backstory: One that had to overcome incredible odds, such as an

abusive, loveless childhood, to win the sympathy of her next exploit.  As observed with each case,

E. Gabbey proffers an elaborate narrative to elicit compassion from her victims—often

emotionally susceptible, good-natured men who are connived by her sophisticated combination of

natural beauty, touching backstory, musical talent, and charisma.  A devastating combination for

targets—clueless that criminal activity is afoot.

38.     E. Gabbey has mastered the ability to deceive men into thinking she is an innocent woman

without a manipulative bone in her body, a technique she has perfected after having experience

with dozens of exploits who let their guards down to the point of becoming powerless amid the

romantic conquest. Once she wins their trust, at the point of greatest vulnerability, E. Gabbey

radically changes.  The demure damsel in distress transforms into a controlling, aggressive,

abusive, and sexually depraved woman, demanding sexual acts from her unsuspecting partners

that often far exceed their comfort zones.  The former, demure damsel who grew up without love

and affection suddenly asks her partners to choke her, hit her, urinate on her, and spit into her

---

[3] See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit, Palm Beach Country, Florida on July 4, 2023. Case No: 502023CA011740XXXXMB.

mouth during sex.  The girl who could not afford an Uber ride home now demands exclusivity, money, and autocratic control over the man's life. Blackmail and extortion are the penalty if her demands are not met.

39.     E. Gabbey also has a long history of fraudulently misrepresenting her age on various dating apps and targeting older, successful men. She deploys a combination of fake IDs and false narratives to prove her age when needed.  Eventually, after having sex with a man under false pretenses, she moved to extort them for statutory rape if a series of demands were unmet.  It is believed that she did this to over thirty men.

40.     Some of E. Gabbey's online aliases, which can be found on her Instagram, TikTok, Snapchat, Tinder, Hinge, OnlyFans, Seeking Arrangements, OkCupid, and Pornhub accounts, include, but are not limited, to: "Satanslaying," "@hippiehex," "twistedpathway," "psychicsense," and "thegardenofeden___."

41.     "FuryFatale" is another alias routinely deployed by E. Gabbey.  By French definition, Femme Fatale is a dangerous woman that uses seduction to lure men into dangerous or compromising situations.  In French, Fatale means fatal.  According to Webster's Dictionary, Fury is defined as wild or violent anger.  Combining the two terms, E. Gabbey's handle means: **fatal violent anger**, which she clearly directs at successful men.

42.     After she targets a man, she gives a fake identity to her victims.  For instance, "Eden Gavriet" is an infamous false identity that E. Gabbey routinely deployed to conceal her identity from her victims to avoid the legal consequences of her actions.  When challenged as to the veracity of her identity E. Gabbey used the combination of a fraudulent identity card, tactical

15

avoidance, emotional outburst, and sophisticated false narratives to corroborate her false identity.[4]

43.     On a night in the winter of 2021, E. Gabbey attended a Tate Affiliated War Room event in Miami, FL.  She had previously introduced herself to T. Tate as "Eden."  Later that night, when the event had reached its natural conclusion, she played a melody from a piano at the bar, captivating the entire room, including T. Tate, who later invited E. Gabbey back to an afterparty at a Miami estate.  T. Tate's life would never be the same.

44.     Eden is also the false name E. Gabbey used to deceive a man named Marlin Fisher: A good man from Florida who thought he had found love with a beautiful woman.  However, Marlin Fisher was one of many men's lives that E. Gabbey ruined.

***Marlin Fisher Is Induced Into A Sexual Relationship With E. Gabbey And Then Extorted***

45.     As stated above, E. Gabbey has an extensive history of fraudulently inducing unsuspecting, well-intentioned men into sexual intercourse for nefarious purposes.  Marlin Fisher, one of E. Gabbey's longstanding romantic exploits, has detailed in his lawsuit against E. Gabbey how she would work her fraudulent scheme against him.[5]

46.     E. Gabbey deployed a combination of sophisticated false narratives, fraudulent identification cards, and emotional outbursts to lure M. Fisher into a trap.  For example, E. Gabbey detailed her techniques in a written text sent to people she misled about M. Fisher.  Therein, E. Gabbey explains how she would devise a sympathetic backstory, being an orphaned child without

---

[4]   See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit,  Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

[5]  See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit,  Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

a loving household, which made it extremely difficult to form meaningful, healthy relationships

with other people – including her adoptive parents:

> E. Gabbey: "I need to open up and tell you all something because I owe
> it to you-the people I care about. You have each moved me so much in
> my life that I am able to do it. I have a problem. ***I am a pathological liar***.
> My life started in Kazakhstan where I grew up in a loveless orphanage
> We were picked up facing away from the "caretakers" so we never
> developed "love". I never learned how to hug, smile, kiss, touch, or be
> close to anybody. I was adopted by incredible people named Mona &
> Bill who saved me from a life of abuse. I had a beautiful childhood
> because of them. When I was 11 or 12 I began to dissociate and resent
> them. I felt unwanted and like I had no family. So I began to rebel. Doing
> drugs and meeting lots of different people." [Emphasis Added.][6]

47.     As she deepened her manipulation, like a drug addict, E. Gabbey would seek out and desire

more potent forms of sexual exploitation to satisfy a seemingly insatiable emotional void within

her.  E. Gabbey would pursue men like M. Fisher, who she never developed any sort of real,

emotionally loving attachment with, and demand that he perform abusive, masochistic sexual

conduct on her in the bedroom:

> E. Gabbey: "**My cunt is craving abuse**."
> E. Gabbey: "I wish you were here to **bite me**."
> E. Gabbey: "i wish i **was gagged and tied up like a fuckslut** right
> meow."
> E. Gabbey: "maybe you can **leave pretty little bruises** on me".
> E. Gabbey: "i love it when you **gag me**".
> E. Gabbey: "Would **a buttplug go off through a metal detector**". (**For
> context,** E. Gabbey is asking M. Fisher if wearing her "buttplug" would
> set off the courthouse metal detector that she needed to go through in
> order to meet with the District Attorney who was prosecuting Jailed John
> based on E. Gabbey's allegations.) [Emphasis Added.][7]

---

[6]  See EXHIBIT A, Fisher's Complaint, paragraph 52, which cites Exhibit S.

[7] See EXHIBIT B at page 35.

**The Intersection of the Jailed John Saga and Marlin Fisher**

49.     Jailed John is incarcerated because E. Gabbey accused him of ▮▮▮▮ her. Jailed John is currently serving a lengthy prison sentence; his life has been utterly destroyed. The pattern of behavior used on Jailed John repeats the same pattern of behavior used against her other victims. Jailed John was induced into an illicit sexual relationship with a minor under false pretenses.   According to M. Fisher, Jailed John performed deviant sexual acts in the bedroom, such as urinating on her during intercourse.[8]

50.     On multiple occasions, E. Gabbey attempts to force M. Fisher out of his sexual comfort zone, asking M. Fisher to choke her harder during intercourse, and demanding that ▮▮▮▮ perform "BDSM"[9] and other sexually masochistic acts.  At some point M. Fisher learns E. Gabbey was a minor when she had a sexual relationship with Jailed John, that E. Gabbey apparently lied to Jailed John when they met, and that Jailed John was going to do serious time because of it.

51.     M. Fisher came to understand that Jailed John was sentenced to decades of incarceration because of ▮▮▮▮'s accusations. M. Fisher knew that E. Gabbey lied about her age before the first sexual encounter. M. Fisher also knew that if E. Gabbey would have offered that information to the court, Jailed John's sentence would likely have been substantially less than the decades-long sentence he is now serving in prison. M. Fisher confronted E. Gabbey during the Jailed John situation.  The following exchange takes place between E. Gabbey and Jailed John during a text message conversation, where E. Gabbey refuses to disclose her real age because doing so would negatively affect her credibility in her impending case against Jailed John:

---

[8] See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit,  Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

[9] According to Merriam-Webster, "BDSM" is an acronym for "bondage, discipline, sadism, and masochism."  In general terms, it is defined as "sexual activity involving such practices as the use of physical restraints, the granting and relinquishing of control, and the infliction of pain."

> E. Gabbey: Okay, Marlin. If you are looking for me to publicly tell my actual age & name today or before my case is over [referring to her case against Jailed John], I'll sadly have to inform you that I won't. If that is what it takes to prove myself to you, I won't be able to." [Emphasis Added.][10]

52.    After being confronted, E. Gabbey then employs a psychological attack known as gaslighting to tactically avoid M. Fisher's questions.[11]  In gaslighting Fisher, E. Gabbey accuses M. Fisher of attempting to "blackmail" her, which is precisely what E. Gabbey is actually doing to M. Fisher.  She then casts herself as the victim – arguing that, in exposing the truth, M. Fisher had "betrayed" and "abandon[ed]" her, which in turn, in her view, gave her license to extort M. Fisher.

> E. Gabbey: **"If you chose to blackmail me, I would have no choice except to be honest with the world about what you've done to me, why, and you would have to suffer repercussions of the truth. Among several men that attributing to my problems and behavior… of whom I also have evidence for.. "**
>
> M. Fisher: "I hear your points, and I'm not manipulating you to do anything. You could do something to prevent me if this were blackmail. There is nothing you can do. I hoped you wouldn't be shallow and selfish, I hoped you would show me you care. You showed me you don't care at all."
>
> E. Gabbey: "you *blackmailed*, *betrayed* my trust, & *abandoned* me." *Emphasis Added*.
>
> E. Gabbey: "Thanks for *abandoning* me." [Emphasis Added.][12]

---

[10] See EXHIBIT A, Fisher's Complaint, paragraph 26.

[11] According to *Medical News Today*: gaslighting is a form of psychological abuse in which a person causes someone to question their own sanity, memories, or perception of reality.  People who experience gaslighting may feel confused, anxious, or as though they cannot trust themselves.

[12]  See EXHIBIT A, Fisher's Complaint, paragraph 28.

53.     During another conversation, after M. Fisher unsuccessfully persuades E. Gabbey to come clean about the fact that she lied about her age to Jailed John.  E. Gabbey, on her way to go meet with the prosecutor in the Jailed John trial, somehow combines Jailed John's suffering with sexual gratification.  This is demonstrated by a conversation where E. Gabbey inquires with M. Fisher whether her "buttplug" will set off a metal detector in the courthouse.

> E. Gabbey: "Would **a buttplug go off through a metal detector**". (**For context,** E. Gabbey is asking M. Fisher if wearing her "buttplug" would set off the courthouse metal detector that she needed to go through in order to meet with the District Attorney who was prosecuting Jailed John based on E. Gabbey's allegations.) [Emphasis Added.][13]

### *E. Gabbey Fraudulently Accuses M. Fisher of Abuse in a Sworn Statement to Florida Court*

54.     On September 16, 2019, E. Gabbey went to the Palm Beach County Courthouse and filed a Temporary Injunction for Protection Against Domestic Abuse against M. Fisher under false pretenses.[14]  For context, E. Gabbey had asked M. Fisher to go to a concert with her.  M. Fisher declined.  E. Gabbey, furious that she could not control M. Fisher, files a restraining order under oath in a Florida State court where she maliciously accuses M. Fisher of severely abusing her. M. Fisher, distraught, did not know what to do.  E. Gabbey had already been threatening to turn him in for statutory rape.  So, in an act of desperation and under duress, M. Fisher accepted the false allegations of the restraining order to avoid a potential statutory rape charge. The following admissions by E. Gabbey in a text exchange with M. Fisher clearly demonstrate that E. Gabbey weaponized the justice system against M. Fisher to suit her own needs by constructing and masterminding a "completely false narrative" under oath.

---

[13] See EXHIBIT B at page 35.

[14] A true and correct copy of the September 16, 2019 Temporary Injunction for Protection Against Domestic Abuse filed against Fisher by E. Gabbey is attached hereto as EXHIBIT C.

M. Fisher: **"The things I remember being on it were that I - was a heavy user of illicit drugs - would beat you when you tried to leave - restrained you from leaving or calling the cops - often left you on the side of the highway if you said anything to upset me."**

M. Fisher: "- and that I had been stalking you and showing up places that I knew you would be after you ended things."

E. Gabbey: **"that's so fucked up that i wrote that. i'm going to clear this up."**

E. Gabbey: "not to defend any of this but to clarify i promise i never said you were a user of drugs…"

M. Fisher: "You weren't the one writing it?"

E. Gabbey: "the things i were definitely reworded and exaggerated. they asked me of events and then they reworded my words in the official injunction document. i was brought in to speak to two lawyers. (the legal aid who had just finished law school that was defending me & her colleague who was training her)."

E. Gabbey: **"I am incredibly sorry that what I said encapsulated a completely false narrative. Especially that paints you as a terrible person because you aren't. You never deserved to be treated that way. Nobody does."**

E. Gabbey**: "None of it was okay. Absolutely none of it. Is there anything you can think of that i can do to prove that I understand that and truly am repentant?"** [Emphasis Added.]

55.     The psychological, financial, and emotional damage done to Marlin Fisher's life by Emma Gabbey is permanent and irreversible.  Because of this, on July 9 2023, Marlin Fisher filed a lawsuit against Emma Gabbey alleging extortion, civil conspiracy, abuse of process, and intentional infliction of emotional distress. The case was filed in the Circuit Court of Palm Beach Country, Florida on July 4, 2023. Case No: 502023CA011740XXXXMB.

### The Tragic Case of Dustin Milner

56.     Dustin Milner's story is arguably the most heartbreaking of all. Interviews with family and friends strongly suggest that the proximate cause of Milner's tragic suicide was his relationship with E. Gabbey who targeted, abused, devalued, and manipulated Dustin Milner to the point where he took his own life. Our two strongest sources of intelligence regarding this tragedy are Dustin Milner's brother, Jason Milner, and Dustin Milner's close friend, Adam Heinrich.

57.     According to Jason Milner, his brother, Dustin, was a well-intentioned, though vulnerable man who suffered from bouts of depression.  Dustin's condition worsened after meeting E. Gabbey.  Jason described E. Gabbey as being "all over the place" and alleged that E. Gabbey regularly tugged on Dustin's heart strings.  Jason explained further that E. Gabbey convinced Dustin that she had been beaten by a former boyfriend, so Dustin allowed E. Gabbey to move in with him, but then moved out the next day. Shortly thereafter, Dustin took his own life.[15]

58.     Adam Heinrich told our investigator that he knew Dustin for over twenty years and had met E. Gabbey on a few occasions. Heinrich explained that Dustin was the kind of guy who wore his heart on his sleeve and fell "madly in love" with E. Gabbey in a very short period of time.  According to Heinrich, E. Gabbey never actually moved in with Dustin, but would more or less spend small amounts of time at Dustin's home, only to disappear and then return at some future point.  According to Heinrich, E. Gabbey's behavior made Dustin incredibly angry and depressed, clearly exasperating his condition.  Heinrich also stated that Gabbey was the last person to see Dustin before he committed suicide.  Our investigator asked Heinrich if he felt that Dustin

---

[15] See EXHIBIT D, Investigator Affidavit memorializing interview with Jason Milner.

took his life because of his relationship with E. Gabbey.  Heinrich stated that he indeed believed E. Gabbey was the reason Dustin committed suicide.[16]

59.    If called to testify, Jason Milner and Adam Heinrich would likely state that Dustin Milner quickly became enraptured by E. Gabbey's mystique and seductive charm, which lured him into an extremely volatile relationship.  E. Gabbey manipulated, gaslighted, and emotionally abused Dustin Milner, a person predisposed to depression. E. Gabbey knew what strings to pull to make him angry, and would psychologically manipulate him by disappearing for days just after spending a long weekend with him, in order to keep him guessing and provoke his anger which manifested into self-hatred. Eventually driving Dustin Milner to commit suicide at the age of 35, while still in a relationship with Gabbey who had yet to turn 18.

60.    **The Deception of Tyler Hensel:** *E. Gabbey Fraudulently Induces Tyler Hensel Into A Sexual Relationship and then Extorts Him.*  Tyler Hensel was another boyfriend of E. Gabbey's.  A summary of Tyler Hensel's statements to our Investigator is as follows: E. Gabbey led him to believe that she was 26 years old when she was really 17 at the time, in order to induce Hensel into an illicit sexual relationship.  Hensel, who was 35 when he had intercourse with E. Gabbey, was thus deceived into believing he was having a licit relationship, thereby demonstrating another instance where E. Gabbey induced a man into having unlawful sex while still underage.  E. Gabbey repeated her psychologically abusive playbook on Hensel: she targeted and manipulated Hensel, a recovering drug addict and therefore particularly vulnerable man.  She played up her own perceived vulnerability to buy Hensel's sympathy, fabricating a story about her parents being drug addicts.  Hensel is a well-intentioned man, as reflected in his lifework: he travels the world helping those with opioid addictions find organic treatments. He therefore was the perfect host to believe

---

[16] See EXHIBIT E, Investigator Affidavit memorializing interview with Adam Heinrich.

E. Gabbey's lies, which he found convincing, and felt sympathy towards her given the emotional backstory she told him that included a history of drug abuse, which he could readily relate to.  Upon inducing Hensel into sex, E. Gabbey doubled down on her masochistic tendencies: indicating to Hensel, like M. Fisher before him, that she was "into BDSM," and insisted on calling him "daddy" in the bedroom.  At one point when the two of them were alone together, E. Gabbey even jumped on top of T. Hensel, initiating sexual contact.  Hensel, who is not into this kind of degrading behavior, often rejected E. Gabbey's demands for more aggressive sexual contact.  Eventually, upon discovering that E. Gabbey had communicated a different age to someone else, Hensel started questioning E. Gabbey about her own age, which got E. Gabbey to "confess" to him that she was "actually 19 years old."  After discovering these revelatory facts about E. Gabbey's life, T. Hensel cut off all ties to E. Gabbey.  T. Hensel told her that he did not want to speak with her anymore and blocked her on every social media platform.

61.     **The Defamation of Joel Frydman:**  E. Gabbey defamed a man named Joel Frydman to Marlin Fisher, when she falsely accused Frydman and then published said defamatory statements.  Proof of falsity and publication can be found via text message and Frydman's affidavit memorializing a confrontation between Fisher and Frydman over the false statement.

> E. Gabbey: "Can I message him [Joel] to tell him I have a boyfriend"
> M. Fisher: As you clearly understand, nobody cares you have a boyfriend. But if you'd like to tell him that he raped you, by all means".
> E. Gabbey: ".. I'd like to not put our relationship at risk."
> E. Gabbey: "I'll gladly tell him when I'm 18. And anybody else that happened with."
> E. Gabbey: "So sweet you are. So you're breaking up with me because I don't want to tell Joel he raped me? One, I don't know if he would tell other people I'm underage. Or who he would tell. And if they know I'm dating you, what happens then? Two, it'd be awkward to go to a drum circle again lol." [Emphasis Added.][17]

---

[17] See EXHIBIT A, Fisher's Complaint, paragraph 49(iii).

62.     Marlin Fisher confronted Frydman over the rape allegations.  Frydman, an innocent man, of course, denied those allegations.  When interviewed by our investigator, Frydman stated that he came to know E. Gabbey, in or around 2018, by meeting her at a Drum Circle Evening in Delray Beach. He knew her by the name of Eden, but only recently found out that her name was Emma.  He recalled that Emma Gabbey specifically told him that her name was Eden.  Frydman stated that they had a dating type relationship, but were never intimate, and shared the passion music together. Gabbey informed Frydman that she lived with a man named Jailed John.  At some point she told Frydman that she was being abused by a man, but Frydman never saw any signs of abuse.  At another point Gabbey began telling people that Frydman was her brother which made him uncomfortable.  Finally, Frydman learned that Gabbey had accused him of rape after he was confronted by Marlin Fisher.  Regarding the false allegation of rape against him, Frydman stated: This allegation of rape is an outrageous and blatant lie. I have never had an intimate relationship with Emma Gabbey, and never forced myself on her…I give this affidavit to get my side of the story out…as I understand Emma Gabbey was making defamatory statements to other people about me.[18]

---

[18]  A true and correct copy of the Investigator's Affidavit memorializing interview with Joel Frydman is attached hereto as EXHIBIT F.

***The Unfortunate Arrival Of Emma Gabbey In Tristan Tate's Life***

63.     Prior to meeting T. Tate, E. Gabbey was active as an OnlyFans model,[19] in addition to a

website called "Seeking Arrangements,"[20] which pairs beautiful young women (sugar babies) with

wealthy men (sugar daddys). According to an April 2, 2021, *Business Insider* article:

> Seeking Arrangement's was "designed to connect so-called sugar babies and sugar daddies…The Seeking Arrangement website states that the service has 10 million active members, with 8 million sugar babies and 2 million sugar daddies."
>
> "A statement from the company website, seeking.com reads as follows:
>
> Life is too short to settle for relationships that do not meet your standards and expectations. Seeking helps members find relationships that align with their personal goals and dreams.
>
> The right partnership can have a profound impact on your personal growth, which is why seeking.com doesn't want you to settle for anything less than your ideal."

64.     The following excerpts are from a conversation that took place between E. Gabbey and her

mother, Mona Gabbey, on November 18, 2021, regarding Tristan Tate.

> E. Gabbey: I also have an amazing friend, Tristan that's coming here from Romania to host a big business conference. Him and his brother are world kickboxing champions. They are originally from England. His business conference will go for two weeks. He's having a big charity gala there and invited me as his date…
>
> E. Gabbey: He's very nice, respectful, and all around a true gentleman…
>
> E. Gabbey: He has beautiful homes in bucharest romania, miami, and monaco.
>
> E. Gabbey: He's building a castle close to draculas old castle
>
> E. Gabbey: I've been planning to go to the U.K. Tristan wants to show me all over romania[21]

---

[19] E. Gabbey's OnlyFans profile used the following URL: Onlyfans.com/edeniternal.

[20] See EXHIBIT B at pages 2 and 3 where E. Gabbey converses with prospective sugar daddies from the Seeking Arrangements website.

[21] See EXHIBIT B at page 1 for conversation between E. Gabbey and her mother, M. Gabbey.

65.     T. Tate met E. Gabbey on a dating application called "Hinge."  T. Tate found E. Gabbey interesting and invited her to a Tate affiliated War Room event taking place in Miami during December 2021.  At some point, T. Tate invited E. Gabbey to join him and his friends at an afterparty event. Over the course of the next two weeks, T. Tate and E. Gabbey spent a good deal of time together: they frequently conversed and soon became romantically intimate.  T. Tate, resided at a Miami property with a group of male and female friends during his visit and invited E. Gabbey to a property at which he was staying.  E. Gabbey visited the property on multiple occasions during the approximate two (2) weeks that T. Tate was in Miami. During this two-week period, T. Tate and E. Gabbey engaged in consensual intercourse multiple times.  On multiple occasions, T. Tate invited E. Gabbey back to the property.  And each time E. Gabbey was invited back, she accepted those invitations.  T. Tate and E. Gabbey continued to have intercourse up until the time T. Tate departed Miami in December 2021.

66.     E. Gabbey initially told T. Tate that she came from a wealthy family, but gave few specific details about her family life. Over the course of numerous conversations, E. Gabbey explained to T. Tate that she had an interest in growing and monetizing her online presence on social media websites, such as "OnlyFans" and "TikTok."  T. Tate had the impression that E. Gabbey was a relaxed woman who was looking to further her online presence through various social media websites, and at some point, E. Gabbey and T. Tate began talking about E. Gabbey coming to Romania. After T. Tate's departure to Romania, E. Gabbey and T. Tate followed up intermittently with each other between December 2021 and April 2022, via text message and "WhatsApp," messaging.

67.     As time went on, E. Gabbey's messages to T. Tate became more frequent and adamant about relocating to Romania for work.  The nature of the conversations primarily centered on

27

business, and specifically, creative ways E. Gabbey might get involved in Romania's hugely profitable e-modeling industry. Although T. Tate had minimal involvement – business, personal, or otherwise – in the Romanian e-modeling industry, T. Tate was under the impression, based on what E. Gabbey had previously told him, that she wanted to leave the United States for a variety of reasons.  T. Tate knew about Romania's burgeoning modeling business, and thought Romania might be a perfect alignment with E. Gabbey's current work as a TikTok and OnlyFans model, and her professed long term career plans.

68.     During those interactions, E. Gabbey also gave the appearance that she was hoping to continue her sexual rendezvous with T. Tate in Romania.  T. Tate, by contrast, remained aloof, and for the most part did not reciprocate E. Gabbey's romantic advances.  In fact, T. Tate on several occasions did just the opposite, and questioned her motives by asking: "do you really want to leave the USA?"  T. Tate believed that E. Gabbey already lived quite well in Florida, since he was under the impression that she came from a wealthy family.  T. Tate therefore made efforts to ground E. Gabbey's dreams about Romania in realistic expectations.[22]

69.     After getting assurances that E. Gabbey was serious about relocating to Romania, T. Tate eventually welcomed the idea of a rendezvous with ███████ in Romania, and in the spirit of fun and adventure, gave E. Gabbey his credit card information to book a flight. E. Gabbey booked a business class ticket valued at approximately $4,000, from Palm Beach International Airport to Bucharest.

70.     On Wednesday, April 5, 2022, T. Tate picked E. Gabbey up from the Bucharest Airport in a blue Rolls Royce. Thereafter, the two of them went to lunch.  At first impression E. Gabbey behaved differently from how T. Tate remembered her back in Miami: to him, she seemed aloof

---

[22] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 16.

and distant, which T. Tate found rather striking considering how warm and friendly he had remembered her during the time they spent together in Florida. When E. Gabbey arrived at the Tate Brothers' Romanian estate, she provided the security detail with her identification details, and they granted her access to enter and leave the property whenever at any time. E. Gabbey was in possession of her passport at all times.

71.     **E. Gabbey was in Romania for a total of six days.  She freely moved back-and-forth over that timespan between the Tate Brothers' property and the home of Iasmina Pencov, a friend of the Tate Brothers, with whom E. Gabbey resided during parts of her visitation.**

72.     E. Gabbey stayed with T. Tate at his Romanian estate for the first two days, during which time E. Gabbey and T. Tate discussed permanent living arrangements.  On the first night, E. Gabbey and T. Tate engaged in consensual intercourse.  After the second day, on Friday, April 7, 2022, E. Gabbey relocated to another home, as agreed, located approximately one kilometer from the Tate estate.  At no time while E. Gabbey was living at the second location were her movements restricted or was she confined in any way.

73.     The second home, unlike the Tate Brothers' estate, was not guarded by security.  E. Gabbey was free to enter and leave the home as she pleased, a fact that is corroborated by released surveillance footage – now widely available online – depicting E. Gabbey, freely moving back and forth from home to home without issue.

74.     In addition, at all times, E. Gabbey was in possession of her phone and was able to speak freely without restriction.  According to the sworn testimony of I. Pencov, E. Gabbey frequently communicated by cell phone – through both calls and texts – with her parents during her six-day visitation. E. Gabbey communicated with other friends and acquaintances located overseas by phone during her visitation as well.

75.     At all times in which E. Gabbey was located in Romania, she was not restrained in her movement, never confined, never controlled by any person, nor was she threatened in any manner and always had free will.  At no time did T. Tate, A. Tate, or anyone affiliated with the Tate Brothers restrict E. Gabbey's mobility during her visitation. In fact, there is video proof in CCTV footage of her leaving both houses to order pizza, visit the mall and shop, and for various other reasons. For instance, in one CCTV video E. Gabbey is happily and freely moving about the Tate Estate.  She appears to exit, go to and retrieve something from a vehicle, and then re-enter with a smile on her face.[23]

76.     E. Gabbey published a litany of false, defamatory statements to multiple public agencies and private citizens during and after her time in Romania.  She consistently claimed that she was not free to leave and was in danger.  The truth is that during her six-day trip to Romania, she shopped, went sight-seeing, was free to leave at any time, and even attended a birthday party.[24]

***Emma Gabbey's False Statements to the Romanian Government***

77.     Upon information and belief, months in advance of her trip to Romania, E. Gabbey had been plotting to escape the United States for Europe to pursue a lavish new life overseas.  By the time she met T. Tate in December of 2021, she had become extremely disillusioned with her own life in the United States, the direct result of having ensnared herself in a series of poor decisions starting from a young age, and refusing to deal with the consequences of her actions like a mature

---

[23] *See* Video of E. Gabbey freely moving in and out of the Tate Estate during her six-day-trip to Romania @ https://drive.google.com/file/d/1cplX8lCx8YsrgpKRU7FOuQz1tP7m0LU7/view?usp=sharing (last visited on July 11, 2023).

[24]*See* Video of E. Gabbey freely attending a party during her six-day-trip to Romania @ https://drive.google.com/file/d/18RX3CKcHwYngaEsZZmXWlrd86w5h32sJ/view?usp=sharing (last visited on July 11, 2023).

adult. Accordingly, for anyone, but particularly for a woman of her age, she had already amassed a ton of emotional, financial, and legal baggage.[25]

78.     As discussed above, several of these men's lives were literally destroyed from E. Gabbey's diabolical exploits – one languishes in prison, his entire life ruined with a lengthy prison sentence; another was driven to suicide; dozens more remain emotionally and financially shattered. The idea, therefore, that she wanted to turn the page on her life and hit the proverbial reset button was self-explanatory.

79.     We do not know exactly what went through her head the moment she first laid eyes on Tristan Tate. It is possible that she targeted him for destruction in a manner similar to Marlin Fisher and Jailed John.  It is also possible that she gazed upon an exceedingly handsome and successful man that she could partner with in love, business, or in the context of the sugar baby, sugar daddy relationship.  In a text message to her mother, dated November 18, 2021, E. Gabbey describes T. Tate as an "amazing friend … [who is] coming here from **Romania** to host a **big business conference**." [Emphasis Added.].  E. Gabbey's first impression description of T. Tate reveals quite a lot already about her intentions: E. Gabbey immediately hones in on T. Tate's success as a European entrepreneur, and by extension, identified him as an ideal scapegoat to start life afresh in Europe:

> E. Gabbey: "I'll wear the dress to Art Basel. I also have an **amazing friend**, Tristan, that's coming here from **Romania** to host a **big business conference**.  Him and his brother are **world kickboxing champions**.  They are originally from **England**.  His business conference will go for two weeks.  He's having a **big charity gala** there and invited me as his date." [Emphasis Added.][26]

---

[25] Emma Gabbey's false statements to the Romanian government have been incorporated herein by reference as EXHIBIT G.

[26] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 1.

80.     Of pertinence in the above are E. Gabbey's identifications of T. Tate and A. Tate as two worldly, successful businessmen, with well-established European ties.  She mentions "business" several times, which underscores the Tate Brothers' track record of financial success – and therefore, believes they have the means to support her European dreams.  Moreover, her emphasis on "charity gala" is of twofold import: one, it demonstrates yet another instance of the Tate Brothers' history of charitable and philanthropic work, which has been – and continues to be – an integral part of their business ventures, long before they ever had to deal with allegations of human trafficking; and two, it demonstrates that, like the profiles of M. Fisher, T. Hensel, and many other previous victims of E. Gabbey, E. Gabbey identified T. Tate as a man with good intentions, and thus sized him up as someone potentially susceptible to falling for her damsel in distress ruse.

81.     In subsequent messages with her mother, E. Gabbey repeatedly emphasizes the Tate Brothers' European backgrounds, general worldliness and success as businessmen.  As well as her ardent desire to visit the United Kingdom, which had long been a central part of her own long-term plans.  In particular, E. Gabbey made a point of noting the Tate Brothers' British roots, an added bonus that dovetailed nicely with her longstanding plans to visit and potentially start a fresh life in London:

> E. Gabbey: "when we met we opened up to each other about a lot. He likes to call me Emma even though he knows everyone calls me Eden. Something he brought up recently is that he has been to [almany??] many many times and has very good friends there. And he wants to show me around the country and take me to the waterfalls and their cultural festivals and then to Europe :)*
> M. Gabbey: Awesome plans! Makes me dream? But keep your feet well anchored to your grounds??
> E. Gabbey: **either way I've been planning to go to the UK**. Tristan wants to show me all over Romania. [Emphasis Added.][27]

---

[27]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 1.

82.     In the above exchange, E. Gabbey is encouraged to travel to Europe with T. Tate by none other than her own mother, M. Gabbey, which is noteworthy given that M. Gabbey later becomes a material participant in the effort to destroy the lives of the Tate Brothers.  Furthermore, E. Gabbey confirms that she had been planning to travel to the United Kingdom before ever having met the Tate Brothers. It is thus, glaringly obvious that E. Gabbey viewed T. Tate as the perfect vehicle upon which she could accomplish many of her goals. Therefore, even at this early stage, E. Gabbey viewed the Tate Brothers as not *ends* in themselves, but as *means* to transactionally help bring about her goal of visiting – and potentially even reestablishing her identity – in Europe.

83.     After spending a few days at the Tate estate in Bucharest, E. Gabbey's unrealistic expectations about living a glamorous life in Europe were forced to come to terms with the mundane, day-to-day realities of successful businessmen.  Although T. Tate and A. Tate offered E. Gabbey free-range of their home and many luxuries throughout the duration of her visit, the Tate Brothers themselves spent most of their days preoccupied with work, rather than entertaining and spending time with guests.  E. Gabbey refused to adjust her expectations to meet the Tate Brothers' work-focused lifestyle: she expected a European tour immediately, and basically wanted to live and be treated like royalty. Her patience quickly wore thin; despite having access to their pool, vehicles, and other high-end amenities, E. Gabbey became bored and restless at the Tate estate.  She no longer wanted to pursue opportunities in Romania as an e-model.  Instead, E. Gabbey began conjuring ways to exploit the Tate Brothers, which, in accordance with her manipulative nature, could only ever be the one source of true pleasure for her.

84.     E. Gabbey proceeded to survey the other female friends of the Tate Brothers who visited their estate for potential accomplices. Although the overwhelming majority of female guests were quite happy with the lifestyle, E. Gabbey dialed in on one guest, A. Untila, who appeared similarly

bored with the experience – and, like E. Gabbey, was looking for newfound excitement.  E. Gabbey conscripted A. Untila, using similar methods of manipulation, to convince her to go along with E. Gabbey's new scheme to defraud the Tate Brothers – and ultimately accuse them of human trafficking and other grave crimes.  Afterward, being rescued by the United States Embassy and Romanian Police for human trafficking, E. Gabbey and A. Untila would travel together to the French Riviera and London to have the glamorous European experience E. Gabbey had always envisioned.[28]

85.     E. Gabbey and A. Untila started off by using a private group chat to plot their conspiracy against the Tate Brothers – upon information and belief, at the heart of the conspiracy was the motive to defraud A. Tate of $200,000.00 euros of money.  On April 10, 2022, E. Gabbey and A. Untila initiated their plot to obtain money from A. Tate by false pretenses.  Although they were ultimately unsuccessful, the following exchange provides insight into how E. Gabbey and A. Untila had planned to defraud and extort A. Tate of money and potentially other luxuries:

> E. Gabbey: "I'm talking to my friend
> E. Gabbey: "about it now."
> E. Gabbey: "she is saying you should **try to get $ from andrew**."
> E. Gabbey: "where is your sister in london babe."
> A. Untila: "I'm not good at this lol."
> A. Untila: "I have never asked anyone for money."
> E. Gabbey: "she's saying if you tell him you have something important that you need money for, he will give it to you."
> A. Untila: "Okay I will think about it like what to say."
> [Emphasis,                                         Added.][29]

---

[28]  Plaintiffs respectfully submit that luxury vacations to the French Riviera are irregular in terms of what human trafficking victims are doing after being rescued and give notice that they will be requesting all relevant information from Defendant Gabbey's counsel pertaining to the planning and financing of these trips.

[29]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 28.

86.    The two women, E. Gabbey and A. Untila, then go on to take matters to the next level and have the following conversation, in text messages and in pertinent part, in which they describe how they will employ matters of deception against the Tate Brothers to carry out the criminal act:

> E. Gabbey: "**cover tracks**."
> E. Gabbey: "always."
> E. Gabbey:  "your phone might be visible."
> A. Untila: "You are a good actress [unknown emoji]."
> E. Gabbey: "i practiced."
> A. Untila: "Perfecto."
> A. Untila: "for now change my name in your phone."
> E. Gabbey: "okay."
> E. Gabbey: "you too."
> A. Untila: "Just play it cool."
> E. Gabbey: "got it."
> A. Untila: "Like you don't know anything."
> A. Untila: "play dumb."
> E. Gabbey: "**i'm going to pull some tears out**." [Emphasis Added.][30]

87.    It is clear from the above exchange that neither E. Gabbey nor A. Untila believed they were victims. Rather, they simply did not want to be held responsible for attempting to defraud A. Tate of money and devised a whole scheme, using false pretenses, to trick him.  Further evidence of their chicanery is found in the fact that E. Gabbey even goes so far as to laugh when A. Untila speaks about "playing the victim."  **Afterward, E. Gabbey and A. Untila joke about contacting Netflix and other streaming services to recount their "golden Oscar" performances, which they apparently considered Hollywood worthy**.  The following exchange took place between E. Gabbey and Untila and demonstrates their cavalier, flippant attitudes towards committing fraud:

> E. Gabbey: "**we are writing a movie** *asap*."
> A. Untila: "Yep."
> A. Untila: "For sure."
> A. Untila: "We have too."
> E. Gabbey: "I'm dying inside."
> A. Untila: "**Let's email Netflix**."
> A. Untila: "Asap."
> E. Gabbey: "**hulu, amazon prime**."
> A. Untila: "Yep."[31]

---

[30]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 29.

[31] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 34.

88.     In making light of a very serious accusation – it is patently clear from the above exchange that neither E. Gabbey nor A. Untila believed they were ever in real danger, let alone in a situation even remotely close to "human trafficking" or being "falsely imprisoned," which they would later allege.  Indeed, the very opposite is true: rather than being victims, E. Gabbey and A. Untila are in fact perpetrators of a crime of moral turpitude to commit fraud against the Tate Brothers.  Upon failure to execute their conspiracy, instead of taking responsibility for their actions like any morally competent and self-aware adult, E. Gabbey, consistent with her character, doubled down to inflict maximum damage.

89.     Next, E. Gabbey took the conspiracy to an entirely new level by sending distressing messages to an American-based Matthieu Martelly ("Martelly"), either a former or current lover.  Gabbey publishes in a text message to Martelly that both she and A. Untila were being "human trafficked."  The end goal of course remained always the same: to scapegoat the Tate Brothers, pursuant to the pleasures she derived from manipulating and extorting successful paramours, and upon incriminating them, thereafter enjoy a luxurious European vacation in London and the French Riviera.

90.     On April 11, 2022, just one day after conspiring with A. Untila to defraud A. Tate of money, E. Gabbey communicates to Martelly, via text message, that she's "leaving to [go to] [L]ondon on the 12th," and that she had already "bought tickets," and wanted to bring "a young girl" (her co-conspirator, A. Untila) along for the ride.

91.     Martelly, apparently in love or infatuated with E. Gabbey, then starts contacting government friends that eventually puts the United States Embassy in Bucharest on alert of E. Gabbey's allegations that E. Gabbey and A. Untila were being human trafficked by the Tate

Brothers. Martelly does this despite the fact that Gabbey **tries to talk Martelly out of calling the**

**US Embassy**, as demonstrated in the below:

> E. Gabbey: hard thing is getting out the house.
> E. Gabbey: there's three other girls besides her and i. they are groomers and handlers
> E. Gabbey: if they see us leave they call the brothers then brothers call airports and stop us from leaving
> Martelly: Embassy of the United States
>
> Martelly: Hold on to your passport and go there's a USMC security detail
> Martelly: **Say I am an American an I'm in danger**
> E. Gabbey: I bought us tix for 6 or so am we would leave in the middle of the night
> E. Gabbey: tomorrow 6 am
> Martelly: Stand by I'm gonna makes call
> E. Gabbey: __don't make any calls please__
> E. Gabbey: **I want to go to London lol**
> E. Gabbey: I can let you know how Tuesday goes
> E. Gabbey: you have my location
> E. Gabbey: if something happens then we call?
> Martelly: fine, be safe
> Martelly: Slightest hint of danger
> E. Gabbey: **i think I'll be able to get to London, then I'll fly back to fl after two weeks there**
> E. Gabbey: if I don't call or text Tuesday, something happened
> E. Gabbey: **but it's unlikely** [Emphasis Added.]³²

92.     In subsequent text-based exchanges with Martelly, E. Gabbey makes it clear that she has

no issues leaving the Tate estate and that she did not sustain any injuries.  These statements

collectively erode the theory that she and A. Untila were being imprisoned against her will as a

human trafficking victim:



> E. Gabbey [4/11/2022 4:21:23 AM]: I don't think they will notice is though. **We're leaving in the middle of the night**.
> Martelly [4/11/2022 4:21:25 AM]: Good, just glad you're **unharmed**.
>
> Martelly [4/11/2022 4:25:15 AM]: Are you injured
> E. Gabbey [4/11/2022 4:25:20 AM]: **No injuries**
> E. Gabbey [4/11/2022 4:25:26 AM]: **neither of us**
> E. Gabbey [4/11/2022 4:25:36 AM]: it's been a short amount of time

---

³² A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 5.

> E. Gabbey [4/11/2022 4:25:42 AM]: they don't suspect us for
> leaving [Emphasis Added.][33]

93.     In the following exchange, **E. Gabbey again repeats for a third time to Martelly that she had no issues leaving the Tate Brothers' estate**.  Moreover, based on the language used, E. Gabbey appears to be intentionally planning out each and every step of her plot against the Tate Brothers, as demonstrated by her understanding to gather "evidence."  She further doubles down on her stated aim to travel to London while still in Romania, despite being the alleged victim of an ongoing human trafficking operation where she was still in the company of her alleged traffickers:

> E. Gabbey [4/11/2022 4:55:42 AM]: **i don't think i'll have trouble leaving**
> E. Gabbey [4/11/2022 4:55:47 AM]: it's more of the girl with me
> E. Gabbey [4/11/2022 4:56:42 AM]: **we have so much *evidence* though**
> E. Gabbey [4/11/2022 4:57:04 AM]: we can **gather it and send it somewhere** once we are away from here
> Martelly [4/11/2022 4:57:52 AM]: Go to the embassy And get expedited stateside
> E. Gabbey [4/11/2022 4:58:33 AM]: **I want to go on my trip that I was promised**??
> E. Gabbey [4/11/2022 4:58:38 AM]: **So I'm going to do that lmao** [Emphasis Added.][34]

94.     E. Gabbey also repeats the same story that she was free to leave the Tate Brothers' estate in several text messages to both her parents, M. Gabbey and W. Gabbey, as demonstrated in the following examples:

> E. Gabbey: "I am not so concerned. tristan doesnt really care if i leave."

> E. Gabbey: ""i don't think they care that much if we leave anyways, which is why i feel okay."[35]

---

[33]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 6.

[34]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 7.

[35]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 25.

95. As the conversation continues, however, and E. Gabbey comes to realize the full gravity of her human trafficking allegations, she dramatically changes her tune. As evidenced in the below exchanges with Martelly, E. Gabbey becomes vindictive and gets bitter with Martelly for calling the United States Embassy. E. Gabbey also perceives the fallout from these allegations represents an inconvenient yet significant roadblock in her plans to visit London. Accordingly, E. Gabbey reverts from her damsel in distress routine, wherein she becomes upset with Martelly and blames him for the consequences of the impending police raid.

96. **IMPORTANTLY** and highly relevant to the state of affairs at the Tate Estate, is the fact that E. Gabbey stresses that only she and another girl – A. Untila – wanted to leave the Tate Brothers estate, further supporting the fact that nobody was in danger, and that the human trafficking allegations were purely the product of E. Gabbey and A. Untila's imagination. Despite the litany of warnings to Martelly and her parents that she was not in danger and was free to go and come as she pleased. Martelly and Gabbey's parents publish Gabbey's false claims to the United States Embassy, which has resulted in a monstrous amount of suffering and personal loss to Andrew and Tristan Tate.

> E. Gabbey: **Did you call the embassy**
> E. Gabbey: **?**
> E. Gabbey: be honest please
> E. Gabbey: apparently marines are after me?
> E. Gabbey: that's what my mom just called on the phone screaming
> E. Gabbey: completely compromised my safely
> E. Gabbey: thanks
> Martelly: **Yeah I called** Neves and did what he said to do
> E. Gabbey: **goodbye matt**
> E. Gabbey: **i just wanted to go to london**
> E. Gabbey: handle it on my ow[n]
> E. Gabbey: i trusted you with that info
> Martelly: Be upset if you want honestly but having the US government come save your ass in a position you put yourself in
> E. Gabbey: ?
> E. Gabbey: it's not just me here
> Martelly: I KNOW
> E. Gabbey: you don't understand

> E. Gabbey: **<u>it's only me and one girl that want to leave</u>**
> E. Gabbey: are they coming here now
> E. Gabbey: or when i leave
> Martelly: This is serious
> E. Gabbey: can they take her to
> Martelly: Yes
> Martelly: That's why
> Martelly: I'm specifically trained for this we have protocols in place
> Martelly: Its my literal job em
> E. Gabbey: so they aren't on the way
> E. Gabbey: **good job now the police are coming** [Emphasis Added.][36]

97.    **Finally, as E. Gabbey becomes fully aware of the ramifications of her actions, she wants Martelly to retract** the US Embassy call, and then proceeds to accuse Martelly of orchestrating the scheme:

> Martelly: She's a human trafficking victim
> Martelly: She'll be entitled to protection
> E. Gabbey: But she needs to go to London
> E. Gabbey: to her family
> E. Gabbey: we bought the tickets
> E. Gabbey: *i wish I could take it back*
> E. Gabbey: **please matt**
> E. Gabbey: **please do** *anything*
> E. Gabbey: i'll do *anything* to take it back
> Martelly: Yes they'll evaluate her
> E. Gabbey: **i'm so sad you're doing this**
> E. Gabbey: she has family[37]

98.    E. Gabbey also makes reference again to playing a role, as in a movie or Netflix series, and states her belief that she and A. Untila executed their respective parts quite well.

> E. Gabbey: **we played** *our role* **really good today**
> E. Gabbey: nobody thinks we are going to leave at all [Emphasis Added.][38]

99.    Finally, E. Gabbey goes so far as to gaslight Martelly, repeating a psychologically abusive tactic she had used on previous lovers, into taking the blame for E. Gabbey's situation and for even

---

[36] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 8.

[37] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 10.

[38] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 10.

putting herself in danger, despite her allegations of human trafficking, for alerting the authorities about her situation:

> E. Gabbey: errmmm **definitely not trusting anything u say**,
> don't know why i bothered asking
> Martelly: I have no clue what your talking about
> E. **Gabbey: you've actually managed to put me in far more**
> **danger by doing what you did yesterday with my parents**
> E. Gabbey: and **won't even admit to it** [Emphasis Added.][39]

100.    On or about April 12, 2022, police raided the home where E. Gabbey was residing.  Police removed E. Gabbey from the house, along with A. Untila—separated the two women from the other females residing there at the time.  Upon information and belief, none of the other women at the home were treated as victims but required to endure uncomfortable conditions for hours on end. As an example, according to the sworn statement of I. Pencov, who was recovering from surgery at the time, she was forced, as a result of E. Gabbey's outrageous conduct, to sit on a hard surface and go to the bathroom while being watched by a police officer. Only later did it become known that I. Pencov and B. Anghel, two neighbors who lived close by, were unknowingly being treated as victims against their will by the Romanian government.  The affidavit of each person is attached hereto confirming such coercive conduct by the Romanian prosecutors.[40]

101.    Upon information and belief, W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her.  These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and several other persons and entities.  At no point did the Tate Brothers engage in human

---

[39]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 12.

[40]   The affidavits of I. Pencov and B. Anghel is attached hereto as EXHIBIT H and EXHIBIT I, respectively.

trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  Because the statements were made knowingly and/or with a reckless disregard for their falsity, and therefore with malice, they are not protected under Florida law.

102.    E. Gabbey clearly acted with malice when she falsely accused the Tate Brothers of human trafficking and false imprisonment, in the same manner in which she has maliciously perpetuated falsehoods for her own benefit in many previous relationships.  The difference being that this time, her malicious falsehoods resulted in the immediate and unjust incarceration of two innocent men.  Her actions were deliberate. The consequences of her actions, including the deprivation of the Tate Brothers' freedom was completely foreseeable, and likely then end goal considering her perilous history of destroying men's lives.

103.    As stated above, E. Gabbey has a nefarious history of revoking sexual consent in order to extort men.  She likewise, accused T. Tate of physically abusing her while having intercourse – namely, choking her until she passed out.  However, approximately two weeks after making the fantastical accusations of human trafficking and other crimes of moral turpitude against the Tate Brothers, E. Gabbey and A. Untila were already vacationing on the French Riviera "mentally preparing for our upcoming adventure…" [41]

104.    Upon information and belief, E. Gabbey is the owner of the Instagram handle, "Furyfatale," and A. Untila was at some point the owner of the Instagram handle, "AlionaUntila."  This was confirmed in photographs provided by Romanian witness, I. Pencov, who provided an affidavit, which attests to taking the screen grabs of the pictures attached hereto as Exhibit H.

---

[41]   This is corroborated by social media content posted by E. Gabbey on the French Riviera and is attached hereto as Composite EXHIBIT J.

105.    Being the opportunist she is, E. Gabbey, appears to be ready to seize the moment on social media, and has recently been associating herself with various human trafficking organizations to promote herself on the internet and various social media platforms.[42] But nothing could be further from the truth.[43]

106.    The serious allegations of human trafficking by E. Gabbey and others directly prompted Romanian authorities' investigation into the Tate Brothers, resulting in the Tate Brothers' incarceration and ongoing house arrest.  Indeed, one Romanian judge in the Bucharest Court of Appeal found the evidence against the Tate Brothers for human trafficking and other criminal charges so unpersuasive that she ruled that "that the brothers should be allowed to move freely in Romania, without restrictions,"[44] according to the *Associated Press* and other international reports, prompting a rare split decision in which a third judge had to be called in to preside over the ruling and render the deciding vote.

107.    Whereas, as a result of the Defendants' actions, the Tate Brothers suffered actual damages and noneconomic damages, including loss of months of their lives, loss of personal freedoms, loss of their routine, missing the birth of T. Tate's child, impaired communication with close relatives – including their mother, wives, and children, serious stress and health complications, spending time out of their lives coping with being defenseless against the violation of their rights, the incapacitation of their freedom, and the confusion and inability to understand the false accusations at the beginning of this nightmare and torment that has been ongoing for months. The Tate Brothers

---

[42] A compilation of E. Gabbey's social media posts is attached hereto as EXHIBIT K.

[43] A compilation of E. Gabbey's social media posts is attached hereto as EXHIBIT L.

[44]  *See* Stephen McGrath and Vadim Ghirda, *Andrew Tate loses appeal against house arrest in Romania as human trafficking case continues*, Associated Press (July 6, 2023), https://apnews.com/article/andrew-tate-loses-appeal-house-arrest-romania-284b6d71b007702a4c769f09c710f287.

have also sustained physical injuries resulting from their imprisonment, in which they languished behind bars for months under egregious conditions of confinement that included long stints of prolonged solitary confinement, lack of sunlight, ventilation, proper food, and medical care— all while being denied meaningful attorney access.

108.    The Tate Brothers have experienced significant damages to their businesses and potential business prospects, including lost opportunity costs, a function of being effectively blacklisted by every noteworthy social media platform and being imprisoned and on house arrest for months without meaningful access to the outside world.   In addition to suffering the loss of their personal lives, freedoms, and peace of mind as mentioned above, the Tate Brothers have lost personal reputation, business reputation, and sustained an incarceration that interfered with their personal and business income, and which has resulted in the seizure of personal assets by a foreign government.

109.    Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses.   The Tate Brothers' professional reputations have been irreversibly tarnished in the eyes of the global community, as well as the elite relationships with investors, businessmen, and influencers that took them a lifetime to cultivate.

110.    To defend themselves against these outlandish allegations the Tate Brothers have had to hire teams of lawyers across the world to protect and defend their personal and professional interests against this manifestly unjust attack.

111.     All conditions precedent to filing this Complaint have been satisfied.

## FIRST CAUSE OF ACTION

### Defamation: W. Gabbey, M. Gabbey, and Martelly

112.     The Tate Brothers re-allege and restate paragraphs 1-111 as though fully stated herein, and allege that those facts as pleaded demonstrate that E. Gabbey, W. Gabbey, M. Gabbey, and M. Martelly, are guilty of Libel against Andrew and Tristan Tate.

113.     Under Florida law, the following four elements must be met to satisfy a claim for defamation: (i) the defendant published a false statement; (ii) about the plaintiff, (iii) to a third party; and (iv) the falsity of the statement caused injury to the plaintiff. *Border Collie Rescue v. Ryan*, 418 F.Supp.2d 1330, 1348 (M.D.Fla. 2006).

114.     PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES: As demonstrated above, Defendants E. Gabbey, W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements communicated to them by E. Gabbey about the Tate Brothers "human traffick[ing]" her and "falsely imprisoning" her to the United States Embassy and/or several other third parties.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E. Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit. W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

115.     INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional

injuries.  The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like Twitter and Instagram, on which the Tate Brothers have millions of followers and other business ventures they have long since relied upon to generate income.  Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children.  Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

## SECOND CAUSE OF ACTION

### Defamation Per Se: W. Gabbey, M. Gabbey, and Martelly

116.    The Tate Brothers re-allege and restate paragraphs 1-115 as though fully stated herein.

117.    This is an action by the Tate Brothers against W. Gabbey, M. Gabbey, and Martelly for libel per se.

118.    Under Florida law, the following four elements must be met to satisfy a claim for defamation: (i) the defendant published a false statement; (ii) about the plaintiff; (iii) to a third party; and (iv) the falsity of the statement caused injury to the plaintiff.  *Border Collie Rescue v. Ryan*, 418 F.Supp.2d 1330, 1348 (M.D.Fla. 2006).  Florida law recognizes "per se" cases of defamation under certain circumstances.  Per se defamation presumes damages if one of the

46

following subjects is met: (i) impugns a person's professional character or standing; (ii) states or implies that an unmarried person is unchaste (e.g., is sexually active); (iii) states or implies that a person is infected with a sexually transmitted disease; or (iv) states or implies that the person has committed a crime of moral turpitude (e.g., theft or fraud).

119.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES THAT DIRECTLY IMPUGNED CHARACTER, PROFESSIONAL STANDING:  W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her.  These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and several other third parties elaborated in the above.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E. Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit.  W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

120.    INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries.  The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like Twitter and Instagram, on which the Tate Brothers have millions of followers that they predominantly rely upon to market their War Room, Hustlers

University, and other business ventures.  Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children.  Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

### THIRD CAUSE OF ACTION

### Commercial Defamation: W. Gabbey, M. Gabbey, and Martelly

121.    The Tate Brothers re-allege and restate paragraphs 1-120 as though fully stated herein.

122.    This is an action by the Tate Brothers and their various businesses, including the War Room and Hustlers University, for commercial defamation, specifically libel and slander against W. Gabbey, M. Gabbey, and Martelly.

123.    Under Florida law, the following three elements must be met to satisfy a claim for commercial defamation: (i) the statement was false; (ii) the person making the statement intends for you to suffer financial loss and your business does suffer loss, resulting in actual damages; and (iii) the person making the statement knew it was false or did not have any concern whether it was true.  *See Business Disparagement in Florida*, Trevor Brewer (May 16, 2019).

124.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES THAT RESULTED IN FINANCIAL LOSSES TO BUSINESS:  W. Gabbey, M. Gabbey, and M. Martell knowingly,

48

intentionally, and purposefully published false statements communicated by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her. These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and/or several other third parties elaborated in the above. At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world. As detailed at length above, E. Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit. W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

125.    KNOWLEDGE AND/OR DISREGARD OF FALSITY AND INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries. The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like Twitter and Instagram, on which the Tate Brothers have millions of followers that they predominantly rely upon to market their War Room, Hustlers University, and other business ventures. Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate

Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children. Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

### FOURTH CAUSE OF ACTION

**False Imprisonment: Emma Gabbey and Aliona Untila**

126. The Tate Brothers re-allege and restate paragraphs 1-125 as though fully stated herein.

127. Under Florida law, any person who personally participates in or proximately causes the unlawful detention of another may be liable for false imprisonment. *Johnson v. Weiner*, 155 Fla. 169, 19 So. 2d 699 (1944). Florida courts generally consider the following factors when determining a claim for false imprisonment: facts showing that plaintiff was physically restrained or confined against his or her will; facts showing that defendant acted with intent of imposing confinement or with knowledge that such confinement would, to a substantial certainty, result from it; facts demonstrating a causal nexus between the defendant's conduct and the confinement; and damages.

128. PHYSICAL CONFINEMENT AGAINST WILL BY E. GABBEY'S AND A. UNTILA'S ACTIONS: The Tate Brothers were unlawfully incarcerated and wrongfully detained for months as a direct result of the human trafficking and baseless other criminal allegations lodged against them by E. Gabbey and A. Untila. In alleging human trafficking violations against the Tate Brothers, and furthermore, in communicating such baseless claims to family, friends, and other contacts, who later reported those unfounded allegations to the United States Embassy, there was

a direct causal link between E. Gabbey and A. Untila's conduct and the Tate Brothers' subsequent confinement.

129.    DEFENDANT ACTED WITH INTENT TO CAUSE CONFINEMENT, RESULTING IN DAMAGES: E. Gabbey and A. Untila were fully aware that in making such allegations to the United States Embassy, directly or indirectly, through contacts back home and other third parties, there was substantial certainty that the Tate Brothers would be arrested, detained, and confined, as a direct result of such allegations. The Tate Brothers subsequently were incarcerated for no less than three months, and remain under 24/7 house arrest, for an indeterminate length of time, despite never once being formally charged with a crime – in short, they have faced confinement on the basis of E. Gabbey and ███████ conduct alone.  As stated above, the Tate Brothers experienced severe personal, emotional, and professional damages, including be denied access to loved ones, loss of business opportunities and other economic losses, as a direct result of E. Gabbey and A. Untila's baseless allegations of human trafficking, rape, forming a criminal organization to exploit women.  E. Gabbey and A. Untila acted with knowledge that making such false statements would directly cause Romanian authorities to arrest, incarcerate, and detain the Tate Brothers, which they did, thereby effectively operating as a conduit to help achieve a nefarious purpose.

## FIFTH CAUSE OF ACTION
### Tortious Interference with a Business Relationship: Emma Gabbey

130.    The Tate Brothers re-allege and restate paragraphs 1-129 as though fully stated herein.

131.    Under Florida law, the following four elements must be met to satisfy a claim for tortious interference with a business relationship: (i) the existence of a business relationship under which the plaintiff has legal rights; (ii) knowledge of the relationship on the part of the defendant; (iii) an intentional and unjustified interference with that relationship by the defendant; and (iv) damage to

51

the plaintiff as a result of the breach of the business relationship.   *Bortell v. White Mountains Ins. Grp.*, Ltd., 2 So. 3d 1041, 1048 (Fla. Dist. Ct. App. 2009).

132.   EXISTENCE OF A BUSINESS RELATIONSHIP AND KNOWLEDGE BY E. GABBEY: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, at all times relevant herein, Defendant E. Gabbey knew of the advantageous business relationship between T. Tate and their contractors and associates, and deliberately sought to interfere with such economic advantage.  The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, until Defendant, E. Gabbey, contacted M. Gabbey and W. Gabbey and made false allegations about the conduct of the Tate Brothers and Companies, there was a reasonable probability that the Tate Brothers would be able to continue operating their lawful businesses with the contractors and business associates and continue deriving an income from such.

133.   INTENTIONAL AND UNJUSTIFIED INTERFERENCE WITH THE RELATIONSHIP BY E. GABBEY: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, E. Gabbey did not like the competition in the business that she was receiving from the other girls living in the house as demonstrated by communicating knowingly false statements about the Tate Brothers' alleging serious criminal activity which has caused significant economic and reputational damages to the Tate Brothers' various companies. The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, by her unjustified and unprivileged conduct, as alleged above, E. Gabbey intended to disrupt the Tate Brothers' prospective economic advantage in the operation of their business.  E. Gabbey tortiously interfered with the Tate Brothers' business operations by communicating knowingly false

statements about the Tate Brothers' alleging serious criminal activity which has caused significant economic and reputational damages to the Tate Brothers' various businesses.

134.     DAMAGE TO THE TATE BROTHERS AS A RESULT OF THE BREACH OF THE BUSINESS RELATIONSHIP: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, E. Gabbey's conduct, as alleged above, disrupted the Tate Brothers' and Companies' prospective economic advantage in continuing the operation of their lawful business.  As a direct, proximate, and foreseeable result of E. Gabbey's wrongful conduct, as alleged above the Tate Brothers have suffered damages in an amount to be proven at trial, and which the Tate Brothers and Companies are informed and believe exceeds the jurisdictional threshold for classification as an unlimited civil case.  The Tate Brothers and Companies will seek leave of Court to amend this Complaint to set forth the exact amount of damages when they have been ascertained.

## SIXTH CAUSE OF ACTION
### Civil Conspiracy: Emma Gabbey and Aliona Untila

135.     The Tate Brothers re-allege and restate paragraphs 1-134 as though fully stated herein.

136.     This is an action by the Tate Brothers against Emma Gabbey and Aliona Untila, for civil conspiracy.  Under Florida law, the following four elements must be met to satisfy a claim for civil conspiracy: (i) a conspiracy between two or more parties; (ii) to do an unlawful act or to do a lawful act by unlawful means; (iii) the doing of some overt act in pursuance of the conspiracy; and (iv) damage to the plaintiff as a result of the acts performed pursuant to the conspiracy.  *Walters v. Blankenship*, 931 So. 2d 137, 140 (Fla. Dist. Ct. App. 2006).

137.     CONSPIRACY BETWEEN TWO OR MORE PARTIES: Upon information and belief, Untila colluded with E. Gabbey to intentionally inflict harm on the Tate Brothers and also obtain money from A. Tate by false pretenses.

138.     TO DO AN UNLAWFUL ACT AND THE DOING OF SOME OVERT ACT IN PURSUANCE OF THE CONSPIRACY: Untila and E. Gabbey took an overt act in furtherance of their conspiracy by outlining a systematic plot to deceive A. Tate to steal money and, upon information and belief, potentially other property from him. Text messages evidencing this conspiracy are attached hereto as Exhibit B.

139.     DAMAGE TO THE PLAINTIFF: In addition, as shown above, E. Gabbey and Untila indicated that they would need Emmy Awards for the performance and script they came up with to deceive the Tate Brothers as well as those around them further indicating that they should contact Netflix and Hulu.  Furthermore, by way of their plot, E. Gabbey and Untila inflicted significant emotional distress on the Tate Brothers.  By conspiring to defame the Tate Brothers and trying to obtain money under false pretenses, the Tate Brothers have been economically damaged because they suffered material losses, between the lost property that was the basis for the conspiracy, lost time at work as a result of being distracted and imprisoned, and the economic and reputational damages sustained to their various multimillion dollar businesses because of E. Gabbey and Aliona Untila's defamation.

### SEVENTH CAUSE OF ACTION

**Intentional Infliction of Emotional Distress: Emma Gabbey and Aliona Untila**

140.     The Tate Brothers re-allege and restate paragraphs 1-139 as though fully stated herein.

141.     This is an action by the Tate Brothers against E. Gabbey and A. Untila for intentional infliction of emotional distress.

142.     Under Florida law, the following four elements must be met to satisfy a claim for intentional infliction of emotional distress: (i) the wrongdoer's conduct was intentional or reckless, that is, he intended his behavior when he knew or should have known that emotional distress would likely result; (ii) the conduct was outrageous, that is, as to go beyond all bounds of decency, and

to be regarded as odious and utterly intolerable in a civilized community; (iii) the conduct caused emotional distress; and (iv) the emotional distress was severe.  *LeGrande v. Emmanuel*, 889 So. 2d 991, 994 (Fla. Dist. Ct. App. 2004).

143.    E. GABBEY AND A. UNTILA'S CONDUCT WAS INTENTIONAL OR RECKLESS AND OUTRAGEOUS: E. Gabbey and A. Untila caused the Tate Brothers deliberate or reckless mental suffering by publishing statements to third parties that caused the Tate Brothers to be subject to a criminal investigation and which directly led to their incarceration, causing extreme stress and emotional anguish, in addition to the psychological trauma that resulted from the personal, economic, and reputational harms to the Tate Brothers and their various businesses.  In addition to the statements made between E. Gabbey and Untila, E. Gabbey has a long and demonstrated history of inflicting severe emotional distress on her victims.

144.    E. GABBEY AND A. UNTILA'S OUTRAGEOUS CONDUCT CAUSED SEVERE EMOTIONAL DISTRESS: E. Gabbey and Aliona Untila's conduct, which is well outside of the bounds of what is tolerated by society because of how serious and depraved human trafficking and rape allegations are, directly caused mental and emotional anguish for the Tate Brothers because it caused extreme anxiety and distress.  As a direct result of this conduct, the Tate Brothers suffered both psychological and physical harms, including insomnia, weight loss, chest pain, and other serious physical ailments.

**EIGHTH CAUSE OF ACTION**

**Negligent Infliction of Emotional Distress: Emma Gabbey and Aliona Untila**

145.    The Tate Brothers re-allege and restate paragraphs 1-144 as though fully stated herein.

146.    This is an action by the Tate Brothers against E. Gabbey and Aliona Untila for negligent infliction of emotional distress.

147.     Under Florida law, the following four elements must be met to satisfy a claim for negligent infliction of emotional distress: (i) the plaintiff must suffer a discernable physical injury; (ii) the physical injury must be caused by the psychological trauma; (iii) the plaintiff must be involved in the event causing the negligent injury to another; and (iv) the plaintiff must have a close personal relationship to the directly injured person.   *LeGrande v. Emmanuel*, 889 So. 2d 991, 994 (Fla. Dist. Ct. App. 2004).

148.     PLAINTIFF MUST SUFFER A DISCERNIBLE PHYSICAL INJURY FROM THE PSYCHOLOGICAL TRAUMA: E. Gabbey and Aliona Untila caused the Tate Brothers negligent mental suffering by publishing statements to third parties that caused the Tate Brothers to be subject to a criminal investigation and which directly led to their incarceration, causing extreme stress and emotional anguish due to the egregious conditions in which they were confined for months, in addition to the psychological trauma that resulted from the economic, emotional, and reputational harms to the Tate Brothers' various businesses and indefinite house arrest.  E. Gabbey and Aliona Untila caused the Tate Brothers physical injury as a direct result of E. Gabbey and Aliona Untila's negligent actions because the Tate Brothers suffered from insomnia, weight loss, chest pain, and other serious physical ailments, as a result of their extended prison sentence and house arrest.

149.     PLAINTIFF MUST BE INVOLVED IN THE EVENT CAUSING THE NEGLIGENT INJURY AND HAVE A CLOSE PERSONAL RELATIONSHIP TO THE DIRECTLY INJURED PERSON: The Tate Brothers were the targets of E. Gabbey and A. Untila's conspiracy, and therefore directly involved in the defamatory event and allegations that resulted in their imprisonment and house arrest that prompted the negligent injury.   T. Tate and A. Tate are brothers and business partners, and therefore have an extremely close personal relationship to one

another, even for brothers, and have suffered emotional distress from seeing each other in anguish over a sustained period of time.

## RESERVATION OF RIGHTS

Plaintiff reserves the right to amend this Complaint upon discovering additional facts, including adding a claim for punitive damages against one or more Defendants.

## DEMAND FOR JURY TRIAL

Plaintiffs' demand a trial by jury on all issues so triable.

## RELIEF SOUGHT

WHEREFORE, Plaintiffs ANDREW TATE and TRISTAN TATE pray for judgment against each defendant, jointly and severally, as follows:

WHEREFORE, Plaintiffs, ANDREW TATE and TRISTAN TATE pray that this Court will enter judgment of liability against Defendant, EMMA GABBEY, WILLIAM GABBEY, MONA TABBARA GABBEY, MATTHIEU MARTELLY, AND ALIONA UNITLA and award damages including attorneys' fees and costs where authorized by statute, pre- and post-judgment interest, and all other relief that this Court deems just and proper.

Respectfully submitted this 11th day of July 2023.

 /s/ Thomas Maniotis, Esq.                            /s/ Joseph D. McBride, Esq.
Thomas Maniotis, Esq.                               Joseph D. McBride, Esq.
Florida Bar No. 122414                              New York State Bar No. 5445879
Equity Legal, PLLC                                  THE MCBRIDE LAW FIRM, PLLC
5201 Blue Lagoon Drive, Floor 8                     99 Park Avenue, 6th Floor
Miami, FL 33126                                     New York, NY 10016
p:321-313-8642                                      p: (917) 757-9537
e: tamaniots@equitylegal.net                        e: jmcbride@mcbridelawnyc.com
*Attorneys for Plaintiffs*                           *Attorneys for Plaintiffs*
                                                    (*Pro Hac Vice motion filed*
                                                    *Contemporaneously with complaint*)

57

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

TRISTAN TATE, an individual and
ANDREW TATE, an individual

          **Plaintiffs,**                               CASE NO.:

**v.**                                                 DIV:

EMMA GABBEY, an individual,
MONA TABBARA GABBEY, an individual,
WILLIAM GABBEY, an individual,
ALIONA UNTILA, an individual, and
MATTHIEU MARTELLY, an individual

          **Defendants,**

_____/

**VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO
FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.510**

Comes now Joseph D. McBride, Movant herein, and respectfully represents the following:

    1. Movant resides in Brooklyn, NY and Movant is not a resident of the State of Florida.

    2. Movant is an attorney and a member of the law firm of (or practices law under the name of):
The McBride Law Firm, PLLC, with offices at:

| 99 Park Ave - 6th Floor | New York | New York | NY |
|---|---|---|---|
| (Street Address) | (City) | (County) | (State) |

| 10016 | (917) 757-9537 |
|---|---|
| (Zip Code) | (Telephone) |

    3.    Movant has been retained personally or as a member of the above-named law firm on
4/2/2023 by Tristan Tate; Andrew Tate to provide legal representation in connection with the
above-styled matter now pending before the above-named court of the State of Florida.

4. Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s) with Bar Number:

 US District Court for the District of Columbia
US District Court, SDNY
US District Court, EDNY                                    Bar Number 5445879
US District Court, WDNY
New York State

5. A judicial officer or the entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings or disciplined, suspended, disbarred or held Movant in contempt in the preceding 5 years, except as provided below (give jurisdiction of proceeding, date upon which proceeding was initiated, nature of alleged violation, statement of whether the proceeding has concluded or is still pending, and sanction, if any, imposed): None.

6. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. Movant is not an inactive member of The Florida Bar.

8. Movant is not now a member of The Florida Bar.

9. Movant is not a suspended member of The Florida Bar.

10. Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of General Practice and Judicial Administration 2.510, except as provided below (give date of disciplinary action or contempt, reasons therefor, and court imposing contempt). None.

12. Movant has not filed any motion(s) to appear as counsel in Florida state courts during the past five (5) years.

13. Local counsel of record associated with Movant in this matter is: Thomas Maniotis who is an active member in good standing of The Florida Bar, with Florida Bar Number 122414

and has offices at 5201 Blue Lagoon Drive, Floor 8, Miami, FL 33126, Tel. 321-313-8642, email: tamaniotis@equitylegal.net.

14. Movant has read the applicable provisions of Florida Rule of General Practice and Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

15. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida. WHEREFORE, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 10th day of July 2023.

_____
Movant   Joseph D. McBride

99 Park Ave
New York, NY 10016
Telephone: (917) 757-9537

E-mail: jmcbride@mcbridelawnyc.com

NOT A CERTIFIED COPY

STATE OF NEW YORK

COUNTY OF NEW YORK

I, Joseph D. McBride, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

_____
 Movant

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

DATED this 10th day of July, 2023.

_____
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive
Floor 8
Miami, FL 33126
p:321-313-8642
e: tamaniots@equitylegal.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 and by (e-mail) (delivery) (mail) (fax) to (name of attorney or party if not represented), and that the movant has paid the fees described in the Rules Regulating The Florida Bar concerning non-Florida lawyer appearances in a Florida court or has notified The Florida Bar of movant's request for a judicial waiver of said fees.**

this 10th day of July 2023.

_____
Movant

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

Tristan Tate and Andrew Tate

CASE NO. _____

_____
Plaintiff,

**vs.**

Emma Gabbey, Mona Tabbara Gabbey, William
Gabbey, Aliona Untila, and Matthieu Martelly
_____
Defendant.

## SUMMONS
## (PERSONAL SERVICE ON A NATURAL PERSON)

TO DEFENDANT(S):                    **ALTERNATE ADDRESS:**

Emma Gabbey
1647 Park Tree Place
Delray Beach, Florida 33445
_____    _____

IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU.  YOU HAVE 20 CALENDAR DAYS AFTER
THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE
ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT.  A PHONE CALL WILL NOT
PROTECT YOU.  YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN
ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT
TO HEAR YOUR SIDE OF THE CASE.  IF YOU DO NOT FILE YOUR RESPONSE ON TIME,
YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY
THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT.  THERE
ARE OTHER LEGAL REQUIREMENTS.  YOU MAY WANT TO CALL AN ATTORNEY
RIGHT AWAY.  IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY
REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU
FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A
COPY OF YOUR WRITTEN RESPONSE TO THE A PLAINTIFF OR PLAINTIFF(S) ATTORNEY
NAMED BELOW.

Thomas Maniotis
5201 Blue Lagoon Drive, Floor 8, Miami, FL 33126

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED
DEFENDANT(S).

DATED:____07/12/2023_____            **Joseph Abruzzo, Clerk & Comptroller**

By:__*Malina Ali*_____

DEPUTY CLERK

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

NOT A CERTIFIED COPY

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

This notice is provided pursuant to Administrative Order No. 2.207-1/15

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED
CASE MANAGEMENT PLAN IN CIVIL CASES
IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021
(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and
Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this
Circuit, the parties are informed of the following information and procedures applicable to civil
lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order
with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the
Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has
established guidelines for the prompt processing and resolution of civil cases. This Court has
adopted a case management system to help meet those guidelines. In contested cases, the parties
are required to participate in the case management system. The case management system requires
early consultation and cooperation among the parties for the preparation and submission of an
Agreed Case Management Plan and early involvement by the Court. The Agreed Case
Management Plan requires the parties to identify a case track, confer in good faith and attempt to
narrow the matters in controversy, identify the issues that require direct involvement by the Court,
and establish a schedule for addressing those issues.[1] The Agreed Case Management Plan may be
accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed
Case Management Plan must be submitted to the assigned divisional queue via the Court's online
scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed
Case Management Plan on or before 130 days from the date of filing of the initial complaint. If
the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

_____
[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been
established in order to comply with the case disposition standards set forth in Florida Rule of General
Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR)**. ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

_____
**Administrative Circuit Judge**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED**
**CASE MANAGEMENT PLAN IN CIVIL CASES**
**IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021**
**(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this Circuit, the parties are informed of the following information and procedures applicable to civil lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case management system to help meet those guidelines. In contested cases, the parties are required to participate in the case management system. The case management system requires early consultation and cooperation among the parties for the preparation and submission of an Agreed Case Management Plan and early involvement by the Court. The Agreed Case Management Plan requires the parties to identify a case track, confer in good faith and attempt to narrow the matters in controversy, identify the issues that require direct involvement by the Court, and establish a schedule for addressing those issues.[1] The Agreed Case Management Plan may be accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed Case Management Plan must be submitted to the assigned divisional queue via the Court's online scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed Case Management Plan on or before 130 days from the date of filing of the initial complaint. If the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

---

[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been established in order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties.  No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

        3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR)**.  ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

        **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

_____
**Administrative Circuit Judge**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

Tristan Tate and Andrew Tate

_____          CASE NO. _____

                    Plaintiff,

vs.

Emma Gabbey, Mona Tabbara Gabbey, William
Gabbey, Aliona Untila, and Matthieu Martelly
_____

                    Defendant.

## SUMMONS
## (PERSONAL SERVICE ON A NATURAL PERSON)

TO DEFENDANT(S):                           **ALTERNATE ADDRESS:**

Mona Tabbara Gabbey
1647 Park Tree Place
Delray Beach, Florida 33445
_____          _____

### IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU.  YOU HAVE 20 CALENDAR DAYS AFTER
THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE
ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT.  A PHONE CALL WILL NOT
PROTECT YOU.  YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN
ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT
TO HEAR YOUR SIDE OF THE CASE.  IF YOU DO NOT FILE YOUR RESPONSE ON TIME,
YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY
THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT.  THERE
ARE OTHER LEGAL REQUIREMENTS.  YOU MAY WANT TO CALL AN ATTORNEY
RIGHT AWAY.  IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY
REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU
FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A
COPY OF YOUR WRITTEN RESPONSE TO THE APLAINTIFF OR PLAINTIFF(S) ATTORNEY
NAMED BELOW.

Thomas Maniotis
5201 Blue Lagoon Drive, Floor 8, Miami, FL 33126

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED
DEFENDANT(S).

DATED:_____07/12/2023_____          **Joseph Abruzzo, Clerk & Comptroller**

                                         By:_____
                                                   DEPUTY CLERK

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

NOT A CERTIFIED COPY

Summons (Personal Service on a Natural Person) Page **2** of **6**

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

This notice is provided pursuant to Administrative Order No. 2.207-1/15

**"If you are a _person with a disability_ who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una _persona minusválida_ que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon _moun ki enfim_ ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____ /

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED
CASE MANAGEMENT PLAN IN CIVIL CASES
IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021
(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and
Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this
Circuit, the parties are informed of the following information and procedures applicable to civil
lawsuits filed in the Circuit Court on or after April 30, 2021:

1.  **SERVICE OF THIS ORDER.**  The Plaintiff is directed to serve a copy of this Order
with each Summons issued in this case.  One copy of this Order is to be filed with the Clerk of the
Circuit Court with proof of service.

2.  **CIVIL CASE MANAGEMENT SYSTEM.**  The Supreme Court of Florida has
established guidelines for the prompt processing and resolution of civil cases.  This Court has
adopted a case management system to help meet those guidelines.  In contested cases, the parties
are required to participate in the case management system.  The case management system requires
early consultation and cooperation among the parties for the preparation and submission of an
Agreed Case Management Plan and early involvement by the Court.  The Agreed Case
Management Plan requires the parties to identify a case track, confer in good faith and attempt to
narrow the matters in controversy, identify the issues that require direct involvement by the Court,
and establish a schedule for addressing those issues.[1]  The Agreed Case Management Plan may be
accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed
Case Management Plan must be submitted to the assigned divisional queue via the Court's online
scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed
Case Management Plan on or before 130 days from the date of filing of the initial complaint.  If
the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

_____

[1] Case Track options include Expedited, Streamlined, General, or Complex.  Case Tracks have been
established in order to comply with the case disposition standards set forth in Florida Rule of General
Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR)**.   ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

**Administrative Circuit Judge**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED
CASE MANAGEMENT PLAN IN CIVIL CASES
IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021
(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this Circuit, the parties are informed of the following information and procedures applicable to civil lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case management system to help meet those guidelines. In contested cases, the parties are required to participate in the case management system. The case management system requires early consultation and cooperation among the parties for the preparation and submission of an Agreed Case Management Plan and early involvement by the Court. The Agreed Case Management Plan requires the parties to identify a case track, confer in good faith and attempt to narrow the matters in controversy, identify the issues that require direct involvement by the Court, and establish a schedule for addressing those issues.[1] The Agreed Case Management Plan may be accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed Case Management Plan must be submitted to the assigned divisional queue via the Court's online scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed Case Management Plan on or before 130 days from the date of filing of the initial complaint. If the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

---

[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been established in order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

      3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR)**. ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

_____
**Administrative Circuit Judge**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

Tristan Tate and Andrew Tate

_____     CASE NO. _____

Plaintiff,

**vs.**

Emma Gabbey, Mona Tabbara Gabbey, William
Gabbey, Aliona Untila, and Matthieu Martelly

_____

Defendant.

## SUMMONS
### (PERSONAL SERVICE ON A NATURAL PERSON)

TO DEFENDANT(S):                          **ALTERNATE ADDRESS:**

William Gabbey
1647 Park Tree Place
Delray Beach, Florida 33445

_____     _____

### IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE 20 CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT. A PHONE CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE APLAINTIFF OR PLAINTIFF(S) ATTORNEY NAMED BELOW.

Thomas Maniotis
5201 Blue Lagoon Drive, Floor 8, Miami, FL 33126

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT(S).

DATED:_____07/12/2023_____          **Joseph Abruzzo, Clerk & Comptroller**

By:_____Malina Ali_____

DEPUTY CLERK

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

NOT A CERTIFIED COPY

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

This notice is provided pursuant to Administrative Order No. 2.207-1/15

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

### STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED CASE MANAGEMENT PLAN IN CIVIL CASES IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021 (DCMSO)

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this Circuit, the parties are informed of the following information and procedures applicable to civil lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case management system to help meet those guidelines. In contested cases, the parties are required to participate in the case management system. The case management system requires early consultation and cooperation among the parties for the preparation and submission of an Agreed Case Management Plan and early involvement by the Court. The Agreed Case Management Plan requires the parties to identify a case track, confer in good faith and attempt to narrow the matters in controversy, identify the issues that require direct involvement by the Court, and establish a schedule for addressing those issues.[1] The Agreed Case Management Plan may be accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed Case Management Plan must be submitted to the assigned divisional queue via the Court's online scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed Case Management Plan on or before 130 days from the date of filing of the initial complaint. If the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

---

[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been established in order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties.  No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

     3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR).** ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

                                         **Administrative Circuit Judge**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED
CASE MANAGEMENT PLAN IN CIVIL CASES
IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021
(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this Circuit, the parties are informed of the following information and procedures applicable to civil lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.**  The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case.  One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.**  The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases.  This Court has adopted a case management system to help meet those guidelines.  In contested cases, the parties are required to participate in the case management system.  The case management system requires early consultation and cooperation among the parties for the preparation and submission of an Agreed Case Management Plan and early involvement by the Court.  The Agreed Case Management Plan requires the parties to identify a case track, confer in good faith and attempt to narrow the matters in controversy, identify the issues that require direct involvement by the Court, and establish a schedule for addressing those issues.[1]  The Agreed Case Management Plan may be accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed Case Management Plan must be submitted to the assigned divisional queue via the Court's online scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed Case Management Plan on or before 130 days from the date of filing of the initial complaint.  If the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

---

[1] Case Track options include Expedited, Streamlined, General, or Complex.  Case Tracks have been established in order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR)**. ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

_____
**Administrative Circuit Judge**

Case 9:23-cv-81150-RLR Document 1-1 Entered on FLSD Docket 08/14/2023 Page 88 of 243

# EXHIBIT LIST

**EXHIBIT A:**    Second Amended Complaint of *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit, Palm Beach Country, Florida, on July 9, 2023. Case No: 502023CA011740XXXXMB.

**EXHIBIT B:**    Compilation of text, WhatsApp, and other relevant messages of E. Gabbey from the Romanian file.

**EXHIBIT C:**    Temporary Injunction for Protection Against Domestic Abuse filed against M. Fisher by E. Gabbey.

**EXHIBIT D:**    Investigator's Affidavit memorializing interview with Jason Milner.

**EXHIBIT E:**    Investigator's Affidavit memorializing interview with Adam Heinrich.

**EXHIBIT F:**    Investigator's Affidavit memorializing interview with Joel Frydman.

**EXHIBIT G:**    Emma Gabbey's false statements to the Romanian government.

**EXHIBIT H:**    Sworn Statements of Iasmina Pencov.

**EXHIBIT I:**    Sworn Statements of Beatrice Anghel.

**EXHIBIT J:**    Social media posts of E. Gabbey on the French Riviera.

**EXHIBIT K:**    Social media posts by E. Gabbey – Compilation 1.

**EXHIBIT L:**    Social media posts by E. Gabbey – Compilation 2.

NOT A CERTIFIED COPY

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

Tristan Tate and Andrew Tate

_____

CASE NO. _____

Plaintiff,

vs.

Emma Gabbey, Mona Tabbara Gabbey, William
Gabbey, Aliona Untila, and Matthieu Martelly

_____

Defendant.

## SUMMONS
## (PERSONAL SERVICE ON A NATURAL PERSON)

TO DEFENDANT(S):

**ALTERNATE ADDRESS:**

Matthieu Martelly
6649 SOMERSET DR APT 106, BOCA RATON, FL
33433

_____

_____

### IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU.  YOU HAVE 20 CALENDAR DAYS AFTER
THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE
ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT.  A PHONE CALL WILL NOT
PROTECT YOU.  YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN
ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT
TO HEAR YOUR SIDE OF THE CASE.  IF YOU DO NOT FILE YOUR RESPONSE ON TIME,
YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY
THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT.  THERE
ARE OTHER LEGAL REQUIREMENTS.  YOU MAY WANT TO CALL AN ATTORNEY
RIGHT AWAY.  IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY
REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU
FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A
COPY OF YOUR WRITTEN RESPONSE TO THE APLAINTIFF OR PLAINTIFF(S) ATTORNEY
NAMED BELOW.

Thomas Maniotis
5201 Blue Lagoon Drive, Floor 8, Miami, FL 33126

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS
AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED
DEFENDANT(S).

DATED:____07/12/2023_____

**Joseph Abruzzo, Clerk & Comptroller**

By:_____

DEPUTY CLERK

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 07/11/2023 11:45:06 PM

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

<u>IMPORTANT</u>

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L=AUTRE COTE DE

This notice is provided pursuant to Administrative Order No. 2.207-1/15

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED**
**CASE MANAGEMENT PLAN IN CIVIL CASES**
**IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021**
**(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this Circuit, the parties are informed of the following information and procedures applicable to civil lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case management system to help meet those guidelines. In contested cases, the parties are required to participate in the case management system. The case management system requires early consultation and cooperation among the parties for the preparation and submission of an Agreed Case Management Plan and early involvement by the Court. The Agreed Case Management Plan requires the parties to identify a case track, confer in good faith and attempt to narrow the matters in controversy, identify the issues that require direct involvement by the Court, and establish a schedule for addressing those issues.[1] The Agreed Case Management Plan may be accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed Case Management Plan must be submitted to the assigned divisional queue via the Court's online scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed Case Management Plan on or before 130 days from the date of filing of the initial complaint. If the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

---

[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been established in order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR)**.  ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

_____

**Administrative Circuit Judge**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

**STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED
CASE MANAGEMENT PLAN IN CIVIL CASES
IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021
(DCMSO)**

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this Circuit, the parties are informed of the following information and procedures applicable to civil lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case management system to help meet those guidelines. In contested cases, the parties are required to participate in the case management system. The case management system requires early consultation and cooperation among the parties for the preparation and submission of an Agreed Case Management Plan and early involvement by the Court. The Agreed Case Management Plan requires the parties to identify a case track, confer in good faith and attempt to narrow the matters in controversy, identify the issues that require direct involvement by the Court, and establish a schedule for addressing those issues.[1] The Agreed Case Management Plan may be accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed Case Management Plan must be submitted to the assigned divisional queue via the Court's online scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed Case Management Plan on or before 130 days from the date of filing of the initial complaint. If the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

_____

[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been established in order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR)**. ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.


**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.


Administrative Circuit Judge

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA
## CIVIL DIVISION

TRISTAN TATE, an individual and
ANDREW TATE, an individual

          Plaintiffs,

    v.

EMMA GABBEY, an individual,
MONA TABBARA GABBEY, an individual,
WILLIAM GABBEY, an individual,
ALIONA UNTILA, an individual, and
MATTHIEU MARTELLY, an individual

          Defendants,

CASE NO. 502023CA011904XXXXMB
DIV.      AI

_____

**Complaint for damages exceeding $5,000,000.00 for defamation, defamation per se, commercial defamation, false imprisonment, tortious interference of a business relationship, civil conspiracy, intentional infliction of emotional distress, and negligent infliction of emotional distress.**

_____

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p: (321) 313-8642
e: tamaniots@equitylegal.net
*Attorneys for Plaintiffs*

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.
New York State Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Attorneys for Plaintiffs*
(*Pro Hac Vice motion filed
contemporaneously  this complaint*)

1

# TABLE OF CONTENTS

*INTRODUCTION* ..................................................................................................... *4*

*COMPLAINT* ......................................................................................................... *5*

*PARTIES* .............................................................................................................. *5*

*JURISDICTION AND VENUE* ................................................................................... *5*

*STATEMENT OF FACTS* ......................................................................................... *6*

*THE TATE BROTHERS* ........................................................................................... *6*

*EMMA GABBEY: UPON INFORMATION AND BELIEF* ................................................ *13*

*MARLIN FISHER IS INDUCED INTO A SEXUAL RELATIONSHIP WITH E. GABBEY AND THEN EXTORTED* .................................................................................................. *16*

*THE INTERSECTION OF THE JAILED JOHN SAGA AND MARLIN FISHER* ................. *17*

*E. GABBEY FRAUDULENTLY ACCUSES M. FISHER OF ABUSE IN A SWORN STATEMENT TO FLORIDA COURT* ............................................................................................... *20*

*THE TRAGIC CASE OF DUSTIN MILNER* ................................................................ *21*

*THE DECEPTION OF TYLER HENSEL:* ..................................................................... *23*

*THE DEFAMATION OF JOEL FRYDMAN:* .................................................................. *24*

*THE UNFORTUNATE ARRIVAL OF EMMA GABBEY IN TRISTAN TATE'S LIFE* ............. *25*

*EMMA GABBEY'S FALSE STATEMENTS TO THE ROMANIAN GOVERNMENT* ............... *30*

*FIRST CAUSE OF ACTION: DEFAMATION: W. GABBEY, M. GABBEY, AND MARTELLY* ... *44*

*SECOND CAUSE OF ACTION: DEFAMATION PER SE: W. GABBEY, M. GABBEY, AND MARTELLY* ............................................................................................................. *45*

*THIRD CAUSE OF ACTION: COMMERCIAL DEFAMATION: W. GABBEY, M. GABBEY, AND MARTELLY* ............................................................................................................. *47*

*FOURTH CAUSE OF ACTION: FALSE IMPRISONMENT: E. GABBEY & A. UNTILA* ........... *49*

*FIFTH CAUSE OF ACTION: TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP: E. GABBEY* ........................................................................................... *51*

*SIXTH CAUSE OF ACTION: CIVIL CONSPIRACY: E. GABBEY & A. UNTILA* ...................... *52*

*SEVENTH CAUSE OF ACTION: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS: E. GABBEY & A. UNTILA* ................................................................................................. *53*

*EIGHTH CAUSE OF ACTION: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS: E. GABBEY & A. UNTILA* ................................................................................................. *55*

*RESERVATION OF RIGHTS* ........................................................................................... *56*

*DEMAND FOR JURY TRIAL* ........................................................................................... *56*

*RELIEF SOUGHT* ........................................................................................................... *56*

NOT A CERTIFIED COPY

## INTRODUCTION

The case of Andrew & Tristan Tate v Emma Gabbey is the story of a man, Tristan Tate, who was the victim of a Romance Scam by a professional con artist named Emma Gabbey—and Andrew Tate, who was collateral damage in the fallout. Romance scams are real and have devastating effects on their victims. According to the Federal Bureau of Investigation: Romance scams occur when a criminal adopts a fake online identity to gain a victim's affection and trust. The scammer then uses the illusion of a romantic or close relationship to hurt and manipulate the victim. Criminals who carry out romance scams are experts. They proffer the illusion of being genuine, caring, and believable. These con artists lurk on dating and social media sites until they find a mark. Afterward, they work quickly to establish a relationship—endearing themselves to their victims and gaining trust. They profess love, share stories, feign vulnerability, and plan to meet in person; eventually, they begin making demands.[1] Men are typically the villains in romance scam stories, and women are the unsuspecting victims. This dated, gender-based typecasting is shameful and wrong, falsely portraying men as villains and women as perpetual victims. There was a time in the recent past when throngs of women stepped up to tell their stories of how they were taken advantage of by predatory men in the "#METOO" movement.[2] Times have changed, and progress has been made. Brave male victims are now stepping up to tell their stories of being taken advantage of by predatory women in the "#WHYME?" movement. Those stories did not start with Tristan and Andrew Tate but will certainly end with Tristan and Andrew Tate.

---

[1] See FBI's Safety Bulletin and description of Romance Scamming https://www.fbi.gov/how-we-can-help-you/safety-resources/scams-and-safety/common-scams-and-crimes/romance-scams.

[2] See Description of the METOO movement @ https://www.projectcallisto.org/definitions?gad=1&gclid=CjwKCAjw-7OlBhB8EiwAnoOEk5Ea0qsd5ptyG2qn6pOfAQ5Bgolq4W7heoQcmv-CABwSdwFsKbEAwxoCCjAQAvD_BwE.

## AMENDED COMPLAINT

Plaintiffs, TRISTAN TATE and ANDREW TATE ("Plaintiffs") sue Defendant, EMMA GABBEY ("E. Gabbey"), MONA TABBARA GABBEY ("M. Gabbey"), WILLIAM GABBEY ("W. Gabbey"), MATHIEU MARTELLY ("Martelly") and ALIONA UNTILA ("Untila") and would show unto the court as follows:

### PARTIES

1.  Plaintiffs, Tristan Tate and Andrew Tate, are businessmen residing in Romania.

2.  Defendant, Emma Gabbey, on information and belief is a resident of Palm Beach County, Florida, is an adult over the age of 18, and is otherwise *sui juris*.

3.  Defendants, Mona Gabbey and William Gabbey, on information and belief, are the parents of Defendant, Emma Gabbey, both residing in Palm Beach County, Florida.

4.  Defendants, William Gabbey and Mona Tabbara Gabbey, on information and belief, are adults over the age of 18 and are otherwise *sui juris*.

5.   Defendant, Aliona Untila, is currently a resident of the United Kingdom and is an adult over the age of 18 and is otherwise *sui juris*.

6.  Defendant, Matthieu Martelly, is currently a resident of Palm Beach County, Florida, and is an adult over the age of 18 and is otherwise *sui juris*.

### JURISDICTION AND VENUE

7.   This is a Complaint for damages in excess of $5,000,000.00 for defamation, defamation per se, commercial defamation, false imprisonment, tortious interference of a business relationship, civil conspiracy, intentional infliction of emotional distress, and negligent infliction of emotional distress.

5

8.      This Court has personal jurisdiction over the Defendants and venue is appropriate in this Court, as substantially all the events relating to the causes of action herein occurred in Palm Beach County, Florida or within the State of Florida.

9.      E. Gabbey directed the false statements into the State of Florida to, at least, M. Gabbey and W. Gabbey. Those parties, in turn, made additional defamatory statements to a United States Embassy and, upon information and belief, other third parties.

10.     Matthieu Martelly directed the defamatory statements into the State of Florida to, at least, M. Gabbey and W. Gabbey and several other people and entities.

11.     This Complaint for damages is brought within the two (2) year statute of limitations for defamation under Florida Statute, whether it be libel or slander.

12.     This Complaint is brought within the four (4) year statute of limitations for civil conspiracy, tortious interference, intentional infliction of emotional distress, negligent infliction of emotional distress, and false imprisonment under Florida Statute.

## STATEMENT OF FACTS

### *The Tate Brothers*

13.     Andrew Tate, 36 ("A. Tate") and Tristan Tate, 34, ("T. Tate") (collectively, "the Tate Brothers"), are a pair of British-American brothers, entrepreneurs, major social media influencers, and international businessmen currently residing in Romania.

14.     The Tate Brothers' international presence can be attributed to the values and life experiences that began in youth, which had them frequently on the move from a young age, living in both the United States and the United Kingdom.

15.     The Tate Brothers are a product of a multi-racial family and were reared by the late Emory Tate, an African American chess prodigy who became one of the most prolific and trailblazing

6

chess players of his time, and a white British mother who worked as a cook, or dinner lady, as it is known in the United Kingdom.

16.     The Tate Brothers deeply respect, appreciate, and admire the personal sacrifice their mother undertook to provide for them during an era of extreme hardship when they were youths. In showing gratitude for said sacrifice, the Brothers retired their mother immediately after achieving financial independence.

17.     Andrew Tate is a former world champion kickboxer, social media influencer, investor, international businessman—and most importantly, a father.

18.     Tristan Tate is a former European champion kickboxer, social media influencer, investor, international businessman—and most importantly, a father.

19.     In addition to their individual personal and individual business identities, the Tate Brothers also have a collective business identity and reputation composed of both Andrew Tate and Tristan Tate.

20.     At any point, one brother may unilaterally and independently act for himself, in conjunction with or independently in support of the other brother, or as a member of the collective Tate Brothers Team.  Neither brother has the authority to act on behalf of the other absent consent.

21.     The Tate Brothers consult, advise, and generate income from multiple business ventures, generating revenues estimated in hundreds of millions of dollars.  They are respected thought leaders, business moguls, and motivational speakers across various industries.  Highly successful businessmen, investors, men seeking upward mobility, and men striving for financial independence invest in the Tate Brothers as a product that provides access to vast international investment, business, and influencer markets. Young men, in particular, look to the Tate Brothers

7

for hope, inspiration, and instruction regarding how to rise above and defeat the unfair circumstance they have been born into.

22.     The Brothers' ability to work, advise, generate income, influence, market, obtain new business, maintain and develop existing business relationships, and be of value.  As well as their ability to preach self-help, accountability, and personal responsibility towards oneself and society.  All depends upon their reputation, ability to bank, travel, meaningfully participate in the international capitalistic marketplace, and express their First Amendment rights absent the threat of incarceration or censorship, and cancellation from Big Tech and Big Bank working as private agents of The United States Government, or any other government.

23.     The Tate Brothers' use of social media and travel is a distinguishing factor in their success.  Their massive social media presence (previously in the tens of millions of followers, putting them in the top 1% of social media personalities in the world), coupled with direct interaction with their following and the ability fly to anywhere in the world at a moment's notice represents a first of its kind intersection between social media personalities and people in the real world.  Nothing like this had ever been seen before. Unfortunately, their following, previously amassed across Twitter, Instagram, Facebook, and YouTube, was wiped out due to the spurious false allegations underpinning the allegations in this complaint.  And while the Brothers are rebuilding their following on Twitter and Rumble, the only two social media platforms that welcomed them back after being unjustly canceled across all social media platforms.  Their losses due to this interruption are in the tens of millions of dollars.

24.     The Tate Brothers are wise investors and previously increased their wealth through access to exclusive opportunities directly related to their reputation as respected influential businessmen among a community of elite investors.  They previously owned many different asset classes,

including dozens of high-end luxury vehicles, cash, and jewelry seized due to being wrongfully accused of crimes they did not commit.  Their estimated losses in the seized cars and jewelry alone are over $5,000,000.00 (five-million-dollars).

25.     The Tate Brothers have previously owned properties globally and regularly travel to different countries for business and recreation. Their ability to buy, sell, and invest in assets of any kind, and sell their product, greatly depends upon their ability to hold accounts in the international banking system and travel any distance at a moment's notice.  The importance of their ability to bank and travel cannot be overstated.  The losses they sustained due to this interruption are in the tens of millions of dollars.

26.     The common philosophy uniting all the Tate Brothers' businesses, however seemingly unrelated, is a goal towards self-improvement in every aspect of life: personally, professionally, and spiritually. The Tate Brothers' businesses have consistently realized this goal, which goes a long way toward explaining their far-reaching and passionate following.  All of this depends on their reputation and ability to prove demonstrable results to their investors, clients, and other members of their community.  Young men represent a large constituency of their following, including, in the most dramatic of cases, men on the brink of suicide who have managed to drastically turn around their lives after being inspired by the Tate Brothers' message of mental and physical empowerment.  The losses sustained due to their reputations as motivators and role models being destroyed are estimated to be in the tens of millions of dollars.  **More importantly, the losses sustained by young men worldwide, who look to the Brothers for inspiration and practical instruction for legitimate ways to rise above class and race-based injustice—is incalculable.**

9

*The Tate Brothers in Romania*

27.     Compared to Western Europe and the United States, Romania has long been known to be a traditional country with a rich cultural history, traditions, and Christian values, complying with the Tate Brothers' personal convictions and worldview. Because of this, beginning in or about 2015, the Tate Brothers became full-time residents of Romania. Indeed, the Tate Brothers have gone on record saying, through their spokesperson, Mattea Petrescu, that one of the reasons that they chose Romania was because of the country's strong laws against abusing women—a reflection of the country's traditional values. Bucharest, the capital of Romania, where they reside full-time, is statistically one of the safest cities in Europe.

28.     The Tate Brothers are traditional in another respect: they believe in the bond of brotherhood, a lesson their late father, Emory Tate, instilled into them from a young age. This lesson is demonstrated by the closeness of their brotherly relationship, both personally and professionally.  The Brothers tend to appear in public together because of their strong emphasis on the family unit and family values.  For instance, A. Tate and T. Tate jointly promote their affiliate products and businesses.  They also frequently collaborate on their podcasting and social media ventures and often appear together at business conferences and charitable events.

29.     The Tate Brothers first garnered press attention in 2008. Before becoming celebrity entrepreneurs, the Tate Brothers separately distinguished themselves in successful careers as professional kickboxers: A. Tate won multiple World Titles, and T. Tate won numerous European Championships.  The Tate Brothers soon found ways to parlay that fame into non-athletic ventures: T. Tate became a successful sports commentator and appeared on a British reality TV Show called *Shipwrecked Island* in 2011.  In 2016, Andrew Tate appeared on a different British reality TV show called *Big Brother*. Their prominence has significantly increased over the past twelve months

10

due to viral internet clips from the summer of 2022. Their celebrity, however, is limited in geography and audience – to primarily young – traditional-leaning European men.

30.     As demonstrated above, the Tate Brothers have involved themselves in various businesses early on.  Kickboxing, reality television, modeling, and sports commentating are a few examples of industries that they have long since progressed past. Since then, the Tate Brothers have given friendly advice regarding how to succeed to aspiring fighters, models, and social media influencers after being solicited.  Advice given in these situations is always in the spirit of helping someone better their lives, absent judgment or condemnation — always considering the sacrifices the Brothers made to achieve success.

31.     The Tate Brothers are compassionate and empathetic people, especially to those who are less fortunate than them.  They also believe that people generally act in good faith and, in most cases, approach them out of a genuine desire for self-improvement.  Their generosity is evidenced by the fact that they regularly let friends make use of their luxuries, often permitting them to freely enter and exit their multimillion-dollar homes, make use of their luxury vehicles, attend elegant gatherings, and lodge at their Romanian estate, even during times where the Brothers were abroad for extended periods.

32.     The Brothers' generosity stems from the fact that they were disadvantaged when they were young.  Tristan has publicly recounted stories when the Brothers, during their early 20s, had little to no money.  To obtain food, they would visit local KFC restaurants and wait in the car until patrons finished their meals outdoors, at which point the Brothers would take and eat whatever leftovers remained to prevent themselves from starving. Never forgetting that era in their life, the Brothers regularly open their home and pool to families in their local Bucharest community

because they want the less fortunate to experience, to some small yet meaningful extent, what life can be like if you work hard and are determined to succeed.

33.     People genuinely enjoy being around the Tate Brothers because they are friendly, successful, charismatic, young, wealthy, and highly generous.  For instance, if a friend solicits professional advice from either brother, the Brothers are known to be quick and helpful in provisioning assistance.  And as stated above, they often behave this way with strangers. Unfortunately, their altruism has made them targets for extortion by bad-faith actors, who have exploited their generosity for selfish and sometimes even criminal reasons.

34.     Because of their wealth, notoriety, and apparent vulnerability to wrongdoers, the Tate Brothers employ approximately two dozen armed guards, primarily ex-Romanian police officers adequately licensed to carry firearms to guard their estate.  Because of security protocols and turnover, the guards usually do not interact directly with the Tate Brothers. Communications between the Tate Brothers and the security guards are managed through a single point of contact, who directs security to verify visitors' identities and open the gate for anyone exiting the property. All guests who enter the Tate estate can freely and quickly leave anytime.  This fact is corroborated by surveillance footage and witnesses who regularly frequent the estate.

35.     Aliona Untila and Emma Gabbey are two women who were invited to become regular visitors at the Tate Estate and then maliciously accused the Brothers of horrible crimes.  Aliona Untila and Emma Gabbey's stories are false and contradicted by hard evidence and witness accounts.  For instance, there is publicly available video footage from the Tate estate showing Aliona Untila and Emma Gabbey, along with many others, freely entering and leaving the premises at their leisure.  Moreover, Iasmina Pencov ("I. Pencov") a woman who hung out, partied with, and lodged with Aliona Untila and Emma Gabbey during that time, testified a sworn statement

that she (Pencov), as well as Aliona Untila and Emma Gabbey, were all able to enter and exit the Tate Brothers residence without issue during all relevant times.  I. Pencov also stated they could do the same at a second house, where she and Emma Gabbey lodged briefly.

36.    **Importantly**, Pencov, and others, have testified that Andrew and Tristan Tate are innocent of human trafficking or any other crime. I. Pencov has also indicated that she has a background in psychology and is, therefore, less susceptible to psychological manipulation than the average person.  She, therefore, is not the victim the Romanian Government has characterized her to be. However, Pencov has sworn that she is a victim of E. Gabbey, A. Untila, and that the Romanian Government capriciously violated her rights and the Tate Brothers' rights.  Lastly, another woman living with I. Pencov, named Beatrice Anghel, has indicated in a sworn statement that she is also a victim of E. Gabbey, A. Untila, and the improper weaponization of the Romanian Government, much in the same fashion as I. Pencov.

***Emma Gabbey: upon information and belief…***

36.    Emma Gabbey is a predator who has a long history of baiting men into sexual relationships for the specific purpose of destroying their lives.  She has a chain of victims going back several years to when she was a minor. Her modus operandi is as follows: she devises sophisticated narratives to elicit compassion and sexual attraction from unsuspecting men. She uses these men as hosts, taking what she wants for personal, emotional, and economic gain.  At some point, she begins to exert control through intentional infliction of emotional distress, causing injury to the host.  If her efforts to control do not produce an immediate return on her investment, she revokes consent for prior sexual acts and threatens to have her host arrested for rape unless her demands are met.  She is a serial extortionist and blackmailer who preys on successful men.  On multiple occasions, she has accused innocent men of horrific crimes resulting in their unjust incarceration

and damage to their professional and business reputations.  Andrew and Tristan Tate are the latest victims in her trail of terror and destruction that has negatively affected the lives of dozens of men and women, all with disastrous consequences, including, but not limited to:  Marlin Fisher, Tyler Hensel, Jailed John, Georgiana Naghel, Luana Radu, Iasmina Pencov, Beatrice Anghel, and, of course, Andrew Tate, and Tristan Tate.[3]

37.     E. Gabbey repeats a similar pattern with her suitors: casting herself as a vulnerable young victim with a heartrending backstory: One that had to overcome incredible odds, such as an abusive, loveless childhood, to win the sympathy of her next exploit.  As observed with each case, E. Gabbey proffers an elaborate narrative to elicit compassion from her victims—often emotionally susceptible, good-natured men who are connived by her sophisticated combination of natural beauty, touching backstory, musical talent, and charisma.  A devastating combination for targets—clueless that criminal activity is afoot.

38.     E. Gabbey has mastered the ability to deceive men into thinking she is an innocent woman without a manipulative bone in her body, a technique she has perfected after having experience with dozens of exploits who let their guards down to the point of becoming powerless amid the romantic conquest. Once she wins their trust, at the point of greatest vulnerability, E. Gabbey radically changes. The demure damsel in distress transforms into a controlling, aggressive, abusive, and sexually depraved woman, demanding sexual acts from her unsuspecting partners that often far exceed their comfort zones.  The former, demure damsel who grew up without love and affection suddenly asks her partners to choke her, hit her, urinate on her, and spit into her mouth during sex.  The girl who could not afford an Uber ride home now demands exclusivity,

---

[3] See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit, Palm Beach Country, Florida on July 4, 2023. Case No: 502023CA011740XXXXMB.

money, and autocratic control over the man's life. Blackmail and extortion are the penalty if her demands are not met.

39.     E. Gabbey also has a long history of fraudulently misrepresenting her age on various dating apps and targeting older, successful men. She deploys a combination of fake IDs and false narratives to prove her age when needed.  Eventually, after having sex with a man under false pretenses, she moved to extort them for statutory rape if a series of demands were unmet.  It is believed that she did this to over thirty men.

40.     Some of E. Gabbey's online aliases, which can be found on her Instagram, TikTok, Snapchat, Tinder, Hinge, OnlyFans, Seeking Arrangements, OkCupid, and Pornhub accounts, include, but are not limited, to: "Satanslaying," "@hippiehex," "twistedpathway," "psychicsense," and "thegardenofeden____."

41.     "FuryFatale" is another alias routinely deployed by E. Gabbey.  By French definition, Femme Fatale is a dangerous woman that uses seduction to lure men into dangerous or compromising situations.  In French, Fatale means fatal.  According to Webster's Dictionary, Fury is defined as wild or violent anger.  Combining the two terms, E. Gabbey's handle means: **fatal violent anger**, which she clearly directs at successful men.

42.     After she targets a man, she gives a fake identity to her victims.  For instance, "Eden Gavriet" is an infamous false identity that E. Gabbey routinely deployed to conceal her identity from her victims to avoid the legal consequences of her actions.  When challenged as to the veracity of her identity E. Gabbey used the combination of a fraudulent identity card, tactical avoidance, emotional outburst, and sophisticated false narratives to corroborate her false identity.[4]

---

[4]   See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit,  Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

43.     On a night in the winter of 2021, E. Gabbey attended a Tate Affiliated War Room event in Miami, FL.  She had previously introduced herself to T. Tate as "Eden."  Later that night, when the event had reached its natural conclusion, she played a melody from a piano at the bar, captivating the entire room, including T. Tate, who later invited E. Gabbey back to an afterparty at a Miami estate.  T. Tate's life would never be the same.

44.     Eden is also the false name E. Gabbey used to deceive a man named Marlin Fisher: A good man from Florida who thought he had found love with a beautiful woman.  However, Marlin Fisher was one of many men's lives that E. Gabbey ruined.

***Marlin Fisher Is Induced Into A Sexual Relationship With E. Gabbey And Then Extorted***

45.     As stated above, E. Gabbey has an extensive history of fraudulently inducing unsuspecting, well-intentioned men into sexual intercourse for nefarious purposes.  Marlin Fisher, one of E. Gabbey's longstanding romantic exploits, has detailed in his lawsuit against E. Gabbey how she would work her fraudulent scheme against him.[5]

46.     E. Gabbey deployed a combination of sophisticated false narratives, fraudulent identification cards, and emotional outbursts to lure M. Fisher into a trap.  For example, E. Gabbey detailed her techniques in a written text sent to people she misled about M. Fisher.  Therein, E. Gabbey explains how she would devise a sympathetic backstory, being an orphaned child without a loving household, which made it extremely difficult to form meaningful, healthy relationships with other people – including her adoptive parents:

> E. Gabbey: "I need to open up and tell you all something because I owe
>
> it to you-the people I care about. You have each moved me so much in
>
> my life that I am able to do it. I have a problem. ***I am a pathological liar***.

---

[5] See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit,  Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

My life started in Kazakhstan where I grew up in a loveless orphanage

We were picked up facing away from the "caretakers" so we never

developed "love". I never learned how to hug, smile, kiss, touch, or be

close to anybody. I was adopted by incredible people named Mona &

Bill who saved me from a life of abuse. I had a beautiful childhood

because of them. When I was 11 or 12 I began to dissociate and resent

them. I felt unwanted and like I had no family. So I began to rebel. Doing

drugs and meeting lots of different people." [Emphasis Added.][6]

47.     As she deepened her manipulation, like a drug addict, E. Gabbey would seek out and desire

more potent forms of sexual exploitation to satisfy a seemingly insatiable emotional void within

her.  E. Gabbey would pursue men like M. Fisher, who she never developed any sort of real,

emotionally loving attachment with, and demand that he perform abusive, masochistic sexual

conduct on her in the bedroom:

> E. Gabbey: "**My cunt is craving abuse**."
> E. Gabbey: "I wish you were here to **bite me**."
> E. Gabbey: "i wish i **was gagged and tied up like a fuckslut** right
> meow."
> E. Gabbey: "maybe you can **leave pretty little bruises** on me".
> E. Gabbey: "i love it when you **gag me**".
> E. Gabbey: "Would **a buttplug go off through a metal detector**". (**For
> context,** E. Gabbey is asking M. Fisher if wearing her "buttplug" would
> set off the courthouse metal detector that she needed to go through in
> order to meet with the District Attorney who was prosecuting Jailed John
> based on E. Gabbey's allegations.) [Emphasis Added.][7]

*The Intersection of the Jailed John Saga and Marlin Fisher*

49.     Jailed John is incarcerated because E. Gabbey accused him of ██████ her. Jailed John is

currently serving a lengthy prison sentence; his life has been utterly destroyed. The pattern of

behavior used on Jailed John repeats the same pattern of behavior used against her other victims.

Jailed  John  was  induced  into  an  illicit  sexual  relationship  with  a  minor  under  false

---

[6]  See EXHIBIT A, Fisher's Complaint, paragraph 52, which cites Exhibit S.

[7] See EXHIBIT B at page 35.

pretenses.  According to M. Fisher, Jailed John performed deviant sexual acts in the bedroom, such as urinating on her during intercourse.[8]

50.     On multiple occasions, E. Gabbey attempts to force M. Fisher out of his sexual comfort zone, asking M. Fisher to choke her harder during intercourse, and demanding that ███████ perform "BDSM"[9] and other sexually masochistic acts.  At some point M. Fisher learns E. Gabbey was a minor when she had a sexual relationship with Jailed John, that E. Gabbey apparently lied to Jailed John when they met, and that Jailed John was going to do serious time because of it.

51.     M. Fisher came to understand that Jailed John was sentenced to decades of incarceration because of ███████'s accusations. M. Fisher knew that E. Gabbey lied about her age before the first sexual encounter. M. Fisher also knew that if E. Gabbey would have offered that information to the court, Jailed John's sentence would likely have been substantially less than the decades-long sentence he is now serving in prison. M. Fisher confronted E. Gabbey during the Jailed John situation.  The following exchange takes place between E. Gabbey and Jailed John during a text message conversation, where E. Gabbey refuses to disclose her real age because doing so would negatively affect her credibility in her impending case against Jailed John:

> E. Gabbey: Okay, Marlin. If you are looking for me to publicly tell my actual age & name today or before my case is over [referring to her case against Jailed John], I'll sadly have to inform you that I won't. If that is what it takes to prove myself to you, I won't be able to." [Emphasis Added.][10]

---

[8] See EXHIBIT A*, Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit,  Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

[9] According to Merriam-Webster, "BDSM" is an acronym for "bondage, discipline, sadism, and masochism."  In general terms, it is defined as "sexual activity involving such practices as the use of physical restraints, the granting and relinquishing of control, and the infliction of pain."
[10] See EXHIBIT A, Fisher's Complaint, paragraph 26.

52.     After being confronted, E. Gabbey then employs a psychological attack known as gaslighting to tactically avoid M. Fisher's questions.[11]  In gaslighting Fisher, E. Gabbey accuses M. Fisher of attempting to "blackmail" her, which is precisely what E. Gabbey is actually doing to M. Fisher.  She then casts herself as the victim – arguing that, in exposing the truth, M. Fisher had "betrayed" and "abandon[ed]" her, which in turn, in her view, gave her license to extort M. Fisher.

> E. Gabbey: **"If you chose to blackmail me, I would have no choice except to be honest with the world about what you've done to me, why, and you would have to suffer repercussions of the truth. Among several men that attributing to my problems and behavior… of whom I also have evidence for.. "**
>
> M. Fisher: "I hear your points, and I'm not manipulating you to do anything. You could do something to prevent me if this were blackmail. There is nothing you can do. I hoped you wouldn't be shallow and selfish, I hoped you would show me you care. You showed me you don't care at all."
>
> E. Gabbey: "you *blackmailed*, *betrayed* my trust, & *abandoned* me." *Emphasis Added*.
>
> E. Gabbey: "Thanks for *abandoning* me." [Emphasis Added.][12]

53.     During another conversation, after M. Fisher unsuccessfully persuades E. Gabbey to come clean about the fact that she lied about her age to Jailed John.  E. Gabbey, on her way to go meet with the prosecutor in the Jailed John trial, somehow combines Jailed John's suffering with sexual gratification.  This is demonstrated by a conversation where

---

[11] According to *Medical News Today*: gaslighting is a form of psychological abuse in which a person causes someone to question their own sanity, memories, or perception of reality.  People who experience gaslighting may feel confused, anxious, or as though they cannot trust themselves.

[12]  See EXHIBIT A, Fisher's Complaint, paragraph 28.

E. Gabbey inquires with M. Fisher whether her "buttplug" will set off a metal detector in the courthouse.

> E. Gabbey: "Would **a buttplug go off through a metal detector**". (**For context,** E. Gabbey is asking M. Fisher if wearing her "buttplug" would set off the courthouse metal detector that she needed to go through in order to meet with the District Attorney who was prosecuting Jailed John based on E. Gabbey's allegations.) [Emphasis Added.][13]

### *E. Gabbey Fraudulently Accuses M. Fisher of Abuse in a Sworn Statement to Florida Court*

54.     On September 16, 2019, E. Gabbey went to the Palm Beach County Courthouse and filed a Temporary Injunction for Protection Against Domestic Abuse against M. Fisher under false pretenses.[14] For context, E. Gabbey had asked M. Fisher to go to a concert with her.  M. Fisher declined.  E. Gabbey, furious that she could not control M. Fisher, files a restraining order under oath in a Florida State court where she maliciously accuses M. Fisher of severely abusing her. M. Fisher, distraught, did not know what to do.  E. Gabbey had already been threatening to turn him in for statutory rape.  So, in an act of desperation and under duress, M. Fisher accepted the false allegations of the restraining order to avoid a potential statutory rape charge. The following admissions by E. Gabbey in a text exchange with M. Fisher clearly demonstrate that E. Gabbey weaponized the justice system against M. Fisher to suit her own needs by constructing and masterminding a "completely false narrative" under oath.

> M. Fisher: **"The things I remember being on it were that I - was a heavy user of illicit drugs - would beat you when you tried to leave - restrained you from leaving or calling the cops - often left you on the side of the highway if you said anything to upset me."**
>
> M. Fisher: "- and that I had been stalking you and showing up places that I knew you would be after you ended things."

---

[13] See EXHIBIT B at page 35.

[14] A true and correct copy of the September 16, 2019 Temporary Injunction for Protection Against Domestic Abuse filed against Fisher by E. Gabbey is attached hereto as EXHIBIT C.

E. Gabbey: **"that's so fucked up that i wrote that. i'm going to clear this up."**

E. Gabbey: "not to defend any of this but to clarify i promise i never said you were a user of drugs…"

M. Fisher: "You weren't the one writing it?"

E. Gabbey: "the things i were definitely reworded and exaggerated. they asked me of events and then they reworded my words in the official injunction document. i was brought in to speak to two lawyers. (the legal aid who had just finished law school that was defending me & her colleague who was training her)."

E. Gabbey: "**I am incredibly sorry that what I said encapsulated a completely false narrative. Especially that paints you as a terrible person because you aren't. You never deserved to be treated that way. Nobody does."**

E. Gabbey**: "None of it was okay. Absolutely none of it. Is there anything you can think of that i can do to prove that I understand that and truly am repentant?**" [Emphasis Added.]

55.    The psychological, financial, and emotional damage done to Marlin Fisher's life by Emma Gabbey is permanent and irreversible.  Because of this, on July 9 2023, Marlin Fisher filed a lawsuit against Emma Gabbey alleging extortion, civil conspiracy, abuse of process, and intentional infliction of emotional distress. The case was filed in the Circuit Court of Palm Beach Country, Florida on July 4, 2023. Case No: 502023CA011740XXXXMB.

***The Tragic Case of Dustin Milner***

56.    Dustin Milner's story is arguably the most heartbreaking of all. Interviews with family and friends strongly suggest that the proximate cause of Milner's tragic suicide was his relationship with E. Gabbey who targeted, abused, devalued, and manipulated Dustin Milner to the point where he took his own life. Our two strongest sources of intelligence regarding this tragedy are Dustin Milner's brother, Jason Milner, and Dustin Milner's close friend, Adam Heinrich.

57.     According to Jason Milner, his brother, Dustin, was a well-intentioned, though vulnerable man who suffered from bouts of depression.  Dustin's condition worsened after meeting E. Gabbey.  Jason described E. Gabbey as being "all over the place" and alleged that E. Gabbey regularly tugged on Dustin's heart strings.  Jason explained further that E. Gabbey convinced Dustin that she had been beaten by a former boyfriend, so Dustin allowed E. Gabbey to move in with him, but then moved out the next day. Shortly thereafter, Dustin took his own life.[15]

58.     Adam Heinrich told our investigator that he knew Dustin for over twenty years and had met E. Gabbey on a few occasions. Heinrich explained that Dustin was the kind of guy who wore his heart on his sleeve and fell "madly in love" with E. Gabbey in a very short period of time.  According to Heinrich, E. Gabbey never actually moved in with Dustin, but would more or less spend small amounts of time at Dustin's home, only to disappear and then return at some future point.  According to Heinrich, E. Gabbey's behavior made Dustin incredibly angry and depressed, clearly exasperating his condition.  Heinrich also stated that Gabbey was the last person to see Dustin before he committed suicide.  Our investigator asked Heinrich if he felt that Dustin took his life because of his relationship with E. Gabbey.  Heinrich stated that he indeed believed E. Gabbey was the reason Dustin committed suicide.[16]

59.     If called to testify, Jason Milner and Adam Heinrich would likely state that Dustin Milner quickly became enraptured by E. Gabbey's mystique and seductive charm, which lured him into an extremely volatile relationship.  E. Gabbey manipulated, gaslighted, and emotionally abused Dustin Milner, a person predisposed to depression. E. Gabbey knew what strings to pull to make him angry, and would psychologically manipulate him by disappearing for days just after spending

---

[15] See EXHIBIT D, Investigator Affidavit memorializing interview with Jason Milner.

[16] See EXHIBIT E, Investigator Affidavit memorializing interview with Adam Heinrich.

a long weekend with him, in order to keep him guessing and provoke his anger which manifested into self-hatred. Eventually driving Dustin Milner to commit suicide at the age of 35, while still in a relationship with Gabbey who had yet to turn 18.

60.    **The Deception of Tyler Hensel:** *E. Gabbey Fraudulently Induces Tyler Hensel Into A Sexual Relationship and then Extorts Him.*  Tyler Hensel was another boyfriend of E. Gabbey's.  A summary of Tyler Hensel's statements to our Investigator is as follows: E. Gabbey led him to believe that she was 26 years old when she was really 17 at the time, in order to induce Hensel into an illicit sexual relationship.  Hensel, who was 35 when he had intercourse with E. Gabbey, was thus deceived into believing he was having a licit relationship, thereby demonstrating another instance where E. Gabbey induced a man into having unlawful sex while still underage.  E. Gabbey repeated her psychologically abusive playbook on Hensel: she targeted and manipulated Hensel, a recovering drug addict and therefore particularly vulnerable man.  She played up her own perceived vulnerability to buy Hensel's sympathy, fabricating a story about her parents being drug addicts.  Hensel is a well-intentioned man, as reflected in his lifework: he travels the world helping those with opioid addictions find organic treatments. He therefore was the perfect host to believe E. Gabbey's lies, which he found convincing, and felt sympathy towards her given the emotional backstory she told him that included a history of drug abuse, which he could readily relate to.  Upon inducing Hensel into sex, E. Gabbey doubled down on her masochistic tendencies: indicating to Hensel, like M. Fisher before him, that she was "into BDSM," and insisted on calling him "daddy" in the bedroom.  At one point when the two of them were alone together, E. Gabbey even jumped on top of T. Hensel, initiating sexual contact.  Hensel, who is not into this kind of degrading behavior, often rejected E. Gabbey's demands for more aggressive sexual contact.  Eventually, upon discovering that E. Gabbey had communicated a different age to someone else, Hensel started

questioning E. Gabbey about her own age, which got E. Gabbey to "confess" to him that she was "actually 19 years old." After discovering these revelatory facts about E. Gabbey's life, T. Hensel cut off all ties to E. Gabbey. T. Hensel told her that he did not want to speak with her anymore and blocked her on every social media platform.

61. **The Defamation of Joel Frydman:** E. Gabbey defamed a man named Joel Frydman to Marlin Fisher, when she falsely accused Frydman and then published said defamatory statements. Proof of falsity and publication can be found via text message and Frydman's affidavit memorializing a confrontation between Fisher and Frydman over the false statement.

> E. Gabbey: "Can I message him [Joel] to tell him I have a boyfriend"
>  M. Fisher: As you clearly understand, nobody cares you have a boyfriend. But if you'd like to tell him that he raped you, by all means".
> E. Gabbey: ".. I'd like to not put our relationship at risk."
> E. Gabbey: "I'll gladly tell him when I'm 18. And anybody else that happened with."
> E. Gabbey: "So sweet you are. So you're breaking up with me because I don't want to tell Joel he raped me? One, I don't know if he would tell other people I'm underage. Or who he would tell. And if they know I'm dating you, what happens then? Two, it'd be awkward to go to a drum circle again lol." [Emphasis Added.][17]

62. Marlin Fisher confronted Frydman over the rape allegations. Frydman, an innocent man, of course, denied those allegations. When interviewed by our investigator, Frydman stated that he came to know E. Gabbey, in or around 2018, by meeting her at a Drum Circle Evening in Delray Beach. He knew her by the name of Eden, but only recently found out that her name was Emma. He recalled that Emma Gabbey specifically told him that her name was Eden. Frydman stated that they had a dating type relationship, but were never intimate, and shared the passion music together. Gabbey informed Frydman that she lived with a man named Jailed John. At some

---

[17] See EXHIBIT A, Fisher's Complaint, paragraph 49(iii).

point she told Frydman that she was being abused by a man, but Frydman never saw any signs of abuse.  At another point Gabbey began telling people that Frydman was her brother which made him uncomfortable.  Finally, Frydman learned that Gabbey had accused him of rape after he was confronted by Marlin Fisher.  Regarding the false allegation of rape against him, Frydman stated: This allegation of rape is an outrageous and blatant lie. I have never had an intimate relationship with Emma Gabbey, and never forced myself on her…I give this affidavit to get my side of the story out…as I understand Emma Gabbey was making defamatory statements to other people about me.[18]

### The Unfortunate Arrival Of Emma Gabbey In Tristan Tate's Life

63.     Prior to meeting T. Tate, E. Gabbey was active as an OnlyFans model,[19] in addition to a website called "Seeking Arrangements,"[20] which pairs beautiful young women (sugar babies) with wealthy men (sugar daddys). According to an April 2, 2021, *Business Insider* article:

> Seeking Arrangement's was "designed to connect so-called sugar babies and sugar daddies…The Seeking Arrangement website states that the service has 10 million active members, with 8 million sugar babies and 2 million sugar daddies."
>
> "A statement from the company website, seeking.com reads as follows:
>
> Life is too short to settle for relationships that do not meet your standards and expectations.  Seeking helps members find relationships that align with their personal goals and dreams.
>
> The right partnership can have a profound impact on your personal growth, which is why seeking.com doesn't want you to settle for anything less than your ideal."

---

[18]  A true and correct copy of the Investigator's Affidavit memorializing interview with Joel Frydman is attached hereto as EXHIBIT F.

[19] E. Gabbey's OnlyFans profile used the following URL: Onlyfans.com/edeniternal.

[20] See EXHIBIT B at pages 2 and 3 where E. Gabbey converses with prospective sugar daddies from the Seeking Arrangements website.

64.     The following excerpts are from a conversation that took place between E. Gabbey and her mother, Mona Gabbey, on November 18, 2021, regarding Tristan Tate.

> E. Gabbey: I also have an amazing friend, Tristan that's coming here from Romania to host a big business conference.  Him and his brother are world kickboxing champions.  They are originally from England.  His business conference will go for two weeks.  He's having a big charity gala there and invited me as his date…

> E. Gabbey: He's very nice, respectful, and all around a true gentleman…

> E. Gabbey: He has beautiful homes in bucharest romania, miami, and monaco.

> E. Gabbey: He's building a castle close to draculas old castle

> E. Gabbey: I've been planning to go to the U.K. Tristan wants to show me all over romania[21]

65.     T. Tate met E. Gabbey on a dating application called "Hinge."  T. Tate found E. Gabbey interesting and invited her to a Tate affiliated War Room event taking place in Miami during December 2021.  At some point, T. Tate invited E. Gabbey to join him and his friends at an afterparty event. Over the course of the next two weeks, T. Tate and E. Gabbey spent a good deal of time together: they frequently conversed and soon became romantically intimate.  T. Tate, resided at a Miami property with a group of male and female friends during his visit and invited E. Gabbey to a property at which he was staying.  E. Gabbey visited the property on multiple occasions during the approximate two (2) weeks that T. Tate was in Miami. During this two-week period, T. Tate and E. Gabbey engaged in consensual intercourse multiple times.  On multiple occasions, T. Tate invited E. Gabbey back to the property.  And each time E. Gabbey was invited back, she accepted those invitations.  T. Tate and E. Gabbey continued to have intercourse up until the time T. Tate departed Miami in December 2021.

66.     E. Gabbey initially told T. Tate that she came from a wealthy family, but gave few specific details about her family life. Over the course of numerous conversations, E. Gabbey explained to

---

[21] See EXHIBIT B at page 1 for conversation between E. Gabbey and her mother, M. Gabbey.

T. Tate that she had an interest in growing and monetizing her online presence on social media websites, such as "OnlyFans" and "TikTok." T. Tate had the impression that E. Gabbey was a relaxed woman who was looking to further her online presence through various social media websites, and at some point, E. Gabbey and T. Tate began talking about E. Gabbey coming to Romania. After T. Tate's departure to Romania, E. Gabbey and T. Tate followed up intermittently with each other between December 2021 and April 2022, via text message and "WhatsApp," messaging.

67.     As time went on, E. Gabbey's messages to T. Tate became more frequent and adamant about relocating to Romania for work. The nature of the conversations primarily centered on business, and specifically, creative ways E. Gabbey might get involved in Romania's hugely profitable e-modeling industry. Although T. Tate had minimal involvement – business, personal, or otherwise – in the Romanian e-modeling industry, T. Tate was under the impression, based on what E. Gabbey had previously told him, that she wanted to leave the United States for a variety of reasons. T. Tate knew about Romania's burgeoning modeling business, and thought Romania might be a perfect alignment with E. Gabbey's current work as a TikTok and OnlyFans model, and her professed long term career plans.

68.     During those interactions, E. Gabbey also gave the appearance that she was hoping to continue her sexual rendezvous with T. Tate in Romania. T. Tate, by contrast, remained aloof, and for the most part did not reciprocate E. Gabbey's romantic advances. In fact, T. Tate on several occasions did just the opposite, and questioned her motives by asking: "do you really want to leave the USA?" T. Tate believed that E. Gabbey already lived quite well in Florida, since he was under

the impression that she came from a wealthy family.  T. Tate therefore made efforts to ground E. Gabbey's dreams about Romania in realistic expectations.[22]

69.      After getting assurances that E. Gabbey was serious about relocating to Romania, T. Tate eventually welcomed the idea of a rendezvous with ███████ in Romania, and in the spirit of fun and adventure, gave E. Gabbey his credit card information to book a flight. E. Gabbey booked a business class ticket valued at approximately $4,000, from Palm Beach International Airport to Bucharest.

70.      On Wednesday, April 5, 2022, T. Tate picked E. Gabbey up from the Bucharest Airport in a blue Rolls Royce. Thereafter, the two of them went to lunch. At first impression E. Gabbey behaved differently from how T. Tate remembered her back in Miami: to him, she seemed aloof and distant, which T. Tate found rather striking considering how warm and friendly he had remembered her during the time they spent together in Florida. When E. Gabbey arrived at the Tate Brothers' Romanian estate, she provided the security detail with her identification details, and they granted her access to enter and leave the property whenever at any time. E. Gabbey was in possession of her passport at all times.

71.      **E. Gabbey was in Romania for a total of six days.  She freely moved back-and-forth over that timespan between the Tate Brothers' property and the home of Iasmina Pencov, a friend of the Tate Brothers, with whom E. Gabbey resided during parts of her visitation.**

72.      E. Gabbey stayed with T. Tate at his Romanian estate for the first two days, during which time E. Gabbey and T. Tate discussed permanent living arrangements.  On the first night, E. Gabbey and T. Tate engaged in consensual intercourse.  After the second day, on Friday, April 7, 2022, E. Gabbey relocated to another home, as agreed, located approximately one kilometer from

---

[22] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 16.

the Tate estate. At no time while E. Gabbey was living at the second location were her movements restricted or was she confined in any way.

73.     The second home, unlike the Tate Brothers' estate, was not guarded by security. E. Gabbey was free to enter and leave the home as she pleased, a fact that is corroborated by released surveillance footage – now widely available online – depicting E. Gabbey, freely moving back and forth from home to home without issue.

74.     In addition, at all times, E. Gabbey was in possession of her phone and was able to speak freely without restriction. According to the sworn testimony of I. Pencov, E. Gabbey frequently communicated by cell phone – through both calls and texts – with her parents during her six-day visitation. E. Gabbey communicated with other friends and acquaintances located overseas by phone during her visitation as well.

75.     At all times in which E. Gabbey was located in Romania, she was not restrained in her movement, never confined, never controlled by any person, nor was she threatened in any manner and always had free will. At no time did T. Tate, A. Tate, or anyone affiliated with the Tate Brothers restrict E. Gabbey's mobility during her visitation. In fact, there is video proof in CCTV footage of her leaving both houses to order pizza, visit the mall and shop, and for various other reasons. For instance, in one CCTV video E. Gabbey is happily and freely moving about the Tate Estate. She appears to exit, go to and retrieve something from a vehicle, and then re-enter with a smile on her face.[23]

76.     E. Gabbey published a litany of false, defamatory statements to multiple public agencies and private citizens during and after her time in Romania. She consistently claimed that she was

---

[23] *See* Video of E. Gabbey freely moving in and out of the Tate Estate during her six-day-trip to Romania @ https://drive.google.com/file/d/1cplX8lCx8YsrgpKRU7FOuQz1tP7m0LU7/view?usp=sharing (last visited on July 11, 2023).

not free to leave and was in danger.  The truth is that during her six-day trip to Romania, she shopped, went sight-seeing, was free to leave at any time, and even attended a birthday party.[24]

### Emma Gabbey's False Statements to the Romanian Government

77.     Upon information and belief, months in advance of her trip to Romania, E. Gabbey had been plotting to escape the United States for Europe to pursue a lavish new life overseas.  By the time she met T. Tate in December of 2021, she had become extremely disillusioned with her own life in the United States, the direct result of having ensnared herself in a series of poor decisions starting from a young age, and refusing to deal with the consequences of her actions like a mature adult. Accordingly, for anyone, but particularly for a woman of her age, she had already amassed a ton of emotional, financial, and legal baggage.[25]

78.     As discussed above, several of these men's lives were literally destroyed from E. Gabbey's diabolical exploits – one languishes in prison, his entire life ruined with a lengthy prison sentence; another was driven to suicide; dozens more remain emotionally and financially shattered. The idea, therefore, that she wanted to turn the page on her life and hit the proverbial reset button was self-explanatory.

79.     We do not know exactly what went through her head the moment she first laid eyes on Tristan Tate. It is possible that she targeted him for destruction in a manner similar to Marlin Fisher and Jailed John.  It is also possible that she gazed upon an exceedingly handsome and successful man that she could partner with in love, business, or in the context of the sugar baby, sugar daddy

---

[24]*See* Video of E. Gabbey freely attending a party during her six-day-trip to Romania @ https://drive.google.com/file/d/18RX3CKcHwYngaEsZZmXWlrd86w5h32sJ/view?usp=sharing (last visited on July 11, 2023).

[25] Emma Gabbey's false statements to the Romanian government have been incorporated herein by reference as EXHIBIT G.

relationship.  In a text message to her mother, dated November 18, 2021, E. Gabbey describes T. Tate as an "amazing friend … [who is] coming here from **Romania** to host a **big business conference**." [Emphasis Added.].  E. Gabbey's first impression description of T. Tate reveals quite a lot already about her intentions: E. Gabbey immediately hones in on T. Tate's success as a European entrepreneur, and by extension, identified him as an ideal scapegoat to start life afresh in Europe:

> E. Gabbey: "I'll wear the dress to Art Basel. I also have an **amazing friend**, Tristan, that's coming here from **Romania** to host a **big business conference**.  Him and his brother are **world kickboxing champions**.  They are originally from **England**.  His business conference will go for two weeks.  He's having a **big charity gala** there and invited me as his date." [Emphasis Added.][26]

80.    Of pertinence in the above are E. Gabbey's identifications of T. Tate and A. Tate as two worldly, successful businessmen, with well-established European ties.  She mentions "business" several times, which underscores the Tate Brothers' track record of financial success – and therefore, believes they have the means to support her European dreams.  Moreover, her emphasis on "charity gala" is of twofold import: one, it demonstrates yet another instance of the Tate Brothers' history of charitable and philanthropic work, which has been – and continues to be – an integral part of their business ventures, long before they ever had to deal with allegations of human trafficking; and two, it demonstrates that, like the profiles of M. Fisher, T. Hensel, and many other previous victims of E. Gabbey, E. Gabbey identified T. Tate as a man with good intentions, and thus sized him up as someone potentially susceptible to falling for her damsel in distress ruse.

81.    In subsequent messages with her mother, E. Gabbey repeatedly emphasizes the Tate Brothers' European backgrounds, general worldliness and success as businessmen.  As well as her

---

[26] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 1.

ardent desire to visit the United Kingdom, which had long been a central part of her own long-term plans.  In particular, E. Gabbey made a point of noting the Tate Brothers' British roots, an added bonus that dovetailed nicely with her longstanding plans to visit and potentially start a fresh life in London:

> E. Gabbey: "when we met we opened up to each other about a lot. He likes to call me Emma even though he knows everyone calls me Eden. Something he brought up recently is that he has been to [almany??] many many times and has very good friends there. And he wants to show me around the country and take me to the waterfalls and their cultural festivals and then to Europe :)*
> M. Gabbey: Awesome plans! Makes me dream? But keep your feet well anchored to your grounds??
> E. Gabbey: **either way I've been planning to go to the UK.** Tristan wants to show me all over Romania. [Emphasis Added.][27]

82.     In the above exchange, E. Gabbey is encouraged to travel to Europe with T. Tate by none other than her own mother, M. Gabbey, which is noteworthy given that M. Gabbey later becomes a material participant in the effort to destroy the lives of the Tate Brothers.  Furthermore, E. Gabbey confirms that she had been planning to travel to the United Kingdom before ever having met the Tate Brothers. It is thus, glaringly obvious that E. Gabbey viewed T. Tate as the perfect vehicle upon which she could accomplish many of her goals. Therefore, even at this early stage, E. Gabbey viewed the Tate Brothers as not *ends* in themselves, but as *means* to transactionally help bring about her goal of visiting – and potentially even reestablishing her identity – in Europe.

83.     After spending a few days at the Tate estate in Bucharest, E. Gabbey's unrealistic expectations about living a glamorous life in Europe were forced to come to terms with the mundane, day-to-day realities of successful businessmen.  Although T. Tate and A. Tate offered E. Gabbey free-range of their home and many luxuries throughout the duration of her visit, the

---

[27]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 1.

Tate Brothers themselves spent most of their days preoccupied with work, rather than entertaining and spending time with guests. E. Gabbey refused to adjust her expectations to meet the Tate Brothers' work-focused lifestyle: she expected a European tour immediately, and basically wanted to live and be treated like royalty. Her patience quickly wore thin; despite having access to their pool, vehicles, and other high-end amenities, E. Gabbey became bored and restless at the Tate estate. She no longer wanted to pursue opportunities in Romania as an e-model. Instead, E. Gabbey began conjuring ways to exploit the Tate Brothers, which, in accordance with her manipulative nature, could only ever be the one source of true pleasure for her.

84.     E. Gabbey proceeded to survey the other female friends of the Tate Brothers who visited their estate for potential accomplices. Although the overwhelming majority of female guests were quite happy with the lifestyle, E. Gabbey dialed in on one guest, A. Untila, who appeared similarly bored with the experience – and, like E. Gabbey, was looking for newfound excitement. E. Gabbey conscripted A. Untila, using similar methods of manipulation, to convince her to go along with E. Gabbey's new scheme to defraud the Tate Brothers – and ultimately accuse them of human trafficking and other grave crimes. Afterward, being rescued by the United States Embassy and Romanian Police for human trafficking, E. Gabbey and A. Untila would travel together to the French Riviera and London to have the glamorous European experience E. Gabbey had always envisioned.[28]

85.     E. Gabbey and A. Untila started off by using a private group chat to plot their conspiracy against the Tate Brothers – upon information and belief, at the heart of the conspiracy was the motive to defraud A. Tate of $200,000.00 euros of money. On April 10, 2022, E. Gabbey and A.

---

[28]  Plaintiffs respectfully submit that luxury vacations to the French Riviera are irregular in terms of what human trafficking victims are doing after being rescued and give notice that they will be requesting all relevant information from Defendant Gabbey's counsel pertaining to the planning and financing of these trips.

Untila initiated their plot to obtain money from A. Tate by false pretenses. Although they were ultimately unsuccessful, the following exchange provides insight into how E. Gabbey and A. Untila had planned to defraud and extort A. Tate of money and potentially other luxuries:

> E. Gabbey: "I'm talking to my friend
> E. Gabbey: "about it now."
> E. Gabbey: "she is saying you should **try to get $ from andrew**."
> E. Gabbey: "where is your sister in london babe."
> A. Untila: "I'm not good at this lol."
> A. Untila: "I have never asked anyone for money."
> E. Gabbey: "she's saying if you tell him you have something important that you need money for, he will give it to you."
> A. Untila: "Okay I will think about it like what to say."
> [Emphasis,                                                      Added.][29]

86.     The two women, E. Gabbey and A. Untila, then go on to take matters to the next level and have the following conversation, in text messages and in pertinent part, in which they describe how they will employ matters of deception against the Tate Brothers to carry out the criminal act:

> E. Gabbey: "**cover tracks**."
> E. Gabbey: "always."
> E. Gabbey: "your phone might be visible."
> A. Untila: "You are a good actress [unknown emoji]."
> E. Gabbey: "i practiced."
> A. Untila: "Perfecto."
> A. Untila: "for now change my name in your phone."
> E. Gabbey: "okay."
> E. Gabbey: "you too."
> A. Untila: "Just play it cool."
> E. Gabbey: "got it."
> A. Untila: "Like you don't know anything."
> A. Untila: "play dumb."
> E. Gabbey: "**i'm going to pull some tears out**." [Emphasis Added.][30]

87.     It is clear from the above exchange that neither E. Gabbey nor A. Untila believed they were victims. Rather, they simply did not want to be held responsible for attempting to defraud A. Tate of money and devised a whole scheme, using false pretenses, to trick him. Further evidence of

---

[29] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 28.
[30] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 29.

their chicanery is found in the fact that E. Gabbey even goes so far as to laugh when A. Untila speaks about "playing the victim." **Afterward, E. Gabbey and A. Untila joke about contacting Netflix and other streaming services to recount their "golden Oscar" performances, which they apparently considered Hollywood worthy**. The following exchange took place between E. Gabbey and Untila and demonstrates their cavalier, flippant attitudes towards committing fraud:

> E. Gabbey: "**we are writing a movie *asap***."
> A. Untila: "Yep."
> A. Untila: "For sure."
> A. Untila: "We have too."
> E. Gabbey: "I'm dying inside."
> A. Untila: "**Let's email Netflix**."
> A. Untila: "Asap."
> E. Gabbey: "**hulu, amazon prime**."
> A. Untila: "Yep."[31]

88.     In making light of a very serious accusation – it is patently clear from the above exchange that neither E. Gabbey nor A. Untila believed they were ever in real danger, let alone in a situation even remotely close to "human trafficking" or being "falsely imprisoned," which they would later allege. Indeed, the very opposite is true: rather than being victims, E. Gabbey and A. Untila are in fact perpetrators of a crime of moral turpitude to commit fraud against the Tate Brothers. Upon failure to execute their conspiracy, instead of taking responsibility for their actions like any morally competent and self-aware adult, E. Gabbey, consistent with her character, doubled down to inflict maximum damage.

89.     Next, E. Gabbey took the conspiracy to an entirely new level by sending distressing messages to an American-based Matthieu Martelly ("Martelly"), either a former or current lover. Gabbey publishes in a text message to Martelly that both she and A. Untila were being "human trafficked." The end goal of course remained always the same: to scapegoat the Tate Brothers, pursuant to the pleasures she derived from manipulating and extorting successful

---

[31] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 34.

paramours, and upon incriminating them, thereafter enjoy a luxurious European vacation in London and the French Riviera.

90.     On April 11, 2022, just one day after conspiring with A. Untila to defraud A. Tate of money, E. Gabbey communicates to Martelly, via text message, that she's "leaving to [go to] [L]ondon on the 12th," and that she had already "bought tickets," and wanted to bring "a young girl" (her co-conspirator, A. Untila) along for the ride.

91.     Martelly, apparently in love or infatuated with E. Gabbey, then starts contacting government friends that eventually puts the United States Embassy in Bucharest on alert of E. Gabbey's allegations that E. Gabbey and A. Untila were being human trafficked by the Tate Brothers. Martelly does this despite the fact that Gabbey **tries to talk Martelly out of calling the US Embassy**, as demonstrated in the below:

> E. Gabbey: hard thing is getting out the house.
> E. Gabbey: there's three other girls besides her and i. they are groomers and handlers
> E. Gabbey: if they see us leave they call the brothers then brothers call airports and stop us from leaving
> Martelly: Embassy of the United States
>
> Martelly: Hold on to your passport and go there there's a USMC security detail
> Martelly: **Say I am an American an I'm in danger**
> E. Gabbey: I bought us tix for 6 or so am we would leave in the middle of the night
> E. Gabbey: tomorrow 6 am
> Martelly: Stand by I'm gonna makes call
> E. Gabbey: **don't make any calls please**
> E. Gabbey: **I want to go to London lol**
> E. Gabbey: I can let you know how Tuesday goes
> E. Gabbey: you have my location
> E. Gabbey: if something happens then we call?
> Martelly: fine, be safe
> Martelly: Slightest hint of danger
> E. Gabbey: **i think I'll be able to get to London, then I'll fly back to fl after two weeks there**
> E. Gabbey: if I don't call or text Tuesday, something happened
> E. Gabbey: **but it's unlikely** [Emphasis Added.][32]

---

[32]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 5.

92.     In subsequent text-based exchanges with Martelly, E. Gabbey makes it clear that she has no issues leaving the Tate estate and that she did not sustain any injuries.  These statements collectively erode the theory that she and A. Untila were being imprisoned against her will as a human trafficking victim:

> E. Gabbey [4/11/2022 4:21:23 AM]: I don't think they will notice is though. **We're leaving in the middle of the night**.
> Martelly [4/11/2022 4:21:25 AM]: Good, just glad you're **unharmed**.
>
> Martelly [4/11/2022 4:25:15 AM]: Are you injured
> E. Gabbey [4/11/2022 4:25:20 AM]: **No injuries**
> E. Gabbey [4/11/2022 4:25:26 AM]: **neither of us**
> E. Gabbey [4/11/2022 4:25:36 AM]: it's been a short amount of time
> E. Gabbey [4/11/2022 4:25:42 AM]: they don't suspect us for leaving [Emphasis Added.][33]

93.     In the following exchange, **E. Gabbey again repeats for a third time to Martelly that she had no issues leaving the Tate Brothers' estate**.  Moreover, based on the language used, E. Gabbey appears to be intentionally planning out each and every step of her plot against the Tate Brothers, as demonstrated by her understanding to gather "evidence."  She further doubles down on her stated aim to travel to London while still in Romania, despite being the alleged victim of an ongoing human trafficking operation where she was still in the company of her alleged traffickers:

> E. Gabbey [4/11/2022 4:55:42 AM]: **i don't think i'll have trouble leaving**
> E. Gabbey [4/11/2022 4:55:47 AM]: it's more of the girl with me
> E. Gabbey [4/11/2022 4:56:42 AM]: **we have so much evidence though**
> E. Gabbey [4/11/2022 4:57:04 AM]: we can **gather it and send it somewhere** once we are away from here
> Martelly [4/11/2022 4:57:52 AM]: Go to the embassy And get expedited stateside
> E. Gabbey [4/11/2022 4:58:33 AM]: **I want to go on my trip that I was promised**??
> E. Gabbey [4/11/2022 4:58:38 AM]: **So I'm going to do that lmao** [Emphasis Added.][34]



---

[33]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 6.

[34] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 7.

94.　　E. Gabbey also repeats the same story that she was free to leave the Tate Brothers' estate in several text messages to both her parents, M. Gabbey and W. Gabbey, as demonstrated in the following examples:

> E. Gabbey: "I am not so concerned. tristan doesnt really care if i leave."
>
> E. Gabbey: ""i don't think they care that much if we leave anyways, which is why i feel okay."[35]

95.　　As the conversation continues, however, and E. Gabbey comes to realize the full gravity of her human trafficking allegations, she dramatically changes her tune.  As evidenced in the below exchanges with Martelly, E. Gabbey becomes vindictive and gets bitter with Martelly for calling the United States Embassy.  E. Gabbey also perceives the fallout from these allegations represents an inconvenient yet significant roadblock in her plans to visit London.  Accordingly, E. Gabbey reverts from her damsel in distress routine, wherein she becomes upset with Martelly and blames him for the consequences of the impending police raid.

96.　　**IMPORTANTLY** and highly relevant to the state of affairs at the Tate Estate, is the fact that E. Gabbey stresses that only she and another girl – A. Untila – wanted to leave the Tate Brothers estate, further supporting the fact that nobody was in danger, and that the human trafficking allegations were purely the product of E. Gabbey and A. Untila's imagination.  Despite the litany of warnings to Martelly and her parents that she was not in danger and was free to go and come as she pleased.  Martelly and Gabbey's parents publish Gabbey's false claims to the United States Embassy, which has resulted in a monstrous amount of suffering and personal loss to Andrew and Tristan Tate.

> E. Gabbey: **Did you call the embassy**
> E. Gabbey: **?**

---

[35] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 25.

> E. Gabbey: be honest please
> E. Gabbey: apparently marines are after me?
> E. Gabbey: that's what my mom just called on the phone screaming
> E. Gabbey: completely compromised my safely
> E. Gabbey: thanks
> Martelly: **Yeah I called** Neves and did what he said to do
> E. Gabbey: **goodbye matt**
> E. Gabbey: **i just wanted to go to london**
> E. Gabbey: handle it on my ow[n]
> E. Gabbey: i trusted you with that info
> Martelly: Be upset if you want honestly but having the US government come save your ass in a position you put yourself in
> E. Gabbey: ?
> E. Gabbey: it's not just me here
> Martelly: I KNOW
> E. Gabbey: you don't understand
> E. Gabbey: <u>**it's only me and one girl that want to leave**</u>
> E. Gabbey: are they coming here now
> E. Gabbey: or when i leave
> Martelly: This is serious
> E. Gabbey: can they take her to
> Martelly: Yes
> Martelly: That's why
> Martelly: I'm specifically trained for this we have protocols in place
> Martelly: Its my literal job em
> E. Gabbey: so they aren't on the way
> E. Gabbey: **good job now the police are coming** [Emphasis Added.][36]

97.     **Finally, as E. Gabbey becomes fully aware of the ramifications of her actions, she wants Martelly to retract** the US Embassy call, and then proceeds to accuse Martelly of orchestrating the scheme:

> Martelly: She's a human trafficking victim
> Martelly: She'll be entitled to protection
> E. Gabbey: But she needs to go to London
> E. Gabbey: to her family
> E. Gabbey: we bought the tickets
> E. Gabbey: *i wish I could take it back*
> E. Gabbey: **please matt**
> E. Gabbey: **please do** *anything*
> E. Gabbey: i'll do *anything* to take it back
> Martelly: Yes they'll evaluate her
> E. Gabbey: **i'm so sad you're doing this**

---

[36] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 8.

> E. Gabbey: she has family[37]

98.    E. Gabbey also makes reference again to playing a role, as in a movie or Netflix series, and states her belief that she and A. Untila executed their respective parts quite well.

> E. Gabbey: **we played *our role* really good today**
> E. Gabbey: nobody thinks we are going to leave at all
> [Emphasis Added.][38]

99.    Finally, E. Gabbey goes so far as to gaslight Martelly, repeating a psychologically abusive tactic she had used on previous lovers, into taking the blame for E. Gabbey's situation and for even putting herself in danger, despite her allegations of human trafficking, for alerting the authorities about her situation:

> E. Gabbey: errmmm ***definitely* not trusting anything u say**,
> don't know why i bothered asking
> Martelly: I have no clue what your talking about
> E. **Gabbey: you've actually managed to put me in far more**
> **danger by doing what you did yesterday with my parents**
> E. Gabbey: and **won't even admit to it** [Emphasis Added.][39]

100.    On or about April 12, 2022, police raided the home where E. Gabbey was residing.  Police removed E. Gabbey from the house, along with A. Untila—separated the two women from the other females residing there at the time.  Upon information and belief, none of the other women at the home were treated as victims but required to endure uncomfortable conditions for hours on end. As an example, according to the sworn statement of I. Pencov, who was recovering from surgery at the time, she was forced, as a result of E. Gabbey's outrageous conduct, to sit on a hard surface and go to the bathroom while being watched by a police officer. Only later did it become known that I. Pencov and B. Anghel, two neighbors who lived close by, were unknowingly being

---

[37] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 10.

[38] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 10.

[39] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 12.

treated as victims against their will by the Romanian government.  The affidavit of each person is attached hereto confirming such coercive conduct by the Romanian prosecutors.[40]

101.    Upon information and belief, W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her.  These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and several other persons and entities.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  Because the statements were made knowingly and/or with a reckless disregard for their falsity, and therefore with malice, they are not protected under Florida law.

102.    E. Gabbey clearly acted with malice when she falsely accused the Tate Brothers of human trafficking and false imprisonment, in the same manner in which she has maliciously perpetuated falsehoods for her own benefit in many previous relationships.  The difference being that this time, her malicious falsehoods resulted in the immediate and unjust incarceration of two innocent men.  Her actions were deliberate. The consequences of her actions, including the deprivation of the Tate Brothers' freedom was completely foreseeable, and likely then end goal considering her perilous history of destroying men's lives.

103.    As stated above, E. Gabbey has a nefarious history of revoking sexual consent in order to extort men.  She likewise, accused T. Tate of physically abusing her while having intercourse – namely, choking her until she passed out.  However, approximately two weeks after making the

---

[40]   The affidavits of I. Pencov and B. Anghel is attached hereto as EXHIBIT H and EXHIBIT I, respectively.

fantastical accusations of human trafficking and other crimes of moral turpitude against the Tate Brothers, E. Gabbey and A. Untila were already vacationing on the French Riviera "mentally preparing for our upcoming adventure…" [41]

104.     Upon information and belief, E. Gabbey is the owner of the Instagram handle, "Furyfatale," and A. Untila was at some point the owner of the Instagram handle, "AlionaUntila."  This was confirmed in photographs provided by Romanian witness, I. Pencov, who provided an affidavit, which attests to taking the screen grabs of the pictures attached hereto as Exhibit H.

105.     Being the opportunist she is, E. Gabbey, appears to be ready to seize the moment on social media, and has recently been associating herself with various human trafficking organizations to promote herself on the internet and various social media platforms.[42] But nothing could be further from the truth.[43]

106.     The serious allegations of human trafficking by E. Gabbey and others directly prompted Romanian authorities' investigation into the Tate Brothers, resulting in the Tate Brothers' incarceration and ongoing house arrest.  Indeed, one Romanian judge in the Bucharest Court of Appeal found the evidence against the Tate Brothers for human trafficking and other criminal charges so unpersuasive that she ruled that "that the brothers should be allowed to move freely in Romania, without restrictions,"[44] according to the *Associated Press* and other international reports, prompting a rare split decision in which a third judge had to be called in to preside over the ruling and render the deciding vote.

---

[41] This is corroborated by social media content posted by E. Gabbey on the French Riviera and is attached hereto as Composite EXHIBIT J.

[42] A compilation of E. Gabbey's social media posts is attached hereto as EXHIBIT K.

[43] A compilation of E. Gabbey's social media posts is attached hereto as EXHIBIT L.

[44] *See* Stephen McGrath and Vadim Ghirda, *Andrew Tate loses appeal against house arrest in Romania as human trafficking case continues*, Associated Press (July 6, 2023), https://apnews.com/article/andrew-tate-loses-appeal-house-arrest-romania-284b6d71b007702a4c769f09c710f287.

107.    Whereas, as a result of the Defendants' actions, the Tate Brothers suffered actual damages and noneconomic damages, including loss of months of their lives, loss of personal freedoms, loss of their routine, missing the birth of T. Tate's child, impaired communication with close relatives – including their mother, wives, and children, serious stress and health complications, spending time out of their lives coping with being defenseless against the violation of their rights, the incapacitation of their freedom, and the confusion and inability to understand the false accusations at the beginning of this nightmare and torment that has been ongoing for months. The Tate Brothers have also sustained physical injuries resulting from their imprisonment, in which they languished behind bars for months under egregious conditions of confinement that included long stints of prolonged solitary confinement, lack of sunlight, ventilation, proper food, and medical care— all while being denied meaningful attorney access.

108.    The Tate Brothers have experienced significant damages to their businesses and potential business prospects, including lost opportunity costs, a function of being effectively blacklisted by every noteworthy social media platform and being imprisoned and on house arrest for months without meaningful access to the outside world.   In addition to suffering the loss of their personal lives, freedoms, and peace of mind as mentioned above, the Tate Brothers have lost personal reputation, business reputation, and sustained an incarceration that interfered with their personal and business income, and which has resulted in the seizure of personal assets by a foreign government.

109.    Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured

them in their trade and profession, among other critical reputational and economic losses.   The Tate Brothers' professional reputations have been irreversibly tarnished in the eyes of the global community, as well as the elite relationships with investors, businessmen, and influencers that took them a lifetime to cultivate.

110.    To defend themselves against these outlandish allegations the Tate Brothers have had to hire teams of lawyers across the world to protect and defend their personal and professional interests against this manifestly unjust attack.

111.    All conditions precedent to filing this Complaint have been satisfied.

### FIRST CAUSE OF ACTION

### Defamation: W. Gabbey, M. Gabbey, and Martelly

112.    The Tate Brothers re-allege and restate paragraphs 1-111 as though fully stated herein, and allege that those facts as pleaded demonstrate that E. Gabbey, W. Gabbey, M. Gabbey, and M. Martelly, are guilty of Libel against Andrew and Tristan Tate.

113.    Under Florida law, the following four elements must be met to satisfy a claim for defamation: (i) the defendant published a false statement; (ii) about the plaintiff; (iii) to a third party; and (iv) the falsity of the statement caused injury to the plaintiff.  *Border Collie Rescue v. Ryan*, 418 F.Supp.2d 1330, 1348 (M.D.Fla. 2006).

114.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES: As demonstrated above, Defendants E. Gabbey, W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements communicated to them by E. Gabbey about the Tate Brothers "human traffick[ing]" her and "falsely imprisoning" her to the United States Embassy and/or several other third parties.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E.

Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit. W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

115.     INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries.  The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like Twitter and Instagram, on which the Tate Brothers have millions of followers and other business ventures they have long since relied upon to generate income.  Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children.  Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

<u>**SECOND CAUSE OF ACTION**</u>

**Defamation Per Se: W. Gabbey, M. Gabbey, and Martelly**

116.     The Tate Brothers re-allege and restate paragraphs 1-115 as though fully stated herein.

117.    This is an action by the Tate Brothers against W. Gabbey, M. Gabbey, and Martelly for libel per se.

118.    Under Florida law, the following four elements must be met to satisfy a claim for defamation: (i) the defendant published a false statement; (ii) about the plaintiff; (iii) to a third party; and (iv) the falsity of the statement caused injury to the plaintiff. *Border Collie Rescue v. Ryan*, 418 F.Supp.2d 1330, 1348 (M.D.Fla. 2006).  Florida law recognizes "per se" cases of defamation under certain circumstances.  Per se defamation presumes damages if one of the following subjects is met: (i) impugns a person's professional character or standing; (ii) states or implies that an unmarried person is unchaste (e.g., is sexually active); (iii) states or implies that a person is infected with a sexually transmitted disease; or (iv) states or implies that the person has committed a crime of moral turpitude (e.g., theft or fraud).

119.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES THAT DIRECTLY IMPUGNED CHARACTER, PROFESSIONAL STANDING:  W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her.  These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and several other third parties elaborated in the above.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E. Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit.  W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false

statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

120.    INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries.  The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like Twitter and Instagram, on which the Tate Brothers have millions of followers that they predominantly rely upon to market their War Room, Hustlers University, and other business ventures.  Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children.  Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

### THIRD CAUSE OF ACTION

### Commercial Defamation: W. Gabbey, M. Gabbey, and Martelly

121.    The Tate Brothers re-allege and restate paragraphs 1-120 as though fully stated herein.

122.    This is an action by the Tate Brothers and their various businesses, including the War Room and Hustlers University, for commercial defamation, specifically libel and slander against W. Gabbey, M. Gabbey, and Martelly.

123.    Under Florida law, the following three elements must be met to satisfy a claim for commercial defamation: (i) the statement was false; (ii) the person making the statement intends for you to suffer financial loss and your business does suffer loss, resulting in actual damages; and (iii) the person making the statement knew it was false or did not have any concern whether it was true.  *See Business Disparagement in Florida*, Trevor Brewer (May 16, 2019).

124.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES THAT RESULTED IN FINANCIAL LOSSES TO BUSINESS:  W. Gabbey, M. Gabbey, and M. Martell knowingly, intentionally, and purposefully published false statements communicated by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her.  These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and/or several other third parties elaborated in the above.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E. Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit.  W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

125.    KNOWLEDGE AND/OR DISREGARD OF FALSITY AND INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries.  The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like

48

Twitter and Instagram, on which the Tate Brothers have millions of followers that they predominantly rely upon to market their War Room, Hustlers University, and other business ventures.  Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children.  Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

## FOURTH CAUSE OF ACTION

### False Imprisonment: Emma Gabbey and Aliona Untila

126.    The Tate Brothers re-allege and restate paragraphs 1-125 as though fully stated herein.

127.    Under Florida law, any person who personally participates in or proximately causes the unlawful detention of another may be liable for false imprisonment. *Johnson v. Weiner*, 155 Fla. 169, 19 So. 2d 699 (1944).  Florida courts generally consider the following factors when determining a claim for false imprisonment: facts showing that plaintiff was physically restrained or confined against his or her will; facts showing that defendant acted with intent of imposing confinement or with knowledge that such confinement would, to a substantial certainty, result from it; facts demonstrating a causal nexus between the defendant's conduct and the confinement; and damages.

128.     PHYSICAL CONFINEMENT AGAINST WILL BY E. GABBEY'S AND A. UNTILA'S

ACTIONS:  The Tate Brothers were unlawfully incarcerated and wrongfully detained for months

as a direct result of the human trafficking and baseless other criminal allegations lodged against

them by E. Gabbey and A. Untila.  In alleging human trafficking violations against the Tate

Brothers, and furthermore, in communicating such baseless claims to family, friends, and other

contacts, who later reported those unfounded allegations to the United States Embassy, there was

a direct causal link between E. Gabbey and A. Untila's conduct and the Tate Brothers' subsequent

confinement.

129.     DEFENDANT ACTED WITH INTENT TO CAUSE CONFINEMENT, RESULTING IN

DAMAGES: E. Gabbey and A. Untila were fully aware that in making such allegations to the

United States Embassy, directly or indirectly, through contacts back home and other third parties,

there was substantial certainty that the Tate Brothers would be arrested, detained, and confined, as

a direct result of such allegations. The Tate Brothers subsequently were incarcerated for no less

than three months, and remain under 24/7 house arrest, for an indeterminate length of time, despite

never once being formally charged with a crime – in short, they have faced confinement on the

basis of E. Gabbey and ████████ conduct alone.  As stated above, the Tate Brothers experienced

severe personal, emotional, and professional damages, including be denied access to loved ones,

loss of business opportunities and other economic losses, as a direct result of E. Gabbey and A.

Untila's baseless allegations of human trafficking, rape, forming a criminal organization to exploit

women.  E. Gabbey and A. Untila acted with knowledge that making such false statements would

directly cause Romanian authorities to arrest, incarcerate, and detain the Tate Brothers, which they

did, thereby effectively operating as a conduit to help achieve a nefarious purpose.

50

## FIFTH CAUSE OF ACTION

### Tortious Interference with a Business Relationship: Emma Gabbey

130. The Tate Brothers re-allege and restate paragraphs 1-129 as though fully stated herein.

131. Under Florida law, the following four elements must be met to satisfy a claim for tortious interference with a business relationship: (i) the existence of a business relationship under which the plaintiff has legal rights; (ii) knowledge of the relationship on the part of the defendant; (iii) an intentional and unjustified interference with that relationship by the defendant; and (iv) damage to the plaintiff as a result of the breach of the business relationship. *Bortell v. White Mountains Ins. Grp.*, Ltd., 2 So. 3d 1041, 1048 (Fla. Dist. Ct. App. 2009).

132. EXISTENCE OF A BUSINESS RELATIONSHIP AND KNOWLEDGE BY E. GABBEY: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, at all times relevant herein, Defendant E. Gabbey knew of the advantageous business relationship between T. Tate and their contractors and associates, and deliberately sought to interfere with such economic advantage. The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, until Defendant, E. Gabbey, contacted M. Gabbey and W. Gabbey and made false allegations about the conduct of the Tate Brothers and Companies, there was a reasonable probability that the Tate Brothers would be able to continue operating their lawful businesses with the contractors and business associates and continue deriving an income from such.

133. INTENTIONAL AND UNJUSTIFIED INTERFERENCE WITH THE RELATIONSHIP BY E. GABBEY: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, E. Gabbey did not like the competition in the business that she was receiving from the other girls living in the house as demonstrated by communicating knowingly false statements about the Tate Brothers' alleging serious criminal activity which has caused

51

significant economic and reputational damages to the Tate Brothers' various companies. The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, by her unjustified and unprivileged conduct, as alleged above, E. Gabbey intended to disrupt the Tate Brothers' prospective economic advantage in the operation of their business.  E. Gabbey tortiously interfered with the Tate Brothers' business operations by communicating knowingly false statements about the Tate Brothers' alleging serious criminal activity which has caused significant economic and reputational damages to the Tate Brothers' various businesses.

134.    DAMAGE TO THE TATE BROTHERS AS A RESULT OF THE BREACH OF THE BUSINESS RELATIONSHIP: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, E. Gabbey's conduct, as alleged above, disrupted the Tate Brothers' and Companies' prospective economic advantage in continuing the operation of their lawful business.  As a direct, proximate, and foreseeable result of E. Gabbey's wrongful conduct, as alleged above the Tate Brothers have suffered damages in an amount to be proven at trial, and which the Tate Brothers and Companies are informed and believe exceeds the jurisdictional threshold for classification as an unlimited civil case.  The Tate Brothers and Companies will seek leave of Court to amend this Complaint to set forth the exact amount of damages when they have been ascertained.

### SIXTH CAUSE OF ACTION

**Civil Conspiracy: Emma Gabbey and Aliona Untila**

135.    The Tate Brothers re-allege and restate paragraphs 1-134 as though fully stated herein.

136.    This is an action by the Tate Brothers against Emma Gabbey and Aliona Untila, for civil conspiracy.  Under Florida law, the following four elements must be met to satisfy a claim for civil conspiracy: (i) a conspiracy between two or more parties; (ii) to do an unlawful act or to do a lawful act by unlawful means; (iii) the doing of some overt act in pursuance of the conspiracy; and

(iv) damage to the plaintiff as a result of the acts performed pursuant to the conspiracy. *Walters v. Blankenship*, 931 So. 2d 137, 140 (Fla. Dist. Ct. App. 2006).

137.     CONSPIRACY BETWEEN TWO OR MORE PARTIES: Upon information and belief, Untila colluded with E. Gabbey to intentionally inflict harm on the Tate Brothers and also obtain money from A. Tate by false pretenses.

138.     TO DO AN UNLAWFUL ACT AND THE DOING OF SOME OVERT ACT IN PURSUANCE OF THE CONSPIRACY: Untila and E. Gabbey took an overt act in furtherance of their conspiracy by outlining a systematic plot to deceive A. Tate to steal money and, upon information and belief, potentially other property from him. Text messages evidencing this conspiracy are attached hereto as Exhibit B.

139.     DAMAGE TO THE PLAINTIFF: In addition, as shown above, E. Gabbey and Untila indicated that they would need Emmy Awards for the performance and script they came up with to deceive the Tate Brothers as well as those around them further indicating that they should contact Netflix and Hulu. Furthermore, by way of their plot, E. Gabbey and Untila inflicted significant emotional distress on the Tate Brothers. By conspiring to defame the Tate Brothers and trying to obtain money under false pretenses, the Tate Brothers have been economically damaged because they suffered material losses, between the lost property that was the basis for the conspiracy, lost time at work as a result of being distracted and imprisoned, and the economic and reputational damages sustained to their various multimillion dollar businesses because of E. Gabbey and Aliona Untila's defamation.

<strong><u>SEVENTH CAUSE OF ACTION</u></strong>

<strong>Intentional Infliction of Emotional Distress: Emma Gabbey and Aliona Untila</strong>

140.     The Tate Brothers re-allege and restate paragraphs 1-139 as though fully stated herein.

141.   This is an action by the Tate Brothers against E. Gabbey and A. Untila for intentional infliction of emotional distress.

142.   Under Florida law, the following four elements must be met to satisfy a claim for intentional infliction of emotional distress: (i) the wrongdoer's conduct was intentional or reckless, that is, he intended his behavior when he knew or should have known that emotional distress would likely result; (ii) the conduct was outrageous, that is, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community; (iii) the conduct caused emotional distress; and (iv) the emotional distress was severe.   *LeGrande v. Emmanuel*, 889 So. 2d 991, 994 (Fla. Dist. Ct. App. 2004).

143.   E. GABBEY AND A. UNTILA'S CONDUCT WAS INTENTIONAL OR RECKLESS AND OUTRAGEOUS: E. Gabbey and A. Untila caused the Tate Brothers deliberate or reckless mental suffering by publishing statements to third parties that caused the Tate Brothers to be subject to a criminal investigation and which directly led to their incarceration, causing extreme stress and emotional anguish, in addition to the psychological trauma that resulted from the personal, economic, and reputational harms to the Tate Brothers and their various businesses.  In addition to the statements made between E. Gabbey and Untila, E. Gabbey has a long and demonstrated history of inflicting severe emotional distress on her victims.

144.   E. GABBEY AND A. UNTILA'S OUTRAGEOUS CONDUCT CAUSED SEVERE EMOTIONAL DISTRESS: E. Gabbey and Aliona Untila's conduct, which is well outside of the bounds of what is tolerated by society because of how serious and depraved human trafficking and rape allegations are, directly caused mental and emotional anguish for the Tate Brothers because it caused extreme anxiety and distress.  As a direct result of this conduct, the Tate Brothers suffered

54

both psychological and physical harms, including insomnia, weight loss, chest pain, and other serious physical ailments.

## EIGHTH CAUSE OF ACTION

### Negligent Infliction of Emotional Distress: Emma Gabbey and Aliona Untila

145.    The Tate Brothers re-allege and restate paragraphs 1-144 as though fully stated herein.

146.    This is an action by the Tate Brothers against E. Gabbey and Aliona Untila for negligent infliction of emotional distress.

147.    Under Florida law, the following four elements must be met to satisfy a claim for negligent infliction of emotional distress: (i) the plaintiff must suffer a discernable physical injury; (ii) the physical injury must be caused by the psychological trauma; (iii) the plaintiff must be involved in the event causing the negligent injury to another; and (iv) the plaintiff must have a close personal relationship to the directly injured person.   *LeGrande v. Emmanuel*, 889 So. 2d 991, 994 (Fla. Dist. Ct. App. 2004).

148.    PLAINTIFF MUST SUFFER A DISCERNIBLE PHYSICAL INJURY FROM THE PSYCHOLOGICAL TRAUMA. E. Gabbey and Aliona Untila caused the Tate Brothers negligent mental suffering by publishing statements to third parties that caused the Tate Brothers to be subject to a criminal investigation and which directly led to their incarceration, causing extreme stress and emotional anguish due to the egregious conditions in which they were confined for months, in addition to the psychological trauma that resulted from the economic, emotional, and reputational harms to the Tate Brothers' various businesses and indefinite house arrest. E. Gabbey and Aliona Untila caused the Tate Brothers physical injury as a direct result of E. Gabbey and Aliona Untila's negligent actions because the Tate Brothers suffered from insomnia, weight loss, chest pain, and other serious physical ailments, as a result of their extended prison sentence and house arrest.

149.     PLAINTIFF MUST BE INVOLVED IN THE EVENT CAUSING THE NEGLIGENT INJURY AND HAVE A CLOSE PERSONAL RELATIONSHIP TO THE DIRECTLY INJURED PERSON: The Tate Brothers were the targets of E. Gabbey and A. Untila's conspiracy, and therefore directly involved in the defamatory event and allegations that resulted in their imprisonment and house arrest that prompted the negligent injury.   T. Tate and A. Tate are brothers and business partners, and therefore have an extremely close personal relationship to one another, even for brothers, and have suffered emotional distress from seeing each other in anguish over a sustained period of time.

### RESERVATION OF RIGHTS

Plaintiff reserves the right to amend this Complaint upon discovering additional facts, including adding a claim for punitive damages against one or more Defendants.

### DEMAND FOR JURY TRIAL

Plaintiffs' demand a trial by jury on all issues so triable.

### RELIEF SOUGHT

WHEREFORE, Plaintiffs ANDREW TATE and TRISTAN TATE pray for judgment against each defendant, jointly and severally, as follows:

WHEREFORE, Plaintiffs, ANDREW TATE and TRISTAN TATE pray that this Court will enter judgment of liability against Defendant, EMMA GABBEY, WILLIAM GABBEY, MONA TABBARA GABBEY, MATTHIEU MARTELLY, AND ALIONA UNITLA and award damages including attorneys' fees and costs where authorized by statute, pre- and post-judgment interest, and all other relief that this Court deems just and proper.

Respectfully submitted this 12th day of July 2023.

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p:321-313-8642
e: tamaniots@equitylegal.net
*Attorneys for Plaintiffs*

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.
New York State Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Attorneys for Plaintiffs*
(*Pro Hac Vice motion filed
Contemporaneously with complaint*)

57

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA CIVIL DIVISION**

TRISTAN TATE, an individual and
ANDREW TATE, an individual

              Plaintiffs,

     v.

EMMA GABBEY, an individual,
MONA TABBARA GABBEY, an individual,
WILLIAM GABBEY, an individual,
ALIONA UNTILA, an individual, and
MATTHIEU MARTELLY, an individual

          Defendants,

**CASE NO. 502023CA011904XXXXMB
DIV.       AI**

---

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH RULE 2.516 AND DESIGNATION
OF EMAIL ADDRESS**

      Plaintiffs', Andrew Tate and Tristan Tate, by and through their undersigned counsel and

pursuant to Rule 2.516(b)(1), files this designation of email address and designates the following

address(es):

      Primary: tamaniotis@equitylegal.net; Secondary: tamaniotisesq@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-portal this
14th day of July, 2023, upon all parties on the e-file list.

           /s/Thomas Maniotis

           Equity Legal, PLLC
           5201 Blue Lagoon Drive, Floor 8
           Miami, FL 33126
           tamaniotis@equitylegal.net
           (305) 629-3219
           Thomas Maniotis, Esq.

Fla. Bar No. 122414



Filing # 177775930 E-Filed 07/19/2023 02:38:14 PM

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA CIVIL DIVISION

TRISTAN TATE, an individual and
ANDREW TATE, an individual

Plaintiffs,

v.

EMMA GABBEY, an individual,
MONA TABBARA GABBEY, an individual,
WILLIAM GABBEY, an individual,
ALIONA UNTILA, an individual, and
MATTHIEU MARTELLY, an individual

Defendants,

CASE NO. 502023CA011904XXXXMB
DIV.          AI

NOT A CERTIFIED COPY

---

## ORDER GRANTING VERIFIED MOTION FOR ADMISSION TO APPEAR *PRO H A C V I C E* PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

**THIS CAUSE** having come under consideration by the Court on the Verified

Motion for Admission to Appear *Pro Hac Vice* Pursuant to Florida Rule of Judicial

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 07/19/2023 02:38:14 PM

Case No. 50-2023-CA-011904-XXXX-MB

Administration 2.510 submitted by the Movant, Joseph D. McBride, Esq., and the Court having reviewed the file and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Joseph D. McBride, Esq. is hereby approved for the purpose of appearing as co-counsel for Andrew Tate and Tristan Tate in the above-styled action.

**DONE AND ORDERED** in Chambers at Palm Beach County, Florida on the _____ day of July 2023.

50-2023-CA-011904-XXXX-MB   07/19/2023
G. Joseph Curley, Jr.   Circuit Judge

50-2023-CA-011904-XXXX-MB   07/19/2023
G. Joseph Curley, Jr.
Circuit Judge

_____
HONORABLE GERARD JOSEPH CURLEY, JR.
Circuit Judge

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

TRISTAN TATE, an individual and
ANDREW TATE, an individual

        Plaintiffs,                         CASE NO.:

v.                                        DIV:

EMMA GABBEY, an individual,
MONA TABBARA GABBEY, an individual,
WILLIAM GABBEY, an individual,
ALIONA UNTILA, an individual, and
MATTHIEU MARTELLY, an individual

        Defendants,

_____/

**VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO
FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.510**

Comes now Joseph D. McBride, Movant herein, and respectfully represents the following:

1. Movant resides in Brooklyn, NY and Movant is not a resident of the State of Florida.

2. Movant is an attorney and a member of the law firm of (or practices law under the name of):
The McBride Law Firm, PLLC, with offices at:

| 99 Park Ave - 6th Floor | New York | New York | NY |
|---|---|---|---|
| (Street Address) | (City) | (County) | (State) |
| 10016 | (917) 757-9537 | | |
| (Zip Code) | (Telephone) | | |

3.   Movant has been retained personally or as a member of the above-named law firm on
4/2/2023 by Tristan Tate; Andrew Tate to provide legal representation in connection with the
above-styled matter now pending before the above-named court of the State of Florida.

NOT A CERTIFIED COPY

Case No. 50-2023-CA-011904-XXXX-MB

NOT A CERTIFIED COPY

Case No. 50-2023-CA-011904-XXXX-MB

4. Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s) with Bar Number:

US District Court for the District of Columbia
US District Court, SDNY
US District Court, EDNY                              Bar Number 5445879
US District Court, WDNY
New York State

5. A judicial officer or the entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings or disciplined, suspended, disbarred or held Movant in contempt in the preceding 5 years, except as provided below (give jurisdiction of proceeding, date upon which proceeding was initiated, nature of alleged violation, statement of whether the proceeding has concluded or is still pending, and sanction, if any, imposed): None.

6. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7. Movant is not an inactive member of The Florida Bar.

8. Movant is not now a member of The Florida Bar.

9. Movant is not a suspended member of The Florida Bar.

10. Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of General Practice and Judicial Administration 2.510, except as provided below (give date of disciplinary action or contempt, reasons therefor, and court imposing contempt): None.

12. Movant has not filed any motion(s) to appear as counsel in Florida state courts during the past five (5) years.

13. Local counsel of record associated with Movant in this matter is: Thomas Maniotis who is an active member in good standing of The Florida Bar, with Florida Bar Number 122414

and has offices at 5201 Blue Lagoon Drive, Floor 8, Miami, FL 33126, Tel. 321-313-8642, email: tamaniotis@equitylegal.net.

14. Movant has read the applicable provisions of Florida Rule of General Practice and Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

15. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida. WHEREFORE, Movant respectfully requests permission to appear in this court for this cause only.

NOT A CERTIFIED COPY

Case No. 50-2023-CA-011904-XXXX-MB

Case No. 50-2023-CA-011904-XXXX-MB

DATED this 10th day of July 2023.

_____

Movant Joseph D. McBride

99 Park Ave
New York, NY 10016
Telephone: (917) 757-9537

E-mail: jmcbride@mcbridelawnyc.com

Case No. 50-2023-CA-011904-XXXX-MB

NOT A CERTIFIED COPY

Case No. 50-2023-CA-011904-XXXX-MB

STATE OF NEW YORK

COUNTY OF NEW YORK

I, Joseph D. McBride, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

_(signature)_

_____
Movant

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

DATED this 10th day of July, 2023.

_(signature)_

Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive
Floor 8
Miami, FL 33126
p:321-313-8642
e: tmaniotis@equitylegal.net

NOT A CERTIFIED COPY

Case No. 50-2023-CA-011904-XXXX-MB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 and by (e-mail) (delivery) (mail) (fax) to (name of attorney or party if not represented), and that the movant has paid the fees described in the Rules Regulating The Florida Bar concerning non-Florida lawyer appearances in a Florida court or has notified The Florida Bar of movant's request for a judicial waiver of said fees.

this 10th day of July 2023.

_____
Movant

Case No. 50-2023-CA-011904-XXXX-MB

## RETURN OF SERVICE

| State of Florida | County of Palm Beach | Circuit Court |
|---|---|---|

Case Number: 502023CA011904XXXXMB

Plaintiff,:
**TRISTIN TATE and ANDREW TATE,**

vs.

Defendant,:
**EMMA GABBEY, MONA TABBARA GABBEY, WILLIAM GABBY, ALIONA UNTILA, and MATTHIEU MARTELLY,**

For:
Thomas Maniotis, Esquire
**Equity Legal, PLLC**
5201 Blue Lagoon Drive
Floor 8
Miami, FL 33126

Received by Williams Process Service, Inc. on the 14th day of July, 2023 at 9:56 am to be served on **William Gabbey, 1647 Park Tree Place, Delray Beach, FL 33445**.

I, Pennie Atwell, do hereby affirm that on the **17th day of July, 2023 at 7:30 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons (20 Day), Complaint and Amended Complaint** with the date and hour of service endorsed thereon by me, to **Mona Gabbey** as **CoResident/Wife** at the address of: **1647 Park Tree Place, Delray Beach, FL 33445**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of the party served, Defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 135, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/s/ Pennie Atwell
_____
**Pennie Atwell**
C.P.S.# 931

**Williams Process Service, Inc.**
**721 US Highway 1**
**Suite 121**
**North Palm Beach, FL 33408**
**(561) 881-1442**

Our Job Serial Number: WPS-2023013521

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r



## RETURN OF SERVICE

| State of Florida | County of Palm Beach | Circuit Court |
|---|---|---|

Case Number: 502023CA011904XXXXMB

Plaintiff,:
**TRISTIN TATE and ANDREW TATE,**

vs.

Defendant,:
**EMMA GABBEY, MONA TABBARA GABBEY, WILLIAM GABBY, ALIONA UNTILA, and MATTHIEU MARTELLY,**

For:
Thomas Maniotis, Esquire
Equity Legal, PLLC
5201 Blue Lagoon Drive
Floor 8
Miami, FL 33126

Received by Williams Process Service, Inc. on the 14th day of July, 2023 at 9:56 am to be served on **Mona Tabbara Gabbey, 1647 Park Tree Place, Delray Beach, FL 33445**.

I, Pennie Atwell, do hereby affirm that on the **17th day of July, 2023 at 7:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons (20 Day), Complaint and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Mona Tabbara Gabbey** at the address of: **1647 Park Tree Place, Delray Beach, FL 33445**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of the party served, Defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 135, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/s/ Pennie Atwell
_____

**Pennie Atwell**
C.P.S.# 931

**Williams Process Service, Inc.**
**721 US Highway 1**
**Suite 121**
**North Palm Beach, FL 33408**
**(561) 881-1442**

Our Job Serial Number: WPS-2023013525

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r



IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

TRISTAN TATE, an individual and
ANDREW TATE, an individual

                        Plaintiffs,

          v.

EMMA GABBEY, an individual,
MONA TABBARA GABBEY, an individual,
WILLIAM GABBEY, an individual,
ALIONA UNTILA, an individual, and
MATTHIEU MARTELLY, an individual

                        Defendants,

CASE NO. 502023CA011904XXXXMB
DIV.       AI

---

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST
DEFENDANTS MONA TABBARA GABBEY AND WILLIAM GABBEY**

    **COMES NOW**, Plaintiffs, Andrew Tate and Tristan Tate (collectively "Tate Brothers"),

pursuant to Florida Rule of Civil Procedure 1.500, moves for entry of final default judgment

against Defendants, Mona Tabbara Gabbey and William Gabbey (collectively "Served

Defendants"), as states:

1. On July 11, 2023, Plaintiffs instituted this action against the Served Defendants, which
   was amended, as a matter of right, on July 12, 2023. A true and correct copy of the
   amended complaint is attached hereto as Exhibit A.

2. Summons were issued and Served Defendants were served at their usual place of abode
   on July 17, 2023. A true and correct copy of the affidavits of service are attached hereto
   as Exhibit B.

NOT A CERTIFIED COPY

3. On August 7, 2023, a motion for extension of time was filed by Served Defendants and on August 8, 2023 a notice of appearance was served by counsel for the Served Defendants (Docket Numbers 19 and 20 respectively).

4. No responsive pleading has been filed by the Served Defendants.

5. Plaintiffs do not agree to the extension of time requested by Served Defendants, as it is extremely prejudicial.

6. This motion has been served on the attorney of record for Served Defendants, for purposes of notice, in accordance with Fla. R. Civ. P. 1.500(b).

7. When a default is entered, the defaulting party admits as true all well-pled factual allegations of the complaint. *Ellish v. Richard*, 622 So. 2d 1154 (Fla. 4th DCA 1993); citing *North American Accident Insurance Co. v. Moreland*, 60 Fla. 153, 53 So. 635 (1910).

8. Fla. R. Civ. P. 1.500(b) provides that "[w]hen a party against whom affirmative relief is sought has failed to plead or otherwise defend as provided by these rules or any applicable statute or any order of court, the court may enter a default against such party; provided that if such party has filed or served any document in the action, that party must be served with notice of the application for default."

9. The true purpose of entry of a default is to speed the cause of action and to prevent a dilatory or procrastinating defendant from impending the plaintiff in the establishment of his claim. *Robles v. Federal National Mortgage Association*, 255 So. 3d 986, 988 (Fla. 3d DCA 2018); citing *Coggin v. Barfield*, 150 Fla. 551, 8 So. 2d 9, 11 (1942).

10. In this case, attorney for Served Defendants has gone on record saying that she and The National Center on Sexual Exploitation's Law Center ("Law Center"), where attorney

Pinter is affiliated, were aware of the lawsuit as early as July 15, 2023 and the article quoted as follows:

> "The National Center on Sexual Exploitation's Law Center said it has 'seen the news regarding the Tates' lawsuit.' 'We are evaluating next steps as we wait for them to give formal notice, but we do not believe the lawsuit has any merit,' the center told ABC News in a statement on Friday.'"

A true and correct copy of the ABC News article is attached hereto as Exhibit C and is dated July 15, 2023.

11. Furthermore, Served Defendants Motion for Extension of Time alleges that no other Defendants in the case have been served as a justification for extending the time to respond another thirty (30) days.

12. In fact, attorney for Served Defendants is an attorney for the Law Center and the article also states that, according to attorney for Served Defendants, "[b]oth women remain anonymous for fears of their safety, but online trolls have been able to identify them and posted their details online, forcing the women to leave their respective homes and go into hiding."

13. The ABC News article is referring to Defendants, Emma Gabbey and Aliona Untila.

14. No other Defendants have been served for good reason as, according to the Attorney for Unserved Defendants, they have been concealing themselves allegedly "for fears of their safety," which is also extremely convenient to avoid service of process. The last Defendant, Mathhieu Martelly, has also gone unserved at this point and is believed to be concealing his whereabouts. This has caused Plaintiffs and their counsel to expend a great

amount of time and resources to try to conduct a diligent search that has been ongoing for months.

15. At the time of filing this motion, over thirty (30) days have elapsed since counsel for the Served Defendants became aware of the lawsuit.

16. The twentieth (20th) day to file a responsive pleading fell on a weekend, so a responsive pleading or answer should have been received no later than August 7, 2023.

17. Served Defendants waited to the eleventh hour to file "any paper" in what appears to be an effort to delay responding for another thirty (30) days.

18. Although a motion for extension of time constitutes "any paper" requiring notice prior to the entry of a default, a motion for extension of time is not a "responsive pleading" reflecting the intent to defend the merits of the action and as such, a hearing is not required prior to the entry of the default. *See, Robles v. Federal National Mortgage Association*, 255 So. 3d 986, 989 (Fla. 3d DCA 2018, citing *Geer v. Jacobson*, 880 So. 2d 717, 719 (Fla. 2d DCA 2004) (finding that a motion for extension of time does not constitute a responsive pleading for purposes of rule 1.190(a)); *Ziff v. Stuber*, 596 So. 2d 754, 755 (Fla. 4th DCA 1992).

19. Served Defendants may have plenty of time to drag their feet to respond and claim that it is made in good faith. However, as a result of Defendants' actions, The Tate Brothers continue to accumulate massive losses into the millions of dollars with each passing day, and were only recently released from house arrest.

20. Moreover, the Law Center has five attorneys listed on their website and Served Defendants' counsel would like this court to believe that they did not have the time to prepare a responsive pleading within the twenty (20) days prescribed by law, which was

really twenty-one (21) days in this case because of the intervening weekend, and with the

thirty (30) days actual notice that they had according to statements made to news outlets

by the Law Center and attorney for the Served Defendants. Additionally, according to the

ABC News article, they already represented Emma Gabbey and Aliona Untila, so there

would be no surprise that they would be approached and connected with the Served

Defendants to represent the same.

21. As a result of the extreme prejudice the Plaintiffs are suffering as a result of each passing

day, the more than ample notice to Served Defendants and their law firm, and failure to

file a responsive pleading, Plaintiffs request this court to end the procrastination of the

Served Defendants and enter default against the same.

**WHEREFORE**, Plaintiffs respectfully requests an order granting Plaintiffs' Motion for

Entry of Default Judgment, and such other and additional relief as this Court may deem just and

proper.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true copy of the forgoing has been furnished to

DANIELLE PINTER, attorney for MONA TABBARA GABBEY AND WILLIAM GABBEY

via the e-filing portal on this 9th day of August, 2023.

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p: 305-629-3219
e: tamaniotis@equitylegal.net
*Attorneys for Plaintiffs*

**EXHIBIT A**

Filing # 177280341 E-Filed 07/12/2023 04:15:35 PM

### IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### IN AND FOR PALM BEACH COUNTY, FLORIDA
### CIVIL DIVISION

**TRISTAN TATE, an individual and**
**ANDREW TATE, an individual**

         Plaintiffs,

   v.

                                  **CASE NO. 502023CA011904XXXXMB**

**EMMA GABBEY, an individual,**           **DIV.     AI**
**MONA TABBARA GABBEY, an individual,**
**WILLIAM GABBEY, an individual,**
**ALIONA UNTILA, an individual, and**
**MATTHIEU MARTELLY, an individual**

         Defendants,

---

**Complaint for damages exceeding $5,000,000.00 for defamation, defamation per se, commercial defamation, false imprisonment, tortious interference of a business relationship, civil conspiracy, intentional infliction of emotional distress, and negligent infliction of emotional distress.**

---

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p: (321) 313-8642
e: tamaniots@equitylegal.net
*Attorneys for Plaintiffs*

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.
New York State Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Attorneys for Plaintiffs*
(*Pro Hac Vice motion filed contemporaneously this complaint*)

1

**TABLE OF CONTENTS**

*INTRODUCTION* ................................................................................................................ *4*

*COMPLAINT* .................................................................................................................... *5*

*PARTIES* ........................................................................................................................... *5*

*JURISDICTION AND VENUE* ........................................................................................ *5*

*STATEMENT OF FACTS* ................................................................................................ *6*

*THE TATE BROTHERS* .................................................................................................. *6*

*EMMA GABBEY: UPON INFORMATION AND BELIEF* ........................................... *13*

*MARLIN FISHER IS INDUCED INTO A SEXUAL RELATIONSHIP WITH E. GABBEY AND THEN EXTORTED* .............................................................................................................. *16*

*THE INTERSECTION OF THE JAILED JOHN SAGA AND MARLIN FISHER* ......................... *17*

*E. GABBEY FRAUDULENTLY ACCUSES M. FISHER OF ABUSE IN A SWORN STATEMENT TO FLORIDA COURT* ...................................................................................................... *20*

*THE TRAGIC CASE OF DUSTIN MILNER* ................................................................... *21*

*THE DECEPTION OF TYLER HENSEL:* ....................................................................... *23*

*THE DEFAMATION OF JOEL FRYDMAN:* ................................................................... *24*

*THE UNFORTUNATE ARRIVAL OF EMMA GABBEY IN TRISTAN TATE'S LIFE* ................. *25*

*EMMA GABBEY'S FALSE STATEMENTS TO THE ROMANIAN GOVERNMENT* .................. *30*

*FIRST CAUSE OF ACTION: DEFAMATION: W. GABBEY, M. GABBEY, AND MARTELLY* ... *44*

*SECOND CAUSE OF ACTION: DEFAMATION PER SE: W. GABBEY, M. GABBEY, AND MARTELLY* ........................................................................................................................ *45*

*THIRD CAUSE OF ACTION: COMMERCIAL DEFAMATION: W. GABBEY, M. GABBEY, AND MARTELLY* ........................................................................................................................ *47*

NOT A CERTIFIED COPY

2

*FOURTH CAUSE OF ACTION: FALSE IMPRISONMENT: E. GABBEY & A. UNTILA* ........... *49*

*FIFTH CAUSE OF ACTION: TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP: E. GABBEY* ................................................................................................ *51*

*SIXTH CAUSE OF ACTION: CIVIL CONSPIRACY: E. GABBEY & A. UNTILA* ...................... *52*

*SEVENTH CAUSE OF ACTION: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS: E. GABBEY & A. UNTILA* .............................................................................................. *53*

*EIGHTH CAUSE OF ACTION: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS: E. GABBEY & A. UNTILA* ................................................................................................ *55*

*RESERVATION OF RIGHTS* .............................................................................................. *56*

*DEMAND FOR JURY TRIAL* ............................................................................................. *56*

*RELIEF SOUGHT* ............................................................................................................. *56*

NOT A CERTIFIED COPY

3

**INTRODUCTION**

The case of Andrew & Tristan Tate v Emma Gabbey is the story of a man, Tristan Tate, who was the victim of a Romance Scam by a professional con artist named Emma Gabbey—and Andrew Tate, who was collateral damage in the fallout. Romance scams are real and have devastating effects on their victims. According to the Federal Bureau of Investigation: Romance scams occur when a criminal adopts a fake online identity to gain a victim's affection and trust. The scammer then uses the illusion of a romantic or close relationship to hurt and manipulate the victim. Criminals who carry out romance scams are experts. They proffer the illusion of being genuine, caring, and believable. These con artists lurk on dating and social media sites until they find a mark. Afterward, they work quickly to establish a relationship—endearing themselves to their victims and gaining trust. They profess love, share stories, feign vulnerability, and plan to meet in person; eventually, they begin making demands.[1] Men are typically the villains in romance scam stories, and women are the unsuspecting victims. This dated, gender-based typecasting is shameful and wrong, falsely portraying men as villains and women as perpetual victims. There was a time in the recent past when throngs of women stepped up to tell their stories of how they were taken advantage of by predatory men in the "#METOO" movement.[2] Times have changed, and progress has been made. Brave male victims are now stepping up to tell their stories of being taken advantage of by predatory women in the "#WHYME?" movement. Those stories did not start with Tristan and Andrew Tate but will certainly end with Tristan and Andrew Tate.

_____

[1] See FBI's Safety Bulletin and description of Romance Scamming https://www.fbi.gov/how-we-can-help-you/safety-resources/scams-and-safety/common-scams-and-crimes/romance-scams.

[2] See Description of the METOO movement @ https://www.projectcallisto.org/definitions?gad=1&gclid=CjwKCAjw-7OlBhB8EiwAnoOEk5Ea0qsd5ptyG2qn6pOfAQ5BgoIq4W7heoQcmv-CABwSdwFsKbEAwxoCCjAQAvD_BwE.

**AMENDED COMPLAINT**

Plaintiffs, TRISTAN TATE and ANDREW TATE ("Plaintiffs") sue Defendant, EMMA GABBEY ("E. Gabbey"), MONA TABBARA GABBEY ("M. Gabbey"), WILLIAM GABBEY ("W. Gabbey"), MATHIEU MARTELLY ("Martelly") and ALIONA UNTILA ("Untila") and would show unto the court as follows:

**PARTIES**

1. Plaintiffs, Tristan Tate and Andrew Tate, are businessmen residing in Romania.

2. Defendant, Emma Gabbey, on information and belief is a resident of Palm Beach County, Florida, is an adult over the age of 18, and is otherwise *sui juris*.

3. Defendants, Mona Gabbey and William Gabbey, on information and belief, are the parents of Defendant, Emma Gabbey, both residing in Palm Beach County, Florida.

4. Defendants, William Gabbey and Mona Tabbara Gabbey, on information and belief, are adults over the age of 18 and are otherwise *sui juris*.

5. Defendant, Aliona Untila, is currently a resident of the United Kingdom and is an adult over the age of 18 and is otherwise *sui juris*.

6. Defendant, Matthieu Martelly, is currently a resident of Palm Beach County, Florida, and is an adult over the age of 18 and is otherwise *sui juris*.

**JURISDICTION AND VENUE**

7. This is a Complaint for damages in excess of $5,000,000.00 for defamation, defamation per se, commercial defamation, false imprisonment, tortious interference of a business relationship, civil conspiracy, intentional infliction of emotional distress, and negligent infliction of emotional distress.

5

8.     This Court has personal jurisdiction over the Defendants and venue is appropriate in this Court, as substantially all the events relating to the causes of action herein occurred in Palm Beach County, Florida or within the State of Florida.

9.     E. Gabbey directed the false statements into the State of Florida to, at least, M. Gabbey and W. Gabbey. Those parties, in turn, made additional defamatory statements to a United States Embassy and, upon information and belief, other third parties.

10.    Matthieu Martelly directed the defamatory statements into the State of Florida to, at least, M. Gabbey and W. Gabbey and several other people and entities.

11.    This Complaint for damages is brought within the two (2) year statute of limitations for defamation under Florida Statute, whether it be libel or slander.

12.    This Complaint is brought within the four (4) year statute of limitations for civil conspiracy, tortious interference, intentional infliction of emotional distress, negligent infliction of emotional distress, and false imprisonment under Florida Statute.

## STATEMENT OF FACTS

*The Tate Brothers*

13.    Andrew Tate, 36 ("A. Tate") and Tristan Tate, 34, ("T. Tate") (collectively, "the Tate Brothers"), are a pair of British-American brothers, entrepreneurs, major social media influencers, and international businessmen currently residing in Romania.

14.    The Tate Brothers' international presence can be attributed to the values and life experiences that began in youth, which had them frequently on the move from a young age, living in both the United States and the United Kingdom.

15.    The Tate Brothers are a product of a multi-racial family and were reared by the late Emory Tate, an African American chess prodigy who became one of the most prolific and trailblazing

6

chess players of his time, and a white British mother who worked as a cook, or dinner lady, as it is known in the United Kingdom.

16.     The Tate Brothers deeply respect, appreciate, and admire the personal sacrifice their mother undertook to provide for them during an era of extreme hardship when they were youths. In showing gratitude for said sacrifice, the Brothers retired their mother immediately after achieving financial independence.

17.     Andrew Tate is a former world champion kickboxer, social media influencer, investor, international businessman—and most importantly, a father.

18.     Tristan Tate is a former European champion kickboxer, social media influencer, investor, international businessman—and most importantly, a father.

19.     In addition to their individual personal and individual business identities, the Tate Brothers also have a collective business identity and reputation composed of both Andrew Tate and Tristan Tate.

20.     At any point, one brother may unilaterally and independently act for himself, in conjunction with or independently in support of the other brother, or as a member of the collective Tate Brothers Team.  Neither brother has the authority to act on behalf of the other absent consent.

21.     The Tate Brothers consult, advise, and generate income from multiple business ventures, generating revenues estimated in hundreds of millions of dollars.  They are respected thought leaders, business moguls, and motivational speakers across various industries.  Highly successful businessmen, investors, men seeking upward mobility, and men striving for financial independence invest in the Tate Brothers as a product that provides access to vast international investment, business, and influencer markets. Young men, in particular, look to the Tate Brothers

7

for hope, inspiration, and instruction regarding how to rise above and defeat the unfair circumstance they have been born into.

22.     The Brothers' ability to work, advise, generate income, influence, market, obtain new business, maintain and develop existing business relationships, and be of value.  As well as their ability to preach self-help, accountability, and personal responsibility towards oneself and society.  All depends upon their reputation, ability to bank, travel, meaningfully participate in the international capitalistic marketplace, and express their First Amendment rights absent the threat of incarceration or censorship, and cancellation from Big Tech and Big Bank working as private agents of The United States Government, or any other government.

23.     The Tate Brothers' use of social media and travel is a distinguishing factor in their success.  Their massive social media presence (previously in the tens of millions of followers, putting them in the top 1% of social media personalities in the world), coupled with direct interaction with their following and the ability fly to anywhere in the world at a moment's notice represents a first of its kind intersection between social media personalities and people in the real world.  Nothing like this had ever been seen before. Unfortunately, their following, previously amassed across Twitter, Instagram, Facebook, and YouTube, was wiped out due to the spurious false allegations underpinning the allegations in this complaint.  And while the Brothers are rebuilding their following on Twitter and Rumble, the only two social media platforms that welcomed them back after being unjustly canceled across all social media platforms.  Their losses due to this interruption are in the tens of millions of dollars.

24.     The Tate Brothers are wise investors and previously increased their wealth through access to exclusive opportunities directly related to their reputation as respected influential businessmen among a community of elite investors.  They previously owned many different asset classes,

including dozens of high-end luxury vehicles, cash, and jewelry seized due to being wrongfully accused of crimes they did not commit.  Their estimated losses in the seized cars and jewelry alone are over $5,000,000.00 (five-million-dollars).

25.     The Tate Brothers have previously owned properties globally and regularly travel to different countries for business and recreation. Their ability to buy, sell, and invest in assets of any kind, and sell their product, greatly depends upon their ability to hold accounts in the international banking system and travel any distance at a moment's notice.  The importance of their ability to bank and travel cannot be overstated.  The losses they sustained due to this interruption are in the tens of millions of dollars.

26.     The common philosophy uniting all the Tate Brothers' businesses, however seemingly unrelated, is a goal towards self-improvement in every aspect of life: personally, professionally, and spiritually. The Tate Brothers' businesses have consistently realized this goal, which goes a long way toward explaining their far-reaching and passionate following.  All of this depends on their reputation and ability to prove demonstrable results to their investors, clients, and other members of their community. Young men represent a large constituency of their following, including, in the most dramatic of cases, men on the brink of suicide who have managed to drastically turn around their lives after being inspired by the Tate Brothers' message of mental and physical empowerment.  The losses sustained due to their reputations as motivators and role models being destroyed are estimated to be in the tens of millions of dollars. **More importantly, the losses sustained by young men worldwide, who look to the Brothers for inspiration and practical instruction for legitimate ways to rise above class and race-based injustice—is incalculable.**

9

***The Tate Brothers in Romania***

27.     Compared to Western Europe and the United States, Romania has long been known to be a traditional country with a rich cultural history, traditions, and Christian values, complying with the Tate Brothers' personal convictions and worldview. Because of this, beginning in or about 2015, the Tate Brothers became full-time residents of Romania. Indeed, the Tate Brothers have gone on record saying, through their spokesperson, Mattea Petrescu, that one of the reasons that they chose Romania was because of the country's strong laws against abusing women—a reflection of the country's traditional values. Bucharest, the capital of Romania, where they reside full-time, is statistically one of the safest cities in Europe.

28.     The Tate Brothers are traditional in another respect: they believe in the bond of brotherhood, a lesson their late father, Emory Tate, instilled into them from a young age. This lesson is demonstrated by the closeness of their brotherly relationship, both personally and professionally.  The Brothers tend to appear in public together because of their strong emphasis on the family unit and family values.  For instance, A. Tate and T. Tate jointly promote their affiliate products and businesses.  They also frequently collaborate on their podcasting and social media ventures and often appear together at business conferences and charitable events.

29.     The Tate Brothers first garnered press attention in 2008. Before becoming celebrity entrepreneurs, the Tate Brothers separately distinguished themselves in successful careers as professional kickboxers: A. Tate won multiple World Titles, and T. Tate won numerous European Championships.  The Tate Brothers soon found ways to parlay that fame into non-athletic ventures: T. Tate became a successful sports commentator and appeared on a British reality TV Show called *Shipwrecked Island* in 2011.  In 2016, Andrew Tate appeared on a different British reality TV show called *Big Brother*. Their prominence has significantly increased over the past twelve months

due to viral internet clips from the summer of 2022. Their celebrity, however, is limited in geography and audience – to primarily young – traditional-leaning European men.

30.     As demonstrated above, the Tate Brothers have involved themselves in various businesses early on.  Kickboxing, reality television, modeling, and sports commentating are a few examples of industries that they have long since progressed past. Since then, the Tate Brothers have given friendly advice regarding how to succeed to aspiring fighters, models, and social media influencers after being solicited.  Advice given in these situations is always in the spirit of helping someone better their lives, absent judgment or condemnation — always considering the sacrifices the Brothers made to achieve success.

31.     The Tate Brothers are compassionate and empathetic people, especially to those who are less fortunate than them.  They also believe that people generally act in good faith and, in most cases, approach them out of a genuine desire for self-improvement.  Their generosity is evidenced by the fact that they regularly let friends make use of their luxuries, often permitting them to freely enter and exit their multimillion-dollar homes, make use of their luxury vehicles, attend elegant gatherings, and lodge at their Romanian estate, even during times where the Brothers were abroad for extended periods.

32.     The Brothers' generosity stems from the fact that they were disadvantaged when they were young.  Tristan has publicly recounted stories when the Brothers, during their early 20s, had little to no money.  To obtain food, they would visit local KFC restaurants and wait in the car until patrons finished their meals outdoors, at which point the Brothers would take and eat whatever leftovers remained to prevent themselves from starving. Never forgetting that era in their life, the Brothers regularly open their home and pool to families in their local Bucharest community

11

because they want the less fortunate to experience, to some small yet meaningful extent, what life can be like if you work hard and are determined to succeed.

33.     People genuinely enjoy being around the Tate Brothers because they are friendly, successful, charismatic, young, wealthy, and highly generous.  For instance, if a friend solicits professional advice from either brother, the Brothers are known to be quick and helpful in provisioning assistance.  And as stated above, they often behave this way with strangers. Unfortunately, their altruism has made them targets for extortion by bad-faith actors, who have exploited their generosity for selfish and sometimes even criminal reasons.

34.     Because of their wealth, notoriety, and apparent vulnerability to wrongdoers, the Tate Brothers employ approximately two dozen armed guards, primarily ex-Romanian police officers adequately licensed to carry firearms to guard their estate.  Because of security protocols and turnover, the guards usually do not interact directly with the Tate Brothers. Communications between the Tate Brothers and the security guards are managed through a single point of contact, who directs security to verify visitors' identities and open the gate for anyone exiting the property. All guests who enter the Tate estate can freely and quickly leave anytime.  This fact is corroborated by surveillance footage and witnesses who regularly frequent the estate.

35.     Aliona Untila and Emma Gabbey are two women who were invited to become regular visitors at the Tate Estate and then maliciously accused the Brothers of horrible crimes.  Aliona Untila and Emma Gabbey's stories are false and contradicted by hard evidence and witness accounts.  For instance, there is publicly available video footage from the Tate estate showing Aliona Untila and Emma Gabbey, along with many others, freely entering and leaving the premises at their leisure.  Moreover, Iasmina Pencov ("I. Pencov") a woman who hung out, partied with, and lodged with Aliona Untila and Emma Gabbey during that time, testified a sworn statement

that she (Pencov), as well as Aliona Untila and Emma Gabbey, were all able to enter and exit the Tate Brothers residence without issue during all relevant times.  I. Pencov also stated they could do the same at a second house, where she and Emma Gabbey lodged briefly.

36.     **Importantly**, Pencov, and others, have testified that Andrew and Tristan Tate are innocent of human trafficking or any other crime. I. Pencov has also indicated that she has a background in psychology and is, therefore, less susceptible to psychological manipulation than the average person.  She, therefore, is not the victim the Romanian Government has characterized her to be.  However, Pencov has sworn that she is a victim of E. Gabbey, A. Untila, and that the Romanian Government capriciously violated her rights and the Tate Brothers' rights.  Lastly, another woman living with I. Pencov, named Beatrice Anghel, has indicated in a sworn statement that she is also a victim of E. Gabbey, A. Untila, and the improper weaponization of the Romanian Government, much in the same fashion as I. Pencov.

*Emma Gabbey: upon information and belief…*

36.     Emma Gabbey is a predator who has a long history of baiting men into sexual relationships for the specific purpose of destroying their lives.  She has a chain of victims going back several years to when she was a minor. Her modus operandi is as follows: she devises sophisticated narratives to elicit compassion and sexual attraction from unsuspecting men. She uses these men as hosts, taking what she wants for personal, emotional, and economic gain.  At some point, she begins to exert control through intentional infliction of emotional distress, causing injury to the host.  If her efforts to control do not produce an immediate return on her investment, she revokes consent for prior sexual acts and threatens to have her host arrested for rape unless her demands are met.  She is a serial extortionist and blackmailer who preys on successful men.  On multiple occasions, she has accused innocent men of horrific crimes resulting in their unjust incarceration

and damage to their professional and business reputations.  Andrew and Tristan Tate are the latest victims in her trail of terror and destruction that has negatively affected the lives of dozens of men and women, all with disastrous consequences, including, but not limited to:  Marlin Fisher, Tyler Hensel, Jailed John, Georgiana Naghel, Luana Radu, Iasmina Pencov, Beatrice Anghel, and, of course, Andrew Tate, and Tristan Tate.[3]

37.     E. Gabbey repeats a similar pattern with her suitors: casting herself as a vulnerable young victim with a heartrending backstory: One that had to overcome incredible odds, such as an abusive, loveless childhood, to win the sympathy of her next exploit.  As observed with each case, E. Gabbey proffers an elaborate narrative to elicit compassion from her victims—often emotionally susceptible, good-natured men who are connived by her sophisticated combination of natural beauty, touching backstory, musical talent, and charisma.  A devastating combination for targets—clueless that criminal activity is afoot.

38.     E. Gabbey has mastered the ability to deceive men into thinking she is an innocent woman without a manipulative bone in her body, a technique she has perfected after having experience with dozens of exploits who let their guards down to the point of becoming powerless amid the romantic conquest. Once she wins their trust, at the point of greatest vulnerability, E. Gabbey radically changes. The demure damsel in distress transforms into a controlling, aggressive, abusive, and sexually depraved woman, demanding sexual acts from her unsuspecting partners that often far exceed their comfort zones.  The former, demure damsel who grew up without love and affection suddenly asks her partners to choke her, hit her, urinate on her, and spit into her mouth during sex.  The girl who could not afford an Uber ride home now demands exclusivity,

---

[3] See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit, Palm Beach Country, Florida on July 4, 2023. Case No: 502023CA011740XXXXMB.

14

money, and autocratic control over the man's life. Blackmail and extortion are the penalty if her demands are not met.

39.     E. Gabbey also has a long history of fraudulently misrepresenting her age on various dating apps and targeting older, successful men. She deploys a combination of fake IDs and false narratives to prove her age when needed.  Eventually, after having sex with a man under false pretenses, she moved to extort them for statutory rape if a series of demands were unmet.  It is believed that she did this to over thirty men.

40.     Some of E. Gabbey's online aliases, which can be found on her Instagram, TikTok, Snapchat, Tinder, Hinge, OnlyFans, Seeking Arrangements, OkCupid, and Pornhub accounts, include, but are not limited to: "Satanslaying," "@hippiehex," "twistedpathway," "psychicsense," and "thegardenofeden___."

41.     "FuryFatale" is another alias routinely deployed by E. Gabbey.  By French definition, Femme Fatale is a dangerous woman that uses seduction to lure men into dangerous or compromising situations.  In French, Fatale means fatal.  According to Webster's Dictionary, Fury is defined as wild or violent anger.  Combining the two terms, E. Gabbey's handle means: **fatal violent anger**, which she clearly directs at successful men.

42.     After she targets a man, she gives a fake identity to her victims.  For instance, "Eden Gavriet" is an infamous false identity that E. Gabbey routinely deployed to conceal her identity from her victims to avoid the legal consequences of her actions.  When challenged as to the veracity of her identity E. Gabbey used the combination of a fraudulent identity card, tactical avoidance, emotional outburst, and sophisticated false narratives to corroborate her false identity.[4]

---

[4]     See EXHIBIT A. *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit, Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

43.     On a night in the winter of 2021, E. Gabbey attended a Tate Affiliated War Room event in Miami, FL.  She had previously introduced herself to T. Tate as "Eden."  Later that night, when the event had reached its natural conclusion, she played a melody from a piano at the bar, captivating the entire room, including T. Tate, who later invited E. Gabbey back to an afterparty at a Miami estate.  T. Tate's life would never be the same.

44.     Eden is also the false name E. Gabbey used to deceive a man named Marlin Fisher.  A good man from Florida who thought he had found love with a beautiful woman.  However, Marlin Fisher was one of many men's lives that E. Gabbey ruined.

***Marlin Fisher Is Induced Into A Sexual Relationship With E. Gabbey And Then Extorted***

45.     As stated above, E. Gabbey has an extensive history of fraudulently inducing unsuspecting, well-intentioned men into sexual intercourse for nefarious purposes.  Marlin Fisher, one of E. Gabbey's longstanding romantic exploits, has detailed in his lawsuit against E. Gabbey how she would work her fraudulent scheme against him.[5]

46.     E. Gabbey deployed a combination of sophisticated false narratives, fraudulent identification cards, and emotional outbursts to lure M. Fisher into a trap.  For example, E. Gabbey detailed her techniques in a written text sent to people she misled about M. Fisher.  Therein, E. Gabbey explains how she would devise a sympathetic backstory, being an orphaned child without a loving household, which made it extremely difficult to form meaningful, healthy relationships with other people – including her adoptive parents:

> E. Gabbey: "I need to open up and tell you all something because I owe
> it to you-the people I care about. You have each moved me so much in
> my life that I am able to do it. I have a problem. ***I am a pathological liar***.

---

[5] See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit, Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

16

My life started in Kazakhstan where I grew up in a loveless orphanage We were picked up facing away from the "caretakers" so we never developed "love". I never learned how to hug, smile, kiss, touch, or be close to anybody. I was adopted by incredible people named Mona & Bill who saved me from a life of abuse. I had a beautiful childhood because of them. When I was 11 or 12 I began to dissociate and resent them. I felt unwanted and like I had no family. So I began to rebel. Doing drugs and meeting lots of different people." [Emphasis Added.][6]

47.      As she deepened her manipulation, like a drug addict, E. Gabbey would seek out and desire more potent forms of sexual exploitation to satisfy a seemingly insatiable emotional void within her.  E. Gabbey would pursue men like M. Fisher, who she never developed any sort of real, emotionally loving attachment with, and demand that he perform abusive, masochistic sexual conduct on her in the bedroom:

> E. Gabbey: "**My cunt is craving abuse**."
> E. Gabbey: "I wish you were here to **bite me**."
> E. Gabbey: "i wish i **was gagged and tied up like a fuckslut** right meow."
> E. Gabbey: "maybe you can **leave pretty little bruises** on me".
> E. Gabbey: "i love it when you **gag me**".
> E. Gabbey: "Would **a buttplug go off through a metal detector**". (**For context,** E. Gabbey is asking M. Fisher if wearing her "buttplug" would set off the courthouse metal detector that she needed to go through in order to meet with the District Attorney who was prosecuting Jailed John based on E. Gabbey's allegations.) [Emphasis Added.][7]

### *The Intersection of the Jailed John Saga and Marlin Fisher*

49.      Jailed John is incarcerated because E. Gabbey accused him of ▮▮▮ her. Jailed John is currently serving a lengthy prison sentence; his life has been utterly destroyed. The pattern of behavior used on Jailed John repeats the same pattern of behavior used against her other victims. Jailed John was induced into an illicit sexual relationship with a minor under false

---

[6]  See EXHIBIT A, Fisher's Complaint, paragraph 52, which cites Exhibit S.

[7]  See EXHIBIT B at page 35.

17

pretenses.  According to M. Fisher, Jailed John performed deviant sexual acts in the bedroom, such as urinating on her during intercourse.[8]

50.     On multiple occasions, E. Gabbey attempts to force M. Fisher out of his sexual comfort zone, asking M. Fisher to choke her harder during intercourse, and demanding that ████████ perform "BDSM"[9] and other sexually masochistic acts.  At some point M. Fisher learns E. Gabbey was a minor when she had a sexual relationship with Jailed John, that E. Gabbey apparently lied to Jailed John when they met, and that Jailed John was going to do serious time because of it.

51.     M. Fisher came to understand that Jailed John was sentenced to decades of incarceration because of ████████'s accusations. M. Fisher knew that E. Gabbey lied about her age before the first sexual encounter. M. Fisher also knew that if E. Gabbey would have offered that information to the court, Jailed John's sentence would likely have been substantially less than the decades-long sentence he is now serving in prison. M. Fisher confronted E. Gabbey during the Jailed John situation.  The following exchange takes place between E. Gabbey and Jailed John during a text message conversation, where E. Gabbey refuses to disclose her real age because doing so would negatively affect her credibility in her impending case against Jailed John:

> E. Gabbey: Okay, Marlin. If you are looking for me to publicly tell my actual age & name today or before my case is over [referring to her case against Jailed John], I'll sadly have to inform you that I won't. If that is what it takes to prove myself to you, I won't be able to." [Emphasis Added.][10]

---

[8] See EXHIBIT A, *Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter*, Circuit Court of The Fifteenth Judicial Circuit,  Palm Beach Country, Florida on July 9, 2023. Case No: 502023CA011740XXXXMB.

[9] According to Merriam-Webster, "BDSM" is an acronym for "bondage, discipline, sadism, and masochism."  In general terms, it is defined as "sexual activity involving such practices as the use of physical restraints, the granting and relinquishing of control, and the infliction of pain."

[10] See EXHIBIT A, Fisher's Complaint, paragraph 26.

52.     After being confronted, E. Gabbey then employs a psychological attack known as gaslighting to tactically avoid M. Fisher's questions.[11]   In gaslighting Fisher, E. Gabbey accuses M. Fisher of attempting to "blackmail" her, which is precisely what E. Gabbey is actually doing to M. Fisher.  She then casts herself as the victim – arguing that, in exposing the truth, M. Fisher had "betrayed" and "abandon[ed]" her, which in turn, in her view, gave her license to extort M. Fisher.

> E. Gabbey: **"If you chose to blackmail me, I would have no choice except to be honest with the world about what you've done to me, why, and you would have to suffer repercussions of the truth. Among several men that attributing to my problems and behavior… of whom I also have evidence for.. "**
>
> M. Fisher: "I hear your points, and I'm not manipulating you to do anything. You could do something to prevent me if this were blackmail. There is nothing you can do. I hoped you wouldn't be shallow and selfish, I hoped you would show me you care. You showed me you don't care at all."
>
> E. Gabbey: "you *blackmailed, betrayed* my trust, & *abandoned* me." *Emphasis Added*.
>
> E. Gabbey: "Thanks for *abandoning* me." [Emphasis Added.][12]

53.     During another conversation, after M. Fisher unsuccessfully persuades E. Gabbey to come clean about the fact that she lied about her age to Jailed John.  E. Gabbey, on her way to go meet with the prosecutor in the Jailed John trial, somehow combines Jailed John's suffering with sexual gratification.  This is demonstrated by a conversation where

---

[11] According to *Medical News Today*: gaslighting is a form of psychological abuse in which a person causes someone to question their own sanity, memories, or perception of reality.  People who experience gaslighting may feel confused, anxious, or as though they cannot trust themselves.

[12] See EXHIBIT A, Fisher's Complaint, paragraph 28.

19

E. Gabbey inquires with M. Fisher whether her "buttplug" will set off a metal detector in the courthouse.

> E. Gabbey: "Would **a buttplug go off through a metal detector**". (**For context,** E. Gabbey is asking M. Fisher if wearing her "buttplug" would set off the courthouse metal detector that she needed to go through in order to meet with the District Attorney who was prosecuting Jailed John based on E. Gabbey's allegations.) [Emphasis Added.][13]

***E. Gabbey Fraudulently Accuses M. Fisher of Abuse in a Sworn Statement to Florida Court***

54.     On September 16, 2019, E. Gabbey went to the Palm Beach County Courthouse and filed a Temporary Injunction for Protection Against Domestic Abuse against M. Fisher under false pretenses.[14] For context, E. Gabbey had asked M. Fisher to go to a concert with her. M. Fisher declined. E. Gabbey, furious that she could not control M. Fisher, files a restraining order under oath in a Florida State court where she maliciously accuses M. Fisher of severely abusing her. M. Fisher, distraught, did not know what to do. E. Gabbey had already been threatening to turn him in for statutory rape. So, in an act of desperation and under duress, M. Fisher accepted the false allegations of the restraining order to avoid a potential statutory rape charge. The following admissions by E. Gabbey in a text exchange with M. Fisher clearly demonstrate that E. Gabbey weaponized the justice system against M. Fisher to suit her own needs by constructing and masterminding a "completely false narrative" under oath.

> M. Fisher: **"The things I remember being on it were that I - was a heavy user of illicit drugs - would beat you when you tried to leave - restrained you from leaving or calling the cops - often left you on the side of the highway if you said anything to upset me."**
>
> M. Fisher: "- and that I had been stalking you and showing up places that I knew you would be after you ended things."

---

[13] See EXHIBIT B at page 35.

[14] A true and correct copy of the September 16, 2019 Temporary Injunction for Protection Against Domestic Abuse filed against Fisher by E. Gabbey is attached hereto as EXHIBIT C.

E. Gabbey: **"that's so fucked up that i wrote that. i'm going to clear this up."**

E. Gabbey: "not to defend any of this but to clarify i promise i never said you were a user of drugs…"

M. Fisher: "You weren't the one writing it?"

E. Gabbey: "the things i were definitely reworded and exaggerated. they asked me of events and then they reworded my words in the official injunction document. i was brought in to speak to two lawyers. (the legal aid who had just finished law school that was defending me & her colleague who was training her)."

E. Gabbey: "**I am incredibly sorry that what I said encapsulated a completely false narrative. Especially that paints you as a terrible person because you aren't. You never deserved to be treated that way. Nobody does.**"

E. Gabbey**: "None of it was okay. Absolutely none of it. Is there anything you can think of that i can do to prove that I understand that and truly am repentant?**" [Emphasis Added.]

55.     The psychological, financial, and emotional damage done to Marlin Fisher's life by Emma Gabbey is permanent and irreversible.  Because of this, on July 9 2023, Marlin Fisher filed a lawsuit against Emma Gabbey alleging extortion, civil conspiracy, abuse of process, and intentional infliction of emotional distress. The case was filed in the Circuit Court of Palm Beach Country, Florida on July 4, 2023. Case No: 502023CA011740XXXXMB.

*The Tragic Case of Dustin Milner*

56.     Dustin Milner's story is arguably the most heartbreaking of all. Interviews with family and friends strongly suggest that the proximate cause of Milner's tragic suicide was his relationship with E. Gabbey who targeted, abused, devalued, and manipulated Dustin Milner to the point where he took his own life. Our two strongest sources of intelligence regarding this tragedy are Dustin Milner's brother, Jason Milner, and Dustin Milner's close friend, Adam Heinrich.

21

57.     According to Jason Milner, his brother, Dustin, was a well-intentioned, though vulnerable man who suffered from bouts of depression.  Dustin's condition worsened after meeting E. Gabbey.  Jason described E. Gabbey as being "all over the place" and alleged that E. Gabbey regularly tugged on Dustin's heart strings.  Jason explained further that E. Gabbey convinced Dustin that she had been beaten by a former boyfriend, so Dustin allowed E. Gabbey to move in with him, but then moved out the next day. Shortly thereafter, Dustin took his own life.[15]

58.     Adam Heinrich told our investigator that he knew Dustin for over twenty years and had met E. Gabbey on a few occasions. Heinrich explained that Dustin was the kind of guy who wore his heart on his sleeve and fell "madly in love" with E. Gabbey in a very short period of time.  According to Heinrich, E. Gabbey never actually moved in with Dustin, but would more or less spend small amounts of time at Dustin's home, only to disappear and then return at some future point.  According to Heinrich, E. Gabbey's behavior made Dustin incredibly angry and depressed, clearly exasperating his condition.  Heinrich also stated that Gabbey was the last person to see Dustin before he committed suicide.  Our investigator asked Heinrich if he felt that Dustin took his life because of his relationship with E. Gabbey.  Heinrich stated that he indeed believed E. Gabbey was the reason Dustin committed suicide.[16]

59.     If called to testify, Jason Milner and Adam Heinrich would likely state that Dustin Milner quickly became enraptured by E. Gabbey's mystique and seductive charm, which lured him into an extremely volatile relationship.  E. Gabbey manipulated, gaslighted, and emotionally abused Dustin Milner, a person predisposed to depression. E. Gabbey knew what strings to pull to make him angry, and would psychologically manipulate him by disappearing for days just after spending

---

[15] See EXHIBIT D, Investigator Affidavit memorializing interview with Jason Milner.

[16] See EXHIBIT E, Investigator Affidavit memorializing interview with Adam Heinrich.

22

a long weekend with him, in order to keep him guessing and provoke his anger which manifested into self-hatred. Eventually driving Dustin Milner to commit suicide at the age of 35, while still in a relationship with Gabbey who had yet to turn 18.

60.     **The Deception of Tyler Hensel:** *E. Gabbey Fraudulently Induces Tyler Hensel Into A Sexual Relationship and then Extorts Him.*  Tyler Hensel was another boyfriend of E. Gabbey's.  A summary of Tyler Hensel's statements to our Investigator is as follows: E. Gabbey led him to believe that she was 26 years old when she was really 17 at the time, in order to induce Hensel into an illicit sexual relationship.  Hensel, who was 35 when he had intercourse with E. Gabbey, was thus deceived into believing he was having a licit relationship, thereby demonstrating another instance where E. Gabbey induced a man into having unlawful sex while still underage.  E. Gabbey repeated her psychologically abusive playbook on Hensel: she targeted and manipulated Hensel, a recovering drug addict and therefore particularly vulnerable man.  She played up her own perceived vulnerability to buy Hensel's sympathy, fabricating a story about her parents being drug addicts.  Hensel is a well-intentioned man, as reflected in his lifework: he travels the world helping those with opioid addictions find organic treatments. He therefore was the perfect host to believe E. Gabbey's lies, which he found convincing, and felt sympathy towards her given the emotional backstory she told him that included a history of drug abuse, which he could readily relate to.  Upon inducing Hensel into sex, E. Gabbey doubled down on her masochistic tendencies: indicating to Hensel, like M. Fisher before him, that she was "into BDSM," and insisted on calling him "daddy" in the bedroom.  At one point when the two of them were alone together, E. Gabbey even jumped on top of T. Hensel, initiating sexual contact.  Hensel, who is not into this kind of degrading behavior, often rejected E. Gabbey's demands for more aggressive sexual contact.  Eventually, upon discovering that E. Gabbey had communicated a different age to someone else, Hensel started

23

questioning E. Gabbey about her own age, which got E. Gabbey to "confess" to him that she was "actually 19 years old." After discovering these revelatory facts about E. Gabbey's life, T. Hensel cut off all ties to E. Gabbey.  T. Hensel told her that he did not want to speak with her anymore and blocked her on every social media platform.

61.      **The Defamation of Joel Frydman:**  E. Gabbey defamed a man named Joel Frydman to Marlin Fisher, when she falsely accused Frydman and then published said defamatory statements.  Proof of falsity and publication can be found via text message and Frydman's affidavit memorializing a confrontation between Fisher and Frydman over the false statement.

> E. Gabbey: "Can I message him [Joel] to tell him I have a boyfriend"
> M. Fisher: As you clearly understand, nobody cares you have a boyfriend. But if you'd like to tell him that he raped you, by all means".
> E. Gabbey: ".. I'd like to not put our relationship at risk."
> E. Gabbey: "I'll gladly tell him when I'm 18. And anybody else that happened with."
> E. Gabbey: "So sweet you are. So you're breaking up with me because I don't want to tell Joel he raped me? One, I don't know if he would tell other people I'm underage. Or who he would tell. And if they know I'm dating you, what happens then? Two, it'd be awkward to go to a drum circle again lol." [Emphasis Added.][17]

62.      Marlin Fisher confronted Frydman over the rape allegations.  Frydman, an innocent man, of course, denied those allegations.  When interviewed by our investigator, Frydman stated that he came to know E. Gabbey, in or around 2018, by meeting her at a Drum Circle Evening in Delray Beach.  He knew her by the name of Eden, but only recently found out that her name was Emma.  He recalled that Emma Gabbey specifically told him that her name was Eden.  Frydman stated that they had a dating type relationship, but were never intimate, and shared the passion music together. Gabbey informed Frydman that she lived with a man named Jailed John.  At some

---

[17] See EXHIBIT A, Fisher's Complaint, paragraph 49(iii).

point she told Frydman that she was being abused by a man, but Frydman never saw any signs of abuse. At another point Gabbey began telling people that Frydman was her brother which made him uncomfortable. Finally, Frydman learned that Gabbey had accused him of rape after he was confronted by Marlin Fisher. Regarding the false allegation of rape against him, Frydman stated: This allegation of rape is an outrageous and blatant lie. I have never had an intimate relationship with Emma Gabbey, and never forced myself on her…I give this affidavit to get my side of the story out…as I understand Emma Gabbey was making defamatory statements to other people about me.[18]

### *The Unfortunate Arrival Of Emma Gabbey In Tristan Tate's Life*

63.     Prior to meeting T. Tate, E. Gabbey was active as an OnlyFans model,[19] in addition to a website called "Seeking Arrangements,"[20] which pairs beautiful young women (sugar babies) with wealthy men (sugar daddys). According to an April 2, 2021, *Business Insider* article:

> Seeking Arrangement's was "designed to connect so-called sugar babies and sugar daddies…The Seeking Arrangement website states that the service has 10 million active members, with 8 million sugar babies and 2 million sugar daddies."

> "A statement from the company website, seeking.com reads as follows:

> Life is too short to settle for relationships that do not meet your standards and expectations. Seeking helps members find relationships that align with their personal goals and dreams.

> The right partnership can have a profound impact on your personal growth, which is why seeking.com doesn't want you to settle for anything less than your ideal."

---

[18]  A true and correct copy of the Investigator's Affidavit memorializing interview with Joel Frydman is attached hereto as EXHIBIT F.

[19]  E. Gabbey's OnlyFans profile used the following URL: Onlyfans.com/edeniternal.

[20]  See EXHIBIT B at pages 2 and 3 where E. Gabbey converses with prospective sugar daddies from the Seeking Arrangements website.

64.     The following excerpts are from a conversation that took place between E. Gabbey and her mother, Mona Gabbey, on November 18, 2021, regarding Tristan Tate.

> E. Gabbey: I also have an amazing friend, Tristan that's coming here from Romania to host a big business conference. Him and his brother are world kickboxing champions. They are originally from England. His business conference will go for two weeks. He's having a big charity gala there and invited me as his date…
>
> E. Gabbey: He's very nice, respectful, and all around a true gentleman…
>
> E. Gabbey: He has beautiful homes in bucharest romania, miami, and monaco.
>
> E. Gabbey: He's building a castle close to draculas old castle
>
> E. Gabbey: I've been planning to go to the U.K. Tristan wants to show me all over romania[21]

65.     T. Tate met E. Gabbey on a dating application called "Hinge." T. Tate found E. Gabbey interesting and invited her to a Tate affiliated War Room event taking place in Miami during December 2021. At some point, T. Tate invited E. Gabbey to join him and his friends at an afterparty event. Over the course of the next two weeks, T. Tate and E. Gabbey spent a good deal of time together: they frequently conversed and soon became romantically intimate. T. Tate, resided at a Miami property with a group of male and female friends during his visit and invited E. Gabbey to a property at which he was staying. E. Gabbey visited the property on multiple occasions during the approximate two (2) weeks that T. Tate was in Miami. During this two-week period, T. Tate and E. Gabbey engaged in consensual intercourse multiple times. On multiple occasions, T. Tate invited E. Gabbey back to the property. And each time E. Gabbey was invited back, she accepted those invitations. T. Tate and E. Gabbey continued to have intercourse up until the time T. Tate departed Miami in December 2021.

66.     E. Gabbey initially told T. Tate that she came from a wealthy family, but gave few specific details about her family life. Over the course of numerous conversations, E. Gabbey explained to

---

[21] See EXHIBIT B at page 1 for conversation between E. Gabbey and her mother, M. Gabbey.

T. Tate that she had an interest in growing and monetizing her online presence on social media websites, such as "OnlyFans" and "TikTok." T. Tate had the impression that E. Gabbey was a relaxed woman who was looking to further her online presence through various social media websites, and at some point, E. Gabbey and T. Tate began talking about E. Gabbey coming to Romania. After T. Tate's departure to Romania, E. Gabbey and T. Tate followed up intermittently with each other between December 2021 and April 2022, via text message and "WhatsApp," messaging.

67.     As time went on, E. Gabbey's messages to T. Tate became more frequent and adamant about relocating to Romania for work. The nature of the conversations primarily centered on business, and specifically, creative ways E. Gabbey might get involved in Romania's hugely profitable e-modeling industry. Although T. Tate had minimal involvement – business, personal, or otherwise – in the Romanian e-modeling industry, T. Tate was under the impression, based on what E. Gabbey had previously told him, that she wanted to leave the United States for a variety of reasons. T. Tate knew about Romania's burgeoning modeling business, and thought Romania might be a perfect alignment with E. Gabbey's current work as a TikTok and OnlyFans model, and her professed long term career plans.

68.     During those interactions, E. Gabbey also gave the appearance that she was hoping to continue her sexual rendezvous with T. Tate in Romania. T. Tate, by contrast, remained aloof, and for the most part did not reciprocate E. Gabbey's romantic advances. In fact, T. Tate on several occasions did just the opposite, and questioned her motives by asking: "do you really want to leave the USA?" T. Tate believed that E. Gabbey already lived quite well in Florida, since he was under

27

the impression that she came from a wealthy family.  T. Tate therefore made efforts to ground E. Gabbey's dreams about Romania in realistic expectations.[22]

69.     After getting assurances that E. Gabbey was serious about relocating to Romania, T. Tate eventually welcomed the idea of a rendezvous with █████████ in Romania, and in the spirit of fun and adventure, gave E. Gabbey his credit card information to book a flight. E. Gabbey booked a business class ticket valued at approximately $4,000, from Palm Beach International Airport to Bucharest.

70.     On Wednesday, April 5, 2022, T. Tate picked E. Gabbey up from the Bucharest Airport in a blue Rolls Royce. Thereafter, the two of them went to lunch.  At first impression E. Gabbey behaved differently from how T. Tate remembered her back in Miami: to him, she seemed aloof and distant, which T. Tate found rather striking considering how warm and friendly he had remembered her during the time they spent together in Florida. When E. Gabbey arrived at the Tate Brothers' Romanian estate, she provided the security detail with her identification details, and they granted her access to enter and leave the property whenever at any time. E. Gabbey was in possession of her passport at all times.

71.     **E. Gabbey was in Romania for a total of six days.  She freely moved back-and-forth over that timespan between the Tate Brothers' property and the home of Iasmina Pencov, a friend of the Tate Brothers, with whom E. Gabbey resided during parts of her visitation.**

72.     E. Gabbey stayed with T. Tate at his Romanian estate for the first two days, during which time E. Gabbey and T. Tate discussed permanent living arrangements.  On the first night, E. Gabbey and T. Tate engaged in consensual intercourse.  After the second day, on Friday, April 7, 2022, E. Gabbey relocated to another home, as agreed, located approximately one kilometer from

---

[22] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 16.

the Tate estate.  At no time while E. Gabbey was living at the second location were her movements restricted or was she confined in any way.

73.     The second home, unlike the Tate Brothers' estate, was not guarded by security.  E. Gabbey was free to enter and leave the home as she pleased, a fact that is corroborated by released surveillance footage – now widely available online – depicting E. Gabbey, freely moving back and forth from home to home without issue.

74.     In addition, at all times, E. Gabbey was in possession of her phone and was able to speak freely without restriction.  According to the sworn testimony of I. Pencov, E. Gabbey frequently communicated by cell phone – through both calls and texts – with her parents during her six-day visitation. E. Gabbey communicated with other friends and acquaintances located overseas by phone during her visitation as well.

75.     At all times in which E. Gabbey was located in Romania, she was not restrained in her movement, never confined, never controlled by any person, nor was she threatened in any manner and always had free will.  At no time did T. Tate, A. Tate, or anyone affiliated with the Tate Brothers restrict E. Gabbey's mobility during her visitation. In fact, there is video proof in CCTV footage of her leaving both houses to order pizza, visit the mall and shop, and for various other reasons. For instance, in one CCTV video E. Gabbey is happily and freely moving about the Tate Estate.  She appears to exit, go to and retrieve something from a vehicle, and then re-enter with a smile on her face.[23]

76.     E. Gabbey published a litany of false, defamatory statements to multiple public agencies and private citizens during and after her time in Romania.  She consistently claimed that she was

---

[23] *See* Video of E. Gabbey freely moving in and out of the Tate Estate during her six-day-trip to Romania @ https://drive.google.com/file/d/1cplX8lCx8YsrgpKRU7FOuQz1tP7m0LU7/view?usp=sharing (last visited on July 11, 2023).

not free to leave and was in danger.  The truth is that during her six-day trip to Romania, she shopped, went sight-seeing, was free to leave at any time, and even attended a birthday party.[24]

***Emma Gabbey's False Statements to the Romanian Government***

77.     Upon information and belief, months in advance of her trip to Romania, E. Gabbey had been plotting to escape the United States for Europe to pursue a lavish new life overseas.  By the time she met T. Tate in December of 2021, she had become extremely disillusioned with her own life in the United States, the direct result of having ensnared herself in a series of poor decisions starting from a young age, and refusing to deal with the consequences of her actions like a mature adult. Accordingly, for anyone, but particularly for a woman of her age, she had already amassed a ton of emotional, financial, and legal baggage.[25]

78.     As discussed above, several of these men's lives were literally destroyed from E. Gabbey's diabolical exploits – one languishes in prison, his entire life ruined with a lengthy prison sentence; another was driven to suicide; dozens more remain emotionally and financially shattered. The idea, therefore, that she wanted to turn the page on her life and hit the proverbial reset button was self-explanatory.

79.     We do not know exactly what went through her head the moment she first laid eyes on Tristan Tate. It is possible that she targeted him for destruction in a manner similar to Marlin Fisher and Jailed John.  It is also possible that she gazed upon an exceedingly handsome and successful man that she could partner with in love, business, or in the context of the sugar baby, sugar daddy

---

[24] *See* Video of E. Gabbey freely attending a party during her six-day trip to Romania @ https://drive.google.com/file/d/18RX3CKcHwYngaEsZZmXWlrd86w5h32sJ/view?usp=sharing (last visited on July 11, 2023).

[25] Emma Gabbey's false statements to the Romanian government have been incorporated herein by reference as EXHIBIT G.

relationship.  In a text message to her mother, dated November 18, 2021, E. Gabbey describes T. Tate as an "amazing friend … [who is] coming here from **Romania** to host a **big business conference**." [Emphasis Added.].  E. Gabbey's first impression description of T. Tate reveals quite a lot already about her intentions: E. Gabbey immediately hones in on T. Tate's success as a European entrepreneur, and by extension, identified him as an ideal scapegoat to start life afresh in Europe:

> E. Gabbey: "I'll wear the dress to Art Basel. I also have an **amazing friend**, Tristan, that's coming here from **Romania** to host a **big business conference**.  Him and his brother are **world kickboxing champions**.  They are originally from **England**.  His business conference will go for two weeks.  He's having a **big charity gala** there and invited me as his date." [Emphasis Added.][26]

80.     Of pertinence in the above are E. Gabbey's identifications of T. Tate and A. Tate as two worldly, successful businessmen, with well-established European ties.  She mentions "business" several times, which underscores the Tate Brothers' track record of financial success – and therefore, believes they have the means to support her European dreams.  Moreover, her emphasis on "charity gala" is of twofold import: one, it demonstrates yet another instance of the Tate Brothers' history of charitable and philanthropic work, which has been – and continues to be – an integral part of their business ventures, long before they ever had to deal with allegations of human trafficking; and two, it demonstrates that, like the profiles of M. Fisher, T. Hensel, and many other previous victims of E. Gabbey, E. Gabbey identified T. Tate as a man with good intentions, and thus sized him up as someone potentially susceptible to falling for her damsel in distress ruse.

81.     In subsequent messages with her mother, E. Gabbey repeatedly emphasizes the Tate Brothers' European backgrounds, general worldliness and success as businessmen.  As well as her

---

[26]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 1.

31

ardent desire to visit the United Kingdom, which had long been a central part of her own long-term plans.  In particular, E. Gabbey made a point of noting the Tate Brothers' British roots, an added bonus that dovetailed nicely with her longstanding plans to visit and potentially start a fresh life in London:

> E. Gabbey: "when we met we opened up to each other about a lot. He likes to call me Emma even though he knows everyone calls me Eden. Something he brought up recently is that he has been to [almany??] many many times and has very good friends there. And he wants to show me around the country and take me to the waterfalls and their cultural festivals and then to Europe :)*
> M. Gabbey: Awesome plans! Makes me dream? But keep your feet well anchored to your grounds??
> E. Gabbey: **either way I've been planning to go to the UK.** Tristan wants to show me all over Romania. [Emphasis Added.][27]

82.     In the above exchange, E. Gabbey is encouraged to travel to Europe with T. Tate by none other than her own mother, M. Gabbey, which is noteworthy given that M. Gabbey later becomes a material participant in the effort to destroy the lives of the Tate Brothers.  Furthermore, E. Gabbey confirms that she had been planning to travel to the United Kingdom before ever having met the Tate Brothers. It is thus, glaringly obvious that E. Gabbey viewed T. Tate as the perfect vehicle upon which she could accomplish many of her goals. Therefore, even at this early stage, E. Gabbey viewed the Tate Brothers as not *ends* in themselves, but as *means* to transactionally help bring about her goal of visiting – and potentially even reestablishing her identity – in Europe.

83.     After spending a few days at the Tate estate in Bucharest, E. Gabbey's unrealistic expectations about living a glamorous life in Europe were forced to come to terms with the mundane, day-to-day realities of successful businessmen.  Although T. Tate and A. Tate offered E. Gabbey free-range of their home and many luxuries throughout the duration of her visit, the

---

[27]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 1.

32

Tate Brothers themselves spent most of their days preoccupied with work, rather than entertaining and spending time with guests. E. Gabbey refused to adjust her expectations to meet the Tate Brothers' work-focused lifestyle: she expected a European tour immediately, and basically wanted to live and be treated like royalty. Her patience quickly wore thin; despite having access to their pool, vehicles, and other high-end amenities, E. Gabbey became bored and restless at the Tate estate. She no longer wanted to pursue opportunities in Romania as an e-model. Instead, E. Gabbey began conjuring ways to exploit the Tate Brothers, which, in accordance with her manipulative nature, could only ever be the one source of true pleasure for her.

84. E. Gabbey proceeded to survey the other female friends of the Tate Brothers who visited their estate for potential accomplices. Although the overwhelming majority of female guests were quite happy with the lifestyle, E. Gabbey dialed in on one guest, A. Untila, who appeared similarly bored with the experience – and, like E. Gabbey, was looking for newfound excitement. E. Gabbey conscripted A. Untila, using similar methods of manipulation, to convince her to go along with E. Gabbey's new scheme to defraud the Tate Brothers – and ultimately accuse them of human trafficking and other grave crimes. Afterward, being rescued by the United States Embassy and Romanian Police for human trafficking, E. Gabbey and A. Untila would travel together to the French Riviera and London to have the glamorous European experience E. Gabbey had always envisioned.[28]

85. E. Gabbey and A. Untila started off by using a private group chat to plot their conspiracy against the Tate Brothers – upon information and belief, at the heart of the conspiracy was the motive to defraud A. Tate of $200,000.00 euros of money. On April 10, 2022, E. Gabbey and A.

---

[28] Plaintiffs respectfully submit that luxury vacations to the French Riviera are irregular in terms of what human trafficking victims are doing after being rescued and give notice that they will be requesting all relevant information from Defendant Gabbey's counsel pertaining to the planning and financing of these trips.

Untila initiated their plot to obtain money from A. Tate by false pretenses. Although they were ultimately unsuccessful, the following exchange provides insight into how E. Gabbey and A. Untila had planned to defraud and extort A. Tate of money and potentially other luxuries:

> E. Gabbey: "I'm talking to my friend
> E. Gabbey: "about it now."
> E. Gabbey: "she is saying you should **try to get $ from andrew**."
> E. Gabbey: "where is your sister in london babe."
> A. Untila: "I'm not good at this lol."
> A. Untila: "I have never asked anyone for money."
> E. Gabbey: "she's saying if you tell him you have something important that you need money for, he will give it to you."
> A. Untila: "Okay I will think about it like what to say."
> [Emphasis, Added.][29]

86.     The two women, E. Gabbey and A. Untila, then go on to take matters to the next level and have the following conversation, in text messages and in pertinent part, in which they describe how they will employ matters of deception against the Tate Brothers to carry out the criminal act:

> E. Gabbey: "**cover tracks**."
> E. Gabbey: "always."
> E. Gabbey: "your phone might be visible."
> A. Untila: "You are a good actress [unknown emoji]."
> E. Gabbey: "i practiced."
> A. Untila: "Perfecto."
> A. Untila: "for now change my name in your phone."
> E. Gabbey: "okay."
> E. Gabbey: "you too."
> A. Untila: "Just play it cool."
> E. Gabbey: "got it."
> A. Untila: "Like you don't know anything."
> A. Untila: "play dumb."
> E. Gabbey: "**i'm going to pull some tears out**." [Emphasis Added.][30]

87.     It is clear from the above exchange that neither E. Gabbey nor A. Untila believed they were victims. Rather, they simply did not want to be held responsible for attempting to defraud A. Tate of money and devised a whole scheme, using false pretenses, to trick him. Further evidence of

---

[29] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 28.
[30] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 29.

34

their chicanery is found in the fact that E. Gabbey even goes so far as to laugh when A. Untila speaks about "playing the victim." **Afterward, E. Gabbey and A. Untila joke about contacting Netflix and other streaming services to recount their "golden Oscar" performances, which they apparently considered Hollywood worthy**. The following exchange took place between E. Gabbey and Untila and demonstrates their cavalier, flippant attitudes towards committing fraud:

> E. Gabbey: "**we are writing a movie *asap*.**"
> A. Untila: "Yep."
> A. Untila: "For sure."
> A. Untila: "We have too."
> E. Gabbey: "I'm dying inside."
> A. Untila: "**Let's email Netflix.**"
> A. Untila: "Asap."
> E. Gabbey: "**hulu, amazon prime**."
> A. Untila: "Yep."[31]

88.     In making light of a very serious accusation – it is patently clear from the above exchange that neither E. Gabbey nor A. Untila believed they were ever in real danger, let alone in a situation even remotely close to "human trafficking" or being "falsely imprisoned," which they would later allege.  Indeed, the very opposite is true: rather than being victims, E. Gabbey and A. Untila are in fact perpetrators of a crime of moral turpitude to commit fraud against the Tate Brothers.  Upon failure to execute their conspiracy, instead of taking responsibility for their actions like any morally competent and self-aware adult, E. Gabbey, consistent with her character, doubled down to inflict maximum damage.

89.     Next, E. Gabbey took the conspiracy to an entirely new level by sending distressing messages to an American-based Matthieu Martelly ("Martelly"), either a former or current lover.  Gabbey publishes in a text message to Martelly that both she and A. Untila were being "human trafficked."  The end goal of course remained always the same: to scapegoat the Tate Brothers, pursuant to the pleasures she derived from manipulating and extorting successful

---

[31] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 34.

paramours, and upon incriminating them, thereafter enjoy a luxurious European vacation in London and the French Riviera.

90.     On April 11, 2022, just one day after conspiring with A. Untila to defraud A. Tate of money, E. Gabbey communicates to Martelly, via text message, that she's "leaving to [go to] [L]ondon on the 12th," and that she had already "bought tickets," and wanted to bring "a young girl" (her co-conspirator, A. Untila) along for the ride.

91.     Martelly, apparently in love or infatuated with E. Gabbey, then starts contacting government friends that eventually puts the United States Embassy in Bucharest on alert of E. Gabbey's allegations that E. Gabbey and A. Untila were being human trafficked by the Tate Brothers. Martelly does this despite the fact that Gabbey **tries to talk Martelly out of calling the US Embassy**, as demonstrated in the below:

> E. Gabbey: hard thing is getting out the house.
> E. Gabbey: there's three other girls besides her and i. they are groomers and handlers
> E. Gabbey: if they see us leave they call the brothers then brothers call airports and stop us from leaving
> Martelly: Embassy of the United States
>
> Martelly: Hold on to your passport and go there there's a USMC security detail
> Martelly: **Say I am an American an I'm in danger**
> E. Gabbey: I bought us tix for 6 or so am we would leave in the middle of the night
> E. Gabbey: tomorrow 6 am
> Martelly: Stand by I'm gonna makes call
> E. Gabbey: **don't make any calls please**
> E. Gabbey: **I want to go to London lol**
> E. Gabbey: I can let you know how Tuesday goes
> E. Gabbey: you have my location
> E. Gabbey: if something happens then we call?
> Martelly: fine, be safe
> Martelly: Slightest hint of danger
> E. Gabbey: **i think I'll be able to get to London, then I'll fly back to fl after two weeks there**
> E. Gabbey: if I don't call or text Tuesday, something happened
> E. Gabbey: **but it's unlikely** [Emphasis Added.][32]

---

[32] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 5.

92.    In subsequent text-based exchanges with Martelly, E. Gabbey makes it clear that she has no issues leaving the Tate estate and that she did not sustain any injuries.  These statements collectively erode the theory that she and A. Untila were being imprisoned against her will as a human trafficking victim:

> E. Gabbey [4/11/2022 4:21:23 AM]: I don't think they will notice is though. **We're leaving in the middle of the night**. Martelly [4/11/2022 4:21:25 AM]: Good, just glad you're **unharmed**.
>
> Martelly [4/11/2022 4:25:15 AM]: Are you injured
> E. Gabbey [4/11/2022 4:25:20 AM]: **No injuries**
> E. Gabbey [4/11/2022 4:25:26 AM]: **neither of us**
> E. Gabbey [4/11/2022 4:25:36 AM]: it's been a short amount of time
> E. Gabbey [4/11/2022 4:25:42 AM]: they don't suspect us for leaving [Emphasis Added.][33]

93.    In the following exchange, **E. Gabbey again repeats for a third time to Martelly that she had no issues leaving the Tate Brothers' estate**.  Moreover, based on the language used, E. Gabbey appears to be intentionally planning out each and every step of her plot against the Tate Brothers, as demonstrated by her understanding to gather "evidence."  She further doubles down on her stated aim to travel to London while still in Romania, despite being the alleged victim of an ongoing human trafficking operation where she was still in the company of her alleged traffickers:

> E. Gabbey [4/11/2022 4:55:42 AM]: **i don't think i'll have trouble leaving**
> E. Gabbey [4/11/2022 4:55:47 AM]: it's more of the girl with me
> E. Gabbey [4/11/2022 4:56:42 AM]: **we have so much *evidence* though**
> E. Gabbey [4/11/2022 4:57:04 AM]: we can **gather it and send it somewhere** once we are away from here
> Martelly [4/11/2022 4:57:52 AM]: Go to the embassy And get expedited stateside
> E. Gabbey [4/11/2022 4:58:33 AM]: **I want to go on my trip that I was promised**??
> E. Gabbey [4/11/2022 4:58:38 AM]: **So I'm going to do that lmao** [Emphasis Added.][34]



---

[33] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 6.

[34] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 7.

94.     E. Gabbey also repeats the same story that she was free to leave the Tate Brothers' estate in several text messages to both her parents, M. Gabbey and W. Gabbey, as demonstrated in the following examples:

> E. Gabbey: "I am not so concerned. tristan doesnt really care if i leave."
>
> E. Gabbey: ""i don't think they care that much if we leave anyways, which is why i feel okay."[35]

95.     As the conversation continues, however, and E. Gabbey comes to realize the full gravity of her human trafficking allegations, she dramatically changes her tune.  As evidenced in the below exchanges with Martelly, E. Gabbey becomes vindictive and gets bitter with Martelly for calling the United States Embassy.  E. Gabbey also perceives the fallout from these allegations represents an inconvenient yet significant roadblock in her plans to visit London.  Accordingly, E. Gabbey reverts from her damsel in distress routine, wherein she becomes upset with Martelly and blames him for the consequences of the impending police raid.

96.     **IMPORTANTLY** and highly relevant to the state of affairs at the Tate Estate, is the fact that E. Gabbey stresses that only she and another girl – A. Untila – wanted to leave the Tate Brothers estate, further supporting the fact that nobody was in danger, and that the human trafficking allegations were purely the product of E. Gabbey and A. Untila's imagination.  Despite the litany of warnings to Martelly and her parents that she was not in danger and was free to go and come as she pleased.  Martelly and Gabbey's parents publish Gabbey's false claims to the United States Embassy, which has resulted in a monstrous amount of suffering and personal loss to Andrew and Tristan Tate.

> E. Gabbey: **Did you call the embassy**
>
> E. Gabbey: **?**

---

[35] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 25.

E. Gabbey: be honest please
E. Gabbey: apparently marines are after me?
E. Gabbey: that's what my mom just called on the phone screaming
E. Gabbey: completely compromised my safely
E. Gabbey: thanks
Martelly: **Yeah I called** Neves and did what he said to do
E. Gabbey: **goodbye matt**
E. Gabbey: **i just wanted to go to london**
E. Gabbey: handle it on my ow[n]
E. Gabbey: i trusted you with that info
Martelly: Be upset if you want honestly but having the US government come save your ass in a position you put yourself in
E. Gabbey: ?
E. Gabbey: it's not just me here
Martelly: I KNOW
E. Gabbey: you don't understand
E. Gabbey: **it's only me and one girl that want to leave**
E. Gabbey: are they coming here now
E. Gabbey: or when i leave
Martelly: This is serious
E. Gabbey: can they take her to
Martelly: Yes
Martelly: That's why
Martelly: I'm specifically trained for this we have protocols in place
Martelly: Its my literal job em
E. Gabbey: so they aren't on the way
E. Gabbey: **good job now the police are coming** [Emphasis Added.][36]

97.     **Finally, as E. Gabbey becomes fully aware of the ramifications of her actions, she**

**wants Martelly to retract** the US Embassy call, and then proceeds to accuse Martelly of

orchestrating the scheme:

Martelly: She's a human trafficking victim
Martelly: She'll be entitled to protection
E. Gabbey: But she needs to go to London
E. Gabbey: to her family
E. Gabbey: we bought the tickets
E. Gabbey: *i wish I could take it back*
E. Gabbey: **please matt**
E. Gabbey: **please do** *anything*
E. Gabbey: i'll do *anything* to take it back
Martelly: Yes they'll evaluate her
E. Gabbey: **i'm so sad you're doing this**



---

[36]  A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 8.

E. Gabbey: she has family[37]

98.  E. Gabbey also makes reference again to playing a role, as in a movie or Netflix series, and

states her belief that she and A. Untila executed their respective parts quite well.

> E. Gabbey: **we played *our role* really good today**
> E. Gabbey: nobody thinks we are going to leave at all
> [Emphasis Added.][38]

99.  Finally, E. Gabbey goes so far as to gaslight Martelly, repeating a psychologically abusive

tactic she had used on previous lovers, into taking the blame for E. Gabbey's situation and for even

putting herself in danger, despite her allegations of human trafficking, for alerting the authorities

about her situation:

> E. Gabbey: errmmm *definitely* **not trusting anything u say**,
> don't know why i bothered asking
> Martelly: I have no clue what your talking about
> E. **Gabbey: you've actually managed to put me in far more**
> **danger by doing what you did yesterday with my parents**
> E. Gabbey: and **won't even admit to it** [Emphasis Added.][39]

100.  On or about April 12, 2022, police raided the home where E. Gabbey was residing.  Police

removed E. Gabbey from the house, along with A. Untila—separated the two women from the

other females residing there at the time.  Upon information and belief, none of the other women at

the home were treated as victims but required to endure uncomfortable conditions for hours on

end. As an example, according to the sworn statement of I. Pencov, who was recovering from

surgery at the time, she was forced, as a result of E. Gabbey's outrageous conduct, to sit on a hard

surface and go to the bathroom while being watched by a police officer. Only later did it become

known that I. Pencov and B. Anghel, two neighbors who lived close by, were unknowingly being

---

[37] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 10.

[38] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 10.

[39] A true and correct copy of the text message is attached hereto as EXHIBIT B, at page 12.

treated as victims against their will by the Romanian government. The affidavit of each person is attached hereto confirming such coercive conduct by the Romanian prosecutors.[40]

101. Upon information and belief, W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her. These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and several other persons and entities. At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world. Because the statements were made knowingly and/or with a reckless disregard for their falsity, and therefore with malice, they are not protected under Florida law.

102. E. Gabbey clearly acted with malice when she falsely accused the Tate Brothers of human trafficking and false imprisonment, in the same manner in which she has maliciously perpetuated falsehoods for her own benefit in many previous relationships. The difference being that this time, her malicious falsehoods resulted in the immediate and unjust incarceration of two innocent men. Her actions were deliberate. The consequences of her actions, including the deprivation of the Tate Brothers' freedom was completely foreseeable, and likely then end goal considering her perilous history of destroying men's lives.

103. As stated above, E. Gabbey has a nefarious history of revoking sexual consent in order to extort men. She likewise, accused T. Tate of physically abusing her while having intercourse – namely, choking her until she passed out. However, approximately two weeks after making the

---

[40] The affidavits of I. Pencov and B. Anghel is attached hereto as EXHIBIT H and EXHIBIT I, respectively.

fantastical accusations of human trafficking and other crimes of moral turpitude against the Tate Brothers, E. Gabbey and A. Untila were already vacationing on the French Riviera "mentally preparing for our upcoming adventure…" [41]

104.    Upon information and belief, E. Gabbey is the owner of the Instagram handle, "Furyfatale," and A. Untila was at some point the owner of the Instagram handle, "AlionaUntila." This was confirmed in photographs provided by Romanian witness, I. Pencov, who provided an affidavit, which attests to taking the screen grabs of the pictures attached hereto as Exhibit H.

105.    Being the opportunist she is, E. Gabbey, appears to be ready to seize the moment on social media, and has recently been associating herself with various human trafficking organizations to promote herself on the internet and various social media platforms.[42] But nothing could be further from the truth.[43]

106.    The serious allegations of human trafficking by E. Gabbey and others directly prompted Romanian authorities' investigation into the Tate Brothers, resulting in the Tate Brothers' incarceration and ongoing house arrest. Indeed, one Romanian judge in the Bucharest Court of Appeal found the evidence against the Tate Brothers for human trafficking and other criminal charges so unpersuasive that she ruled that "that the brothers should be allowed to move freely in Romania, without restrictions,"[44] according to the *Associated Press* and other international reports, prompting a rare split decision in which a third judge had to be called in to preside over the ruling and render the deciding vote.

---

[41] This is corroborated by social media content posted by E. Gabbey on the French Riviera and is attached hereto as Composite EXHIBIT J.

[42] A compilation of E. Gabbey's social media posts is attached hereto as EXHIBIT K.

[43] A compilation of E. Gabbey's social media posts is attached hereto as EXHIBIT L.

[44] *See* Stephen McGrath and Vadim Ghirda, *Andrew Tate loses appeal against house arrest in Romania as human trafficking case continues*, Associated Press (July 6, 2023), https://apnews.com/article/andrew-tate-loses-appeal-house-arrest-romania-284b6d71b007702a4c769f09c710f287.

42

107.    Whereas, as a result of the Defendants' actions, the Tate Brothers suffered actual damages and noneconomic damages, including loss of months of their lives, loss of personal freedoms, loss of their routine, missing the birth of T. Tate's child, impaired communication with close relatives – including their mother, wives, and children, serious stress and health complications, spending time out of their lives coping with being defenseless against the violation of their rights, the incapacitation of their freedom, and the confusion and inability to understand the false accusations at the beginning of this nightmare and torment that has been ongoing for months. The Tate Brothers have also sustained physical injuries resulting from their imprisonment, in which they languished behind bars for months under egregious conditions of confinement that included long stints of prolonged solitary confinement, lack of sunlight, ventilation, proper food, and medical care— all while being denied meaningful attorney access.

108.    The Tate Brothers have experienced significant damages to their businesses and potential business prospects, including lost opportunity costs, a function of being effectively blacklisted by every noteworthy social media platform and being imprisoned and on house arrest for months without meaningful access to the outside world.   In addition to suffering the loss of their personal lives, freedoms, and peace of mind as mentioned above, the Tate Brothers have lost personal reputation, business reputation, and sustained an incarceration that interfered with their personal and business income, and which has resulted in the seizure of personal assets by a foreign government.

109.    Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured

43

them in their trade and profession, among other critical reputational and economic losses.   The Tate Brothers' professional reputations have been irreversibly tarnished in the eyes of the global community, as well as the elite relationships with investors, businessmen, and influencers that took them a lifetime to cultivate.

110.    To defend themselves against these outlandish allegations the Tate Brothers have had to hire teams of lawyers across the world to protect and defend their personal and professional interests against this manifestly unjust attack.

111.    All conditions precedent to filing this Complaint have been satisfied.

**FIRST CAUSE OF ACTION**

**Defamation: W. Gabbey, M. Gabbey, and Martelly**

112.    The Tate Brothers re-allege and restate paragraphs 1-111 as though fully stated herein, and allege that those facts as pleaded demonstrate that E. Gabbey, W. Gabbey, M. Gabbey, and M. Martelly, are guilty of Libel against Andrew and Tristan Tate.

113.    Under Florida law, the following four elements must be met to satisfy a claim for defamation: (i) the defendant published a false statement; (ii) about the plaintiff; (iii) to a third party; and (iv) the falsity of the statement caused injury to the plaintiff.  *Border Collie Rescue v. Ryan*, 418 F.Supp.2d 1330, 1348 (M.D.Fla. 2006).

114.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES: As demonstrated above, Defendants E. Gabbey, W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements communicated to them by E. Gabbey about the Tate Brothers "human traffick[ing]" her and "falsely imprisoning" her to the United States Embassy and/or several other third parties.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E.

44

Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit. W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

115.    INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries. The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like Twitter and Instagram, on which the Tate Brothers have millions of followers and other business ventures they have long since relied upon to generate income. Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children. Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

## SECOND CAUSE OF ACTION

### Defamation Per Se: W. Gabbey, M. Gabbey, and Martelly

116.    The Tate Brothers re-allege and restate paragraphs 1-115 as though fully stated herein.

117.    This is an action by the Tate Brothers against W. Gabbey, M. Gabbey, and Martelly for libel per se.

118.    Under Florida law, the following four elements must be met to satisfy a claim for defamation: (i) the defendant published a false statement; (ii) about the plaintiff; (iii) to a third party; and (iv) the falsity of the statement caused injury to the plaintiff. *Border Collie Rescue v. Ryan*, 418 F.Supp.2d 1330, 1348 (M.D.Fla. 2006). Florida law recognizes "per se" cases of defamation under certain circumstances. Per se defamation presumes damages if one of the following subjects is met: (i) impugns a person's professional character or standing; (ii) states or implies that an unmarried person is unchaste (e.g., is sexually active); (iii) states or implies that a person is infected with a sexually transmitted disease; or (iv) states or implies that the person has committed a crime of moral turpitude (e.g., theft or fraud).

119.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES THAT DIRECTLY IMPUGNED CHARACTER, PROFESSIONAL STANDING:  W. Gabbey, M. Gabbey, and M. Martelly knowingly, intentionally, and purposefully published false statements by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her. These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and several other third parties elaborated in the above.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E. Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit.  W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false

46

statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

120. INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries. The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like Twitter and Instagram, on which the Tate Brothers have millions of followers that they predominantly rely upon to market their War Room, Hustlers University, and other business ventures. Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children. Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

### THIRD CAUSE OF ACTION

**Commercial Defamation: W. Gabbey, M. Gabbey, and Martelly**

121. The Tate Brothers re-allege and restate paragraphs 1-120 as though fully stated herein.

122. This is an action by the Tate Brothers and their various businesses, including the War Room and Hustlers University, for commercial defamation, specifically libel and slander against W. Gabbey, M. Gabbey, and Martelly.

123.    Under Florida law, the following three elements must be met to satisfy a claim for commercial defamation: (i) the statement was false; (ii) the person making the statement intends for you to suffer financial loss and your business does suffer loss, resulting in actual damages; and (iii) the person making the statement knew it was false or did not have any concern whether it was true.  *See Business Disparagement in Florida*, Trevor Brewer (May 16, 2019).

124.    PUBLICATION OF FALSE STATEMENTS TO THIRD PARTIES THAT RESULTED IN FINANCIAL LOSSES TO BUSINESS:  W. Gabbey, M. Gabbey, and M. Martell knowingly, intentionally, and purposefully published false statements communicated by E. Gabbey alleging grave crimes against her by the Tate Brothers, including "human traffick[ing]" her and "falsely imprisoning" her.  These false statements directly impugned the character and professional standing of the Tate Brothers, which W. Gabbey, M. Gabbey, and M. Martelly communicated to the United States Embassy and/or several other third parties elaborated in the above.  At no point did the Tate Brothers engage in human trafficking of E. Gabbey or anyone ever, nor have the Tate Brothers ever been charged with the felony of human trafficking by any jurisdiction anywhere in the world.  As detailed at length above, E. Gabbey is a serial liar, manipulator, and schemer, who predatorily exploits vulnerable, often wealthy men with good intentions for sexual, financial, and emotional profit.  W. Gabbey, M. Gabbey, and M. Martelly communicated E. Gabbey's false statements about T. Tate and A. Tate despite E. Gabbey's well-known, well-documented track record of lying about and extorting men for profit.

125.    KNOWLEDGE AND/OR DISREGARD OF FALSITY AND INJURY TO PLAINTIFF: As a direct consequence of the publication of E. Gabbey's false statements, T. Tate and A. Tate sustained serious personal, financial, and professional injuries.  The publication of these false statements directly contributed to T. Tate and A. Tate's censorship on social media platforms like

48

Twitter and Instagram, on which the Tate Brothers have millions of followers that they predominantly rely upon to market their War Room, Hustlers University, and other business ventures. Furthermore, imputing conduct incompatible with the proper exercise of the Tate Brothers' lawful business, trade, and profession as major social media influencers with worldwide followings, and businessmen, E. Gabbey damaged their relationship with many third-parties, caused a criminal investigation and seizure of business assets by a foreign government, and injured them in their trade and profession, among other critical reputational and economic losses. The Tate Brothers also suffered personal losses, including the serious emotional toll resulting from being denied meaningful access to close relatives, including their mother, wives, and children. Furthermore, the Tate Brothers experienced psychological and physical injuries, in addition to the major professional and personal losses aforementioned, the direct result of being incarcerated from the publication of E. Gabbey's completely baseless human trafficking allegations.

**FOURTH CAUSE OF ACTION**

**False Imprisonment: Emma Gabbey and Aliona Untila**

126.    The Tate Brothers re-allege and restate paragraphs 1-125 as though fully stated herein.

127.    Under Florida law, any person who personally participates in or proximately causes the unlawful detention of another may be liable for false imprisonment. *Johnson v. Weiner*, 155 Fla. 169, 19 So. 2d 699 (1944). Florida courts generally consider the following factors when determining a claim for false imprisonment: facts showing that plaintiff was physically restrained or confined against his or her will; facts showing that defendant acted with intent of imposing confinement or with knowledge that such confinement would, to a substantial certainty, result from it; facts demonstrating a causal nexus between the defendant's conduct and the confinement; and damages.

128.    PHYSICAL CONFINEMENT AGAINST WILL BY E. GABBEY'S AND A. UNTILA'S ACTIONS:  The Tate Brothers were unlawfully incarcerated and wrongfully detained for months as a direct result of the human trafficking and baseless other criminal allegations lodged against them by E. Gabbey and A. Untila.  In alleging human trafficking violations against the Tate Brothers, and furthermore, in communicating such baseless claims to family, friends, and other contacts, who later reported those unfounded allegations to the United States Embassy, there was a direct causal link between E. Gabbey and A. Untila's conduct and the Tate Brothers' subsequent confinement.

129.    DEFENDANT ACTED WITH INTENT TO CAUSE CONFINEMENT, RESULTING IN DAMAGES: E. Gabbey and A. Untila were fully aware that in making such allegations to the United States Embassy, directly or indirectly, through contacts back home and other third parties, there was substantial certainty that the Tate Brothers would be arrested, detained, and confined, as a direct result of such allegations. The Tate Brothers subsequently were incarcerated for no less than three months, and remain under 24/7 house arrest, for an indeterminate length of time, despite never once being formally charged with a crime – in short, they have faced confinement on the basis of E. Gabbey and ▓▓▓▓▓ conduct alone.  As stated above, the Tate Brothers experienced severe personal, emotional, and professional damages, including be denied access to loved ones, loss of business opportunities and other economic losses, as a direct result of E. Gabbey and A. Untila's baseless allegations of human trafficking, rape, forming a criminal organization to exploit women.  E. Gabbey and A. Untila acted with knowledge that making such false statements would directly cause Romanian authorities to arrest, incarcerate, and detain the Tate Brothers, which they did, thereby effectively operating as a conduit to help achieve a nefarious purpose.

50

**FIFTH CAUSE OF ACTION**

**Tortious Interference with a Business Relationship: Emma Gabbey**

130.     The Tate Brothers re-allege and restate paragraphs 1-129 as though fully stated herein.

131.     Under Florida law, the following four elements must be met to satisfy a claim for tortious interference with a business relationship: (i) the existence of a business relationship under which the plaintiff has legal rights; (ii) knowledge of the relationship on the part of the defendant; (iii) an intentional and unjustified interference with that relationship by the defendant; and (iv) damage to the plaintiff as a result of the breach of the business relationship.   *Bortell v. White Mountains Ins. Grp.*, Ltd., 2 So. 3d 1041, 1048 (Fla. Dist. Ct. App. 2009).

132.     EXISTENCE OF A BUSINESS RELATIONSHIP AND KNOWLEDGE BY E. GABBEY: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, at all times relevant herein, Defendant E. Gabbey knew of the advantageous business relationship between T. Tate and their contractors and associates, and deliberately sought to interfere with such economic advantage.  The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, until Defendant, E. Gabbey, contacted M. Gabbey and W. Gabbey and made false allegations about the conduct of the Tate Brothers and Companies, there was a reasonable probability that the Tate Brothers would be able to continue operating their lawful businesses with the contractors and business associates and continue deriving an income from such.

133.     INTENTIONAL AND UNJUSTIFIED INTERFERENCE WITH THE RELATIONSHIP BY E. GABBEY: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, E. Gabbey did not like the competition in the business that she was receiving from the other girls living in the house as demonstrated by communicating knowingly false statements about the Tate Brothers' alleging serious criminal activity which has caused

51

significant economic and reputational damages to the Tate Brothers' various companies. The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, by her unjustified and unprivileged conduct, as alleged above, E. Gabbey intended to disrupt the Tate Brothers' prospective economic advantage in the operation of their business. E. Gabbey tortiously interfered with the Tate Brothers' business operations by communicating knowingly false statements about the Tate Brothers' alleging serious criminal activity which has caused significant economic and reputational damages to the Tate Brothers' various businesses.

134.    DAMAGE TO THE TATE BROTHERS AS A RESULT OF THE BREACH OF THE BUSINESS RELATIONSHIP: The Tate Brothers and their various Companies are informed and believe, and based thereon allege that, E. Gabbey's conduct, as alleged above, disrupted the Tate Brothers' and Companies' prospective economic advantage in continuing the operation of their lawful business. As a direct, proximate, and foreseeable result of ▮▮▮▮▮'s wrongful conduct, as alleged above the Tate Brothers have suffered damages in an amount to be proven at trial, and which the Tate Brothers and Companies are informed and believe exceeds the jurisdictional threshold for classification as an unlimited civil case. The Tate Brothers and Companies will seek leave of Court to amend this Complaint to set forth the exact amount of damages when they have been ascertained.

### SIXTH CAUSE OF ACTION
**Civil Conspiracy: Emma Gabbey and Aliona Untila**

135.    The Tate Brothers re-allege and restate paragraphs 1-134 as though fully stated herein.

136.    This is an action by the Tate Brothers against Emma Gabbey and Aliona Untila, for civil conspiracy. Under Florida law, the following four elements must be met to satisfy a claim for civil conspiracy: (i) a conspiracy between two or more parties; (ii) to do an unlawful act or to do a lawful act by unlawful means; (iii) the doing of some overt act in pursuance of the conspiracy; and

52

(iv) damage to the plaintiff as a result of the acts performed pursuant to the conspiracy.  *Walters v. Blankenship*, 931 So. 2d 137, 140 (Fla. Dist. Ct. App. 2006).

137.    CONSPIRACY BETWEEN TWO OR MORE PARTIES: Upon information and belief, Untila colluded with E. Gabbey to intentionally inflict harm on the Tate Brothers and also obtain money from A. Tate by false pretenses.

138.    TO DO AN UNLAWFUL ACT AND THE DOING OF SOME OVERT ACT IN PURSUANCE OF THE CONSPIRACY: Untila and E. Gabbey took an overt act in furtherance of their conspiracy by outlining a systematic plot to deceive A. Tate to steal money and, upon information and belief, potentially other property from him. Text messages evidencing this conspiracy are attached hereto as Exhibit B.

139.    DAMAGE TO THE PLAINTIFF: In addition, as shown above, E. Gabbey and Untila indicated that they would need Emmy Awards for the performance and script they came up with to deceive the Tate Brothers as well as those around them further indicating that they should contact Netflix and Hulu.  Furthermore, by way of their plot, E. Gabbey and Untila inflicted significant emotional distress on the Tate Brothers.  By conspiring to defame the Tate Brothers and trying to obtain money under false pretenses, the Tate Brothers have been economically damaged because they suffered material losses, between the lost property that was the basis for the conspiracy, lost time at work as a result of being distracted and imprisoned, and the economic and reputational damages sustained to their various multimillion dollar businesses because of E. Gabbey and Aliona Untila's defamation.

### SEVENTH CAUSE OF ACTION
**Intentional Infliction of Emotional Distress: Emma Gabbey and Aliona Untila**

140.    The Tate Brothers re-allege and restate paragraphs 1-139 as though fully stated herein.

141.     This is an action by the Tate Brothers against E. Gabbey and A. Untila for intentional infliction of emotional distress.

142.     Under Florida law, the following four elements must be met to satisfy a claim for intentional infliction of emotional distress: (i) the wrongdoer's conduct was intentional or reckless, that is, he intended his behavior when he knew or should have known that emotional distress would likely result; (ii) the conduct was outrageous, that is, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community; (iii) the conduct caused emotional distress; and (iv) the emotional distress was severe.  *LeGrande v. Emmanuel*, 889 So. 2d 991, 994 (Fla. Dist. Ct. App. 2004).

143.     E. GABBEY AND A. UNTILA'S CONDUCT WAS INTENTIONAL OR RECKLESS AND ████████████████ and A. Untila caused the Tate Brothers deliberate or reckless mental suffering by publishing statements to third parties that caused the Tate Brothers to be subject to a criminal investigation and which directly led to their incarceration, causing extreme stress and emotional anguish, in addition to the psychological trauma that resulted from the personal, economic, and reputational harms to the Tate Brothers and their various businesses.  In addition to the statements made between E. Gabbey and Untila, E. Gabbey has a long and demonstrated history of inflicting severe emotional distress on her victims.

144.     E. GABBEY AND A. UNTILA'S OUTRAGEOUS CONDUCT CAUSED SEVERE EMOTIONAL DISTRESS: E. Gabbey and Aliona Untila's conduct, which is well outside of the bounds of what is tolerated by society because of how serious and depraved human trafficking and rape allegations are, directly caused mental and emotional anguish for the Tate Brothers because it caused extreme anxiety and distress. As a direct result of this conduct, the Tate Brothers suffered

both psychological and physical harms, including insomnia, weight loss, chest pain, and other serious physical ailments.

**EIGHTH CAUSE OF ACTION**

**Negligent Infliction of Emotional Distress: Emma Gabbey and Aliona Untila**

145.     The Tate Brothers re-allege and restate paragraphs 1-144 as though fully stated herein.

146.     This is an action by the Tate Brothers against E. Gabbey and Aliona Untila for negligent infliction of emotional distress.

147.     Under Florida law, the following four elements must be met to satisfy a claim for negligent infliction of emotional distress: (i) the plaintiff must suffer a discernable physical injury; (ii) the physical injury must be caused by the psychological trauma; (iii) the plaintiff must be involved in the event causing the negligent injury to another; and (iv) the plaintiff must have a close personal relationship to the directly injured person.  *LeGrande v. Emmanuel*, 889 So. 2d 991, 994 (Fla. Dist. Ct. App. 2004).

148.     PLAINTIFF MUST SUFFER A DISCERNIBLE PHYSICAL INJURY FROM THE PSYCHOLOGICAL TRAUMA: E. Gabbey and Aliona Untila caused the Tate Brothers negligent mental suffering by publishing statements to third parties that caused the Tate Brothers to be subject to a criminal investigation and which directly led to their incarceration, causing extreme stress and emotional anguish due to the egregious conditions in which they were confined for months, in addition to the psychological trauma that resulted from the economic, emotional, and reputational harms to the Tate Brothers' various businesses and indefinite house arrest.  E. Gabbey and Aliona Untila caused the Tate Brothers physical injury as a direct result of E. Gabbey and Aliona Untila's negligent actions because the Tate Brothers suffered from insomnia, weight loss, chest pain, and other serious physical ailments, as a result of their extended prison sentence and house arrest.

55

149.    PLAINTIFF MUST BE INVOLVED IN THE EVENT CAUSING THE NEGLIGENT INJURY AND HAVE A CLOSE PERSONAL RELATIONSHIP TO THE DIRECTLY INJURED PERSON: The Tate Brothers were the targets of E. Gabbey and A. Untila's conspiracy, and therefore directly involved in the defamatory event and allegations that resulted in their imprisonment and house arrest that prompted the negligent injury.   T. Tate and A. Tate are brothers and business partners, and therefore have an extremely close personal relationship to one another, even for brothers, and have suffered emotional distress from seeing each other in anguish over a sustained period of time.

### RESERVATION OF RIGHTS

Plaintiff reserves the right to amend this Complaint upon discovering additional facts, including adding a claim for punitive damages against one or more Defendants.

### DEMAND FOR JURY TRIAL

Plaintiffs' demand a trial by jury on all issues so triable.

### RELIEF SOUGHT

WHEREFORE, Plaintiffs ANDREW TATE and TRISTAN TATE pray for judgment against each defendant, jointly and severally, as follows:

WHEREFORE, Plaintiffs, ANDREW TATE and TRISTAN TATE pray that this Court will enter judgment of liability against Defendant, EMMA GABBEY, WILLIAM GABBEY, MONA TABBARA GABBEY, MATTHIEU MARTELLY, AND ALIONA UNITLA and award damages including attorneys' fees and costs where authorized by statute, pre- and post-judgment interest, and all other relief that this Court deems just and proper.

Respectfully submitted this 12th day of July 2023.

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p:321-313-8642
e: tamaniots@equitylegal.net
*Attorneys for Plaintiffs*

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.
New York State Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Attorneys for Plaintiffs*
(*Pro Hac Vice motion filed*
*Contemporaneously with complaint*)

57

**EXHIBIT B**

Filing # 178003789 E-Filed 07/21/2023 06:02:13 PM

## RETURN OF SERVICE

State of Florida                County of Palm Beach                Circuit Court

Case Number: 502023CA011904XXXXMB

Plaintiff,:
**TRISTIN TATE and ANDREW TATE,**

vs.

Defendant,:
**EMMA GABBEY, MONA TABBARA GABBEY, WILLIAM GABBY, ALIONA
UNTILA, and MATTHIEU MARTELLY,**

For:
Thomas Maniotis, Esquire
Equity Legal, PLLC
5201 Blue Lagoon Drive
Floor 8
Miami, FL 33126

Received by Williams Process Service, Inc. on the 14th day of July, 2023 at 9:56 am to be served on **Mona Tabbara Gabbey, 1647 Park Tree Place, Delray Beach, FL 33445**.

I, Pennie Atwell, do hereby affirm that on the **17th day of July, 2023 at 7:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons (20 Day), Complaint and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Mona Tabbara Gabbey** at the address of: **1647 Park Tree Place, Delray Beach, FL 33445**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of the party served, Defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 135, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/s/ Pennie Atwell

**Pennie Atwell**
C.P.S.# 931

**Williams Process Service, Inc.**
721 US Highway 1
Suite 121
North Palm Beach, FL 33408
(561) 881-1442

Our Job Serial Number: WPS-2023013525

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

*** FILED: PALM BEACH COUNTY, FL  JOSEPH ABRUZZO, CLERK. 07/21/2023 06:02:13 PM ***

Filing # 178003789 E-Filed 07/21/2023 06:02:13 PM

**RETURN OF SERVICE**

| State of Florida | County of Palm Beach | Circuit Court |
|---|---|---|

Case Number: 502023CA011904XXXXMB

Plaintiff,:
**TRISTIN TATE and ANDREW TATE,**

vs.

Defendant,:
**EMMA GABBEY, MONA TABBARA GABBEY, WILLIAM GABBY, ALIONA UNTILA, and MATTHIEU MARTELLY,**

For:
Thomas Maniotis, Esquire
Equity Legal, PLLC
5201 Blue Lagoon Drive
Floor 8
Miami, FL 33126

Received by Williams Process Service, Inc. on the 14th day of July, 2023 at 9:56 am to be served on **William Gabbey, 1647 Park Tree Place, Delray Beach, FL 33445.**

I, Pennie Atwell, do hereby affirm that on the **17th day of July, 2023** at **7:30 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons (20 Day), Complaint and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Mona Gabbey** as **CoResident/Wife** at the address of: **1647 Park Tree Place, Delray Beach, FL 33445**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of the party served, Defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 135, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

**/s/ Pennie Atwell**
_____
**Pennie Atwell**
C P S # 931

**Williams Process Service, Inc.**
**721 US Highway 1**
**Suite 121**
**North Palm Beach, FL 33408**
**(561) 881-1442**

Our Job Serial Number: WPS-2023013521

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

*** FILED: PALM BEACH COUNTY, FL  JOSEPH ABRUZZO, CLERK. 07/21/2023 06:02:13 PM ***

**EXHIBIT C**

Andrew Tate accusers forced into hiding after online harassment from 'troll army,' lawyer says – ABC News                                           8/8/23, 16:29

 **NEWS**

# Andrew Tate accusers forced into hiding after online harassment from 'troll army,' lawyer says

*The influencer has denied the human trafficking and rape charges against him.*

By **Morgan Winsor**
July 15, 2023, 5:05 AM ET  •  9 min read



Andrew Tate charged with rape and human trafficking, officials say The controversial influencer has been under house arrest for the past six months. Inquam Photos/Octav Ganea via Reuters

LONDON -- Two accusers of divisive <u>social</u>

media personality Andrew Tate, who is charged with human trafficking and rape in Romania, have been the victims of "targeted" harassment designed to "scare them into silence," their legal adviser in the United States told ABC News.

Tate, 36, and his brother Tristan, 35, were charged alongside two associates in Romania last month with rape, human trafficking and creating an organized crime group. Romanian prosecutors accuse the four of sexually exploiting seven women by coercing them to work for a webcam business at the Tates' residence in Bucharest. One woman was allegedly raped at least twice, while another woman was allegedly subjected to physical violence to force her to keep performing, according to prosecutors.

Recent Stories from ABC News



The Tate brothers, who are dual U.K.-U.S. citizens, have vehemently denied the charges, claiming that they are the victims of a conspiracy to punish them for their polarizing views and accusing the women of lying.

Both brothers have millions of followers on social media with their controversial content garnering legions of dedicated fans. They promote an "alpha male" lifestyle and have gained widespread notoriety for their self-described misogynist views. Tate himself, who has been dubbed the "king of toxic masculinity," remains banned from Facebook, Instagram, TikTok and YouTube after an outcry from anti-hate speech campaign groups alleging his accounts encouraged violent misogyny.

+ MORE: Andrew Tate appears in court as defendant following rape, human trafficking charges

Dani Pinter, senior legal counsel at the U.S.-based nonprofit National Center on Sexual Exploitation, is the attorney advising two

women -- one from Florida and the other
Moldovan-British -- whom Romanian
prosecutors allege were lured to Romania
and then sexually exploited. One of the
women alleges she was raped.

Pinter told ABC News that since the Tate
brothers were arrested in Romania last year,
the two women have faced a deluge of
harassment and have been targeted by a "troll
army" launching online attacks and seeking
to discredit the alleged victims. The lawyer
accused Tate of inciting the attacks by his
supporters with his social media posts, but
said she did not have hard evidence he was
directing them and Tate has denied doing so.

"I've never seen anything like it," Pinter told
ABC News during a recent interview.

Pinter alleged that Tate's vast social media
following has been turned against her clients,
who are grappling with thousands of threats
and relentless efforts to intimidate and
undermine them. Supporters of the brothers
have doxed private information of her clients
and their relatives online, Pinter said, while
at least two private investigators have also
pursued her clients, digging into their past
and showing up at their homes.

*Andrew Tate leaves court after his trial in Bucharest, Romania on February 1, 2023.*
Anadolu Agency via Getty Images

Both women remain anonymous for fears of their safety, but online trolls have been able to identify them and posted their details online, forcing the women to leave their respective homes and go into hiding, according to Pinter.

"It's incredibly oppressive," Pinter said. "Because they feel afraid for their safety and for their loved ones and for anyone they engage with, it's incredibly isolating. It's incredibly exhausting and frightening."

On Tuesday, the Tate brothers filed a lawsuit in Florida's Palm Beach County against both women as well as the Florida woman's parents and another man, claiming the human trafficking and rape allegations were

invented. The suit, seeking $5 million in damages, alleges that the five conspired to fabricate the accusations, leading to the Tates' imprisonment and costing them millions in lost income.

The National Center on Sexual Exploitation's Law Center said it has "seen the news regarding the Tates' lawsuit."

"We are evaluating next steps as we wait for them to give formal notice, but we do not believe the lawsuit has any merit," the center told ABC News in a statement on Friday.

+ MORE: Andrew Tate charged with rape, human trafficking, Romanian officials say

The Tate brothers were arrested in Bucharest last December and subsequently held in jail for three months before being released and placed under house arrest in their home on the outskirts of the Romanian capital, where they have lived since 2017. The pair remain in custody under house arrest there.

They have since taken to Twitter to challenge the Romanian case, posting frequently on the social media platform after a 2017 ban on their accounts was lifted. Tate, a former professional kickboxer who appeared on the

U.K. version of the television series "Big Brother" in 2016, has more than 7 million followers on Twitter. He and his brother also regularly post videos on the online video platform Rumble, which their supporters clip and share on other social media platforms.

Pinter said there was a spike in the online harassment of her clients every time news articles about the Romanian case or statements from the Tate brothers appeared online. She alleged the same methods that has allowed Tate to build his following through viral social media posts over the years is now being used to instigate mass online attacks against the two women.

"The same strategy that he used to indoctrinate thousands of young men created a readymade army of trolls," Pinter told ABC News. "So he's able to engage this mob to very quickly harass and target these women."

"The swift, immediate, massive response to even the smallest bit of news seems completely consistent with how he always operated with getting his content out there," she added. "It seems to me to be very clear that he's just engaging that community intentionally."

*Andrew Tate (R) and his brother Tristan Tate (L) walk out of the central arrest centre of Bucharest police after three months of pre-trial detention, March 31, 2023, in Bucharest, Romania.*
Daniel Mihailescu/AFP via Getty Images

When asked for comment on Pinter's allegations, a spokesperson for the Tate brothers told ABC News in a statement on Thursday: "Andrew and Tristan do not encourage any form of harassment against the alleged victims, or any other individual, as they have stated multiple times in the past via Twitter and other media. They are fully collaborating with the Romanian authorities and they are complying with the conditions of their house arrest. They remain committed to proving their innocence by using all of the legal means at their disposal."

The spokesperson also pointed to recent Twitter posts from the Tate brothers, in which they told their followers, "Leave

personal attacks and insults out of it," and, "We win with love, not insults."

Pinter alleged the harassment of her clients has also moved offline. At least two private investigators have knocked on their doors in the U.S., according to Pinter. She said a social media personality sympathetic to Tate had also gone to one of the women's hometowns and questioned her former romantic partners. Both women have received rape and death threats online as well, according to Pinter.

She said the barrage of attacks is taking a heavy toll on her clients and has prevented them from coming forward publicly.

"They're really in a tough position," Pinter told ABC News. "They don't feel like they can go home. They're very isolated. One of the victims was telling me, you know, 'I feel like I can't get a traditional job because even if any of the co-workers Google my name, they could find out some of this.' That's very scary."

+ MORE: Controversial internet personality
  Andrew Tate banned from TikTok, Instagram
  and YouTube

The Tate brothers continue to be active on social media, but have denied directing their huge following to harass their critics and accusers. While making his initial court appearance as a defendant in the Romanian case in June, Tate thanked their supporters and said "we are not the first affluent and wealthy men who have been unfairly attacked."

A trial date has yet to be set.

Pinter said there was little she could do to stop the online attacks, besides calling them out publicly and urging social media companies to take down the abusive content.

"These women astound me every day," she added, "because despite being very distressed and experiencing severe mental anguish and being held back from living their lives to the fullest, they are very committed to not backing down."



Andrew Tate accusers forced into hiding after online harassment from 'troll army,' lawyer says – ABC News                                                                  8/8/23, 16:29

**ABC News Network** | **Privacy Policy** | **Your US State Privacy Rights** | **Children's Online Privacy Policy** |
**Interest-Based Ads** | **About Nielsen Measurement** | **Terms of Use** | **Do Not Sell My Info** | **Contact Us**

Copyright © 2023 ABC News Internet Ventures. All rights reserved.

NOT A CERTIFIED COPY

NOT A CERTIFIED COPY