# EXHIBIT B

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

ANDREW TATE AND TRISTAN TATE,

    Plaintiffs

vs.

EMMA GABBEY, MONA TABARA GABBEY,
WILLIAM GABBEY, ALIONA UNTILA,
AND MATTHIEU MARTELLY

    Defendants.

CASE NO. 502023CA011904XXXXMB

### DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on August 14, 2023, Defendants removed this action to United States District Court for the Southern District of Florida, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is attached as Exhibit A. Accordingly, and under 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

DATED: August 14, 2023

Respectfully submitted,

NATIONAL CENTER ON SEXUAL EXPLOITATION

By: _____
Danielle Bianculli Pinter (Fla. Bar No. 120441)
1201 F. St., NW, Suite 200
Washington, DC 20004
dpinter@ncoselaw.org
Telephone: 202-393-7245

*Attorney for Defendants*