# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 1:23-_____

ANDREW TATE AND TRISTAN TATE,

    Plaintiffs

vs.

EMMA GABBEY, MONA TABARA GABBEY,
WILLIAM GABBEY, ALIONA UNTILA,
AND MATTHIEU MARTELLY

    Defendants.
_____/

## DEFENDANTS' DISCLOSURE STATEMENT (FRCP 7.1)

Pursuant to Rule 7.1, Fed. R. Civ. Pro, Defendants, through their attorneys, hereby state as follows:

1. As alleged in their Amended Complaint filed in State Court, the Plaintiffs Andrew and Tristan Tate reside in Romania. Upon information and belief, they are citizens of the United Kingdom and the United States.

2. Defendant, Emma Gabbey is a citizen of the United States and does not reside in Florida.

3. Defendants Mona and William Gabbey are citizens of the United States and reside in Florida.

4. Defendant, Aliona Untila, is a citizen of Moldova and Romania and does not reside in the United States or Romania.

5. Defendant, Matthieu Martelly, is citizen of the United States and resides in Florida.

Dated: August ___, 2023.

Respectfully submitted,

NATIONAL CENTER ON SEXUAL EXPLOITATION

/s/ *Danielle Bianculli Pinter*
Danielle Bianculli Pinter [FBN 120441]
Benjamin W. Bull*
Peter A. Gentala*
Christen M. Price*
Victoria Hirsch*
1201 F. St., NW, Suite 200
Washington, DC 20004
dpinter@ncoselaw.org
bbull@ncose.com
pgentala@ncoselaw.org
cprice@ncoselaw.org
vhirsch@ncoselaw.org

*Counsel for Defendants*

/s/ *Christian W. Waugh*
Christian W. Waugh [FBN 71093]
Mary A. Norberg [FBN 1032028]
Sofie Bayer [FBN 1039616]
WAUGH PLLC
201 E. Pine Street, Suite 315
Orlando, FL 32801
cwaugh@waugh.legal
mnorberg@waugh.legal
sbayer@waugh.legal
Telephone: 321-800-6008
Fax: 844-206-0245

*Co-Counsel for Defendants*

* Application for admission pro hac vice pending

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by email on August ___, 2023 on counsel for Plaintiffs in the state court action:

Thomas Maniotis
Equity Legal, PLLC
5201 Blue Lagoon Dr., Flr. 8
Miami, FL 33126
321-313-8642
tamaniots@equitylegal.net

Joseph D. McBride
The McBride Law Firm, PLLC
99 Park Avenue, 6th Flr.

2

New York, NY 10016
917-757-9537
Jmcbridelawnyc.com

/s/ Christian W. Waugh
Christian W. Waugh

3