UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-CV-81150-RLR

ANDREW TATE AND TRISTAN TATE,

    Plaintiffs

vs.

EMMA GABBEY, MONA TABARA GABBEY,
WILLIAM GABBEY, ALIONA UNTILA,
AND MATTHIEU MARTELLY

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Pursuant to Local Rule 11.1(g), Danielle Pinter, attorney for the Defendants in this case, hereby notifies the Court of a change of address. Her new address and information are as follows:

Danielle Pinter
**National Center on Sexual Exploitation**
1201 F. St., NW, Suite 200
Washington, DC 20004
dpinter@ncoselaw.org
Telephone: 202-393-7245

    Respectfully submitted,
Dated: August 15, 2023

    By:  /s/ Danielle Bianculli Pinter
        Danielle Bianculli Pinter
        Fla. Bar No. 120441

National Center on Sexual Exploitation
1201 F. St., NW, Suite 200
Washington, DC 20004
dpinter@ncoselaw.org
Telephone: 202-393-7245

Christian W. Waugh [FBN 71093]
Mary A. Norberg [FBN 1032028]
Sofie Bayer [FBN 1039616]
**WAUGH PLLC**
201 Pine Street, Suite 315
Orlando, FL 32801

## Certificate of Service

I hereby certify that on August 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Danielle Bianculli Pinter
Danielle Bianculli Pinter

### SERVICE LIST

Thomas Maniotis
Equity Legal, PLLC
5201 Blue Lagoon Dr., Flr. 8
Miami, FL 33126
321-313-8642
tamaniots@equitylegal.net

Joseph D. McBride  
The McBride Law Firm, PLLC  
99 Park Avenue, 6th Flr.  
New York, NY 10016  
917-757-9537  
Jmcbridelawnyc.com  

*Attorneys for Plaintiffs*