**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 1:23-cv-81150-RLR**

ANDREW TATE AND TRISTAN TATE,

    Plaintiffs

vs.

EMMA GABBEY, MONA TABARA GABBEY,
WILLIAM GABBEY, ALIONA UNTILA,
AND MATTHIEU MARTELLY

    Defendants.

_____/

**DEFENDANTS' DISCLOSURE STATEMENT (FRCP 7.1)**

Pursuant to Rule 7.1, Fed. R. Civ. Pro, Defendants, through their attorneys, hereby state as follows:

1.    As alleged in their Amended Complaint filed in State Court, the Plaintiffs Andrew and Tristan Tate reside in Romania. Upon information and belief, they are citizens of the United Kingdom and the United States.

2.    Defendant, Emma Gabbey is a citizen of the United States and does not reside in Florida.

3.    Defendants Mona and William Gabbey are citizens of the United States and reside in Florida.

4.    Defendant, Aliona Untila, is a citizen of Moldova and Romania and does not reside in the United States or Romania.

5.      Defendant, Matthieu Martelly, is citizen of the United States and resides in Florida.

Dated: August 16, 2023.

Respectfully submitted,

NATIONAL CENTER ON SEXUAL EXPLOITATION

/s/ *Danielle Bianculli Pinter*
Danielle Bianculli Pinter [FBN 120441]
Benjamin W. Bull*
Peter A. Gentala*
Christen M. Price*
Victoria Hirsch*
1201 F. St., NW, Suite 200
Washington, DC 20004
dpinter@ncoselaw.org
bbull@ncose.com
pgentala@ncoselaw.org
cprice@ncoselaw.org
vhirsch@ncoselaw.org

*Counsel for Defendants*

/s/ *Christian W. Waugh*
Christian W. Waugh [FBN 71093]
Mary A. Norberg [FBN 1032028]
Sofie Bayer [FBN 1039616]
**WAUGH PLLC**
201 E. Pine Street, Suite 315
Orlando, FL 32801
cwaugh@waugh.legal
mnorberg@waugh.legal
sbayer@waugh.legal
Telephone: 321-800-6008
Fax: 844-206-0245

*Co-Counsel for Defendants*

* Application for admission pro hac vice
pending

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system which will give notice to all parties registered to receive electronic notice via CM/ECF.

/s/ *Christian W. Waugh*
Christian W. Waugh [FBN 71093]