UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:23-cv-81150-RLR

ANDREW TATE AND TRISTAN TATE,

    Plaintiffs

vs.

EMMA GABBEY, MONA TABARA GABBEY,
WILLIAM GABBEY, ALIONA UNTILA,
AND MATTHIEU MARTELLY

    Defendants.
_____/

**CERTIFICATION OF CHRISTEN PRICE**

    Christen Price, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York, the District of Columbia Bar, and the United States District Court for the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                        *Christen Price*
                                                    Christen Price