UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:23-cv-81150-RLR

ANDREW TATE & TRISTAN TATE,

    Plaintiffs

vs.

EMMA GABBEY, et al.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE THEIR ANSWER OR PRESENT THEIR DEFENCES OR OBJECTS**

THIS CAUSE having come before the Court on the Defendants' Motion to Extend Time to File Their Answer or Present Their Defenses or Objections, ursuant to Rules 6(b) and 81of the Rules, and Rule 7.1(a)(3) of the Local Rules. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The time for Defendants to file their answer or present their defenses or objections is extended to on or before 30 days from the date this Court rules on whether it is appropriate to take subject-matter jurisdiction over this matter.

DONE AND ORDERED in Chambers at _____ Florida, this _____ day of _____.

Copies furnished to:
Counsel of record

                _____
                ROBIN L. ROSENBERG
                UNITED STATES DISTRICT JUDGE