# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:23-cv-81150-RLR

ANDREW TATE & TRISTAN TATE

                    Plaintiffs,

      v.

EMMA GABBEY, et al.,

                    Defendants,

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joseph D. McBride of The McBride Law Firm, PLLC, 99 Park Avenue, 6th Floor, New York, NY, 10016 for purposes of appearance as co-counsel on behalf of Andrew Tate and Tristan Tate in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joseph D. McBride to receive electronic filings in this case, and in support thereof states as follows:

      1.    Joseph D. McBride is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar, the United States District Court for the Southern District of New York, Eastern District of New York, Western District of New York, and Washington D.C. District Court.

      2.    Movant, Thomas Maniotis, Esquire, of the law firm of Equity Legal, PLLC, 5201 Blue Lagoon Drive, Floor 8, Miami, FL 33126, (305) 629-3219, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily

communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, Joseph D. McBride has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.     Joseph D. McBride, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joseph D. McBride at email address:  jmcbride@mcbridelawnyc.com.

WHEREFORE, Thomas Maniotis, moves this Court to enter an Order granting Joseph D. McBride, to appear before this Court on behalf of Andrew Tate and Tristan Tate, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joseph D. McBride.

Date: September 4, 2023                    Respectfully submitted,


 /s/ Thomas Maniotis, Esq. 
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p: 305-629-3219
e: tamaniotis@equitylegal.net
*Attorney for Plaintiffs Andrew Tate and Tristan Tate*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:23-CV-81150-ROSENBERG

ANDREW TATE & TRISTAN TATE

                  Plaintiffs,

    v.

EMMA GABBEY, et al.,

                  Defendants,

_____/


### <u>CERTIFICATION OF JOSEPH D. MCBRIDE</u>

      Joseph D. McBride, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar, the United States District Court for the Southern District of New York, Eastern District of New York, Western District of New York, and Washington D.C. District Court; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                        */s/ Joseph D. McBride*
                                        Joseph D. McBride, Esq.
                                        The McBride Law Firm, PLLC
                                        99 Park Avenue, 6th Floor
                                        New York, NY, 10016
                                        p: (917) 757-9537
                                        e: jmcbride@mcbridelawnyc.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:23-CV-81150-ROSENBERG**

ANDREW TATE & TRISTAN TATE

                Plaintiffs,

      v.

EMMA GABBEY, et al.,

                Defendants,

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Joseph D. McBride, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Joseph D. McBride may appear and participate in this action on behalf of Andrew and Tristan Tate. The Clerk shall provide electronic notification of all electronic filings to Joseph D. McBride at jmcbride@mcbridelawnyc.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

                              .
                             United States District Judge

Copies furnished to: All Counsel of Record