UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-CV-81150-RLR

ANDREW TATE & TRISTAN TATE

        Plaintiffs,

v.

EMMA GABBEY, et al.,

        Defendants,

_____/

## NOTICE OF CHANGE OF ATTORNEY FIRM, ADDRESS, CONTACT NUMBERS AND E-MAIL ADDRESSES

**PLEASE TAKE NOTICE** that Thomas Maniotis, Esq., Florida Bar No. 122414, as counsel for Plaintiffs, Andrew Tate and Tristan Tate, is no longer an attorney with Flanagan & Maniotis, P.A. and has been an attorney with the EQUITY LEGAL, PLLC at all times relevant to this action. Accordingly, the undersigned respectfully requests that his CM/ECF and PACER accounts be updated to reflect this firm change, as well as to reflect the below changes to her notice and service address, contact numbers and e-mail addresses as follows:

**EQUITY LEGAL, PLLC**
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
Telephone: 305-629-3219
E-Mail: tamaniotis@equitylegal.net

Respectfully submitted this 8th day of September, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
Telephone: 305-629-3219
E-Mail: tamaniotis@equitylegal.net
*Attorney for Plaintiffs Andrew Tate and Tristan Tate*