# EXHIBIT A

**IRUKE LEGAL INC.**
**EMPIRE GLOBAL PARTNERS, LLC.**
5718 Westheimer Ste. 1000,
Houston, Texas 77057, USA
Texas Bar Card Number: 24062796/ California Bar Number: 282096
Email: lion@empireglobal.partners
Phone Number: 972-370-3203

**CONFIDENTIAL**

**January 29, 2023**

# ATTN: DEFAMATION CEASE AND DESIST NOTICE ON BEHALF OF ANDREW TATE AND TRISTAN TATE

**Attn:**

(Respondent)

(Respondent)

(Respondent)

## *RE: REQUEST TO CEASE AND DESIST ALL DEFAMATION, SLANDER, AND/OR LIBEL OF CHARACTER AND REPUTATION*

## *NOTICE OF DELIBERATE MISUSE*

**Dear Respondent(s),**

If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation. This law firm represents Mr. Andrew Tate and Tristan Tate ('Client'), and it has been brought to our attention that                    ('you' or 'Respondent') have been repeating false and defamatory statements to third parties about our Client. We have also received notice that              ('Respondent') and              ('Respondent'), have been further repeating these false and defamatory claims about our Client to various third parties.

**IRUKE LEGAL INC.**
**EMPIRE GLOBAL PARTNERS, LLC.**
5718 Westheimer Ste. 1000,
Houston, Texas 77057, USA
Texas Bar Card Number: 24062796/ California Bar Number: 282096
Email: lion@empireglobal.partners
Phone Number: 972-370-3203

You are hereby notified to cease and desist any and all further unlawful defamation, slander, and/or libel with regard to your actions and/or statements relating to our Client. Specifically, in April 2022, you falsely stated to a third party that our Client human trafficked you, abused you, and held you against your will at Andrew Tate and Tristan Tate's ('Tate Brothers') Romanian residence. You further stated and repeated to a third party that you were not allowed to leave during your stay at the Tate Brother's residence, although you were allowed to leave at any time. You also repeated that the Tate Brothers have criminal ties to the Russian and Romanian mafia.

Under Florida law, defamation is defined as a false statement to a third party, whether oral or written, that is so damaging when considered by itself tends to expose a person to contempt, ridicule, disgrace, or disgust; injures a person in a trade or profession; or statements made about a person in a crime involving moral turpitude [ . . .]. Slander per se is a false statement spoken out loud to a third party that is so offensive on its face that the law has presumed the slanderous nature of the statement. Libel per se is defined the same as slander per se, but its communication must be written or recorded.

We deny that the aforementioned false statements said by you to any third parties are true. You have repeated false and defamatory statements to the Romanian police, the media, and another United States citizen about the Tate Brothers during your time at the Tate Brothers' Romanian residence. Your false statements are slanderous, libelous, and defamation per se, as you knowingly made false statements, both oral and written, about our Client. Their defamatory meaning is apparent on their face without explanation. In particular, in April 2022, you repeatedly told a third party that our Client did not allow you to leave the Tate Brothers' residence. You were allowed to leave at any time. Guards present at the Tate Brothers' residence are a standard safety precaution measure as the Tate Brothers are public figures. The security measures carried out by the guards at the Tate Brothers' Romanian residence did not prevent you from being able to leave on your own accord. You have also falsely stated and repeated to third parties that you did not have your mobile phone, but you had your mobile phone the entire time during your stay at the Tate Brothers. At that time, you had the freedom to call the police if you were in danger, but you failed to contact the local authorities. You further stated that the Tate Brothers' have ties to the Russian and Romanian mafia. This statement is false as our Client does not have any ties to either the Russian or Romanian mafia. You also gave false and defamatory statements to police that the Tate Brothers human trafficked you and held you and other women against their will. This statement is unequivocally false, defamatory, and there is not any evidence to substantiate the accusation that you or any other women residing at the Tate Brothers' home were human trafficked or suffered any form of abuse as a result of our Client.

**IRUKE LEGAL INC.**
**EMPIRE GLOBAL PARTNERS, LLC.**
5718 Westheimer Ste. 1000,
Houston, Texas 77057, USA
Texas Bar Card Number: 24062796/ California Bar Number: 282096
Email: lion@empireglobal.partners
Phone Number: 972-370-3203

Tristan Tate ('Tristan') met you while in the United States and you described your desire to leave the United States and come to Romania to be with Tristan. Although Tristan could not offer you his constant presence, mostly being away due to business, he gave you the attention needed to settle in Romania. You admitted that you came to Romania on your own will without any coercion to be close to Tristan, who you were dating at the time. You voluntarily participated in the events and parties in which Tate Brothers were involved and were treated as a friend to the Tate Brothers. You were also on the list of people who could visit and leave the Romanian residence at any time. You then conveyed to your friend who is an American citizen, who was later found out to be your boyfriend in the United States, that you were held against your will in Romania and you sent him the location. This individual then notified the United States American Embassy in Romania which notified the Romanian authorities about your complaint, thus opening a criminal case against our Client. At that time, a home search warrant was ordered and conducted against the Tate Brothers to identify you, and other persons alleged to be deprived of their liberty.

Your defamatory statements are malicious and deliberately false. Our Client has evidence to prove that your statements are false and defamatory. You have portrayed our Client as persons accused of committing criminal acts, suffering in this sense an image that has had negative effects on our Client's online presence and reputation. Our Client denies that he held you against your will, raped you, or human trafficked you or the women who resided at their Romanian residence. You have deliberately told false statements about our Client and repeated these statements to third parties. You do not have the privilege or legal standing to make the aforementioned statements about our Client. These defamatory statements were done with actual malice because you intentionally published these statements in writing and orally to third parties. These false statements are willful, intentionally malicious, done with reckless disregard for their truth, and are reasonably capable of sustaining an incorrect and defamatory meaning about our Client. Due to their harmful and misleading nature, these false statements could be determined to have caused our Client reputational and financial damage.

We have also received notice that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ have been repeating the aforementioned false and defamatory statements mentioned above about our Client to various third parties. As such, both individuals have been included as Respondents in this letter and we will also be taking immediate action against these Respondents if this matter is not immediately resolved as discussed below.

**IRUKE LEGAL INC.**
**EMPIRE GLOBAL PARTNERS, LLC.**
5718 Westheimer Ste. 1000,
Houston, Texas 77057, USA
Texas Bar Card Number: 24062796/ California Bar Number: 282096
Email: lion@empireglobal.partners
Phone Number: 972-370-3203

## CEASE AND DESIST REQUEST

You are hereby requested to cease and desist any and all illegal defamation, slander and/or libel, and recant all false and incorrect statements about our Client. Failure to comply with this cease and desist request, including all requests herein, and/or failure to return the signed assurance within the stipulated time, will leave us with no other alternative but to pursue all available legal remedies.

The legal remedies will include, but are not limited to:

- filing a motion for injunctive relief;
- $100 million monetary damages against ██████ individually;
- $100 million monetary damages against ██████ individually;
- $100 million monetary damages against ██████ individually;
- filing fee costs;
- court costs; and
- attorney fees

**To immediately avoid further legal action against you, you may contact us by phone or email to discuss the retraction of your defamatory statements.**

**You may email the retraction that recants all false and incorrect statements that you have been spreading that defames our Client by Tuesday, January 31, 2023, at 12:00 p.m. Eastern Standard Time (EST).**

If you have additional questions or want to discuss your retraction, you may also contact us by phone before this deadline. Anything short of an immediate retraction that sets the record straight regarding our Client will result in further legal action using all available legal resource.

**Damages have exceeded $300 million in monetary damage and we will be pursuing every single legal avenue possible to remedy this without an immediate retraction. If you do not retract your false and malicious statements against our Client, you will leave our Client with no choice but to treat this as an intentional act made with the intention of destroying our Client's reputation. Please note that we are prepared to vigorously defend our Client in kind. You may immediately retract your statements and end this here with a quick email or phone call.**

**IRUKE LEGAL INC.**
**EMPIRE GLOBAL PARTNERS, LLC.**
5718 Westheimer Ste. 1000,
Houston, Texas 77057, USA
Texas Bar Card Number: 24062796/ California Bar Number: 282096
Email: lion@empireglobal.partners
Phone Number: 972-370-3203

- By email at lion@empireglobal.partners
- By phone at (972)-370-3203

Please be guided accordingly,

Sincerely,

_____
**/s/Lionel Iruk**
Lionel Iruk, Esq. Managing Partner & General Counsel
Texas Bar Card Number: 24062796/ California Bar Number: 282096
For and on behalf of:
**IRUKE LEGAL INC.**
**EMPIRE GLOBAL PARTNERS, LLC.**
5718 Westheimer Ste. 1000,
Houston, Texas 77057, USA
Email: lion@empireglobal.partners

# ASSURANCE TO CEASE AND DESIST FURTHER ACTS OF DEFAMATION, SLANDER OR LIBEL

In accordance with the above request and stipulation, I _____, do hereby agree to immediately cease and desist the defamation of character and/or reputation. And in turn, will release me from all acts of defamation, slander and/or libel relating to this incident referred to in the Cease and Desist Letter dated _____.

HOWEVER, should I act or behave in a such manner that would result in a breach of this agreement, the opposite party will be entitled to filing fees, courts costs and attorney fees in any action which may be filed in an effort to enforce this agreement, in addition to any injunctive relief and monetary damages that it may have been entitled to had this assurance never been signed.

_____          _____

Signature                                                    Print Full Name

_____

Date

_____          _____

                                                                 Print Full Name
Signature

_____

Date

Signature

_____
Print Full Name

Date

# EXHIBIT B

10:29

< **Reid Hopkins**
it.reid.aar



**Reid Hopkins**
it.reid.aar · Instagram
2.6K followers · 18 posts
You don't follow each other on Instagram

View profile

9:18 AM



Keep changing your name, we'll always find you

**Accept message request from Reid Hopkins (it.reid.aar)?**
If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

Block    Delete    Accept





**Comments**

**aysar.king** 2w
You are a killer.
11 likes     Reply

**huzzyk1ng** 2w
Im getting a hitman
8 likes     Reply

**morgan_morris_123** 24w
Right to jail
19 likes     Reply

**trapgangszn** 27w
They have made up this identity and are using
pics of an unknown girl. Do not be fooled by the
matrix!
6 likes     Reply

View 1 more reply

tinderella04 27w



**topeusg**

@anchoushadb

1 following · 0 followers

4:41 AM

Changing your name won't help, the world knows your name and what u are doing to innocent brothers, you're gonna get what's coming to you



Useless bimbo



**topeusg sent you a message request**

Accepting this request will let you reply to this chat immediately. If you delete, this chat will be removed from your message requests. This account can send you up to 3 messages before you accept.

Report          Delete          Accept

Activity

**Gus Hankler**

commented: Good I'm glad he died. You'll wish you did too after they come for you.

1h

7:32



### kenn02
keennn_02



## kenn02
keennn_02 · Instagram
5 followers · 0 posts
You don't follow each other on Instagram

**View profile**

6:52 PM

 evil human like u should kill urself

**Accept message request from kenn02 (keennn_02)?**
If you accept, they will also be able to call you and see info such as
your activity status and when you've read messages.

**Block**          **Delete**          Accept



**The Cobra Council** @TheCobraCouncil · Feb 15

🔴 BREAKING UPDATE

-

Wiretaps reveals that both the ▮▮▮▮▮▮▮▮▮
PLANNED to FRAME The Tate Brothers ‼️

-

These documents are crazy 😵

Andrew Tate and 3 others

💬 49        ↻ 178        ♡ 986        ᴵⁱᴵ 36.5K        ⬆️

**der unbekannte**
@alla_eno

Replying to @TheCobraCouncil @ShaykhSulaiman and 4 others

Where can i Find This two? I swear i will make self justice for tates they
dont deserve This

3:35 PM · Feb 15, 2023 · **1,769** Views

**1** Quote Tweet    **10** Likes

◀ Search



 **Buna** ████ **Ti-am trimis un mesaj privat, sper sa ne putem auzi.** 🙏

2 d   Like   Reply

View 1 reply...

 **Andy Michael**
God will punish you for falsely accusing Tate Brothers...all the suffering they faced just for your clout and money comeback to bite you remember that ..

1 d   Like   Reply                                    14 👍❤️

View 1 reply...

 **Med Amami**
Falsely accusing a man who moved you to romainia after being a druggie stripper, even tho videos of you twerking naked happily in his house 🤣 Karma will fuck you badly soon enough 😉

1 d   Like   Reply                                    2 👍

 🔲  Write a reply...

 **Lamelo Ball**
Karma will come back at you for trying to destroy two innocent men. When they are free ( which they will be ) we will know the truth and you will get whats coming to you.

1 d   Like   Reply                                    7 👍❤️

⬜ Write a comment...                              💬 GIF 😊

                         
Home        Friends       Watch      Marketplace   Notifications



◀ Search

2 Jan · 🌐

Write a reply...

**Lamelo Ball**
Karma will come back at you for trying to destroy two innocent men. When they are free ( which they will be ) we will know the truth and you will get whats coming to you.
1d   Like   Reply                                    7 👍❤️

**Adrian Paredes**
Too late for your actions, now u will pay what is coming to you.
1d   Like   Reply                                    8 👍❤️

**Ijaaz Amanuth**
Free Tate! 🍓
1d   Like   Reply                                    4 👍❤️

**Amis**
FREE TATE
#freetopg 🔥
1d   Like   Reply                                    3 👍❤️

**Selina Sal**
Don't you fear God?? Your love for money got you stooping so low! How could you have those pure innocent souls incarcerated, what was their crime, other than trying to help you get off your filthy drug habit?? #FREETHETATES
20 h   Like   Reply                                    3 👍

Write a comment...

Home   Friends   Watch   Marketplace   Notifications

18:56



? What month is your birthday >

Asked by Hadar Bashiri >

**how does it feel to be the N1 Most wanted women in the world ? :) maybe when the video get released you will tell us**

0 videos

🔖 Add to Favorites

invited you >

**Be the first to answer this question**

To get more answers, send more invites or be the first to answer this question.



+👤 Invite

🎥 Answer

**6 comments**   ✕

**Fernand Schierl**
hmmmm interesting
1d   Reply                                  ♡ 1   🖓

**user9628230969091**
Guys her location is on her twitter, she has been
targeted and will be taken care of soon.
1d   Reply                                  ♡ 1   🖓

**Brandon Flansbaum**
What's her twitter??
18h   Reply                               ♡   🖓

**MarrtyMcfly88**
Her location has been posted on Twitter. Her
frequent travel spots have also been highlighted.
⏳
1d   Reply                                  ♡ 1   🖓

**Brandon Flansbaum**
What's her twitter?
18h   Reply                               ♡   🖓

**user786517632745**
Got rich through false accusations against innocent

😃  🥰  😂  😳  😏  😅  🥺  😌

Add comment...                        @  ☺

23:18

< ...

4 d

**Theofilos George**
Time is up!



4 d                                                         3 👍❤️

**Theofilos George**
Tomorrow I will contact more of your family members and also I will send out all these videos and pictures of you to their friends as well. Next week I will send all this information to the HR department and to the rest of your co workers at ███████████ Address: ██████

4 d                                                         2 👍❤️

**Med Amami**
Theofilos George Doing god's work, this ungrateful druggie stripper had it coming for falsley accusing men that helped her out, karma hits hard

3 d

Andy Michael

Write a comment...                          💬 GIF 🙂

Home   Friends   Watch 9+   Marketplace   Notifications   Menu



**Comments 6**    Likes 32

**nadnad4554**
we gonna find you inshallah you entire family
gonna apologies for what have you done to Mr
Tate
10h    Reply    ♡ 1    👎

**Hadar Bashiri**
drug addict stripper going to church the hypocrite
you evil female dw we are on our way
12h    Reply    ♡ 2    👎

**Mike**
Drug addicted stripper
15h    Reply    ♡ 3    👎

**user786517632745**
TRISTAN DIDNT GET TO MEET HIS NEW BABY
1d    Reply    ♡ 3    👎

**user786517632745**
Holy of u to frame innocent men.
1d    Reply    ♡ 6    👎

**Ton Z**

😄 🥰 😂 😳 😏 😅 🥺 😌

Replying to nadnad4554    @ ☺



Comments 4    Likes 15

**Hadar Bashiri**
drug addict stripper we are on our way to pay a visit
12h   Reply                                          ♡ 1

**Mike**
Drug addicted stripper
16h   Reply                                          ♡ 2   👎

**user9628230969091**
You have been targeted and soon will be taken care of.
1d   Reply                                           ♡ 3   👎

**Voice of Wudan**
we got her boys
1d   Reply                                           ♡ 10  👎

😄  🥰  😂  😳  😏  😅  🥺  😌

Add comment...                              @  ☺



20:24

**Theofilos George**

██████████████ traveled to andrew tate with a bunch of other low class women. After that visit she exhorted Andrew and said she wanted a house. He said no. She then went to the police and said he held her captured in his house. That is a lie. we want justice for Andrew tate. We want ██████████████ to record a video and tell the truth. We will not give up until ██████████████ has told the truth. ██████████████ is the one with pink underwear in the video shaking her ass in Andrew Tate house. There are tons of female witnesses that have confirmed ██████████████ has lied. ██████████████ kept asking the other females when will Andrew have sex with her.

Are you proud of this behaviour? ██████████████ have brought shame to your family name. I am apart of a social media community of 200000 men. Tell ██████████████ to say sorry and drop charges. We will not stop until justice have been served.

If you reply, Theofilos will be able to call you and see information such as your Active Status and when you've read messages.

**Block** **Delete**

Aa

# EXHIBIT C



# EXHIBIT D

1:56

**All activity** ∨

come. Justice will be served. 3h

😊 Reply    ♡ Like

**rodrigues**
commented: a men killed himself bc of
her 3h

😊 Reply    ♡ Like

**danieldragovicemd**
commented: You are responsible for
the death of an innocent man. You're a
monster ▮▮▮▮! 3h

😊 Reply    ♡ Like

**Abrham**
commented: What about doing some
research you sheep 3h

😊 Reply    ♡ Like

**Mentor**
commented: You will rot in jail. Time will
come. Justice will be served. 3h

😊 Reply    ♡ Like

**Abrham**
commented: 304 3h

😊 Reply    ♡ Like

**Mentor**
commented: You will rot in jail. Time will
come. Justice will be served. 3h

😊 Reply    ♡ Like

**danieldragovicemd**
commented: A man killed himself
because of you. Are you proud of
yourself? Don't you feel ashamed of
yourself? 3h

😊 Reply    ♡ Like

< All activity ⌄

**H**
commented: Karma is coming. 2h
😊 Reply    ♡ Like



**lovertformenyeh**
commented: Devil 2h
😊 Reply    ♡ Like

**Abrham**
commented: 304 zombie 🧟 in city murderimg innocent man 3h
😊 Reply    ♡ Like

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h
😊 Reply    ♡ Like

**Abrham**
commented: How are you still alive after murder a young guy 3h
😊 Reply    ♡ Like

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h
😊 Reply    ♡ Like

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h
😊 Reply    ♡ Like

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h
😊 Reply    ♡ Like

7:41 🌙   ⚗ 📶 🛜 ⬜

<  **AbdounW** 🇩🇿 🌙
abd_walid_m



**AbdounW** 🇩🇿 🌙

abd_walid_m · Instagram

62 followers · 0 posts

You don't follow each other on Instagram

View profile

5:06 PM

Aren't you the same ▮▮▮▮▮ that caused the death of a man because of your false accusations ?

If so shame on you for what you did to him along with the 7 other men.



**Accept message request from AbdounW** 🇩🇿 🌙
**(abd_walid_m)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

Block     Delete     Accept



1:56

## All activity ⌄ •

‹

commented: Have fun getting sued,
FREE TOP G! 4h

Reply   ♡ Like

**Zach**
commented: ███████████ this is the
girl who accused the Tates and ran
away wand changed her identity 5h

Reply   ♡ Like

**tt**
commented: Sort ur teeth out before
accusing innocent men 5h

Reply   ♡ Like

**greg**
commented: Have fun being sued and
being in debt for the rest of your life 5h

Reply   ♡ Like

**Lucas Merrick**
commented: Are you lying about the
tate brothers ? 5h

Reply   ♡ Like

**albania_mma**
commented: Bro telling the truth 5h

Reply   ♡ Like

**albania_mma**
commented: Straight to prison you
monster 5h

Reply   ♡ Like

**Journeytonormality**
commented: You dirty manipulating liar,
you think you're going to get away with
it. Roy in hell 5h

Reply   ♡ Like

2:20

< **Notifications**

**New**

 **wavez.pluto** commented: bih 2h
♡ Reply

 **ursugapapi** started following you. 3h
 Follow

 **gabesterstudios** commented: @jibrabd nah she hasn't seen these yet but don't worry she will ;) 4h
♡ Reply

 **gabesterstudios** commented: Yea it wasn't a very fun experience 4h
♡ Reply

 **mr_sev3nn** commented: Why are you lying about Tate? Why are you scamming people? Why did you manage to kill a man you sick woman? Don't try to hide, even name change or makeup won't hide you, .. 4h
♡ Reply

 **official.mahsam** commented: FREE TOP G 4h
♡ Reply

 **jibrabd** commented: She is deleting comments 4h
♡ Reply

 **djkeitho_** commented: You killed a man with your lies!! 4h
♡ Reply

   

1:56

**All activity** ⌄

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h

⊙ Reply    ♡ Like

**danieldragovicemd**
commented: A man killed himself because of you. Are you proud of yourself? Don't you feel ashamed of yourself? 3h

⊙ Reply    ♡ Like

**Abrham**
commented: 7 men wtf. Lucky you didn't do it to me you murder 3h

⊙ Reply    ♡ Like

**Neo**
commented: I call you a woman who put innocent men in prison and you will pay for your actions. 3h

⊙ Reply    ♡ Like

**Abrham**
commented: ▮▮▮▮▮▮▮ you killed my brother you are a murder 3h

⊙ Reply    ♡ Like

**Neo**
commented: Because of your accusations, an innocent man killed himself. But with the Tates you have chosen the wrong ones. 3h

⊙ Reply    ♡ Like

**Abrham**
commented: Wait for your time carma is coming 3h

2:24



**Thomas Tank**
gambytom



**Thomas Tank**
gambytom · Instagram
0 followers · 0 posts
You don't follow each other on Instagram

View profile

YESTERDAY 8:14 PM

I hope you burn in hell



you disgusting fuck

**Accept message request from Thomas Tank (gambytom)?**
If you accept, they will also be able to call you and see info such as
your activity status and when you've read messages.

Block          Delete          Accept



Top · Latest · People · Photos · Videos

💬 146    🔁 516    ♡ 4,599    �📊 748K    ⬆️

**Tate News** @TateNews_ · 6d

She uses social media to manipulate and lure innocent men and end up extorting them.

She goes by the fake name

To all the men she accused,

She lied about her age, lied about her name,

She ended up falsely accusing everybody.

💬 33    🔁 93    ♡ 1,135    📊 86.5K    ⬆️

**Tate News** @TateNews_ · 6d

The man who was falsely accused by _____ _____ (same woman who is falsely accusing Andrew and Tristan Tate)

Completely innocent.

RIP.

2:24

<  **Seihan**
sai.brln



**Seihan**

sai.brln · Instagram

92 followers · 3 posts

You don't follow each other on Instagram

**View profile**

YESTERDAY 8:18 PM

Shame on you. Hope you get what you deserve 😉

Should I worry about being accused of kidnapping you now? 😉



**Accept message request from Seihan (sai.brln)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

**Block**    **Delete**    **Accept**



All activity ⌄

⚠️ 3h
💬 Reply  ♡ Like

**yekhih**
commented: You have a nice Cobra tattoo on your arm. I bet it makes you think of someone 3h
💬 Reply  ♡ Like

**Real**
commented: She falsely accused 7 men, one of them killing himself because of it, goes by [redacted] Falsely accused the Tate brothers. 3h
💬 Reply  ♡ Like

**Millionaire**
commented: Free Top G 3h
💬 Reply  ♡ Like

**Places On Earth** 🌍
commented: Karma will come 3h
💬 Reply  ♡ Like

**Paolo Conti**
commented: You're going to burn in Hell. 7 falsely accused man and one even took his life. Karma is coming for you. Changing your identity again won't help you. 😂 4h
💬 Reply  ♡ Like

**Leo Brown.**
commented: Free the Tate brothers 4h
💬 Reply  ♡ Like

**user9983722791841**
commented: Have fun getting sued, FREE TOP G! 4h

10:26

 

< **Dylan**
dylzzz_247r



**Dylan**

dylzzz_247r · Instagram

622 followers · 4 posts

You don't follow each other on Instagram

**View profile**

7:20 AM

Wagwan

Tristan and Andrew haven't done anything so stop making up manipulative lies u matrix agent



**Accept message request from Dylan (dylzzz_247r)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

**Block**     **Delete**     **Accept**

< **Post** ...

16 likes

June 14

Top comments ⌄

the_rockenstein 5w
So great
Reply    Hide

sabeeh._.rana 2h
Shame on u false accuser
3 likes    Reply    Hide

marco_cabrera28 2h
@topglegion
2 likes    Reply    Hide

marco_cabrera28 2h
@topgtool
2 likes    Reply    Hide

Hidden by Instagram

333imperator333driver333eagle3 3h
What goes around comes around
3 likes    Reply    Unhide

wavez.pluto 3h
you're a sick bitch who should face jail time,
framing the tates and even having 1 person
commit suicide
2 likes    Reply    Unhide

❤️ 🙌 🔥 👏 😢 😍 😮 😂

GIF



10:29

<  **Andrea Petee**
andreapetee

## Andrea Petee

andreapetee · Instagram

17K followers · 37 posts

You don't follow each other on Instagram

View profile

7:56 AM

What's up manipulator!! 

U gonna get fucked really hard by the Tates!

**Accept message request from Andrea Petee (andreapetee)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

Block    Delete    Accept



**All activity** ⌄

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h

☺ Reply   ♡ Like

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h

☺ Reply   ♡ Like

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h

☺ Reply   ♡ Like

Today

**Abu Maryam**
commented: You will see on Judgment Day. #freetopG 3h

☺ Reply   ♡ Like

**Neo**
commented: I wouldn't say that about someone who accuses 7 innocent men of human trafficking. 3h

☺ Reply   ♡ Like

**Mentor**
commented: You will rot in jail. Time will come. Justice will be served. 3h

☺ Reply   ♡ Like

**rodrigues**
commented: a men killed himself bc of her 3h

☺ Reply   ♡ Like

10:26

 

<  clirim.jashari

clirim.jashari

Instagram

8K followers · 3 posts

You don't follow each other on Instagram

View profile

9:26 AM

 You're a really discussing person if that all comes true and you lied you deserve to spend all of your life in prison

**Accept message request from clirim.jashari (clirim.jashari)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

Block          Delete          Accept

10:30

< **TYRON LATRELL**
tyronlatrell



**TYRON LATRELL**

tyronlatrell · Instagram

88 followers · 0 posts

You don't follow each other on Instagram

View profile

5:53 AM



I would like to book you for a confession. You can upload a video where you admit again that you accuse 7 men of human trafficking and one has already killed himself because of your accusations. Your karma will get you.

**Accept message request from TYRON LATRELL (tyronlatrell)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

Block | Delete | Accept

2:20

< **Notifications**

 with your lies!! 4h

♡  Reply

 **nj_d3m** commented: @gabesterstudios I see 5h

♡  Reply

 **gabesterstudios** commented: She pulled very similar moves like another evil woman named "Angel" ( ironic I know) Angel did very similar things to my friend. She has about 8 other men she lied about. And when I saw this woman was involved in the tate case I was shocked. Right now that viper Angel is living peacefully and after seeing this tate case I'm not done with her yet 6h

♡  Reply

 **nj_d3m** commented: @gabesterstudios is the most honest answer  I agree 6h

♡  Reply

 **methlo97** commented: I hope you get your karma for lying about Tate. Along with people seeing your true colors 7h

♡  Reply

 **gabesterstudios** commented: Because she's a viper 7h

♡  Reply

 **gabesterstudios** commented: Nothing but a worthless viper that won't get too far in life. You're hard to look at and that horrible make up won't fix it 7h

♡  Reply

 **itz_rehan_86** started following      Follow

               

1:56

< All activity ⌄

New

Arnie ⚡︎
commented: Karma is gonna get you so
bad, goodluck 🙂 3m
☺ Reply   ♡ Like

Beyond Sane207
liked your video. 19m

SRI.RIS
liked your repost. 25m

sosa
commented: Karma is a bitch 58m
☺ Reply   ♡ Like

user6800724154018
commented: Shaytan 1h
☺ Reply   ♡ Like

user6800724154018
commented: You depressed liar. Why'd
you lie about the tates? 1h
☺ Reply   ♡ Like

Delalicbrur
commented: U will receive what u did
to the tate brothers, justice will be
served. 1h
☺ Reply   ♡ Like

Leo Brown.
commented: Yes she has also accused
7 other men of human trafficking and







9:47

Top    Latest    People    Photos    Videos

229

**Extrace Today** ✓ @ExtraceToday · 6d

he man who was accused by
same woman who is  accusing
Andrew and Tristan Tate,  Sh0t himself.

2        8        1,370

10:29

< **Reid Hopkins**
it.reid.aar



**Reid Hopkins**

it.reid.aar · Instagram

2.6K followers · 18 posts

You don't follow each other on Instagram

**View profile**

9:18 AM

 Keep changing your name, we'll always find you

**Accept message request from Reid Hopkins (it.reid.aar)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

**Block**   **Delete**   **Accept**

1:56

**All activity** ⌄ ●

‹

**foivos_stellatos**
commented: Falsely accusing 7 men for
human trafficking is crazy. 6h
♡ Reply  ♡ Like

**foivos_stellatos**
commented: We already know you are
a registered sex offender as you have
falsely accused 7 fucking men of
human trafficking. 6h
♡ Reply  ♡ Like

**Money is not real**
commented: yeah is the bitch who
made false accusations to 7 Men 6h
♡ Reply  ♡ Like

**Pay767, Money is not real** and **3 others**
added your video to Favorites. 6h

**Killian Donnegan, Arian Intekhar** and
**49 others**
liked your video. 6h

**Breezy**
commented: Karma will come 7h
♡ Reply  ♡ Like

Yesterday

**RealWorldsBrotherhood, WaleeD_**🏴
🌙 and **37471 others**
liked your photos. 20h

**WaleeD_**🏴🌙
commented: Ain't you ▬▬▬▬?
you look like her. 20h
♡ Reply  ♡ Like

This week

9:46

**Top**    Latest    People    Photos    Videos

💬 45    🔁 98    ❤ 594    📊 39.6K    ⬆

**Tate News** @TateNews_ · 5d   ···

_____ who is currently falsely accusing the Tate brothers has falsely accused over 10+ people of heinous crimes that she later on admitted were false via wiretapped transcripts.

💬 25    🔁 70    ❤ 840    📊 72.3K    ⬆

**Tate News** @TateNews_ · 6d   ···

Passed away April 10th 2020.

He committed s*icide because he was falsely accused by         the same woman who is falsely accusing Andrew Tate,

The same woman who was caught planning to fake cry, planning to frame the Tate brothers via wiretaps

💬 39    🔁 160    ❤ 1,395    📊 103K    ⬆

**Morpheus** ✔ @ReachMorpheuss · 6d   ···

The guy who took his own life because h
falsely accused by

➕

10:28

‹  **95faleh**



**95faleh**

Instagram

917 followers · 0 posts

You don't follow each other on Instagram

**View profile**

8:20 AM

You're the definition of a stupid ass hoe.

**Accept message request from 95faleh?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

**Block**     **Delete**     **Accept**



5:35



< **Harrison Ward** ✔
  harrisonwardofficial



**Harrison Ward** ✔

harrisonwardofficial · Instagram

20K followers · 7 posts

You don't follow each other on Instagram

**View profile**

SUN 8:32 AM



You made a man kill himself…

You will be done for this when it's over, trust me I hope you have some savings.

**Accept message request from Harrison Ward (harrisonwardofficial)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

Report    Delete    Accept

2:24



< ◯ **Abdirahman Jibril**
jibrabd



**Abdirahman Jibril**

jibrabd · Instagram

144 followers · 0 posts

You don't follow each other on Instagram

[ **View profile** ]

YESTERDAY 5:51 PM

You're a killer, I feel bad for that poor man that killed himself because of you. Remember this. YOU ARE A KILLER.

◯ 

**Accept message request from Abdirahman Jibril (jibrabd)?**

If you accept, they will also be able to call you and see info such as your activity status and when you've read messages.

[ **Block** ]  [ **Delete** ]  [ **Accept** ]

< **All activity** ∨ •



dear 6h
Reply   Like

beiduevsi
commented: You can't fool us we know
who you truly are... 6h
Reply   Like

Gabester
commented: Simp 6h
Reply   Like

Swiiftzyyfanpage
commented: FREETOPG 6h
Reply   Like

Swiiftzyyfanpage
commented: FREETOPG 6h
Reply   Like

Swiiftzyyfanpage
commented: FREETOPG 6h
Reply   Like

Swiiftzyyfanpage
commented: she is he has completely
erased her past identities to cover up
her past 6h
Reply   Like

Marin
commented: We know you are the liar
                          You will be held
responsible! 6h
Reply   Like

265
commented: Beautiful voice, just wish
that one of the 7 guys you falsely



**All activity** ∨

**Swiftzyyfanpage**
commented: she is he has completely erased her past identities to cover up her past 6h

Reply    Like

**Marin**
commented: We know you are the liar Emma Gabbey. You will be held responsible! 6h

Reply    Like

**265**
commented: Beautiful voice, just wish that one of the 7 guys you falsely accused for money who killed himself could listen to it 🔥 6h

Reply    Like

**FF7**
commented: We know what you did btw 6h

Reply    Like

**foivos_stellatos**
commented: Falsely accusing 7 men for human trafficking is crazy. 6h

Reply    Like

**foivos_stellatos**
commented: We already know you are a registered sex offender as you have falsely accused 7 fucking men of human trafficking. 6h

Reply    Like

**Money is not real**
commented: yeah is the bitch who made false accusations to 7 Men 6h

Reply    Like



1:56

< **All activity ∨** •

commented: Straight to prison you
monster 5h

😊 Reply    ♡ Like

**Journeytonormality**
commented: You dirty manipulating liar,
you think you're going to get away with
it. Roy in hell 5h

😊 Reply    ♡ Like

**albania_mma**
commented: Free Tate 5h

😊 Reply    ♡ Like

**Make money quick**
commented: You have accused 7
innocent men of sexual assault and
even one of them killed their selves
due to the pressure. You are an evil
person 6h

😊 Reply    ♡ Like

👑
commented: Your time will come my
dear 6h

😊 Reply    ♡ Like

**beiduevsi**
commented: You can't fool us we know
who you truly are... 6h

😊 Reply    ♡ Like

**Gabester**
commented: Simp 6h

😊 Reply    ♡ Like

**Swiiftzyyfanpage**
commented: FREETOPG 6h

😊 Reply    ♡ Like

9:27

◀ WhatsApp

← **Tweet**

**Tate News**
@TateNews_

•••

🚨 INFO 🚨

███████████ changed her identity and even looks to cover up her past.

Her past contained over 10 false accusations against innocent men

She went by ████████ in her past,

Then she went by ████████

Then she went by ███████ after the Tates case.



VISUAL
IDENTIFIERS

ADULT

TEENAGER

Tweet your reply

◀ WhatsApp

against innocent men

She went by ██████████ in her past,

Then she went by ██████████

Then she went by ██████████ after the Tates
case.



4:48 PM · 7/21/23 from Earth · **121K** Views

**112** Retweets  **3** Quotes  **965** Likes  **47** Bookmarks

Tweet your reply

    

9:27

◀ WhatsApp

## Tweet

←



**Tate News**
@TateNews_

···

▓▓▓▓▓▓ the woman who is currently falsely accusing the Tate brothers has changed her identity 2-3 times after the public allegations.

Before the false allegations she went by ▓▓▓▓ ▓▓▓▓ Now she goes by ▓▓▓▓▓ ▓▓▓▓

SHE IS COVERING UP HER PAST!



Tweet your reply

9:27

◄ WhatsApp

her identity 2-3 times after the public allegations.

Before the false allegations she went by ▮▮▮▮
▮▮▮▮ Now she goes by ▮▮▮▮▮▮
▮▮▮▮▮

SHE IS COVERING UP HER PAST!

4:43 PM · 7/21/23 from Earth · **39.6K** Views

**93** Retweets **5** Quotes **594** Likes **24** Bookmarks

Tweet your reply

