# EXHIBIT E



**U.S. Language Services L.L.C.**
info@uslanguageservices.com | +1-240-673-2933
3 Bethesda Metro Center, Suite 700
Bethesda, Maryland, 20814 - USA



American Translators Association
Corporate Member: 272027

# Certification of Translation Accuracy

Translation of an Information File from Romanian to English

Furnished on September 7, 2023

As an authorized representative of U.S. Language Services LLC, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by Robert Long ( *Robert Long* ) an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

Accordingly, as an authorized representative of U.S. Language Services LLC, I verify that I have proofread this document and I certify that the attached document is a faithful and authentic translation of its original. This is to certify the correctness of the translation only. We do not make any claims or guarantees about the authenticity or content of the original document. Furthermore, U.S. Language Services LLC assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

*Alyssa Morse-Salvati*
-------------------------------------------
Alyssa Morse-Salvati
U.S. Language Services LLC
Order Date: September 7, 2023

U.S. Language Services LLC verifies the credentials and/or competency of its translators and this certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). U.S. Language Services LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. By having accepted the terms and conditions set forth in order to contract U.S. Language Services LLC s services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against U.S. Language Services LLC. Consequently, U.S. Language Services LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of U.S. Language Services LLC s services.

*Portal > BUCHAREST Court of Appeals > Information File*

General Information
Parties
Hearings
Means of Appeal
Publication of Summons

## General Information

| | |
|---|---|
| Unique No. (old format): | 18906/3/2023/a1.2 (2581/2023 ) |
| Registration date: | 07/24/2023 |
| Date when last amended: | 08/23/2023 |
| Section: | Section I – Criminal Matters |
| Subject: | Criminal Law |
| Regarding: | Verification of preventive measures (Art. 205 of the New Code of Criminal Procedure [NCPP]) CO – CP |
| Procedural Stage: | Appeal (NCPP) |

## Parties

| Name | Acting as |
|---|---|
| Tate III, Emory Andrew | Appellant-Defendant |
| Tate, Tristan | Appellant-Defendant |
| Radu, Luana Alexandra | Appellant-Defendant |
| Naghel, Georgiana Manuela | Appellant-Defendant |

## Hearings

### 08/04/2023

Estimated time: 9:00 AM
Panel: S1 APPEALS Recess
Solution type: Granted
Solution summary:

Decision No. 428/CP – Pursuant to Art. 425, Section 1, Para. 7, Point 2, Letter a), in relation to Art. 205 of the Code of Criminal Procedure, the appeals filed by the Defendants Tate III Emory Andrew, Tate Tristian, Radu Luana Alexandra, and Naghel Georgiana-Manuela against the decision of the Preliminary Chamber Judge of the Court Bucharest, Section I – Criminal Division, pronounced on 07.18.2023 in Case No. 18906/3/2023/a1.2, have been admitted.

The contested decision has been annulled and re-evaluated:

Pursuant to Art. 348 of the Code of Criminal Procedure, with reference to Art. 207 of the same Code, the legality of the house arrest ordered for the Defendants Tate III Emory Andrew, Tate Tristian, Radu Luana Alexandra, and Naghel Georgiana-Manuela has been confirmed.

Pursuant to Art. 242, Para. 2 of the Code of Criminal Procedure with reference to Art. 211 *et seq*. of the Code of Criminal Procedure, the house arrest ordered for the Defendants Tate III Emory Andrew, Tate Tristian, Radu Luana Alexandra, and Naghel Georgiana-Manuela has been replaced by the preventive measure of judicial control for a period of 60 days, from August 4, 2023, to October 2, 2023, inclusive.

Pursuant to Art. 215, Para. 1 of the Code of Criminal Procedure, the Defendants Tate III Emory Andrew, Tate Tristian, Radu Luana Alexandra, and Naghel Georgiana-Manuela must comply with the following obligations:

a) to appear before the Preliminary Chamber Judge or before the Court whenever summoned to do so;

b) to immediately report any change of address to the Judicial Authorities that ordered the measure or to the Court where the case is pending;

c) to report to the designated police unit for monitoring and supervision, namely the police station corresponding to the jurisdiction of the Defendants' places of residence, according to the supervision schedule drawn up by the police authority or whenever summoned.

Pursuant to Art. 215, Para. 2 of the Code of Criminal Procedure, the Defendants Tate III Emory Andrew, Tate Tristian, Radu Luana Alexandra, and Naghel Georgiana-Manuela are ordered to comply with the following obligations for the entire duration of the judicial control measure:

a) to not leave the territorial limits of Ilfov County and the Municipality of Bucharest, except with the prior approval of the Preliminary Chamber Judge or of the Court;

b) the defendants Radu Luana Alexandra and Naghel Georgiana-Manuela must not approach each other, nor the Defendants Tate III Emory Andrew and Tate Tristian. The latter Defendants can approach each other but cannot approach the co-defendants Radu Luana Alexandra and Naghel Georgiana-Manuela; all four Defendants must not approach the witnesses proposed in the indictment: ▮. – (date), ▮. – (date), ▮. – (date), ▮ - (date), ▮. – (date), ▮ (date), L.L.S. – (date), ▮ – (date), ▮ (date) and ▮ – (date); Additionally, they must not approach the following Injured Parties/Civil Parties: ▮ (date), ▮ (date), ▮ (date), ▮ (date), or the family members of the injured parties or civil parties, and must not communicate with these persons, directly or indirectly, in any way;

c) to periodically provide relevant information about their means of subsistence and how they support themselves;

d) to not possess, use, or carry any weapons.

Pursuant to Art. 215, Para. 3 of the Code of Criminal Procedure, the Defendants Tate III Emory Andrew, Tate Tristian, Radu Luana Alexandra, and Naghel Georgiana-Manuela have been warned that in the event of a willful breach of their obligations, the judicial control measure may be replaced by house arrest or pre-trial detention.

Pursuant to Art. 215, Para. 4 of the Code of Criminal Procedure, the compliance by the Defendants Tate III Emory Andrew, Tate Tristian, Radu Luana Alexandra, and Naghel Georgiana-Manuela with their obligations during the judicial control measure will be supervised by the police station corresponding to the jurisdiction of the Defendants' places of residence.

Pursuant to Art. 275, Para. 3 of the Code of Criminal Procedure, the judicial expenses covered in advance by the State shall remain the responsibility of the Defendants.

The fee for the English language interpreter, for an equivalent of six hours of service, will be covered in advance by the funds of the Ministry of Justice.

This decision shall be translated into English. It is final and enforceable. Pronounced today, 08.04.2023, during a closed session.

Document(s): Final Decision 428/2023 from the Closed Session held on 08/04/2023

## 08/01/2023

Estimated time: 9:00 AM
Panel: S1 APPEALS Recess
Solution type: Postponement of the Ruling
Solution summary: Ruling date set for 08/04/2023
Document(s):

**Means of Appeal**

| Declaration Date | Declarant | Means of Appeal |
|---|---|---|
| 07/18/2023 | Naghel Georgiana Manuela, Radu Luana Alexandra | Appeal (NCPP) |
| 07/19/2023 | Tate III Emory Andrew, Tate Tristan, | Appeal (NCPP) |
| 07/19/2023 | Tate III Emory Andrew, Tate Tristan, | Appeal (NCPP) |
| 07/20/2023 | Tate III Emory Andrew, | Appeal (NCPP) |
| 07/20/2023 | Tate Tristan, | Appeal (NCPP) |

**Publication of Summons**

No information available