UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:23-cv-81150-RLR

ANDREW TATE & TRISTAN TATE,

    Plaintiffs

vs.

JANE DOE, et al.,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

    THIS CAUSE having come before the Court on the Defendants' Motion to proceed under pseudonym and for protective order, pursuant to Rule Fed. R. Civ. P. 5.2, Fed. R. Civ. P. 10, and Fed. R. Civ. P. 26 and for good cause due to the intimate nature of the matter, the pending criminal prosecution against the Tates, and the threats to the Defendants safety and privacy. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion for pseudonym is GRANTED. The Plaintiffs shall keep the Defendants' identities confidential throughout the pendency of this case and thereafter. The clerk is directed to change the case caption immediately in accordance with the pseudonym's requested for each Defendant in Defendants' motion.

DONE AND ORDERED in Chambers at _____ Florida, this _____ day of _____.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE