**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**
**CIVIL DIVISION**

**TRISTAN TATE, an individual and**
**ANDREW TATE, an individual**

               Plaintiffs,

       v.

**EMMA GABBEY, an individual,**
**MONA TABBARA GABBEY, an individual,**
**WILLIAM GABBEY, an individual,**
**ALIONA UNTILA, an individual, and**
**MATTHIEU MARTELLY, an individual**

               Defendants,

**CASE NO. 502023CA011904XXXXMB**
**DIV.**      **AI**

---

### EXHIBITS TO AMENDED COMPLAINT

**EXHIBIT A:** Second Amended Complaint of Kenneth Marlin Fisher v. Emma Aida Gabbey and Dani Pinter, Circuit Court of The Fifteenth Judicial Circuit, Palm Beach Country, Florida, on July 9, 2023. Case No: 502023CA011740XXXXMB.

**EXHIBIT B:** Compilation of text, WhatsApp, and other relevant messages of E. Gabbey from the Romanian file.

**EXHIBIT C:** Temporary Injunction for Protection Against Domestic Abuse filed against M. Fisher by E. Gabbey.

**EXHIBIT D:** Investigator's Affidavit memorializing interview with Jason Milner.

**EXHIBIT E:** Investigator's Affidavit memorializing interview with Adam Heinrich.

**EXHIBIT F:** Investigator's Affidavit memorializing interview with Joel Frydman.

**EXHIBIT G:** Emma Gabbey's false statements to the Romanian government.

**EXHIBIT H:** Sworn Statements of Iasmina Pencov.

**EXHIBIT I:** Sworn Statements of Beatrice Anghel.

**EXHIBIT J:** Social media posts of E. Gabbey on the French Riviera.

**EXHIBIT K:** Social media posts by E. Gabbey – Compilation 1.

**EXHIBIT L:** Social media posts by E. Gabbey – Compilation 2.

# EXHIBIT A

Filing # 177088845 E-Filed 07/10/2023 11:47:30 PM

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION**

**KENNETH MARLIN FISHER,**
**an individual**

             **Plaintiff,**             **CASE NO.: 502023CA011740XXXXMB**

**v.**                                      **DIV: AA**

**EMMA AIDA GABBEY, an individual,**
**DANI PINTER, an individual**

             **Defendants,**

_____/

**<u>SECOND AMENDED COMPLAINT</u>**

Plaintiff, KENNETH MARLIN FISHER ("Plaintiff", "M. Fisher", or "Fisher") sues Defendant, EMMA AIDA GABBEY ("E. Gabbey") and DANI PINTER ("Pinter") and would show unto the court as follows:

**PARTIES**

1. Plaintiff, M. Fisher, is a software engineer residing in Palm Beach County, Florida.

2. Defendant, Emma Aida Gabbey, on information and belief, is a sugar baby[1] and aspiring musician, residing in Palm Beach County, Florida.

3. Defendant, Emma Aida Gabbey, on information and belief, is an adult over the age of 18 and is otherwise *sui juris*.

4. Defendant, Dani Pinter, is an attorney residing in Washington D.C.

5. Defendant, Dani Pinter, on information and belief, is an adult over the age of 18 and is otherwise *sui juris*.

---

[1] According to dictionary.com a sugar baby is a younger person who provides romantic companionship or sexual intimacy to a wealthy older person in return for gifts or financial support.

## JURISDICTION AND VENUE

6.  This is a Complaint for damages in excess of $50,000.00 for extortion, civil conspiracy, intentional infliction of emotional distress and abuse of process.

7.  This Court has personal jurisdiction over the Defendants and venue is appropriate in this Court, as substantially all the events relating to the causes of action herein occurred in Palm Beach County, Florida or within the State of Florida.

8.  E. Gabbey, upon information and belief, directed her agent, Dani Pinter, to send an extortionate email into the State of Florida and to a Florida Resident. E. Gabbey also sent extortionate messages within or into the State of Florida.

9.  Dani Pinter, in fact, sent an extortionate email to a resident of Florida, within the State of Florida.

10. E. Gabbey intentionally inflicted emotional distress on M Fisher, within the State of Florida over a period of several years.

11. All conditions precedent to filing this complaint have been satisfied.

## STATEMENT OF FACTS

12. M. Fisher is a software engineer that has resided in the State of Florida since he was a child.

13. He went to a single local Palm Beach Gardens school for his primary schooling.

14. Upon graduation from high school, M. Fisher went on to major in information technology at Florida State University.

15. M. Fisher has held a steady job since his graduation and is currently a software engineer.

16. In June 2018, M. Fisher met E. Gabbey, on an online dating site called OkCupid, under the false name of Eden.

2

17. At the time, M. Fisher believed that E. Gabbey was a 23 year old woman named Eden, which was reflected by her online dating profile.

18. For over 3 months of dating, M. Fisher only knew E. Gabbey as 'Eden.'  E. Gabbey presented herself as innocent and harmless to M. Fisher over the initial few months.

19. For several months, E. Gabbey led M. Fisher to believe that she was 23 years old.

20. It was not until M. Fisher discovered an online Tinder dating profile, registered to E. Gabbey, did E. Gabbey then lead him to believe that she was 22 years old.

21. The following exchange took place between M. Fisher and E. Gabbey, on or about September 11, 2018:

> i.    **E. Gabbey: "I didn't have tinder in 2014?"**
> ii.   **E. Gabbey: "Not until the end of 2017."**
> iii.  **E. Gabbey: "I don't remember making this?"**
> iv.   **Fisher: "It used your Facebook to login."**
> v.    **E. Gabbey: "it says I'm 24 in this."**
> vi.   **E. Gabbey: "I'm 22."**
> vii.  **E. Gabbey: "I was born in 96."**

A true and correct copy of the text messages have been incorporated herein as Exhibit A

22. After this exchange, M. Fisher and E. Gabbey continued dating.  On one date, they went out for food and a restaurant employee recognized 'Eden' and called her 'Emma,' which she responded to without even realizing. This prompted M. Fisher to look online to see if he could find out anything about 'Emma Gabbey' rather than 'Eden Gabbey.'

23. At that time, upon further investigation, M. Fisher found a 2015 Facebook posting, which indicated that a 15 year old, bearing an almost identical resemblance to E. Gabbey, had run away from home and was missing. A true and correct screen grab of such posting has been incorporated herein  by reference as Exhibit B.

24. Using the timestamp on the Facebook posting and the age stated in the posting, M. Fisher questioned E. Gabbey about her age.

25. After extensive research, M. Fisher came to the conclusion that E. Gabbey was under the age of 18 and indicated that it was only fair that the public knew the truth to shield themselves from E. Gabbey's deception of luring men into relationships with an underage woman.

26. The following transcription of yet another text conversation with Marlin Fisher depicts E. Gabbey's deception and manipulation at even greater length. The following evidences depicts a sophisticated plotter, who understands full well the legal consequences of her lies about her age being exposed:

    i.    **E. Gabbey: "or threatened to have all my information used against me in my ▮▮▮** (Potentially Confidential according to Rule 2.240) **case…".**

    ii.    **M. Fisher: "I think I need you to kill "Eden, 22" and become "Emma, 17."**

    iii.    **E. Gabbey: "Yeah... I can't really tell people my age though until I turn 18."**

    iv.    **E. Gabbey: "I think it's important for me to not put the case on the line"**

    v.    **M. Fisher: "It's taken me a while, but I realize that believing you intend to change while you continue to live a lie is just me lying to myself."**

    vi.    **E. Gabbey: "If you are looking for me to publicly tell my actual age &a name today or before my case is over, I'll sadly have to inform you that I won't. If that is what it takes to prove myself to you, I won't be able to."**

    vii.    **E. Gabbey: "Well I won't now that we are done."**

    viii.    **M. Fisher: "Emma, that's up to you."**

    ix.    **M. Fisher: "But lying to the world so that you can lie in court. Thats a fucked up reason and a fucked up priority."**

    x.    **E. Gabbey: "So I can lie in court? 😂 ok."** *Emphasis Added.*

    xi.    **M. Fisher: "You don't mind if I let [M]anzino know you're 17 do you?"**

    xii.    **E. Gabbey: "Why would you do that? Your threatening me because I want to change."**

    xiii.    **E. Gabbey: "I can come back if you don't do that."**

    xiv.    **E. Gabbey: "I'm choosing to protect my identity and temporal futures."**

    xv.    **E. Gabbey: "Nobody's life is at risk."**

    xvi.    **M. Fisher: "Everyone you fucked is at risk. Thought you learned something from that call. More bullshitting?"**

    xvii.    **E. Gabbey: "I did learn. I won't be fucking anybody older anymore unless they know my age & if they consent to that, it's on them…."**

A true and correct copy of the text messages are incorporated herein by reference as Exhibit C.

27. Throughout other portions of this exchange, E. Gabbey accuses M. Fisher of terrible abuses, which were completely untrue and could only be seen as her trying to create a fictional, but criminally damaging series of events, which did not happen.

28. As the conversation continued, E. Gabbey confesses to another reason for lying about her age: she enjoys exploiting her suitors like a predator. Also, when confronted by M. Fisher about her scheme, she immediately goes on the defensive.  E. Gabbey equates being exposed as a liar with "blackmail" and a threat to her own wellbeing, casting herself as the victim – believing that, in telling the truth, M. Fisher had "betrayed" and "abandon[ed]" her.  The following exchange took place between E. Gabbey and Fisher:

 i. M. Fisher: "Then why hide your age from anybody at all Emma?"

 ii. E. Gabbey: "Because I don't want to share my identity because of my case… and I want to drink and have fun :)."

 iii. M. Fisher: "Jesus Christ, you're evil Eden."

 iv. E. Gabbey: "I'll do what I need to do. Give me a deadline for after my court case, I'll do it for you :)."

 v. M. Fisher: "I'm doing it for you right now. Your case is irrelevant and has no bearing on the legality for him, me, or countless others – we're all trapped by that, and most of us weren't aware if what you were having us do until it was too late."

 vi. E. Gabbey:  "You are willing to blackmail me to ruin my rape case? All of this behavior happened AFTER the case. My choices."

 vii. E. Gabbey: "You're putting peoples lives as predicament."

 viii. E. Gabbey: "You don't know if any of his private investigators were watching me after what happened."

 ix. M. Fisher: "I don't need your consent to tell people your age or name. You agreed to make that information public about 50 times over every time you accepted the terms and conditions of each social site… You have no intent or desire to change you have no plan to change."

 x. M. Fisher: "Thanks for those call logs by the way, and that list of promises, and posting me on Instagram, etc etc etc."

 xi. E. Gabbey: "When did I post you on Instagram."

 xii. E. Gabbey: "Oh . Why would I post someone who's blackmailing me on Instagram".

 xiii. E. Gabbey: "Youre blackmailing me to get what you want".

 xiv. M. Fisher: "I don't want anything, and because I don't want anything it's not blackmail."

 xv. E. Gabbey: "If you chose to blackmail me, I would have no choice expect to be honest with the world about what you've done to me, why, and you would have to suffer repercussions of the truth. Among several men that attributing to my problems and behavior… of whom I also have evidence for.. "

5

    xvi. **M. Fisher: "I hear your points, and I'm not manipulating you to do anything. You could do something to prevent me if this were blackmail. There is nothing you can do. I hoped you wouldn't be shallow and selfish, I hoped you would show me you care. You showed me you don't care at all."**

    xvii. **E. Gabbey: "you *blackmailed*, *betrayed* my trust, & *abandoned* me." *Emphasis Added*.**

    xviii. **E. Gabbey: "Thanks for *abandoning* me." *Emphasis Added*.**

A true and correct copy of the text messages are incorporated herein by reference as Exhibit C.

29. E. Gabbey refuses to be accountable for her repulsive sequence of lies, but purposefully continues to perpetrate emotional and life time damage to anyone she finds in her path. She does this by refusing to allow them to know the truth and intentionally harming them with unscrupulous and devious tactics – such as blaming and blackmailing M. Fisher to force forgiveness and incite fear, as evidenced in Exhibit C.

30. E. Gabbey misled M. Fisher about her age on multiple occasions, using different ages and different excuses why she could not show an identification, which follows a pattern confirmed by witnesses and what E. Gabbey has done to others. On one occasion Fisher and E. Gabbey had the following exchange regarding identification for name and age verification:

    i. **M. Fisher: "Send me a photo of your ID please."**

    ii. **E. Gabbey: "I have to go to the dmv tomorrow to get a new one. I'll send you a picture tomorrow."**

    iii. **M. Fisher: "You said you have one there. I'm not interested in what you can show me tomorrow."**

    iv. **E. Gabbey: "I have a passport here."**

    v. **E. Gabbey: "And an old fake."**

    vi. **M. Fisher: "Let me see them all."**

    vii. **E. Gabbey: "I'm pretty sure I lost my suspended license but for sure."**

A true and correct copy of the text messages are incorporated herein by reference as Exhibit D.

31. All of these messages regarding E. Gabbey actively concealing her age from the general public, using the induction of men into sexual encounters with a minor, concealing her age to drink and enter bars and nightclubs, and refusing to admit the truth about her lying about her age on various media profiles, even during a criminal court proceeding, shows that E. Gabbey does this with treachery, premeditation, and advantage.

B. Emma Gabbey's Lies About Her Age To Tyler Hensel

32. E. Gabbey's lies did not stop with M. Fisher.  Upon information and belief, Tyler Hensel, another former casual partner of E. Gabbey, was manipulated, by Gabbey to believe that she was 26 years old.  Hensel, who was approximately 35 at the time he had intercourse with E. Gabbey, and was thus deceived into believing he was having a licit relationship.

33. Eventually, upon learning that E. Gabbey had communicated a different age to someone else, Hensel began questioning E. Gabbey about her age, which got E. Gabbey to "confess" to him that she was "actually 19 years old." In reality, E. Gabbey was neither 26 nor 19, but approximately 17 and still a minor, therefore demonstrating another situation where E. Gabbey induced a man into having sex while still a minor.

C. Emma Gabbey's Lies About Her Age To Cael Detter

34. E. Gabbey's lies then continued with Cael Detter.  C. Detter's case is yet another example of a former sexual partner of E. Gabbey being induced into an illicit act by E. Gabbey after she lied about her age again.

35. Mr. Detter explained to Inv. Rick Loveridge that he met E. Gabbey on a dating application called Bumble. E. Gabbey represented herself as Eden and the age of 23. A true and correct copy of the Inv. Loveridge's sworn affidavit is incorporated by reference herein as Composite Exhibit E.

36. Moreover, during the course of their relationship, E. Gabbey made up several fictitious "siblings" and "family members," which were actually neither.

37. The following is a partial list of cases where E. Gabbey fabricated a person's relation to her:

      **i.** **According to the sworn affidavit of Joel Frydman, E. Gabbey would go around telling people that Frydman was her brother, which made him very uncomfortable.** The sworn affidavit of Joel Frydman is incorporated here by reference as Exhibit F.

      **ii.** **E. Gabbey described the following people as her brothers and sisters to M. Fisher: Bianca Buda, Mia, Alban, Tyber, and Matt.**

38. In another instance, E. Gabbey misled M. Fisher about a man named Andrew, which E. Gabbey claimed to be her brother to M. Fisher for a period of months, until M. Fisher discovered a video sent from Andrew to E. Gabbey of Andrew in the shower. E. Gabbey portrayed Andrew as a sibling to purposefully trick her then boyfriend and continue to have and conceal a sexual relationship with Andrew from Fisher. A true and correct copy of the text messages are incorporated by reference herein as Exhibit G.

39. E. Gabbey also made the following comments about and references to her alleged "siblings" in text messages to Marlin Fisher:

      **i.** "he scared the shit out of my siblings."
      **ii.** "Unless they were my family… Like Bianca or my brothers."
      **iii.** "I took my sister out to lunch."
      **iv.** "I took my little sister out for lunch on my break."
      **v.** "my brother wanted to go out drinking."
      **vi.** "My brothers are crazy fun hahah."

40. Upon information and belief, most if not all of these fabricated "family members" were invented to cover a web of lies and wrongdoings or to further the selfish interests of E. Gabbey, including using alibi's to cover her cheating, which inflicted distress repeatedly to M. Fisher as he agonized for truth.

41. In the following exchange, E. Gabbey refers to Bianca Buda as her "sister," an obvious lie that was later also discredited by Buda's own mother. According to the sworn affidavit of Investigator Rick Loveridge, the mother of Bianca Buda contacted him and told him that Bianca Buda and E. Gabbey had a falling out approximately four years previously, and that they were "friends" at that time. This, however, did not prevent E. Gabbey from calling Bianca "her sister":

   i. **"Ok I lied. I worked at Bianca's, grabbed food, then went out and drank with Bianca"... "I did it because I wanted to spend time with my sister without any distractions."**

A true and correct copy of the text messages are incorporated by reference herein as Exhibit H. A true and correct copy of the affidavit of Inv. Loveridge is incorporated by reference by reference herein as Composite Exhibit E.

42. E. Gabbey has also made allegations about her parents. E. Gabbey alleged to M. Fisher that her mother, M. Gabbey, is a methamphetamine addict and her father is dead. In the following messages, the outrageous conduct can be seen:

   a. **E. Gabbey: "I don't have an emotional connection with you  You've destroyed it."**
   b. **Fisher: "Father's suicide, brothers overdose, mother trying to take your house, mother finding out were still seeing each other, morhers boyfriend molesting you, 2 fake and horribly vivid rapes, 2 fake pregnancies, 5 fake family members. Did I destroy our emotional connection."**
   c. **Fisher: "Oh completely fake sudden discovery of your adoption."**
   d. **Fisher: "How much of that did I comfort you through, and how much of it was just designed to manipulate me."**
   e. **E. Gabbey: "I did."**
   f. **E. Gabbey: "there you got what you wanted."**
   g. **E. Gabbey: "I destroyed everything."**
   h. **E. Gabbey: "Yes you are correct."**
   i. **E. Gabbey: please don't make out my mom to be a bad mom She's a really amazing woman."**
   j. **M. Fisher: "Ummm. You told me she abandonned you and her two younger children to go on a meth binge? And that the only person to ever help you when you were in need was your older brother Matt."**
   k. **E. Gabbey: "thought that was all clarified."**
   l. **E. Gabbey: "this is fucking stupid."**

A true and correct copy of the text messages are incorporated by reference herein as Exhibit I.

43. In this instance, M. Fisher was trying to clarify yet another falsehood told by E. Gabbey, which put him into a state of extreme and recurrent distress as E. Gabbey became extremely irritated when her own lies were mentioned.

44. E. Gabbey's aversion to telling the truth extended far past fabricating crucial biographical details about her age and family.  Indeed, E. Gabbey's statements establish a flagrant and recurrent pattern of lying behavior, which occurred regularly and was not limited by subject matter.

45. The following text messages show that E. Gabbey is an obsessive liar with a profound and immoral history of bearing false witness against men and women for personal malevolent achievements. These prior statements, of which the following list only scratches the surface, demonstrate a pattern of malicious, deceitful behavior and reckless disregard for truth-telling, by an deeply troubled woman who will stop at nothing to destroy another person's life:

      i.    **E. Gabbey: "The reason I lie is because I chose to!!"**
     ii.    **E. Gabbey: "It would take me a week or so. Dedicating hours to it. No. The list I'm writing of lies I've told."**
    iii.    **E. Gabbey: "Ok you're right. I did lie…"**
    iv.    **E. Gabbey: "I can't & won't promise that I will be able to immediately stop misconstruing a situation if I am unaware that I am doing it. I will stop myself from speaking if I'm going to lie or conceal".**
     v.    **E. Gabbey: "I'm not lying about any guys anymore".**
    vi.    **E. Gabbey: "I know I lied. But I did tell you I met him on ok cupid".**
   vii.    **E. Gabbey: "...I'm so used to lying".**
  viii.    **E. Gabbey: "I shouldn't have lied about lying".**
    ix.    **E. Gabbey: "I'm 17 years old with a lying problem…"**
     x.    **E. Gabbey: "I feel sad about the way my lying has impacted you."**
    xi.    **E. Gabbey: "I've lied countlessly".**

xii.    E. Gabbey: "It was an instant reaction to deceive and avoid accountability for what I had previously lied about".

xiii.   E. Gabbey: "It is difficult for me to change patterns that I've developed and acted by for years."

xiv.    E. Gabbey: "I didn't lie to you maliciously or intentionally. You told me I lied so many times I ended up agreeing with you".

xv.     E. Gabbey: "You deserve somebody who isn't a liar, who can face rejection, and is stronger than I am…".

xvi.    E. Gabbey: "I absolutely have lied to you".

xvii.   E. Gabbey: "I wish I had never lied…"

xviii.  E. Gabbey: "You've made me more honest than I have been in years".

xix.    E. Gabbey: "[I] am impulsive when I am hurt."

xx.     E. Gabbey: "Even if I tell you the truth you're going to leave me".

xxi.    E. Gabbey: "I have lied before intentionally and unintentionally in my life".

xxii.   E. Gabbey: "That was the first time intentionally lied to you about anything like such".

xxiii.  E. Gabbey: "I lied and then told you the truth".

xxiv.   E. Gabbey: "I'm not a liar. I've most definitely lied. I'm certainly not any kind of liar though".

xxv.    E. Gabbey: "Every lie, misconception, and hurtful choice I've told, portrayed, and made should be accounted for".

xxvi.   E. Gabbey: "But I recalled that I lied about it".

xxvii.  E. Gabbey: "And then I plan to compare the texts and see what I've lied about".

xxviii. E. Gabbey: "I compulsively lie and would love to learn how to change that."

xxix.   E. Gabbey: "I'm a liar too".

xxx.    E. Gabbey: "I feel sad about the way my lying has impacted you".

xxxi.   E. Gabbey: "Fuck, I lied."

xxxii.  E. Gabbey: "I have no boundaries I lie because I feel small and I want to feel bigger."

A true and correct copy of the text messages are incorporated herein by reference as Exhibit J.

46. As the exhibits show, in combination with the statements above, E. Gabbey has a high degree of awareness of her unscrupulous, false, and serious corruption of the truth and law for her own personal agenda, with little to no consequences. E. Gabbey has no remorse for her lies and the emotional distress that it has on her victims, blaming others, and even going so far as to victim blame when M. Fisher asked her for the truth.

47. This is not a complete and comprehensive list of the number of times E. Gabbey has previously admitted to lying.

48. Accordingly, by her own repeated declarations and admissions, E. Gabbey had mastered lies of denial, the lies of omission, lies of fabrication, lies of minimization, lies of concealment and lies of exaggeration – in other words, E. Gabbey had mastered the "art of lying." E. Gabbey, since a young age, has exaggerated her looks, used provocative clothing, and sexual language, which can be disarming to her targets. E. Gabbey combines this with a compulsive tendency to fabricate the truth, leading to devastating results that can – and have – destroyed the lives of her targets.

49. In addition to using manipulation and deceit to induce men, like M. Fisher, into sexual relationships with a minor, E. Gabbey has an extended history of having consensual sex with men, revoking consent after the act, and then maliciously accusing said men of abuse, rape, and involuntary confinement for her own selfish purposes. In addition, E. Gabbey has systematically accused both men and women of committing additional heinous crimes against her and other people for crimes, often with or without an apparent reason.  The following examples corroborate these claims of malicious conduct:

    i.    **Louisiana Rape and Imprisonment Allegation:** Three men, one named Maverick, allegedly gave E. Gabbey a place to stay and then took turns raping her.  E. Gabbey said she called from the pay phone to her brother to come save her, but did not make any reports to police. E. Gabbey made it clear to Fisher that this allegation was completely false.

    ii.    **Ft. Lauderdale Rape Allegation:** E. Gabbey accused a man named Douglas Brandon of imprisoning her and raping her during a trip to Fort Lauderdale. She

was able to freely text during this time and had her location shared with M. Fisher. She was able to freely text during this time and admits to making up the rape allegation, as evidenced by text messages incorporated herein by reference as Composite Exhibit K. Furthermore, E. Gabbey miraculously escaped confinement and imprisonment when Marlin Fisher told her that he was going to send police to the location. According to the sworn affidavit of Inv. John DiPaolo, who interviewed Mr. Brandon, no such thing ever took place and it was a blatant lie. In fact, Mr. Brandon and E. Gabbey met on Tinder and had casual intercourse once. E. Gabbey stayed over and left the next morning, as Mr. Brandon was going to play golf, as he recalled. A true and correct copy of the affidavit of Inv. DiPaolo is incorporated herein as Composite Exhibit E.

iii.   **Joel Frydman Rape Allegation:**   E. Gabbey claimed that a man named Joel Frydman raped her. The following exchanges took place between Marlin Fisher and E. Gabbey discussing such allegations:

    a.   **E. Gabbey: "Can I message him to tell him I have a boyfriend" [discussing Joel].** *Emphasis Added.*
    b.   **M. Fisher: As you clearly understand, nobody cares you have a boyfriend. But if you'd like to tell him that he raped you, by all means."**
    c.   **E. Gabbey: ".. I'd like to not put our relationship at risk."**
    d.   **E. Gabbey: "I'll gladly tell him when I'm 18. And anybody else that happened with."**
    e.   **E. Gabbey: "So sweet you are. So you're breaking up with me because I don't want to tell Joel he raped me? One, I don't know if he would tell other people I'm underage. Or who he would tell. And if they know I'm dating you, what happens then? Two, it'd be awkward to go to a drum circle again lol."**

A true and correct copy of the text messages are incorporated herein by reference as Exhibit L.

iv.   **Delray Beach Gang Rape and Imprisonment Allegation:** E. Gabbey claimed that she was locked in a garage and gang raped in Delray Beach, Florida, and was

going to make a police report after she had, again, miraculously escaped confinement. She was able to freely text during this time, as evidenced by text messages incorporated herein by reference as Exhibit M. The following exchange, in pertinent part, took place between M. Fisher and E. Gabbey, on April 5, 2019 (not so coincidentally on the day following Fisher not buying into her pregnancy ruse as illustrated below):

a. **E. Gabbey: "Help."**
b. **Fisher: "Are you okay?"**
c. **E. Gabbey: "I never stopped sharing my location It says I did   I didn't do it I don't have time I have to go Please find my location  just screenshot it  Save it."**
d. **Fisher: "You TURNED off your location services so that it wouldn't say you unshared it…"**
e. **E. Gabbey: "I tried fucking calling you."**
f. **Fisher: "And then you were in danger, but managed to charge your phone, turn off location service, and text, but couldn't call cause that would upset the bad guys."**
g. **E. Gabbey: "Yeah I'm just whatever to you       I know. I've been shitty..     But this.. is the shittiest thing anybody could ever do to someone       I can't believe you promised you'd be there  forever…"**
h. **E. Gabbey: "You don't even care that I'm on the streets."**
i. **Fisher: "You're on the streets? What do you need Emma."**
j. **E. Gabbey: "Please don't say anything mean to me anymore."**
k. **E. Gabbey: "you would never help me."**
l. **Fisher: "I'm offering you help right now."**
m. **E. Gabbey: "My phones goin to die."**
n. **E. Gabbey: "I need to file a police report."**
o. **E. Gabbey: "I have nowhere to go and no other options. There's a detective that I know there that I'm going to talk to."**
p. **Fisher: "My uber password ********."**
q. **E. Gabbey: "Why are you giving me that."**
r. **Fisher: "So you can get a ride, here or to the police station, or home."**
s. **E. Gabbey: "I can't go home       I've tried       I will right in a minute       Phones on 1% anyways       And I have to try going home again after this".**
t. **Fisher: "Push the button."**
u. **Fisher: "If you aren't pushing the button, I have to assume you're deceiving me."**
v. **Fisher: " ...... of course."**
w. **E. Gabbey: "My phone jut turned on."**
x. **E. Gabbey: "I'm in a Lyft my mom got  me  Jug got home."**
y. **E. Gabbey: "She didn't want m to going to the station."**
z. **Fisher: "If your phone died, how did you talk to your mom and get her to lyft you home?"**
aa. **E. Gabbey: "I asked her when my phone was on."**

14

bb. **Fisher:** "After your phone died and you couldn't look at my messages or share your location, you managed to talk to her, convey to her your location, and tell her what happened?"

cc. **Fisher:** "Then you would have already known that you weren't going to the police."

dd. **E. Gabbey** - "I said I was going to try anyways. My mom is letting me here so I don't talk to police.... I really don't want this right now. I don't want to explain myself to you when every time I say something you don't listen or tell me you don't care That's what I'm always on the verge of."

ee. **E. Gabbey:** "And I know if I go to the police station I'm going to be too emotional and end up saying everything."

ff. **Fisher:** "All I've done is listen, that's how I know this doesn't make sense. And now you're racking on an incentive for me to not want you to go to the police."

gg. **E. Gabbey:** "My mom is letting me come over to talk.        She already told me she doesn't want me here."

hh. **Fisher:** "You know my email, that hasn't changed. You know how to log into Uber. And your phone seemed to have enough juice to talk to your mom, explain what happened, convey your location, and have her tell you no to the police and bring you home."

ii. **E. Gabbey:** "She told me she doesn't want me when she initially kicked me out too."

jj. **E. Gabbey:** "Do whatever you want I'm just happy you have grace  I wish I could have sex normally without getting fucking raped."

kk. **E. Gabbey:** "You were supposed to protect me and guide me."

ll. **Fisher:** "Your phone died? But you didn't have a charger until now. So how are you messaging me from 9:17am until 2:45pm? Want to continue telling me that you're giving it to me straight?"

mm.     **E. Gabbey:** "I woke up and immediately plugged it in an outlet that was next to a dirty mattress on the garage floor that I was in …"

nn. **Fisher:** "So, you were brutally raped, and locked in a garage, but he let you keep your phone and your stuff, so you could pull out your charger and give your phone some juice?"

oo. **E. Gabbey:** "It was in my bag."

pp. **E. Gabbey:** "I never saw his face.:"

qq. **Fisher:** "I understand, it doesn't matter. Your telling me the guy didn't check you for a phone."

rr. **Fisher:** "Kept you at his house, brutally assualted you, and left you in his garage, unworried that you might call someone but worried enough to not let you see his face."

ss. **Fisher:** "If you ever wanna tell me straight true stories, use that Uber to come over and we'll talk and take that test. Otherwise, enjoy your night since I know you're going out."

tt. **Fisher:** "So I'm confused. were you raped then spend the night walking the streets, or did you pass out there, wake up at 9am, charge your phone in the garage then manage to escape?"

uu. **Fisher:** "Or were you just continuing to tell the worst lies to justify fucking for a place to stay and use me for ride while you were actually having fun singing?"

vv. **E. Gabbey:** "I posted that this morning."

ww. **Fisher:** "You're posting a video of you having a fun time while your walking the streets all battered from being brutally raped?"

xx. **Fisher:** "Okay, well, the offer stands but I'm obviously not going to be very receptive to lies..... and I do know that you're currently lying, alright?"

yy. **E. Gabbey:** "Not surprised by this. Bottom line is I don't need to explain myself to you I'm not going to tell you anything ever again. Especially after you try to invalidate me  I

had nowhere to turn- turned to you hoping that I could get some sort of comfort this world is cruel though. This world is black empty and dark  You taught me that."

zz. E. Gabbey: "If something like what happened to me EVER happened to you      I'd be there for you.. doesn't matter how badly you've fucked me over."

aaa.E. Gabbey: "Because I love you I would forget about any of that happening and only be worried about your wellbeing."

bbb.      Fisher: "Do you hear yourself right now, your hysterical and can't think straight. You were LAST time too. But you were fine when I showed up where you were playing with the band you told me you had cancelled on. You were so fine, you sent me home alone and I still didn't see you for 2 days."

ccc. E. Gabbey: "What? I ended up going with you... The truth is I turned to you because I don't want to turn to anybody else for emotional comfort. I don't want to date or see anyone else  I don't want anybody else as a best friend   But you seem to have me as your girlfriend and then not when it's convenient Now you have Grace  While I'm fucking pregnant. I just did fucking heroin and was raped   You don't even care about me. You've thrown me away and I can't take care of myself without you."

ddd.      Fisher: "You have my Uber. I offered to take that test with you days ago and today. There is nothing wrong with me going out with other people, even if you're telling the truth about being pregnant, because I'm single. And I'm single because of the FACT that you can't say with ANY certainty who the father would be if you are indeed pregnant. Ironic. You know what is unequivocally wrong, doing heroin while pregnant. Anyway. Offer stands, you can come here to talk and take that test, but if you won't, well, enjoy those evening plans."

eee. E. Gabbey: "Nevermind I'm not seeing you unless you take me on a date."

At this point, the main motivation here obviously appears to be to emotionally manipulate M. Fisher into passing over all indiscretions and lies, and to resume a relationship with her immediately. Not only that, E. Gabbey indicates that M. Gabbey, her mother, did not want her to report the alleged brutal assault – after causing Fisher to worry, anxiously for hours, and provoking emotional distress while she continued to lie callously.

v.      ███████████████████████████████████████████████████

█████████████ (Potentially Confidential according to Rule 2.420). In a

conversation over text messages with Marlin Fisher, E. Gabbey stated as follows:

a.   E. Gabbey: Okay, Marlin. If you are looking for me to publicly tell my actual age & name today or before my case is over, I'll sadly have to inform you that I won't. If that is what it takes to prove myself to you, I won't be able to."

There are additional text messages in Paragraphs 26-28 above that evidence just

how far E. Gabbey is willing to go, by concealing lying about her age to induce

men to relationships, to actively corrupt the justice system. A true and correct copy of the text message statements are incorporated herein as Exhibit N.

vi.   **Reed Sudbury Alleged Rape:**  According to the sworn affidavit of Marlin Fisher, E. Gabbey accused a person named "Reed Sudbury" of having raped her when she was a pre-teen.

vii.   **Alban Murder Accusation:**  According to the sworn affidavit of Marlin Fisher, E. Gabbey has accused her alleged brother, "Alban," of having murdered a tourist in Hawaii, which she was a witness to.

viii.   **Bianca Buda:** E. Gabbey accused Ms. Buda of selling her sexually, when she was a minor, to obtain drugs.   E Gabbey also accused Ms. Buda of being a heroin addict and lying about her addiction. For instance, the following exchanges, in pertinent part, took place between E. Gabbey and M. Fisher on a few different occasions:

a.   March 2, 2019:

i.   **E. Gabbey: "I'm with Glenn currently Driving the car  Im staying at his moms".**
ii.   **Fishe: "What happened to Bianca's?"**
iii.   **E. Gabbey: "She gets fucked up off heroin , lied and said she's been clean So I didn't want to stay".**
iv.   **Fisher: "Oh, I see".**
v.   **Fisher: "So you guys went to west palm for what? 30 minutes?"**
vi.   **E. Gabbey: "Played a show at Er Bradley's I grabbed a beer at Voltaire Now we are headed home so I can cook😂".**
vii.   **E. Gabbey: "I wish I was home home with you".**
viii.   **Fisher: "Me too".**
ix.   **Fisher: "So, How's Matt Brown? 🙄".**
x.   **Fisher: "Hope he's doing well".**
xi.   **E. Gabbey: "I stopped by for a minute I don't know I said hi to him for a second . It was kind of awk because I was being kind of distant."**

b.   May 24, 2019:

i.   **Fisher: "Anyway, let's just forget and brush over that you've told me Bianca sold your body for drugs and that you had to leave her apartment because she was on**

> **another heroine binge a month ago. Let's pretend you're a loyal good friend that cares about her friends - lets not be accountable…"**

  c.  July 13, 2021:

      i.   **Fisher: "Are you sure? Because I'm fairly certain that you were lying to me throughout our relationship about the drug usage of other people in your life."**

     ii.   **Fisher: "Bianca's heroine addiction and your mothers addiction to meth."**

   iii.   **E. Gabbey: "Yes, I'm sure. I remember the conversation I had. But in no way am I disagreeing that I lied to you about Bianca and my mother using drugs, not to mention the countless other lies I've told you…"**

In this instance, E. Gabbey flat out admits that she lied about Bianca Buda selling her to a man for sex, in exchange for drugs, which is a vicious lie. In an extremely similar manner, this is what she accuses the Tate Brothers of doing on a mass scale, in E. Gabbey's most recent allegations.

A true and correct copy of the text message statements are incorporated herein as Exhibit O.

ix.   **Ryan Riley:** E. Gabbey accused Mr. Riley of sexually assaulting her by sticking his fingers inside of her. This was allegedly done without her consent and she "woke up with his fingers inside me." A true and correct copy of the text message statements are incorporated herein as Exhibit P.

x.   **Cael Detter Harassment:** E. Gabbey also told another person by the name of "Cael Detter" that she was 23 years old and that her name was "Eden" to induce him into a sexual relationship when she was under the age of 18 years old. E. Gabbey subsequently accused Mr. Detter of physically abusing her. Mr. Detter is a Marine Corps veteran and was raised in a law enforcement family. E. Gabbey later accused Mr. Detter of harassing her and her family, which, upon information and belief, is false, and was used to distract Fisher from yet another one of her

lying episodes.  According to the text messages provided by Marlin Fisher, E. Gabbey accuses Mr. Detter, as follows:

    a.   **E. Gabbey: "Stop fucking texting me and my family."**
    b.   **E. Gabbey: "Sorry sorry".**
    c.   **E. Gabbey: "That was to Cael".**
    d.   **M. Fisher: "He's been texting you?"**
    e.   **E. Gabbey: "I unblocked him to send him that".**
    f.   **M. Fisher: "You blocked him after one text".**
    g.   **E. Gabbey: "Yeah after I found out he was messaging Tyber, Bianca, and Mia".**

A true and correct copy of the text messages are incorporated by reference herein as Exhibit Q.

50. According to sworn witness statements, this is a two-part lie: the first part involves accusing Mr. Detter of harassing her and her family, and the second part involves making up family members. This is corroborated by the sworn affidavit of Inv. Loveridge who took the statement of Mr. Detter.

51. The lies in her relationship with M. Fisher became so extensive that E. Gabbey would provide him with a 'lie list' every one or two months. A true and correct copy of one of the lie lists is incorporated by reference herein as Exhibit R.

52. M. Fisher begged E. Gabbey to correct the lies she spread about him, which harmed his character and caused distress. The following is E. Gabbey's own written text that was allegedly sent to people she misled about M. Fisher, and is very revealing of her motives and her understanding of exactly what she does to people:

    i.   **"I need to open up and tell you all something because I owe it to you-the people I care about. You have each moved me so much in my life that I am able to do it. I have a problem. *I am a pathological liar.* My life started in Kazakhstan where I grew up in a loveless orphanage We were picked up facing away from the "caretakers" so we never developed "love". I never learned how to hug, smile, kiss, touch, or be close to anybody. I was adopted by incredible people named Mona & Bill who saved me from a life of abuse. I had a beautiful childhood because of them. When I was 11 or 12 I began to dissociate and resent them. I felt unwanted and like I had no family. So I began to rebel. Doing drugs and meeting lots of different people. I began lying to feel the acceptance I would from someone close to me. Every year I**

began taking more risks than the year before. Running away to different states, trying different drugs, making them, & getting involved with the wrong people. And with each year it became more difficult to connect with people my age. I wore masks to be accepted. And they piled on because I was so afraid of letting people know who I am. Now, I don't know who I am anymore and I'm broken every boundary someone would create for themselves. So that being said there are huge lies that need to be clarified. After this, I completely understand you not wanting to have anything to do with me. I understand if and why you hate me. If you have any questions, I will answer them because you deserve to know the truth. - I am seventeen years old. I was born on May 12th, 2001 - I called Marlin abusive for his rational reactions to finding out I was lying, betraying, and cheating on him repeatedly-constantly There are many lies surrounding the situation with Marlin. So I'd rather have you take it all as untrue because he is a really great guy. I want to thank you guys for showing me what real freedom is- honesty and compassion I've never had support in the way and capacity you guys'd have shown me it. I never thought I knew what love was. I'm so thankful to have experienced it. I know I don't deserve it and I'm so fucking sorry."

A true and correct copy of the text message statements are incorporated by reference herein as Exhibit S.

53. In reality, if E. Gabbey was actually sorry, she would have discontinued her lies and deceit to those around her, but, it has not only continued, it has escalated to a grander scale with more devastating and far reaching consequences without showing a scienter of true remorse as to the impact inflicted on her victims. It becomes apparent that a pattern developed wherein E. Gabbey apologizes, yet only to repeat the deceptive conduct over and over, inflicting the same harm countless times until there is no longer use for the abused, such as the case with M. Fisher.

54. E. Gabbey has utilized several tactics and methods of emotional manipulation over her targets, without any consideration for the impact it may have on them.

55. By utilizing these tactics against M. Fisher, E. Gabbey was able to escape liability for any lie and skirt any responsibility to explain anything related to such lies. E. Gabbey actually had M. Fisher apologize for yelling, in an extremely distressed state, after E. Gabbey lied to him numerous times.

56. In addition to the comments outlined in the previous Exhibits, E. Gabbey has an extensive history of making extortionate comments when she is not getting her way. For example, E. Gabbey made the following implied threat about Fisher being investigated for the statutory rape that he was induced into by E. Gabbey's misrepresentations:

   i.  **E. Gabbey: "It's fucked up that it's true. I wish I could move on like you have. I am heartbroken. The more time I spend apart from you, the more fucked up everything seems. I need closure I want to talk to someone about everything, but if I do, you'll end up in an investigation."**

   ii. **E. Gabbey: "If you never contact me updating me with how you've changed, how sorry you are I will have to go to the authorities. My mom will beg me to because she reads all of these messages and she can see who you really are. You are exactly like** ▮▮▮▮▮▮ (Potentially Confidential according to Rule 2.420) **and countless manipulators. You've had the chances to prove me wrong  I defend you all the fucking time. I've cleared your name up as an ode and favor to all the beautiful times I believe I've had with you. I expected more from you because I thought highly of you. You've destroyed that yesterday and today.  And it's the last time you destroy me."**

   iii. **E. Gabbey: "Id greatly appreciate if you deleted all my contacts, texts, videos, everything you have saved on your computer please. If you do, I'll make sure to keep everything that's happened between us. Thank you."**

A true and correct copy of the text messages are incorporated herein by reference as Composite Exhibit T.

57. E. Gabbey eventually wore M. Fisher down, with combinations of guilt, fear, threats, and other abuse, which allowed E. Gabbey to continue using M. Fisher for support and her own selfish motives. E. Gabbey not only lures people into committing possible crimes, but invents them and collects "evidence" for future blackmailing. This is clearly evidenced by Composite Exhibit K-2.

58. E. Gabbey has utilized even more serious methods to emotionally manipulate targets and victims, such as claiming that she is going to kill herself due to the reaction of the other person that was largely induced by her own actions or that she is having a "panic attack"

or that she is going to kill herself due to being caught in her own lie. Examples of such are  incorporated herein by reference in Composite Exhibit T.

59. E. Gabbey has gone to even greater lengths to manipulate, even sticking with a false narrative for several days or months at a time. In another example, E. Gabbey claimed to M. Fisher that she was pregnant on multiple occasions with his child, even going as far as leaving a gag-gift pregnancy test in his bathroom. The follow, in pertinent part, shows such tactics:

   i.   April 4, 2019:

       a.   **E. Gabbey: "Can we talk about our terms tomorrow or at some point."**

       b.   **Fisher: Our terms?"**

       c.   **Fisher: You AND Marlena went to Matt's that night, Emma. 😔."**

       d.   **E. Gabbey: "no. Just me."**

       e.   **E. Gabbey: "She doesn't fuck older guys."**

       f.   **E. Gabbey: "she's never met Matt."**

       g.   **E. Gabbey: "I just don't want to agree to something, do it, find out you're still talking to Camber, buying Helin gifts and not me, if I'm not talking to Matt."**

       h.   **Fisher: "Fucking Matt constantly, during our relationship, you mean And which Matt."**

       i.   **E. Gabbey: "Matt Shipley."**

       j.   **Fisher: Okay, I think of you feel like you want to preserve that then you should pursue that relationship and see if it goes anywhere. Then check if Im still around after, honestly."**

       k.   **E. Gabbey: "I was afraid to tell you I'm fucking pregnant 🖕 Bye."**

       l.   **Fisher: "Lololol. Another lie."**

       m.   **E. Gabbey: "Can we talk about all of this on the phone tomorrow."**

       n.   **Fisher: "If you want when I get a break from work. But if you're trying to preserve that then just save me the fucking heartbreak."**

       o.   **Fisher: "Fuck, of course you are. You tried to preserve that when we started too. Then you reminded that in the middle. And are now asking if you can continue it. Just be with him whenever he's in the mood. I'm going to sleep."**

       p.   **E. Gabbey: "You are the love of my life."**

       q.   **Fisher: "I want to create a life with you And I'm learning that I am willing to throw away everything to have that with you I'm understanding what love means."**

       r.   **E. Gabbey: "If I take another pregnancy test and prove to you that it's positive would you even care?"**

       s.   **Fisher: "Of course I would".**

       t.   **E. Gabbey: "Is that your April fools joke".**

       u.   **Fisher: "Are you serious? If you were pregnant with MY child, of course I would support you and whatever you needed. Considering how incredibly unfaithful you've been though, I would DEFINITELY need us to prove it though. But your not pregnant**

so I don't know what this is about except to skirt the attention off another absurd fucking lie".

v.  E. Gabbey: "Will you apologize to me when you find out I am".

w.  Fisher: "Dear lord!!! How about I'll apologize when we prove your make believe baby isn't someone else's".

x.  E. Gabbey: "You're hurting me so much".

y.  E. Gabbey: "It could only be yours Nobody has even come remotely close to cumming in me except for you".

z.  E. Gabbey: "And Matt jeske".

aa.  E. Gabbey: "Oh also I made myself cum with my hand for the first time".

bb.  Fisher: "I want someone that will tell me everything, that won't lie, hide shit, deceive…"

cc.  E. Gabbey: "wow okay bye youll never fucking find out then".

dd.  Fisher: "Obviously not fucking pregnant. Just another worthless lie. Please don't bother me with those anymore, they're disgusting".

ee.  E. Gabbey: "Ok I'll send you the results when I get around to it and after that you are never hearing from me again".

ff.  Fisher: "Yeah, you'll need me there to do any paternity test.  Gonna send me a random result..."

gg.  E. Gabbey: "I need you there to do a pregnancy test ?"

hh.  Fisher: "1) need me there for me to even believe it's your pregnancy test      2) need me there to take a cvs paternity test with you".

ii.  Fisher: "Ahh "Do not disturb" again. I guess were never talking again".

jj.  E. Gabbey: "I'm at the Wellington mall lmao Fuck off".

kk.  Fisher: "Having been shitty, you get shittier. Like that time you convinced your friends that you needed to be rescued from "the love of your life" just because you literally wanted to whore yourself out."

ll.  Fisher: "So, farewell. You are, by far, the worst human being that has ever played any part in my life and I TRULY do wish I never met you. I'm embarrassed that I cared about you."

mm.  E. Gabbey: "and since you wish we never met your stupid fucking wish is granted I wish you gave one shit Now I'll have to pay for a fucking abortion which is not something I've ever wanted to do I absolutely despise myself for allowing you into my life Leave me alone forever."

nn.  Fisher: "You aren't pregnant moron. No one is dumb enough to believe you."

oo.  E. Gabbey: "This just hurts  You won't be allowed in my life ever again  I hope you never hurt anybody, abuse them, impregnate them, and abandon them like you're doing to me  Looks like you're exactly like your mom."

pp.  Fisher: "Yeah yeah, why'd you unshare? That's right. Aren't you being honest with your friends now? Didn't your dad move to Australia? Didnt he kill himself? Isn't your brother overdosing? Don't you have a brother? Aren't you at your sisters? Weren't you raped while cheating? You can't talk cause your rapist has cameras? Are you going to sleep on the street? What is Michael saving you from? Didn't your mom need you to be home after she checked your phone logs? Didn't she check your phone logs on Saturday? Thought you were just hanging out with Glenn, who's Brandon? Thought you were just hanging out with Glenn, who's Tyler?"

qq.  Fisher: "And now, while DRUNK, you say your pregnant. Guess what, no matter how you look at it, your shit. If you're lying, you're shit. If you're telling the truth, yep, you're shit."

23

ii.   For context, according to M. Fisher, E. Gabbey and Fisher made up over the phone and then the following resumes on April 2, 2019 and lasts for several days:

a.   **E. Gabbey: "ughh I've been sleeping alone for so lawng   I wish I was next to you or something."**

b.   **Fisher: "My poor baby."**

c.   **Fisher: "Wait what? How'd you get to clematis?"**

d.   **Fisher: "What happened to Bianca's?"**

e.   **E. Gabbey: "She gets fucked up off heroin , lied and said she's been clean   So I didn't want to stay."**

f.   **E. Gabbey: "Played a show at Er Bradley's        I grabbed a beer at Voltaire       Now we are headed home so I can cook😂."**

g.   **Fisher: "So, How's Matt Brown? 🙄."**

h.   **E. Gabbey: "Oh my god."**

i.   **E. Gabbey: "We played a set and left."**

j.   **E. Gabbey: "I had a 20 second interaction."**

k.   **Fisher: "Right right, sweet all day. You run off and see another person you betrayed me for and suddenly you owe me nothing again. Alright."**

l.   **Gabbey: "Wow."**

m.   **Fisher: "Still drinking while pregnant? 😂."**

n.   **E. Gabbey: "Haven't drank."**

o.   **Fisher: "I wonder which is the lie, "I grabbed a beer", or "I'm pregnant" 😂."**

p.   **E. Gabbey: "Grabbed  I bought a beer."**

q.   **E. Gabbey: "I did drink at Bianca's."**

r.   **E. Gabbey: "Whatever none of your business anyways."**

s.   **E. Gabbey: "You never want to hear from me?     Great you'll hear from the lawyer in 9 months fucker        Bye."**

t.   **Fisher: "No problem. going to meet up with grace in about 15 anyway. Have a nice night."**

u.   **E. Gabbey: "This is horrible        My family, my friends, and now the fucking guy who came in me and fucked my entire future up."**

v.   **Fisher: "What's wrong? Can't handle me doing something once that you've been doing every 2-5 days? That's because you're a bad person."**

w.   **E. Gabbey: "No you're doing it and using it to hurt me      There's a difference."**

x.   **Fisher: "You know, the kind that tries to convince people she's the only woman in history to take a pregnancy test without missing her period immediately after having one…"**

y.   **E. Gabbey: "Meeting her up while you have a baby mama who needs you to be present and needs your care and love is shitty."**

z.   **Fisher: "My baby mama. Lol. Even IF you did take one, your baby could belong to a dozen different men 😂."**

aa.   **E. Gabbey: "They all pulled out or wore a condom" lololol, works every time."**

bb.   **E. Gabbey: "I haven't had sex with anybody for a week now."**

cc.   **E. Gabbey: "Almost a week."**

A true and correct copy of the text messages are incorporated herein by reference as Exhibit U.

60. Upon information and belief, these are examples of precisely the type of emotional manipulation that contributed to the death of a former victim named Dustin Milner after having severe emotional distress inflicted by E. Gabbey. According to a witness statement, Mr. Milner committed suicide, at least in part, due to E. Gabbey.

61. To further illustrate the planning and orchestration of devastating accusations and intentional infliction of distress that has a lasting impact on people, on September 16, 2019, E. Gabbey went to the Palm Beach County Courthouse and filed a temporary injunction against M. Fisher after he declined to go to a concert with her. The restraining order accused M. Fisher of several allegations of abuse. A true and correct copy of the restraining order is incorporated by reference herein as Exhibit BB.

62. M. Fisher, after having been initially deceived and then coming to know E. Gabbey's real age, accepted the false allegations of the restraining order to avoid a potential statutory rape charge. However, after the expiration of the temporary restraining order, E. Gabbey and Fisher came back into contact with each other. The following exchange clearly lends itself to showing E. Gabbey lied on her application for a temporary injunction:

     i. **Fisher: "I did find about a billion other things from back then though".**

     ii. **E. Gabbey: "damn :/."**

     iii. **E. Gabbey: "oh god😣 i'm sorry, marlin. just hearing tht brings up a lot so i can't imagine what it's like to even be skimming over it."**

     iv. **E. Gabbey: oh wow**

     v. **Fisher: "The things I remember being on it were that I - was a heavy user of illicit drugs - would beat you when you tried to leave - restrained you from leaving or calling the cops - often left you on the side of the highway if you said anything to upset me."**

     vi. **Fisher: "- and that I had been stalking you and showing up places that I knew you would be after you ended things."**

     vii. **E. Gabbey: "that's so fucked up that i wrote that. i'm going to clear this up."**

     viii. **E. Gabbey: "not to defend any of this but to clarify i promise i never said you were a user of drugs…"**

     ix. **Fisher: "You weren't the one writing it?"**

      x.    **E. Gabbey: "the things i were definitely reworded and exaggerated. they asked me of events and then they reworded my words in the official injunction document. i was brought in to speak to two lawyers. (the legal aid who had just finished law school that was defending me & her colleague who was training her)."**

      xi.    **E. Gabbey: "And I am incredibly sorry that what I said encapsulated a completely false narrative. Especially that paints you as a terrible person because you aren't. You never deserved to be treated that way. Nobody does."**

      xii.    **E. Gabbey: "None of it was okay. Absolutely none of it. Is there anything you can think of that i can do to prove that I understand that and truly am repentant?"**

63. In this instance, E. Gabbey not only admits to constructing and masterminding a "completely false narrative," but also accuses a Florida attorney and legal aid of professional misconduct by exaggerating her allegations. A true and correct copy of the text message exchange is corporated herein as Exhibit V.

64. After filing a false report, by her own admission, E. Gabbey has the audacity to tell M. Fisher the following after accusing him of atrocious actions that could have had criminal repercussions:

      i.    **E. Gabbey: "you definitely confronted a lot of my negative and unhealthy patterns/behaviors. but instead of taking all of that to heart and applying all the support, principles, and advice (you gifted me), i lied and deceived more. i think you did a great job at holding me accountable to my actions and i can't say that i have had such a determined, forgiving, and understanding boyfriend or friend since. it has taken me years of experiences, reflection, and trial and error to be able to even comprehend a fraction of the lessons you've taught me. so overall, yes- you made it difficult. at the time, i hated it. looking back, i am indebted for it."**

A true and correct copy of the text message exchange is corporated herein as Exhibit W.

65. However, this sentiment is quickly lost by E. Gabbey when M. Fisher explained to her that he found out that the accusations made against the Tate Brothers' came from her and quickly turned a cover up of her past accusations and to blackmail and extortion to keep her lies and behavior concealed. The pertinent part of the following exchanges took place on or about December 12, 2022 and February 19, 2023:

i.     Fisher: "I know this is outta the blue, but the guy you went to East Europe with, were you talking about Andrew Tate? 🙂"

ii.     E. Gabbey: "his brother."

iii.     Fisher: "I'm sorry Emma."

iv.     E. Gabbey: "it's fine. i survived and there are other women who are now able to hopefully receive justice for what they've had to endure, some for years."

v.     E. Gabbey: "also, i meant to ask you this at some point. do you have any idea of any public info that can currently connect you to me? let me know and i can have it scrubbed off."

vi.     Fisher: "Running a search on the palm beach clerk of courts website connects us pretty decisively. Lol."

vii.     Fisher: "I'm not sure if our connection can be scrubbed anymore though. I think that's permanent."

viii.     E. Gabbey: "anything can be with the right people."

ix.     E. Gabbey: "i'll see what i can do and i'm going to look into it more."

x.     E. Gabbey: "thanks."

xi.     Fisher: "I think I should be thanking you in this spot. So, thank you."

xii.     E. Gabbey: "it's probably mutually beneficial."

xiii.     E. Gabbey: "yeah i'm working on it."

xiv.     Fisher: "working on what?"

xv.     E. Gabbey: "scrubbing things."

xvi.     Fisher: "well, it's already been found."

xvii.     Fisher: "they also found dustin btw."

xviii.     E. Gabbey: ":( i know."

xix.     E. Gabbey: "it's all really fucked up."

xx.     E. Gabbey: "i'm scared and just trying to do the right thing."

xxi.     Fisher: "Umm, it sounds like you should come clean then? Apologize, state you have a problem, and need help. No?"

xxii.     E. Gabbey: "Come clean for what?"

xxiii.     E. Gabbey: "I didn't do anything wrong."

xxiv.     Fisher: "okay, well. I've been asked to provide anything I still have from when we dated. What I have from that time is a backup of my phone documenting everything you said about a ton of people (including 2 separate rapes) and a backup of your phone talking to all these people (including the 2 guys that clearly didn't do anything). What do you think the right thing for me to do is?"

xxv.     E. Gabbey: "You fucked me and dated me knowing I was 17 years old."

xxvi.     E. Gabbey: "We can play that game, but it's pointless. I'm literally trying to aid women to be freed of human traffickers."

xxvii.     Fisher: "You pretended to be 23 and the statute of limitations on your deception has past. Regardless of which, if you have a history of completely fabricating terrible shit and I have proof of it then it is the right thing to do to provide that."

xxviii.     E. Gabbey: "You found out I was 17 and stayed with me. This is so heartbreakingly awful."

xxix.   E. Gabbey: "No reason to keep messaging. You're already doing what you're going to do. I have to do my best to not only protect these women and give them an opportunity to actually get help and be safe, but to do the right thing and be honest about everything I saw."

xxx.    Fisher: "What are you talking about? And, It might be true that you're trying to help people, but you're trying to do it in a dishonest way. Guess you never changed at all."

xxxi.   E. Gabbey: "If this is the route you want to go, then okay. It's really sad but I wish you the best either way."

xxxii.  E. Gabbey: "I'm not doing anything dishonestly??"

xxxiii. Fisher: "I'm not playing along with anything, I was asked about your credibility. To that end, I can answer.  I can not answer to anything else. Including your experience in Romania, but I learned a very long time ago not to believe a word you say."

66. On the same day, February 19, 2023, Marlin Fisher received an extortionate email from the attorney agent of E. Gabbey, attempting to pass the correspondence off as a "cease and desist letter," attorney Dani Pinter wrote as follows:

i.    Mr. Fisher,
      My client Emma Gabbey has made me aware you are considering conspiring with bad actors associated with the Tate brothers in their effort to harrass and defame my client. I am putting you on notice that my client is a key witness in active, international criminal investigations and this effort by Mr. Ahmed and the Tates is a conspiracy to silence her and amounts to witness tampering. If you participate in this effort I will immediately report you to federal law enforcement as part of the conspiracy. And we will include you in the civil action we are preparing aginst these parties causing my client grave harm.
      I am also aware you committed statutory rape against my client. Although you seem to feel insulated from repercussions because time has passed if you take any actions to further the harrassment and attacks on my client we will be forced to make the media, your employers and your community aware that you had sex with a minor and we will commit ourselves to fully investigating your actions before and after your abuse of our client and pursue all legal remedies available.
      Please cease and desist any involvement with Sulamain Ahmed or any associate of the Tate brothers engaging in harassment, defamation, disclosing of private info, and witness intimidation against our client immediately.
      -Dani Pinter

A true and correct copy of the extortionate email and text messages are incorporated by reference herein as Exhibit Y.

67. Florida Statute defines extortion under Florida law and states as follows:

"Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret

affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree.."

*Fla. Stat.* §  836.05.

68. Not only did E. Gabbey meet this definition, but with more maliciousness and severity, her agent did, as well, by maliciously threatening to expose Fisher to disgrace if he did not refrain from giving his opinion and materials in his possession that shed light on the veracity of E. Gabbey's character, conduct, and past false allegations.

69. With the letter from Ms. Pinter and the text statements from E. Gabbey, the pair were attempting to silence M. Fisher from becoming a witness and providing information pertinent to a potential legal case.

70. In addition to the statements made by E. Gabbey backtracking her allegations of abuse, she seems to have a fixation on sexual assault and abusive behavior generally in the bedroom – and wildly distorting those obsessions into fabricated criminal allegations against former targets – which appears to run paradoxically with several statements she made unmistakably calling for such rough treatment before and during sexual intercourse. For example, in notable exchanges with Fisher, E. Gabbey demanded that Fisher commit "abuse" against her in a graphic sexual context:

   a.   **E. Gabbey: "My cunt is craving abuse."**
   b.   **E. Gabbey: "I wish you were here to bite me."**
   c.   **E. Gabbey: "i wish i was gagged and tied up like a fuckslut right meow."**
   d.   **E. Gabbey: "maybe you can leave pretty little bruises on me."**
   e.   **E. Gabbey: "i love it when you gag me."**

71. E. Gabbey has full consciousness of the severe impact she has on her victims, as evidenced by the following text message:

29

      i.    **E. Gabbey: "That I wish I had never met you because I hurt you so much. That you'd be so much happier without me  I'm so happy I know you though  Thank you thank you for changing my life  Teaching me wag love is."**

A true and correct copy of the extortionate email and text messages are incorporated by reference herein as Exhibit Z.

72. E. Gabbey is a professional victim that meticulously persuades anyone unaware of a situation to abuse power and control by soliciting and grooming the sympathy from good decent people in order to gain their assistance – the support that would be given a victim. E. Gabbey is seriously dangerous when it comes to her concentration of manufactured self-victim plots.

73. In short, E. Gabbey has a long, patterned, and malicious history of lying, emotional manipulation, inflicting emotional damage on others, extortion, and causing severe distress as a result of such premeditated and malicious actions, as well as claiming abuse and sexual abuse against victims when she specifically asked them to do such, especially in the case of M. Fisher.

74. M. Fisher has provided an affidavit attesting to the accuracy of the text messages and the information contained in this Complaint. A true and correct copy of the affidavit of Marlin Fisher has been incorporated herein by reference as Exhibit AA.

75. Whereas, as a result of the Defendants' actions, the Plaintiff has suffered actual damages and noneconomic damages, including serious emotional distress, spending time out of his life coping and trying to understand the countless lies and manipulation perpetrated against him, and serious distress as a result of extortionate conduct of both Defendants.

76. The Plaintiff has been forced to hire the undersigned counsel to defend their rights and pay them a reasonable fee for their services.

77.  All conditions precedent to filing this Complaint have been satisfied.

## <u>COUNT I – CONSPIRACY TO COMMIT EXTORTION</u>
### (As to Defendants Dani Pinter and Emma Gabbey)

78. The Plaintiff re-alleges and restates paragraphs 1-77 as though fully stated herein.

79. This is an action for conspiracy to commit extortion pursuant to the Florida Civil Remedies for Criminal Practices Act, FLA. STAT. § 772.101, *et seq*.

80. From February 2023 until the present, Defendants Gabbey and Pinter intended and intend to commit the crime of extorting Plaintiff against his will by requiring him not to share any details regarding the credibility of E. Gabbey upon threat of exposure to disgrace and other methods.

81. In order to carry out this intent, from February 2023 until the present, Defendants Pinter and Gabbey conspired with one another and continue to conspire with one another to extort Plaintiff by maliciously threatening expose Plaintiff to disgrace and to accuse Plaintiff of crimes and/or offenses that would injure the person, property, and/or reputation of Plaintiff and to compel Plaintiff to do acts against his will.

82. By engaging in the above conduct, Defendants engaged in a pattern of "criminal activity" Within the meaning of FLA. STAT. § 772.102. By engaging in the above conduct, Defendants violated FLA. STAT. § 772.103 by conspiring and/or endeavoring, with criminal intent, to compel a person to do an act against his will which is derived, directly or indirectly, from a pattern of criminal activity.

83. As a result of Defendants' extortionate conduct, Plaintiff has been injured.

84. As a result of Defendants' extortionate conduct, Plaintiff has been forced to retain, and pay attorneys' fees to, the undersigned counsel, and to incur the costs related to this litigation.

**WHEREFORE**, Plaintiff, KENNETH MARLIN FISHER, respectfully request that the Court enter judgment: (a) awarding Plaintiff three-fold the damages he sustained and will sustain by reason of Defendants' unlawful extortion, (b) awarding Plaintiff his reasonable attorneys' fees and other costs pursuant to FLA. STAT. § 772.104, and (c) entering such other and further relief as this Court deems just and proper.

### COUNT II – EXTORTION
**(As to Defendants Dani Pinter and Emma Gabbey)**

85. The Plaintiff re-alleges and restates paragraphs 1-84 as though fully stated herein.

86. This is an action for extortion pursuant to the Florida Civil Remedies for Criminal Practices Act, FLA. STAT. § 772.101, *et seq*.

87. Through the above communications, Defendants maliciously threatened to accuse Plaintiff of crimes and/or offenses and expose Plaintiff to disgrace with the intent to extort Plaintiff and to compel Plaintiff to do acts against his will.

88. Through the above communications, Defendants maliciously threatened an injury to the person, property and/ or reputation of Plaintiff with the intent to silence the Plaintiff and to compel Plaintiff to do acts against his will.

89. Through the above communications, Defendants maliciously threatened to expose Plaintiff to disgrace with the intent to silence the Plaintiff from being a potential material witness  and to compel Plaintiff to do acts against his will.

90. Through the above communications, Defendants maliciously threatened to expose Plaintiff to disgrace with the intent to compel Plaintiff to do acts against his will.

91. By engaging in the above conduct, Defendants engaged in a pattern of "criminal activity" Within the meaning of FLA. STAT. § 772.102. By engaging in the above conduct, Defendants violated FLA. STAT. § 772.103 by conspiring and/or endeavoring, with

criminal intent, to compel a person to do an act against his will which is derived, directly or indirectly, from a pattern of criminal activity.

92. As a result of Defendants' extortionate conduct, Plaintiff has been injured.

93. As a result of Defendants' extortionate conduct, Plaintiff has been forced to retain, and pay attorneys' fees to, the undersigned counsel, and to incur the costs related to this litigation.

**WHEREFORE**, Plaintiff, KENNETH MARLIN FISHER, respectfully request that the Court enter judgment: (a) awarding Plaintiff three-fold the damages he sustained and will sustain by reason of Defendants' unlawful extortion, (b) awarding Plaintiff his reasonable attorneys' fees and other costs pursuant to FLA. STAT. § 772.104, and (c) entering such other and further relief as this Court deems just and proper.

## <u>COUNT III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

### (As to Defendants Dani Pinter and Emma Gabbey)

94. The Plaintiff re-alleges and restates paragraphs 1-93 as though fully stated herein.

95. This is an action by Fisher against E. Gabbey and Pinter for intentional infliction of emotional distress.

96. E. Gabbey and Pinter caused the Plaintiff deliberate or reckless mental suffering by sending extortionate correspondence to him as alleged in the prior paragraphs.

97. E. Gabbey has a long and demonstrated history of inflicting severe emotional distress on her victims, including Fisher, and has continued to do so on Fisher, with regard to attempting to force him to stay silent regarding her nefarious character and past lies.

98. E. Gabbey and Pinter's conduct, which is well outside of the bounds of what is tolerated by society, directly caused mental and emotional anguish for the Plaintiff  because it caused extreme anxiety and distress.

99. As a direct result of this conduct, the Plaintiff suffered both psychological and physical harms.

**WHEREFORE**, Plaintiff, KENNETH MARLIN FISHER, respectfully request that the Court enter, jointly and severally as appropriate, judgment of liability against Defendants, and award damages including attorneys' fees and costs where authorized by statute, pre- and post-judgment interest, and all other relief that this Court deems just and proper..

### COUNT IV – ABUSE OF PROCESS
### (As to Defendant Emma Gabbey)

100.    The Plaintiff re-alleges and restates paragraphs 1-99 as though fully stated herein.

101.    September 16, 2019, E. Gabbey went to the Palm Beach County Courthouse and filed a temporary injunction against M. Fisher after he declined to go to a concert with her.

102.    As a result, M. Fisher was accused of domestic violence in a court proceeding, which he accepted because of the relationship he was induced into by E. Gabbey.

103.    Out of spite, and because M. Fisher had broken up with her, E. Gabbey improperly instituted the proceedings against M. Fisher, which accused him of untrue domestic violence and abuse.

104.    As evidenced by text messages, E. Gabbey admitted to M. Fisher that she engineered a "completely false narrative" of domestic violence accusations against M. Fisher.

105.    As a result of E. Gabbey's conduct, Plaintiff's person and reputation has been injured by misuse of the process.

**WHEREFORE**, Plaintiff, KENNETH MARLIN FISHER, respectfully request that the Court enter judgment of liability against Defendant, EMMA AIDA GABBEY, and award damages, special damages, including attorneys' fees and costs where authorized by statute, pre- and post-judgment interest, and all other relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

## RELIEF SOUGHT

**WHEREFORE**, Plaintiff, KENNETH MARLIN FISHER prays that this Court will enter, jointly and severally as appropriate, judgment of liability against Defendants, EMMA AIDA GABBEY and DANI PINTER and award damages including attorneys' fees  and costs where authorized by statute, pre- and post-judgment interest, and all other relief that this Court deems just and proper.

 Respectfully submitted this 10th day of July 2023.

Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
p:321-313-8642
e: tamaniots@equitylegal.net
*Attorney for Plaintiff*

# EXHIBIT B

11/18/2021 2:48:49 AM + ▊▊▊▊▊ Eden G: "I?ll wear the dress to Art Basel.I also have an amazing friend, Tristan, that?s coming here from Romania to host a big business conference.Him and his brother are world kickboxing champions. They are originally from England. His business conference will go for two weeks. He?s having a big charity gala there and invited me as his date??"

11/18/2021 2:49:08 AM+ ▊▊▊▊ Eden G: It?ll be nice to go on a little date.

11/18/2021 2:54:35 AM+ ▊▊▊ Eden G: this is him !
~/Library/SMS/Attachments/73/03/0CDFF02C-C6BF-4C63-9C54-E9A08392D89C/IMG_9395.jpg



11/18/2021 2:54:50 AM+ ▊▊▊▊ Mater Mona: "Ah! That will be very interesting I?d like to hear more about it"

11/18/2021 2:56:12 AM+ ▊▊▊ Mater Mona: He is v good looking. Sure he?s got girls pining all around

11/18/2021 3:00:39 AM+ ▊▊▊▊ Eden G: "he?s very nice, respectful, and all around a true gentleman.we met last year at a breakers pop up networking event. instead of networking with other young professionals, we had a three hour long conversation about poetry and contemporary art. he told me all about his travels and we exchanged info but when i started dating edward, we stopped speaking.

he messaged me about a week ago on whatsapp and we started catching up. he wants to see me again and take me on our first date. "

11/18/2021 3:02:18 AM+ ▊▊▊▊ Eden G: "he has a beautiful homes in bucharest romania, miami, and monaco. he?s building a castle close to draculas old castle ??"

11/18/2021 3:06:02 AM+ ▊▊▊ Eden G: "when we met we opened up to each other about a lot. he likes to call me emma even though he knows everyone calls me eden. something he brought up recently is that he has been to almaty many many times and has very good friends there. and he wants to show me around the country and take me to the waterfalls and their cultural festivals and then to europe :)"

11/18/2021 3:36:31 AM+ ▊▊▊ Mater Mona: Awesome plans! Makes me dream?.but keep your feet well anchored to your grounds??

12/6/2021 9:28:09 PM+ ▊▊▊ Eden G: either way ive been planning to go to the UK. tristan wants to show me all over romania

Organ de cercetare penală al poliţiei judiciare
*Inspector principal de poliţie*
*Bărbuceanu Alexandru*



| | | |
|---|---|---|
| 12/11/2021 5:44:59 AM | | @s.whatsapp.net Tristan Tate:Come |
| 12/11/2021 5:45:05 AM | | @s.whatsapp.net Tristan Tate: |
| 12/11/2021 5:45:12 AM | | @s.whatsapp.net Tristan Tate:Marion |
| 12/11/2021 5:50:49 AM | | @s.whatsapp.net Bear:ok be there in 20-25 mins |
| | | |
| 12/11/2021 5:51:44 AM | | @s.whatsapp.net Tristan Tate:Ok |
| 12/11/2021 6:09:39 AM | | @s.whatsapp.net Bear:is it the spot blaring whitney houston? ?? |
| 12/11/2021 6:10:33 AM | | @s.whatsapp.net Tristan Tate:Yes |
| 12/11/2021 9:53:45 PM | | @s.whatsapp.net Bear:hey babe |
| 12/11/2021 9:55:38 PM | | @s.whatsapp.net Bear:"im hanging at the house if that?s oki got changed and ready with tash.hope you?re having the best day xx" |
| 12/12/2021 12:30:58 AM | | @s.whatsapp.net Tristan Tate:Come here |

**Organ de cercetare penală al poliției judiciare**
*Inspector principal de poliție*
*Bărbuceanu Alexandru*

| | | |
|---|---|---|
| 12/12/2021 12:31:01 AM | | @s.whatsapp.net Tristan Tate:To my room |
| 12/12/2021 12:31:03 AM | | @s.whatsapp.net Tristan Tate:Right now |
| 12/12/2021 4:01:23 AM | | @s.whatsapp.net Tristan Tate:Where are you |
| 12/12/2021 4:01:38 AM | | @s.whatsapp.net Bear:with Tash |
| 12/12/2021 4:02:22 AM | | @s.whatsapp.net Tristan Tate:Cool |
| 12/12/2021 4:02:34 AM | | @s.whatsapp.net Bear:?? You deleted this message |
| | | |
| 12/12/2021 11:47:20 PM | | @s.whatsapp.net Bear:"im going to go come say bye to me ??" |
| 12/12/2021 11:51:21 PM | | @s.whatsapp.net Tristan Tate:Ok |
| 12/12/2021 11:54:06 PM | | @s.whatsapp.net Bear:lol ok. |
| 12/12/2021 11:54:26 PM | | @s.whatsapp.net Tristan Tate:I hate goodbyes. I?ll see you soon. |
| 12/12/2021 11:54:31 PM | | @s.whatsapp.net Bear:got it |
| 12/13/2021 1:01:37 AM | | @s.whatsapp.net Bear:"well then.. i?ll be a very good girl while you?re gone. safe travels darling x" |
| 12/13/2021 3:13:16 AM | | @s.whatsapp.net Tristan Tate:Good girl |
| 12/13/2021 3:33:32 AM | | @s.whatsapp.net  Bear:  7e734034-3679-49e6-80e1-d6e4cd3d7a65.mp4 |



| | |
|---|---|
| 12/18/2021 9:08:28 PM+ | Dan |
| 12/20/2021 4:36:07 PM+ | are you Eden? |
| 12/25/2021 7:05:24 PM+ | Merry Christmas : ) |
| 12/25/2021 7:05:33 PM | Eden G: happy holidays :) |
| 12/25/2021 7:25:45 PM+ | Are you Eden? |
| 12/26/2021 5:20:20 PM+ | can you text now? |
| 12/26/2021 5:24:10 PM | Eden G: can you send me photos of you |
| 12/26/2021 5:24:58 PM+ | |
| 12/26/2021 5:30:57 PM+ | I am Dan, Are you still looking for arrangements? |
| 12/26/2021 5:31:08 PM | Eden G: do you have any other photos |
| 12/26/2021 5:31:18 PM | Eden G: "you have sunglasses on. |

i can't really see you lol"

| | |
|---|---|
| 12/26/2021 5:31:36 PM | |
| 12/26/2021 5:31:59 PM | Eden G: yea i'm not interested |
| 12/26/2021 5:31:59 PM+ | Can you send photos of you and tell me how much is your |

PPM?

| | |
|---|---|
| 12/26/2021 5:32:07 PM | Eden G: i'm not a prostitute?? |
| 12/26/2021 5:32:23 PM | Eden G: find some girls in miami |
| 12/26/2021 5:32:25 PM+ | not at all, i didnt say you are |
| 12/26/2021 5:32:37 PM | Eden G: ppm? you sent me a picture of a bunch of |

cash.

| | |
|---|---|
| 12/26/2021 5:33:01 PM | Eden G: meeting someone, fucking them, and then |

giving them $ for the time they spent with you? that's prostitution.

| | |
|---|---|
| 12/26/2021 5:33:02 PM+ | just to show you i m serious |
| 12/26/2021 5:33:28 PM+ | no dont jump to conclusions |
| 12/26/2021 5:34:08 PM | Eden G: that's not how i would personally show |

someone i'm serious. but alright. - so what are you looking for?

| | |
|---|---|
| 12/26/2021 5:34:56 PM+ | send photos please and tell me how do you go about your |

dates

| | |
|---|---|
| 12/26/2021 5:35:35 PM | Eden G: i asked you to send a photo of you and |

you sent me one with sunglasses on. i can't even see you so no thank you

| | |
|---|---|
| 12/26/2021 5:35:53 PM | Eden G: "i'm not interested anymore. |

good luck on your search though and happy holidays ????"

| | |
|---|---|
| 12/26/2021 5:36:43 PM+ | why sucha temper, take it easy |
| 12/26/2021 5:37:02 PM+ | |
| 12/26/2021 5:37:19 PM | Eden G: how can you tell if i have a temper or not |

over text? i'm not mad at all??

| | |
|---|---|
| 12/26/2021 5:38:53 PM+ | because you are just just ending the conversation |
| 12/26/2021 5:39:20 PM | Eden G: i'm not interested anymore. take care. |
| 12/26/2021 5:40:08 PM+ | why not? |
| 12/26/2021 5:40:24 PM | : lets just talk, tell me what you want and lets make it |

happen

    *G)   Din Raport_A.2022-06-07.10-03-13 a fost extrasă conversația ce se poartă între utilizatorul telefonului salvat în Telefonu cu numele „EDEN G" şi cu o persoana salavată în tlefonul acestuia cu aplaticul,, cole boy". Din conversația celor doi interlocuori reiese faptul că GABEY EMMA, adică „EDEN G" urmează a se muta în ROMÂNIA:*

**Organ de cercetare penală al poliției judiciare**
*Inspector principal de poliție*
*Bărbuceanu Alexandru*

| | |
|---|---|
| 12/8/2021 8:12:36 AM+ | cole boy:   did you end up buying things? that woman |

was a really good salesperson..

| | |
|---|---|
| 12/8/2021 5:53:02 PM | Eden G:yes i bought the blue shirt and gold skirt. then i |

bought versace earrings and christian loubuittons

| | |
|---|---|
| 12/8/2021 5:53:15 PM+ | Eden G:i wanted to look nice to see tristan |
| 12/11/2021 2:55:25 AM+ | cole boy:   i?m stripping nails out of some reclaimed |

wood but i love you

| | |
|---|---|
| 12/11/2021 5:26:36 AM+ | cole boy:   babe.. i need you to send me a tutorial on |

what you did to my eyes the other day.. it was the best they?ve ever looked

| | |
|---|---|
| 12/11/2021 5:26:46 AM+ | cole boy:   and you did it in like 30 seconds |
| 12/11/2021 5:27:02 AM+ | cole boy:   i can?t video chat right now |
| 12/11/2021 5:28:22 AM+ | Eden G:okaie. ill send u a tutorial |
| 12/11/2021 5:28:25 AM+ | Eden G:ill make one for u |
| 12/11/2021 5:35:30 AM+ | cole boy:   you honestly don?t even have too although |

that would be really nice! if you just send me that eyeliner you used and then video chat with me
when i buy some that would work

| | |
|---|---|
| 12/11/2021 5:35:44 AM+ | cole boy:   i was honestly just blown away how good you |

did it so fast haha

| | |
|---|---|
| 12/11/2021 7:46:40 AM | Eden G:"no ofc we will do both. |

let?s chat soon. put liza on the phone when we facetime too. i miss her??????"

| | |
|---|---|
| 12/11/2021 7:46:46 AM+ | Eden G:she?s the best |
| 12/11/2021 7:46:56 AM+ | Eden G:i?m moving to romania in january |
| 12/11/2021 7:47:08 AM+ | Eden G:i want to see you two before i go?!! |
| 12/11/2021 7:47:11 AM+ | Eden G:???? |
| 12/11/2021 8:03:33 AM+ | cole boy:   yeah she?s bummed she didn?t get to see you |

either!

| | |
|---|---|
| 12/11/2021 8:03:44 | cole boy:   and damn homie that?s wild that?s coming up |

sooooo soon!

| | |
|---|---|
| 12/11/2021 8:04:01 AM+ | cole boy:   how are you feeling? is your body healing up |

a bit?

| | |
|---|---|
| 12/11/2021 8:05:37 AM+ | Eden G:i?m finally almost  back to normal. |

*D)      Din ,,Raport_A.2022-08-026.10-40-55'' a fost extrasă următoarea conversație
purtată între utilizatorii ,,EDEN G'', respectiv Gabbey Emma și utilizatorul postului telefonic cu
apelativul james berger- Delray Surf, din care reiese faptul că cea dintâi menționată nu definé
cont de onlyfans, după cu urmează:*

| | | |
|---|---|---|
| 6/4/2021 1:21:55 AM+ | | james berger- Delray Surf:Hey eden !!! |
| 6/4/2021 1:22:06 AM+ | | Eden G: hey dude !! how are you |
| 6/4/2021 1:22:15 AM+ | | james berger- Delray Surf:I'm good how are you doing ?? |
| 6/4/2021 1:22:41 AM+ | | Eden G: "thts good to hear. |

im great ! just tryna
drive thru this rain storm lmao "
| | | |
|---|---|---|
| 6/4/2021 1:22:55 AM+ | | Eden G: anything goin up tonightt |
| 6/4/2021 1:23:25 AM+ | | james berger- Delray Surf:Damn I hear you haha be careful |

!!!! And I'm not too sure honestly I'm in the Bahamas rn !!!
| 6/4/2021 1:23:47 AM+ | | james berger- Delray Surf:I seen you have an onlyfans I was |
|---|---|---|

wondering if maybe you could send me a couple photosss if I could Cashapp you ??
| | | |
|---|---|---|
| 6/4/2021 1:23:55 AM+ | | james berger- Delray Surf:Random af I know haha |
| 6/4/2021 1:24:00 AM+ | | Eden G: Where did you see that ? |
| 6/4/2021 1:24:17 AM+ | | james berger- Delray Surf:Didn't you have a link to it in your |

bio ?? On insta
| 6/4/2021 1:24:55 AM+ | | Eden G: no. i don't have an only fans |
|---|---|---|
| 6/4/2021 1:25:10 AM+ | | james berger- Delray Surf:I know you prob have a bunch of |

hot photos haha I see them on insta and swore I seen that too but I'm over here haven't seen
anything sexy in a while I'd like to see youuu
| | | |
|---|---|---|
| 6/4/2021 1:25:14 AM+ | | Eden G: anddd i have a boyfriend |

!!! I must've been mistaken or confused hha
| 6/4/2021 1:25:31 AM+ | | james berger- Delray Surf:Damn true that no worries then |
|---|---|---|
| 6/4/2021 1:26:07 AM+ | | Eden G: "somebody made some fake |

account of me the other day

**Organ de cercetare penală al poliției judiciare**
*Inspector principal de poliție*
*Bărbuceanu Alexandru*

and I posted abt it on my story.
maybe that's where i saw it !
all goood yo."
| | | |
|---|---|---|
| 6/4/2021 1:26:52 AM+ | | james berger- Delray Surf:Damn true all good no worries my |

bad !!!!
| 6/4/2021 1:27:12 AM+ | | james berger- Delray Surf:Hope you are having a good week |
|---|---|---|

and all is well !!!
    *E)      Din ,,Raport_A.2022-06-07.08-54-57'' a fost extrasă următoarea conversație
purtată între utilizatorii ,,EDEN G'', respectiv Gabbey Emma și utilizatorul postului telefonic
cu numărul de apel _____ ce se recomandă cu apelativul ,,Johnny'', din care reiese
faptul că cea dintâi menționată nu este de acord cu practicarea prostituției:*

| | | |
|---|---|---|
| 1/7/2022 6:28:05 AM + | | Hi fatale, it's jjcz from seeking |
| 1/7/2022 6:28:13 AM | | Eden G: Well hello :) |
| 1/7/2022 6:28:15 AM | | Eden G: How are you |
| 1/7/2022 6:28:21 AM + | | I go by Johnny, you're Emma yeah? |
| 1/7/2022 6:28:33 AM | | Eden G: That's me ! |
| 1/7/2022 6:28:42 AM + | | Nice to meet you Emma :) |
| 1/7/2022 6:28:50 AM + | | Hope you're having a nice night |
| 1/7/2022 6:28:53 AM | | Eden G: Nice to virtually meet you haha |
| 1/7/2022 6:29:02 AM | | Eden G: You as well x |
| 1/7/2022 6:29:09 AM | : | Would you be interested in a sexual arrangement where I'd |

provide an allowance for you?
| 1/7/2022 6:43:02 AM | | G: Well that just sounds like prostitution |
|---|---|---|
| 1/7/2022 6:43:48 AM | | G: $500-1000 for a fuck doesn't really mean |

anything or take on any sort of value.
| 1/7/2022 6:44:43 AM | | Eden G: "If my profile didn't give you the |
|---|---|---|

impression that I hold myself to a bit of a higher standard, then I do apologize. Unless, you actually
didn't read or really look through my profile. That would make more sense.
Good luck on your search. "
| 1/7/2022 6:44:56 AM + | | Would you be down for that? |
|---|---|---|
| 1/7/2022 6:45:56 AM + | | Eden G: I would hope that someone who is |

generating a yearly income of $500k would be able to read between the lines better than this. Short
answer- absolutely not lmao.
| 1/7/2022 6:46:58 AM + | | Bummer for me. Please lmk if you ever change your mind, |
|---|---|---|

and good luck to you
| 1/7/2022 6:47:29 AM | | Eden G: "My mind certainly won't change. |
|---|---|---|

I'm not a prostitute. Delete my number, kindly. "
    *F)      Din ,,Raport_A.2022-07-09.09-29-29'' a fost extrasă următoarea conversație
purtată între utilizatorii între utilizatorii ,,EDEN G'', respectiv Gabbey Emma și utilizatorul
postului telefonic cu numărul de apel +_____ din care reiese faptul că cea dintâi
menționată nu este de acord cu practicarea prostituției:*

| | | |
|---|---|---|
| 12/18/2021 8:13:56 PM+ | | hey Eden, how are you ? |
| 12/18/2021 8:14:09 PM | | Eden G: hi ! who is this? |
| 12/18/2021 8:15:16 PM | | from SA, Are you still looking for arrangements? |
| 12/18/2021 9:07:46 PM | | Eden G: sorry? who? |

**Organ de cercetare penală al poliției judiciare**
*Inspector principal de poliție*
*Bărbuceanu Alexandru*

then definitely ??

What part of Europe are you headed to? That?s awesome by the way"

we?ll catch up xx"

J) ...Din ...*Raport_A.2022-06-07.18-18* fost extrasă următoarea con purtată între utilizatorii „*Bear*" , respectiv Gabbey Emma și utilizatorul postului telefo numărul de apel salvat în telefonul mobil al persoanei în cauză cu ape „*Matt Fury*", din care reiese faptul că acesta din urmă este îngrijorat pentru siguranța persoanei de sex femeiesc și îi oferă soluții pentru a rezolva situația de pericol în care se află. De asemea, din discuția celor doi reiese faptul că „*Bear*" se simte în pericol la reședința fraîilor Tate, un de află cu alte persoane de sex femeiesc:

| | | |
|---|---|---|
| 4/11/2022 2:42:59 AM | | @s.whatsapp.net Bear: you were right about the tate brothers |
| 4/11/2022 4:04:05 AM | | @s.whatsapp.net Bear: You safe? |
| 4/11/2022 4:09:14 AM | | @s.whatsapp.net Bear: should be. making a plan to leave |
| 4/11/2022 4:09:52 AM | | @s.whatsapp.net Bear: they haven?t taken my phone or anything |
| 4/11/2022 4:10:08 AM | | @s.whatsapp..net Matt Fury: What?s your location |
| 4/11/2022 4:10:35 AM | | @s.whatsapp.net Bear: at a house nearby their house |
| 4/11/2022 4:10:55 AM | | @s.whatsapp..net Matt Fury: UK or RO |
| 4/11/2022 4:11:10 AM | | @s.whatsapp.net Bear: |
| 4/11/2022 4:11:44 AM | | @s.whatsapp..net Matt Fury: You have you passport |

Organ de cercetare penală al poliției judiciare
Inspector principal de poliție
Bărbuceanu Alexandru

---

| | | |
|---|---|---|
| 4/11/2022 4:12:58 AM | | @s.whatsapp.net Bear: yea kept it hidden |
| 4/11/2022 4:13:11 AM | | @s.whatsapp..net Matt Fury: Can you get away |
| 4/11/2022 4:13:24 AM | | @s.whatsapp.net Bear: i?m leaving to london on the 12th. bought tickets. there?s a young girl here i?m bringing with me |
| 4/11/2022 4:13:29 AM | | @s.whatsapp.net Bear: hard thing is getting out the house |
| 4/11/2022 4:13:52 AM | | @s.whatsapp.net Bear: there?s three other girls besides her and i. they are groomers and handlers |
| 4/11/2022 4:14:10 AM | | @s.whatsapp.net Bear: if they see us leave they call the brothers then brothers call airports and stop us from leaving |
| 4/11/2022 4:14:25 AM | | @s.whatsapp..net Matt Fury: "Embassy of the United States |
| | | +40 21 200 3300 |
| | | https://goo.gl/maps/DZQ5DTeiyg9WQxNq5" |
| 4/11/2022 4:14:55 AM | | @s.whatsapp..net Matt Fury: Hold on to your passport and go there there?s a USMC security detail |
| 4/11/2022 4:15:11 AM | | @s.whatsapp..net Matt Fury: Say I am an American an I?m in danger |
| 4/11/2022 4:15:15 AM | | @s.whatsapp.net Bear: "i bought us tix for 6 or so am we would leave in the middle of the night" |
| 4/11/2022 4:15:30 AM | | @s.whatsapp.net Bear: tomorrow 6am |
| 4/11/2022 4:15:51 AM | | @s.whatsapp..net Matt Fury: Stand by I?m gonna makes call |
| 4/11/2022 4:16:00 AM | | @s.whatsapp.net Bear: don?t make any calls please |
| 4/11/2022 4:16:05 AM | | @s.whatsapp.net Bear: i want to go to london lol |
| 4/11/2022 4:16:16 AM | | @s.whatsapp.net Bear: i can let you know how tuesday goes |
| 4/11/2022 4:16:19 AM | | @s.whatsapp.net Bear: you have my location |
| 4/11/2022 4:16:24 AM | | @s.whatsapp.net Bear: if something happens then we call? |
| 4/11/2022 4:16:50 AM | | @s.whatsapp..net Matt Fury: Fine, be safe |
| 4/11/2022 4:17:09 AM | | @s.whatsapp..net Matt Fury: Slightest hint of danger |
| 4/11/2022 4:17:11 AM | | @s.whatsapp.net Bear: i think i?ll be able to get to london. then i?ll fly back to fl after two weeks there |
| 4/11/2022 4:18:01 AM | | @s.whatsapp.net Bear: if i don?t call or text tuesday, something happened |
| 4/11/2022 4:18:04 AM | | @s.whatsapp.net Bear: but it?s unlikely |
| 4/11/2022 4:18:34 AM | | @s.whatsapp..net Matt Fury: Make sure your passport is hidden |
| 4/11/2022 4:19:05 AM | | @s.whatsapp.net Bear: one groomer (female) Georgiana got a picture of other girls passport |
| 4/11/2022 4:19:30 AM | | @s.whatsapp.net Bear: she has dual citizenship Moldovan and Romanian but is on a visa for UK |

Organ de cercetare penală al poliției judiciare
Inspector principal de poliție
Bărbuceanu Alexandru



4/11/2022 4:20:01 AM [redacted] @s.whatsapp..net Matt Fury: "Embassy of the United States
+40 21 200 3300
https://goo.gl/maps/DZQ5DTeiyg9WQxNq5" "Embassy of the United States ú Bulevardul Doctor Liviu Librescu 4-6, Bucure?ti, Romania
https://goo.gl/maps/DZQ5DTeiyg9WQxNq5
"

4/11/2022 4:20:33 AM [redacted] @s.whatsapp.net Bear: i think it?s fine. i told my parents about it
4/11/2022 4:20:34 AM [redacted] @s.whatsapp..net Matt Fury: Again here?s the info for the embassy it?s your safest place
4/11/2022 4:20:37 AM [redacted] @s.whatsapp.net Bear: thank you
4/11/2022 4:20:47 AM [redacted] @s.whatsapp.net Bear: but they know everyone

4/11/2022 4:20:53 AM [redacted] @s.whatsapp.net Bear: they have mob ties 4/11/2022 4:20:59 AM [redacted] @s.whatsapp.net Bear: terrible fucking people
4/11/2022 4:20:59 AM [redacted] @s.whatsapp..net Matt Fury: Ok
4/11/2022 4:21:23 AM [redacted] @s.whatsapp.net Bear: i don?t think they will notice this though. we?re leaving in the middle of the night
4/11/2022 4:21:25 AM [redacted] @s.whatsapp..net Matt Fury: Good, just glad you?re unharmed
4/11/2022 4:21:39 AM [redacted] @s.whatsapp.net Bear: okay thank you
4/11/2022 4:21:58 AM [redacted] @s.whatsapp.net Bear: this was a stupid choice and i felt so awful before leaving but in a way maybe i came here to somehow help her too
4/11/2022 4:23:42 AM [redacted] @s.whatsapp..net Matt Fury: Well if you need it I have Neves and the FBI on stand by as well as a couple Marines And foreign military friends in Eastern Europe
4/11/2022 4:24:19 AM [redacted] @s.whatsapp..net Matt Fury: Just watch your back be safe and get outta there
4/11/2022 4:24:25 AM [redacted] @s.whatsapp.net Bear: thank you so much
4/11/2022 4:24:30 AM [redacted] @s.whatsapp.net Bear: these guys are actually evil

4/11/2022 4:24:44 AM [redacted] @s.whatsapp.net Bear: they make women cut themselves
4/11/2022 4:24:50 AM [redacted] @s.whatsapp.net Bear: and sell their bodies
4/11/2022 4:24:54 AM [redacted] @s.whatsapp.net Bear: and coerce them
4/11/2022 4:24:59 AM [redacted] @s.whatsapp.net Bear: and threaten them
4/11/2022 4:25:14 AM [redacted] @s.whatsapp.net Bear: saying if they talk about their secrets they might disappear or die
4/11/2022 4:25:15 AM [redacted] @s.whatsapp..net Matt Fury: Are you injured
4/11/2022 4:25:20 AM [redacted] @s.whatsapp.net Bear: no injuries
4/11/2022 4:25:26 AM [redacted] @s.whatsapp.net Bear: neither of us
4/11/2022 4:25:36 AM [redacted] @s.whatsapp.net Bear: it?s been a short amt of time

4/11/2022 4:25:42 AM [redacted] @s.whatsapp.net Bear: they don?t suspect us for leaving
4/11/2022 4:26:20 AM [redacted] @s.whatsapp..net Matt Fury: If you can?t make it to the Airport get to the embassy and remember that phrase

Organ de cercetare penală al poliției judiciare
*Inspector principal de poliție*
*Bărbuceanu Alexandru*

4/11/2022 4:27:06 AM [redacted] @s.whatsapp..net Matt Fury: I?ll talk to Neves relay this to get word
4/11/2022 4:27:55 AM [redacted] @s.whatsapp.net Bear: okay thank you so much

4/11/2022 4:25:42 AM ██████ @s.whatsapp.net Bear: they don?t suspect us for

4/11/2022 4:26:20 AM ██████ @s.whatsapp.net Matt Fury: or Neves making the Airport get to the embassy and remember that phrase

**Organ de cercetare penală al poliției judiciare**
*Inspector principal de poliție*
*Bărbuceanu Alexandru*



4/11/2022 4:27:06 AM ██████ @s.whatsapp..net Matt Fury: I?ll talk to Neves relay this to get word

4/11/2022 4:27:55 AM ██████ @s.whatsapp.net Bear: okay thank you so much

4/11/2022 4:41:48 AM ██████ @s.whatsapp..net Matt Fury: I?m gonna say this

4/11/2022 4:43:06 AM ██████ @s.whatsapp..net Matt Fury: Your safest bet is to get to the embassy an emergency involving an American citizen in Romania, you can reach us via this number: (+40 21) 270-6000 or (+40 21) 200-3300

4/11/2022 4:43:45 AM ██████ @s.whatsapp.net Bear: i don?t feel safe doing that.

4/11/2022 4:43:47 AM ██████ @s.whatsapp..net Matt Fury: There?s an email for them too

4/11/2022 4:44:07 AM ██████ @s.whatsapp.net Bear: "https://mmg.whatsapp.net/d/f/Ao0c5s76abhdyqXfRki1Tl3uEUuFXQWHneLWyGNLuzHN.enc"

4/11/2022 4:44:47 AM ██████ @s.whatsapp.net Bear: "https://mmg.whatsapp.net/d/f/ArTIR11L8-RLDpAFBE4x-AHs51GlVly7qlM6puaY3hew.enc"

4/11/2022 4:45:54 AM ██████ @s.whatsapp.net Bear: "https://mmg.whatsapp.net/d/f/AnJ3aUsHPjk_vTfdzPKxJEXkLycv4z6jjHeCEP9abdwm.enc"

4/11/2022 4:48:19 AM ██████ @s.whatsapp.net Bear: it?s a house of 5 girls. 2 (girl that wants to leave and me) vs 3 : the trafficked girls who are all in ?serious? relationships with andrew tate. they all have tattoos on them that say ?cobra tate? or tate owned

4/11/2022 4:48:53 AM ██████ @s.whatsapp.net Bear: 2 are in relationship sorry

4/11/2022 4:49:09 AM ██████ @s.whatsapp.net Bear: 2/3.. one of them is in relationship with the brothers cousin, luke

4/11/2022 4:52:12 AM ██████ @s.whatsapp.net Bear: i think i?m super concerned because of all the stories we?ve heard from girls

4/11/2022 4:55:42 AM ██████ @s.whatsapp.net Bear: i don?t think i?ll have trouble leaving

4/11/2022 4:55:47 AM ██████ @s.whatsapp.net Bear: it?s more of the girl with me

4/11/2022 4:56:42 AM ██████ @s.whatsapp.net Bear: we have so much evidence though

4/11/2022 4:57:04 AM ██████ @s.whatsapp.net Bear: we can gather it and send it somewhere once we are away from here

4/11/2022 4:57:52 AM ██████ @s.whatsapp..net Matt Fury: Go to the embassy And get expidited stateside

4/11/2022 4:58:33 AM ██████ @s.whatsapp.net Bear: I want to go on my trip that I was promised??

4/11/2022 4:58:38 AM ██████ @s.whatsapp.net Bear: So i?m going to do that lmao

**Organ de cercetare penală al poliției judiciare**
*Inspector principal de poliție*
*Bărbuceanu Alexandru*



| | |
|---|---|
| 4/11/2022 4:58:42 AM | @s.whatsapp.net Bear: We will be fine |
| 4/11/2022 4:58:47 AM | @s.whatsapp.net Bear: We face any issues, we?ll get out |
| 4/11/2022 6:08:15 AM | @s.whatsapp.net Bear: Did you call the embassy |
| 4/11/2022 6:08:18 AM | @s.whatsapp.net Bear: ? |
| 4/11/2022 6:08:31 AM | @s.whatsapp.net Bear: be honest please |
| 4/11/2022 6:08:39 AM | @s.whatsapp.net Bear: apparently marines are after me? |
| 4/11/2022 6:08:47 AM | @s.whatsapp.net Bear: that?s what my mom just called on the phone screaming |
| 4/11/2022 6:08:53 AM | @s.whatsapp.net Bear: completely compromised my safety |
| 4/11/2022 6:08:59 AM | @s.whatsapp.net Bear: thanks |
| 4/11/2022 6:10:26 AM | @s.whatsapp..net Matt Fury: Yeah I called Neves and did what he said to do |
| 4/11/2022 6:10:40 AM | @s.whatsapp.net Bear: goodbye matt |
| 4/11/2022 6:12:09 AM | @s.whatsapp.net Bear: i just wanted to go to london |
| 4/11/2022 6:12:11 AM | @s.whatsapp.net Bear: handle it on my ow |
| 4/11/2022 6:12:15 AM | @s.whatsapp.net Bear: i trusted you with that info |
| 4/11/2022 6:12:21 AM | @s.whatsapp..net Matt Fury: Be upset if you want honestly but having the US government come save your ass in a position you put yourself in |
| 4/11/2022 6:12:33 AM | @s.whatsapp.net Bear: ? |
| 4/11/2022 6:12:39 AM | @s.whatsapp.net Bear: it?s not just me here |
| 4/11/2022 6:12:47 AM | @s.whatsapp..net Matt Fury: I KNOW |
| 4/11/2022 6:12:55 AM | @s.whatsapp.net Bear: you don?t understand |
| 4/11/2022 6:13:00 AM | @s.whatsapp.net Bear: it?s only me and one girl that want to leave |
| 4/11/2022 6:13:12 AM | @s.whatsapp.net Bear: are they coming here now |
| 4/11/2022 6:13:16 AM | @s.whatsapp.net Bear: or when i leave |
| 4/11/2022 6:13:17 AM | @s.whatsapp..net Matt Fury: This is serious |
| 4/11/2022 6:13:27 AM | @s.whatsapp.net Bear: can they take her to |
| 4/11/2022 6:13:31 AM | @s.whatsapp..net Matt Fury: Yes |
| 4/11/2022 6:13:37 AM | @s.whatsapp..net Matt Fury: That?s why |
| 4/11/2022 6:13:54 AM | @s.whatsapp..net Matt Fury: I?m specifically trained for this we have protocols in place |
| 4/11/2022 6:14:21 AM | @s.whatsapp..net Matt Fury: Its my literal job em |
| 4/11/2022 6:20:43 AM | @s.whatsapp.net Bear: so they aren?t on the way |
| 4/11/2022 6:20:54 AM | @s.whatsapp.net Bear: good job now the police are coming |
| 4/11/2022 6:21:54 AM | @s.whatsapp..net Matt Fury: Good |

Organ de cercetare penală al poliției judiciare
*Inspector principal de poliție*
*Bărbuceanu Alexandru*

Organ de cercetare penală al poliţiei judiciare
Inspector principal de poliţie
Bărbuceanu Alexandru



4/11/2022 6:22:12 AM          [████] @s.whatsapp.net Bear: i see what you did there

4/11/2022 6:23:02 AM          [████] @s.whatsapp..net Matt Fury: The US Government?s involved now hate me if you want but at least They?ll get you out safe

4/11/2022 6:23:15 AM          @s.whatsapp.net Bear: no they aren?t
4/11/2022 6:23:19 AM          @s.whatsapp.net Bear: what do you mean
4/11/2022 6:23:24 AM          @s.whatsapp.net Bear: can you just tell me
4/11/2022 6:23:29 AM          @s.whatsapp.net Bear: straight up
4/11/2022 6:23:45 AM          @s.whatsapp.net Bear: we have an aeroplane
4/11/2022 6:23:48 AM          @s.whatsapp.net Bear: we are less safe
4/11/2022 6:23:51 AM          @s.whatsapp.net Bear: if we involve police
4/11/2022 6:23:53 AM          @s.whatsapp.net Bear: please help
4/11/2022 6:23:56 AM          @s.whatsapp.net Bear: matt i love you
4/11/2022 6:24:00 AM          @s.whatsapp.net Bear: why are you doing this

4/11/2022 6:24:16 AM          [████] @s.whatsapp.net Bear: please just be straight up with me

4/11/2022 6:24:20 AM          [████] @s.whatsapp.net Bear: i won?t even go to london

4/11/2022 6:24:24 AM          [████] @s.whatsapp.net Bear: nothing will happen to us

4/11/2022 6:24:29 AM          @s.whatsapp.net Bear: i?ve just been scare
4/11/2022 6:24:35 AM          @s.whatsapp.net Bear: and talked to the first person i trusted
4/11/2022 6:24:39 AM          @s.whatsapp.net Bear: the only person
4/11/2022 6:24:40 AM          @s.whatsapp.net Bear: you
4/11/2022 6:24:45 AM          @s.whatsapp.net Bear: this is super scary
4/11/2022 6:25:38 AM          @s.whatsapp.net Bear: please
4/11/2022 6:25:43 AM          @s.whatsapp.net Bear: inbetween you and i
4/11/2022 6:25:47 AM          @s.whatsapp.net Bear: this isn?t protecting me

4/11/2022 6:26:03 AM          [████] @s.whatsapp.net Bear: did you send me the number just to call the police
4/11/2022 6:26:04 AM          [████] @s.whatsapp..net Matt Fury: It means the US embassy is involved the staff at the embassy are tracking you are a US citizens which means your getting extracted
4/11/2022 6:26:06 AM          @s.whatsapp.net Bear: it?s ok if you did
4/11/2022 6:26:31 AM          @s.whatsapp.net Bear: is that true?
4/11/2022 6:26:37 AM          @s.whatsapp.net Bear: okay so should i go outside in the front
4/11/2022 6:26:39 AM          @s.whatsapp.net Bear: with my friend
4/11/2022 6:26:43 AM          @s.whatsapp..net Matt Fury: The embassy called the police and there both on the way
4/11/2022 6:27:02 AM          [████] @s.whatsapp.net Bear: are you being 100% honest

4/11/2022 6:27:08 AM          [████] @s.whatsapp..net Matt Fury: YES
4/11/2022 6:27:10 AM          [████] @s.whatsapp.net Bear: she?s a romanian citizen

Organ de cercetare penală al poliţiei judiciare
Inspector principal de poliţie
Bărbuceanu Alexandru

| | | |
|---|---|---|
| 4/11/2022 6:27:13 AM | | @s.whatsapp.net Bear: she has to come back here |
| 4/11/2022 6:27:21 AM | | @s.whatsapp.net Bear: they will kill us |
| 4/11/2022 6:27:28 AM | | @s.whatsapp..net Matt Fury: She?s a human trafficking victim |
| 4/11/2022 6:27:37 AM | | @s.whatsapp..net Matt Fury: She?ll be entitled to protection |
| 4/11/2022 6:27:40 AM | | @s.whatsapp.net Bear: but she needs to go to london |
| 4/11/2022 6:27:46 AM | | @s.whatsapp.net Bear: to her family |
| 4/11/2022 6:27:51 AM | | @s.whatsapp.net Bear: we bought the tickets |
| 4/11/2022 6:27:55 AM | | @s.whatsapp.net Bear: i wish i could take it back |
| 4/11/2022 6:27:56 AM | | @s.whatsapp.net Bear: please matt |
| 4/11/2022 6:27:59 AM | | @s.whatsapp.net Bear: please do anything |
| 4/11/2022 6:28:03 AM | | @s.whatsapp.net Bear: i?ll do anything to take it back |
| 4/11/2022 6:28:06 AM | | @s.whatsapp.net Bear: ?? You deleted this message |
| 4/11/2022 6:28:19 AM | | @s.whatsapp..net Matt Fury: Yes they?ll evacuate her |
| 4/11/2022 6:28:20 AM | | @s.whatsapp.net Bear: i?m so sad you?re doing this to me |
| 4/11/2022 6:28:31 AM | | @s.whatsapp.net Bear: she has family |
| 4/11/2022 6:28:53 AM | | @s.whatsapp.net Bear: sorry i am really overreacting |
| 4/11/2022 6:29:20 AM | | @s.whatsapp..net Matt Fury: LISTEN |
| 4/11/2022 6:29:22 AM | | @s.whatsapp.net Bear: please |
| 4/11/2022 6:29:27 AM | | @s.whatsapp.net Bear: who can i call |
| 4/11/2022 6:29:53 AM | | @s.whatsapp..net Matt Fury: +40 (722) 467 137 |
| 4/11/2022 6:30:05 AM | | @s.whatsapp.net Bear: what?s the number |
| 4/11/2022 6:30:14 AM | | @s.whatsapp..net Matt Fury: The us embassy press 8 the Marines will answer |
| 4/11/2022 6:30:40 AM | | @s.whatsapp..net Matt Fury: Tell them who you are they know you they?ll tell you what to do |
| 4/11/2022 6:31:21 AM | | @s.whatsapp.net Bear: we played our role really good today |
| 4/11/2022 6:31:27 AM | | @s.whatsapp.net Bear: nobody thinks we are going to leave at all |
| 4/11/2022 6:31:32 AM | | @s.whatsapp.net Bear: can they meet us tomorrow |
| 4/11/2022 6:31:34 AM | | @s.whatsapp.net Bear: can you ask |
| 4/11/2022 6:31:42 AM | | @s.whatsapp.net Bear: we will 100% meet tomorrow |
| 4/11/2022 6:31:46 AM | | @s.whatsapp..net Matt Fury: Call them they?ll instruct you |

Organ de cercetare penală al poliţiei judiciare
*Inspector principal de poliţie*
*Bărbuceanu Alexandru*

Organ de cercetare penală al poliției judiciare
Bărbuceanu Alexandru
182
Case 9:23-cv-81150-RLR   Document 31-4   Entered on FLSD Docket 09/11/2023   Page 49 of #11

| 4/11/2022 6:33:36 AM | @s.whatsapp..net Matt Fury: Call that number |
| 4/11/2022 6:33:38 AM | @s.whatsapp..net Matt Fury: +40 (722) 467 137 |
| 4/11/2022 6:35:12 AM | @s.whatsapp.net Matt Fury: They?re expecting you |
| 4/11/2022 6:35:35 AM | @s.whatsapp.net Bear: Okay I?ll call them tomorrow |
| 4/11/2022 6:35:44 AM | @s.whatsapp.net Bear: can i please just get some sleep tonight |
| 4/11/2022 6:35:48 AM | @s.whatsapp.net Bear: i haven?t slept at all |
| 4/11/2022 6:35:50 AM | @s.whatsapp.net Bear: any sleep |
| 4/11/2022 6:35:57 AM | @s.whatsapp.net Bear: i just need some rest |
| 4/11/2022 6:35:59 AM | @s.whatsapp.net Bear: i?m safe now |
| 4/11/2022 6:36:03 AM | @s.whatsapp.net Bear: i promise on everything |
| 4/11/2022 6:36:34 AM | @s.whatsapp.net Bear: i can send you my screenshots of my tickets to london |
| 4/11/2022 6:36:39 AM | @s.whatsapp.net Bear: and they can meet us at the airport |
| 4/11/2022 6:36:44 AM | @s.whatsapp.net Bear: tomorrow ? |
| 4/11/2022 6:38:10 AM | @s.whatsapp..net Matt Fury: Call them or text them and tell them what you want them to do |
| 4/11/2022 6:38:16 AM | @s.whatsapp..net Matt Fury: It?s a cell phone |
| 4/11/2022 6:44:00 AM | @s.whatsapp.net Bear: i will call you as soon as i wake up |
| 4/11/2022 6:44:04 AM | @s.whatsapp.net Bear: i will call them as well |
| 4/11/2022 6:44:07 AM | @s.whatsapp.net Bear: can i do that please |
| 4/11/2022 6:44:10 AM | @s.whatsapp.net Bear: i am so exhausted |
| 4/11/2022 6:44:16 AM | @s.whatsapp.net Bear: ?? |
| 4/11/2022 6:53:52 AM | @s.whatsapp.net Bear: mona and bill said that?s okay that i get sleep and go tomorrow |
| 4/11/2022 6:54:06 AM | @s.whatsapp.net Bear: i know you?ve been talking to each other |
| 4/11/2022 6:54:24 AM | @s.whatsapp.net Bear: i understand. you?re so good hearted and i?ve always love that about you. |
| 4/11/2022 6:54:41 AM | @s.whatsapp.net Bear: but doing this was not good for me darling. it really wasn?t and i wish it never happened :( |
| 4/11/2022 6:55:07 AM | @s.whatsapp.net Bear: i will go when i wake up as i haven?t slept all night, okay? |
| 4/11/2022 6:58:20 AM | @s.whatsapp..net Matt Fury: Do what you need to |
| 4/11/2022 6:58:28 AM | @s.whatsapp..net Matt Fury: You have the number in case |
| 4/11/2022 6:58:35 AM | @s.whatsapp..net Matt Fury: Just be careful |
| 4/11/2022 7:02:15 AM | @s.whatsapp..net Matt Fury: Emma one question |



4/11/2022 7:04:59 AM          @s.whatsapp.net Bear: yea
4/11/2022 7:05:15 AM          @s.whatsapp..net Matt Fury: What?s my birthday

4/11/2022 7:12:24 AM          @s.whatsapp.net Bear: March 17? i?m sorry i?m an asshole if i forgot- but i?ll never forget that night dalton was passed out on the pool chairs outside with james.
4/11/2022 7:12:46 AM          @s.whatsapp.net Bear: and the cute lavender beanie with an alien on it you wore
4/11/2022 7:12:51 AM          @s.whatsapp..net Bear: while we drank the night away

4/11/2022 7:13:00 AM          @s.whatsapp.net Bear: my favourite memories of all time have always been with you
4/11/2022 7:13:33 AM          @s.whatsapp.net Bear: i miss you and hope you?re doing well. i understand why you did what you did and it?s shown me your absolute loyalty to not only my family, but my well being. i love you and miss you :(
4/11/2022 7:13:56 AM          @s.whatsapp.net Bear: i know it might not be reciprocated anymore but i understand and will always cherish you. thank you
4/11/2022 7:14:57 AM          @s.whatsapp..net Matt Fury: We can discuss that later now is about getting you out of there
4/11/2022 7:15:15 AM          @s.whatsapp.net Bear: okay thanks. can?t wait to do that
4/11/2022 7:15:21 AM          @s.whatsapp.net Bear: and this girl is equally as important
4/11/2022 7:15:25 AM          @s.whatsapp.net Bear: need to make that clear

4/11/2022 7:15:29 AM          @s.whatsapp.net Bear: her safety is priority
4/11/2022 7:15:46 AM          @s.whatsapp..net Matt Fury: Do what you need too the embassy will if she has uK family
4/11/2022 7:16:12 AM          @s.whatsapp..net Matt Fury: She?s a trafficking victim under international law she?s a protected person
4/11/2022 7:25:22 AM          @s.whatsapp.net Bear: okay i will contact them after i sleep
4/11/2022 7:25:25 AM          @s.whatsapp.net Bear: thank you
4/11/2022 7:26:02 AM          @s.whatsapp..net Matt Fury: Be safe
4/11/2022 4:22:09 PM          @s.whatsapp.net Bear: you had your friend fake an accent? lol
4/11/2022 4:23:04 PM          @s.whatsapp..net Matt Fury: What are you talking about
4/11/2022 4:23:16 PM          @s.whatsapp.net Bear: cool
4/11/2022 4:23:28 PM          @s.whatsapp..net Matt Fury: Seriously
4/11/2022 4:23:49 PM          @s.whatsapp.net Bear: errmm definitely not trusting anything u say. don?t know why i bothered asking
4/11/2022 4:23:53 PM          @s.whatsapp..net Matt Fury: I have no clue what your talking about
4/11/2022 4:24:05 PM          @s.whatsapp.net Bear: you?ve actually managed to put me in far more danger by doing what you did yesterday with my parents
4/11/2022 4:24:08 PM          @s.whatsapp.net Bear: and won?t even admit to it

Organ de cercetare penală al poliţiei judiciare
Inspector principal de poliţie
Bărbuceanu Alexandru

**I.     Relevant conversations between Mr. Tate Tristan and Gabbey Emma.**

Note: Mrs. Gabbey Emma uses the username *Bear*.

1. One of the first messages Mrs. Gabbey Emma sends Mr. Tate Tristan after their meet up in Miami

[12/2/21, 1:24:28 AM] Bear: i miss your big cock down my throat

[12/10/21, 3:17:38 AM] Bear: i should have fucked you this morning but i was being very bad. im sorry.. maybe you'll allow me to make it up to you?

[12/10/21, 3:17:59 AM] Tristan: You can absolutely make it up to me …

[12/10/21, 3:18:24 AM] Bear: yes please

[12/10/21, 3:18:46 AM] Bear: i'll be very good.

3.

[12/11/21, 4:45:38 AM] Tristan: You're moving to Europe

[12/11/21, 4:45:46 AM] Tristan: January you fly

[12/11/21, 4:45:48 AM] Tristan: Okay?

[12/11/21, 4:49:23 AM] Bear: okay :)

[12/11/21, 4:55:39 AM] Tristan: Also I'm putting my management team in charge of your onlyfans. I'll get you to 100k a month.

[12/11/21, 5:00:33 AM] Bear: okay. i would make a new one

[12/11/21, 5:22:52 AM] Tristan: Yes

[12/11/21, 5:26:20 AM] Bear: great.

[12/12/21, 11:54:26 PM] Tristan: I hate goodbyes. I'll see you soon.

[12/12/21, 11:54:31 PM] Bear: got it

[12/13/21, 1:01:37 AM] Bear: well then.. i'll be a very good girl while you're gone.


> This conversation takes place after Mr. Tristan Tate suggested Emma Gabbey to move to Romania

[12/18/21, 2:58:06 AM] Bear: hi

[12/18/21, 3:51:03 AM] Bear: so i had a random question for when you have the time. if i do well as a musician out in romania, which i believe i will, would publicly making an only fans help or hurt my career?

[12/18/21, 4:06:56 AM] Bear: unless you wanted me to only do only fans. i would do anything you told me to though.

[12/18/21, 4:14:49 AM] Tristan: No you can do both

[12/18/21, 4:14:58 AM] Tristan: And it wouldn't hurt your career at all this is 2021

[12/18/21, 4:15:01 AM] Tristan: Not 1960 h


> This dialogue is about the faint Emma Gabbey suffered after the alledged sexual abuse perpetrated by Mr. Tristan Tate in Miami

[12/29/21, 9:11:55 AM] Bear: i can't stop thinking of your hand tightly gripped around my throat.

[12/29/21, 11:23:47 AM] Tristan: I remember when you passed out

[12/29/21, 7:30:33 PM] Bear: i don't very much. i remember how good it felt when i had though

[12/29/21, 8:30:16 PM] Bear: should I stop

[12/29/21, 8:30:35 PM] Tristan: No

[12/29/21, 8:30:39 PM] Tristan: I miss you too

[12/29/21, 8:31:45 PM] Bear: ok

■

[12/29/21, 10:31:42 PM] Tristan: Well start the process now? When I'm healed from surgery you can fly ?

[12/29/21, 10:46:55 PM] Bear: okay i can get it in 5-7 weeks if i start now. my passport fees through regular agency will be $300

[12/29/21, 10:47:10 PM] Tristan: You need the 300 bucks? Not a problem

[12/29/21, 10:49:15 PM] Bear: yes please

[12/29/21, 10:49:29 PM] Tristan: You have revolut?

[12/29/21, 10:50:39 PM] Bear: no but i can get it

[12/29/21, 10:50:54 PM] Tristan: What's the easiest way to send you 300 dollars

■

[1/2/22, 7:07:37 PM] Bear: i took some photos for you last night xx

[1/2/22, 7:07:42 PM] Tristan: Oh wow

[1/2/22, 7:07:46 PM] Tristan: Looking very cute

[1/2/22, 7:07:51 PM] Tristan: I've been on a 31 hour train ride

[1/2/22, 7:07:55 PM] Tristan: Really wish you'd been with me

■

[1/6/22, 8:54:17 PM] Tristan: Changed your mind about Europe ?

[1/6/22, 8:54:30 PM] Bear: no

[1/18/22, 10:05:06 AM] Tristan: What are you afraid of?

[1/18/22, 7:08:58 PM] Bear: Mostly uncertainty

[1/19/22, 11:01:00 AM] Tristan: Dont be

[1/19/22, 10:11:34 PM] Bear: idk how to respond to tht lol but ok

[1/19/22, 10:13:00 PM] Tristan: Good

[1/19/22, 10:13:04 PM] Tristan: Ok is the right answer

[1/19/22, 10:13:18 PM] Bear: You deleted this message.

[1/19/22, 10:26:45 PM] Bear: You deleted this message.

[1/19/22, 10:45:56 PM] Bear: noted.

[1/20/22, 3:41:33 PM] Tristan: Good girl

[1/26/22, 11:31:56 PM] Bear: <attached: 00001552-VIDEO-2022-01-26-23-31-56.mp4>

[1/26/22, 11:35:49 PM] Bear: You deleted this message.

[1/26/22, 11:39:01 PM] Bear: thinking of your big cock being shoved down my little throat and how good you made me feel for taking it. makes me miss you a bit x

[1/26/22, 11:43:10 PM] Tristan: It's yours everyday once you get on that plane

[1/26/22, 11:44:43 PM] Bear: oh good. i'm on a plane right now funny enough

[3/17/22, 9:21:21 AM] Tristan: Do your really want to leave the USA ?

[3/17/22, 9:26:36 AM] Bear: asides from believing it's a doomed country and society, i've traveled through most of it- i've been ready to try out a different chapter of life for a long time now. i'm also in a place where i am able to make a somewhat impulsive decision like this. so to summarize- yes.

[3/23/22, 8:48:14 PM] Tristan: When you get here you're going to live in a big house I have about 2 minutes walk from my house

[3/23/22, 8:48:17 PM] Tristan: with 2 of andrews girlfriends

[3/24/22, 1:21:02 AM] Bear: okay! will they be okay with that?

[3/24/22, 1:28:34 AM] Bear: do the girls speak english too?

[3/24/22, 8:08:11 AM] Tristan: Yes all of them

[3/24/22, 1:00:15 PM] Bear: oh okay that's good

[3/24/22, 1:01:29 PM] Bear: i'm a bit nervous because i haven't met them before and ive never really done anything like this. sorry

[3/28/22, 12:07:39 AM] Bear: are there any updates with flights?

[3/28/22, 12:08:06 AM] Tristan: I can book them now

[3/28/22, 12:08:12 AM] Bear: okay !

[3/28/22, 12:08:13 AM] Tristan: Miami to Buxharest yes ?

[3/28/22, 12:08:27 AM] Bear: pbi (west palm beach) to bucharest?

[3/28/22, 12:08:35 AM] Tristan: Sorry one sec

[3/28/22, 12:08:50 AM] Bear: https://www.kayak.com/flights/PBI-OTP/2022-04-02-flexible/business/fb2a0bf36737ec8c3d54a11242fd493e1?fs=bfc=2;cfc=1

[3/28/22, 12:08:52 AM] Bear: no worries x

[3/28/22, 12:09:57 AM] Tristan: I need to find the same flights on a European website, send me a acreeneshot

Case 9:23-cv-81150-RLR  Document 31-4  Entered on FLSD Docket 09/11/2023  Page 56 of #18
182

[3/28/22, 8:14:57 PM] Tristan: Same one

[3/28/22, 8:15:01 PM] Tristan: That I sent

[3/28/22, 8:15:11 PM] Bear: i don't think it's going through

[3/28/22, 8:15:26 PM] Tristan: It just froze my card

[3/28/22, 8:15:33 PM] Tristan: Because I'm in a different location

[3/28/22, 8:15:38 PM] Tristan: Try again it will work

[3/29/22, 8:13:31 AM] Bear: hi.. when you have the chance, i was just wondering if there were any more info about the girls i'd be moving in with? i'm honestly feeling a bit scared and nervous. i just haven't met them before, don't know what they look like, or anything really. i'm excited too but mostly nervous now❤☐ sorry

[3/29/22, 8:56:39 AM] Tristan: You'll be at my house most of the time, and my house is a 60 second walk from the other house you can see it from the window.

[3/29/22, 8:56:54 AM] Tristan: They very nice polite girls, they make a lot of money on onlyfans and tiktok and will be able to help you.

[3/29/22, 8:57:02 AM] Tristan: They're not to be worried about

[3/29/22, 9:04:50 AM] Bear: okay thank you so much. that helps a lot x

[3/29/22, 10:53:34 AM] Tristan: One is Romanian Norwegian she speaks perfect English

[3/29/22, 10:53:41 AM] Tristan: Better English than Americans, no offence

[3/29/22, 10:53:59 AM] Bear: none taken lol

[3/29/22, 10:59:13 AM] Bear: it'll be very cool to meet girls from different parts of the world. i'm excited about that x

12/5/2021 6:58:24 AM          @s.whatsapp.net Bear:sleep well
12/5/2021 7:00:37 AM          @s.whatsapp.net Bear:im just really glad you?re okay
and able to get some rest.
12/5/2021 7:50:39 AM          @s.whatsapp.net   Bear:   5382f0fb-9c56-43c3-9cec-
8d4b875c4836.jpg



12/5/2021 7:52:16 AM          @s.whatsapp.net Bear:i hope you wake up to this ??
feel better mister

12/5/2021 8:01:22 AM  ▇▇▇▇▇▇▇@s.whatsapp.net Bear: 90383c7c-c0fc-4bc8-9545-



40400d5e1fb8.jpg
12/5/2021 6:04:55 PM  ▇▇▇▇▇▇@s.whatsapp.net Tristan Tate:I feel much much better

12/5/2021 6:04:59 PM  ▇▇▇▇▇▇@s.whatsapp.net Tristan Tate:You?re so beautiful

Onlyfans/ Tiktok?

[4/6/22, 1:54:45 PM] Bear: okay i would be willing to try

strip teasing and maybe touching myself. i don't know how comfortable i'd be full on fucking myself. i've never tried anything like that before.. my account i previously had was for the photography i did.

[4/6/22, 2:51:23 PM] Tristan: You could make a decent amount doing that kind of stuff

[4/6/22, 2:51:27 PM] Tristan: A good living at least

[4/6/22, 2:51:37 PM] Tristan: I'll set up a meeting with the manager?

[4/6/22, 2:51:40 PM] Tristan: She's female

[4/6/22, 2:52:42 PM] Bear: okay :)

[4/6/22, 2:53:13 PM] Bear: but i'm not set on doing that.

just a meeting to learn more about everything right?

[4/6/22, 2:53:46 PM] Tristan: Sure, like I said to you in the car. You can clearly see I have no reason to care 1% if anybody works for my company. I'm already rich.

[4/6/22, 2:58:26 PM] Bear: not doubting that. just nervous

[4/6/22, 2:59:12 PM] Tristan: Don't be :)

[4/6/22, 2:59:17 PM] Tristan: Everything's cool

[4/6/22, 3:00:01 PM] Bear: okay thank you

[4/6/22, 3:10:37 PM] Tristan: 😊

[4/6/22, 8:08:18 PM] Tristan: Would you rather live with 1 girl of mine in a 2 bedroom apartment or with 2 girls of Andrews and my dog in a house?

[4/6/22, 8:12:17 PM] Bear: You deleted this message.

[4/6/22, 8:13:26 PM] Bear: whichever one is safer and most comfy please?

[4/6/22, 8:13:40 PM] Tristan: This is my city everywhere is totally safe.

[4/6/22, 8:13:52 PM] Bear: will the curly hair girl from miami be there? she was english as well.

[4/6/22, 8:20:22 PM] Bear: okay

[4/6/22, 8:21:44 PM] Bear: am i allowed to visit both places to see first please?

[4/6/22, 8:26:15 PM] Bear: i'm leaning more towards the house because there's a dog there though :)

[4/6/22, 8:32:59 PM] Tristan: Okay

[4/8/22, 11:27:56 AM] Tristan: Hey

[4/8/22, 11:28:00 AM] Tristan: Can my maid clean the room?

[4/8/22, 11:28:39 AM] Bear: yea of course. i was just about to shower though if that's ok

[4/8/22, 11:30:28 AM] Tristan: Okay just tell her when you're done in the room

[4/8/22, 11:30:37 AM] Bear: okay marina?

[4/8/22, 12:28:07 PM] Tristan: Yes

[4/8/22, 12:28:18 PM] Bear: got it

[4/8/22, 6:43:08 PM] Bear: in lol

[4/8/22, 6:43:50 PM] Tristan: You're staying at Jasminas house until I find you a comfortable place

[4/8/22, 6:43:52 PM] Tristan: Okay? :)

[4/8/22, 6:43:57 PM] Tristan: She lives 500 meters away

[4/8/22, 6:44:05 PM] Bear: okay thank you

[4/8/22, 6:44:36 PM] Tristan: Georgiana will help you move now, there's a party here tomrorow night anyway. And you can come over whenever to the pool when the weather starts being good

[4/8/22, 6:44:46 PM] Tristan: I'll put your ID on the security guards safe list

[4/8/22, 6:45:07 PM] Tristan: 🌞

███████

[4/11/22, 2:03:27 PM] Tristan: Because we might have an issue

[4/11/22, 2:03:39 PM] Tristan: Why do you care about Andrews business enough to intervene ?

[4/11/22, 2:03:47 PM] Tristan: Andrews business is not your business.

[4/11/22, 2:03:53 PM] Tristan: You understand what I'm saying right?

[4/11/22, 2:03:54 PM] Bear: andrew's business? like the war room

[4/11/22, 2:04:01 PM] Bear: i'm sorry i do not understand

[4/11/22, 2:05:42 PM] Bear: i really don't care about what either of you do at your jobs.. i don't get this😂 why is there so much drama

[4/11/22, 2:06:39 PM] Tristan: I'm not talking about work

[4/11/22, 2:06:48 PM] Tristan: I'm talking about Andrews personal life

[4/11/22, 2:07:04 PM] Tristan: And you know why I'm saying this

[4/11/22, 2:07:08 PM] Tristan: So don't play dumb

[4/11/22, 2:07:11 PM] Tristan: Please

[4/11/22, 2:07:12 PM] Tristan: Too busy

## II. Relevant conversations between Emma Gabbey and her family members right before she permanently left the establishment

4/6/2022 10:42:29 PM   ████████ @s.whatsapp.net Bear:I?m sorry I wasn?t honest with you mom. When my flights got canceled to London the first round, I rebooked it to Bucharest. I am extremely safe and protected here though. Where I am is as far from Ukraine as I can be. But also, being here in Europe, the American media is not telling the complete truth about what is happening there. I?ve already met a few people from Ukraine that are telling entirely different stories.



4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Mater Mona: "How r u? All ok? Waiting for pics"

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:hey all?s good.

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:i?m leaving to london in a couple days

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:tristan and his brother are terrible people

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:bringing a girl that?s been stuck here with me

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:maybe i came here for a reason

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:cutting my losses and we?re making a plan to leave. these guys are actually evil

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:i?m going to stay at my friend tashas when i land in london. she?s in essex and will host me for a couple weeks while i get some work and make some money out there and go on adventures ??

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:he moved me into a house with 4 others girls. 3 of the four girls have been here for 1-5 years and are the groomers. they normalize taking your clothes off and sending them pictures altogether etc

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:tristan?s brother is dating tasha from london. she has broken up with him. he texted her telling her if she loves him, she will cut an A into her wrist. (his name is Andrew)

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:they are definitely trafficking women

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Mater Mona: I told you. Now try to get out of there quietly

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:"yea. i?m going to get this girl out. her name is aliona"

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Vater William:      Hi dad here. Stop your messages now  go low key as you are in a very dangerous situation.

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:this is a secure chat

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:they don?t check the phones

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:i?m actually in the best position to be able to get out right now

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:these girls are brainwashed

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:they don?t do anything except stay at the house and if they leave, everyone has to know.

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:there are handlers too

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:thankfully i?m out of the house with tristan. i asked to leave to one of the other homes

4/6/2022 10:42:29 PM ████████ @s.whatsapp.net Bear:"i know the situation. it?ll be okaythe best way to approach this is calm and nonchalantly"



assuring. Tell me really what is really going on.
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear: : "I?ve told you what?s going on. I?m remaining as calm as possible. I also don?t have a big belief that they will stop us from going because we?ve made the brothers believe we are in love. They think we will run back"
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:my main concerns are coming from things some girls are saying
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:it?s a lot to explain
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:but we will be out of here fine
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:i don?t think they care that much if we leave anyways which is why i feel okay

brainwashed here
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:look, i know you don?t believe i can handle this, but i can. i?m not so concerned. tristan doesn?t really care if i leave

4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:it?s more of the girl i?m with
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:i also want to go to london to see one of the girls and gather evidence
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:we are going to send it to the fbi
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear: ?
4/6/2022 10:42:29 PM ███████ @s.whatsapp.net Bear:"So much for honesty?? Okay. I?ve got this on my own and I want to go to London and finally enjoy my trip. Thanks for the chat. Just wanted to let you know what?s happened"



you have missed
4/6/2022 10:42:29 PM          @s.whatsapp.net Mater Mona: "Call 112 Embassy They are waiting for yr call now"
4/6/2022 10:42:29 PM          @s.whatsapp.net Mater Mona: NOW
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:thanks mom like i said i want to go to london
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:we will be okay
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:if i feel like it won?t work
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:preemptively
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:i will make the call
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:and do the right thing in the situation
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:right now we both want to be in london
4/6/2022 10:42:29 PM          @s.whatsapp.net Mater Mona: 0de09f4d-5619-48d2-8592-81805a702066.opus
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:can?t listen to voice message
4/6/2022 10:42:29 PM          @s.whatsapp.net Mater Mona: "Go to London but why have all the American embassy on alert? U r causing a major upheaval because the marines and all American squad is on the go now Fuck it Emma  Fuck it"
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:you called
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:i didn?t
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:mom i want to leave to london
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:you called that?s on you
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:tell them to come tuesday when we leave
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:then they can see everything
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:look, if you stop me from going to london, expect me to disappear
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:i want to go to london
4/6/2022 10:42:29 PM          System Message System Message
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:how dare you put me in danger like that
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:YOU called
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:Not me
4/6/2022 10:42:29 PM          @s.whatsapp.net Mater Mona: "Go to hell Emma with yr arrogance and ignorance and bullshit Go to wupwupland or Bangkok or bora bora Who is stopping you?  The whole American embassy is on alert Shame on you"
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:That?s your fault
4/6/2022 10:42:29 PM          @s.whatsapp.net Bear:thanks



4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Vater William: Leaving now will be up to those who want to control your life to their gain.have you not seen by now the cost of humanity

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:it?s not just me here you idiots

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:there?s another young girl here

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:fuck you both

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:you are ignorant and i should have never trusted you with this information

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:fuck off

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Mater Mona: "K Do not bother with me personally anymore No need for this shit"

4/6/2022 10:42:29 PM      System Message System Message 15712288058@s.whatsapp.net left

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Vater William: So antime it is here

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Vater William: Please text back now. The embassy is now involved and will be looking for you. Are you going to London how and with who.  This is really getting serious and you are not reacting well.

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:dad don?t be stupid

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:us embassy can?t help. this is romania

4/6/2022 10:42:29 PM ███████████@s.whatsapp.net Bear:everything is owned by

III.    Discussions between Gabbey Emma and Ailona Untila as they *try to escape* Mr. Andrew and Tristan Tate's property.



4/10/2022 4:11:49 PM          @s.whatsapp.net Aliona: Okay
4/10/2022 4:11:50 PM          @s.whatsapp.net Bear: i?m talking to my friend
4/10/2022 4:11:52 PM          @s.whatsapp.net Bear: about it now
4/10/2022 4:11:55 PM          @s.whatsapp.net Aliona: What do you want to eat?
4/10/2022 4:12:04 PM          @s.whatsapp.net Bear: asian food or anything really
4/10/2022 4:12:08 PM          @s.whatsapp.net Bear: pick what you like
4/10/2022 4:12:17 PM          @s.whatsapp.net Aliona: lol, okay let me check
4/10/2022 4:14:49 PM          @s.whatsapp.net Bear: she?s saying you should try
and get $ from andrew
                              @s.whatsapp.net Bear: where is your sister in london

4/10/2022 4:15:38 PM          @s.whatsapp.net Aliona: I?m not good at this lol
4/10/2022 4:15:47 PM          @s.whatsapp.net Aliona: I never asked anyone for
money
4/10/2022 4:15:53 PM          @s.whatsapp.net Bear: she?s saying if you tell him
you have something important you need money for, he will give it to you
4/10/2022 4:16:26 PM          @s.whatsapp.net Aliona: "Okay I will think about it
Like what to say"

4/10/2022 4:30:31 PM          @s.whatsapp.net Bear: if she comes downstairs
4/10/2022 4:30:35 PM          @s.whatsapp.net Aliona: "You are good actress ??
I"
4/10/2022 4:30:44 PM          @s.whatsapp.net Aliona: True
4/10/2022 4:30:55 PM          @s.whatsapp.net Bear: i practiced
4/10/2022 4:31:05 PM          @s.whatsapp.net Aliona: Perfecto
4/10/2022 4:31:06 PM          @s.whatsapp.net Aliona: ??

| 4/10/2022 5:05:12 PM | ████████████ | @s.whatsapp.net Aliona: Just play it cool |
| 4/10/2022 5:05:15 PM | ████████████ | @s.whatsapp.net Bear: got it |
| 4/10/2022 5:05:17 PM | ████████████ | @s.whatsapp.net Aliona: Like you don?t know anything |
| 4/10/2022 5:05:20 PM | ████████████ | @s.whatsapp.net Aliona: Play dumb |
| 4/10/2022 5:05:21 PM | ████████████ | @s.whatsapp.net Bear: i?m going to pull some tears out |
| 4/10/2022 5:05:22 PM | ████████████ | @s.whatsapp.net Aliona: ?? |
| 4/10/2022 5:05:27 PM | ████████████ | @s.whatsapp.net Bear: and play dumb |
| 4/10/2022 5:05:30 PM | ████████████ | @s.whatsapp.net Bear: good advice thank u babe |

■ **The girls talking about deserving a *golden Oscar***

4/10/2022 5:05:41 PM    ▮▮▮▮▮ @s.whatsapp.net Bear: how far is food btw? are u as hungry as me????
4/10/2022 5:05:46 PM    ▮▮▮▮▮ @s.whatsapp.net Bear: we will talk more tonight too
4/10/2022 5:05:56 PM    ▮▮▮▮▮ @s.whatsapp.net Aliona: And the prize for best actress is going to Emma
4/10/2022 5:05:57 PM    ▮▮▮▮▮ @s.whatsapp.net Aliona: ??
4/10/2022 5:06:15 PM    ▮▮▮▮▮ @s.whatsapp.net Aliona: Yeah I?m starving
4/10/2022 5:06:29 PM    ▮▮▮▮▮ @s.whatsapp.net Aliona: I can?t see though because the app is not showing me
4/10/2022 5:06:38 PM    @s.whatsapp.net Aliona:



4/10/2022 5:06:54 PM    @s.whatsapp.net Aliona: I need to work a bit
4/10/2022 5:07:03 PM    @s.whatsapp.net Aliona: Like to post some TikToks
4/10/2022 5:07:58 PM    @s.whatsapp.net Bear: a golden oscar now please
4/10/2022 5:08:07 PM    @s.whatsapp.net Bear: fuck glovo

4/10/2022 5:08:24 PM          ███████ @s.whatsapp.net Aliona: Once I get famous and rich I will make sure I get one for you????

4/10/2022 9:42:55 PM          ███████ @s.whatsapp.net Bear: but don?t start an argument
4/10/2022 9:42:59 PM          ███████ @s.whatsapp.net Bear: play dumb innocent and confused

4/10/2022 9:45:07 PM          ███████ @s.whatsapp.net Aliona: I put the babe
4/10/2022 9:45:11 PM          ███████ @s.whatsapp.net Aliona: In front
4/10/2022 9:46:38 PM          ███████ @s.whatsapp.net Bear: yea don?t message that
4/10/2022 9:46:42 PM          ███████ @s.whatsapp.net Bear: HAHAHAH
4/10/2022 9:46:46 PM          ███████ @s.whatsapp.net Aliona: ??????
4/10/2022 9:47:08 PM          ███████ @s.whatsapp.net Bear: i can type out example
4/10/2022 9:47:16 PM          ███████ @s.whatsapp.net Aliona: Sure
4/10/2022 9:47:52 PM          ███████ @s.whatsapp.net Bear: Babe. Yasmina told me she?s your girlfriend but I thought she was your sister? I?m just confused??



4/11/2022 4:51:01 AM          @s.whatsapp.net Bear: if we make them believe we are in love, they will either not suspect us of leaving whatsoever

4/11/2022 4:51:34 AM          @s.whatsapp.net Bear: that we are obsessed with them

4/11/2022 4:52:17 AM          @s.whatsapp.net Aliona: Yeah, I told you to be like saying a nice message and that we are hurt or shit like that and that we do love them but just don?t like the situation

4/11/2022 4:52:37 AM          @s.whatsapp.net Aliona: So they will not think we are really against them you know?

4/11/2022 4:54:41 AM          @s.whatsapp.net Bear: yeah that?s smart

4/11/2022 4:55:21 AM          @s.whatsapp.net Aliona: Play the victim, I mean we are but like yeah act like we still love them and stuff

4/11/2022 4:55:26 AM          @s.whatsapp.net Bear: HAHAH

4/11/2022 4:55:30 AM          @s.whatsapp.net Bear: ?i mean we are?

4/11/2022 5:02:45 AM          @s.whatsapp.net Aliona: Wait

4/11/2022 5:02:52 AM          @s.whatsapp.net Bear: what what

4/11/2022 5:02:55 AM          @s.whatsapp.net Aliona: But maybe I just tell them I take off today

4/11/2022 5:02:57 AM          @s.whatsapp.net Aliona: Lol

4/11/2022 5:03:03 AM          @s.whatsapp.net Bear: yea just take off????

4/11/2022 5:03:08 AM          @s.whatsapp.net Aliona: So I don?t have to play

4/11/2022 5:03:10 AM          @s.whatsapp.net Aliona: ????

4/11/2022 5:03:10 AM          @s.whatsapp.net Bear: yea didnt we decide on that??

4/11/2022 5:03:14 AM          @s.whatsapp.net Aliona: Yeah

4/11/2022 5:03:15 AM          @s.whatsapp.net Bear: HAHAHAH

4/11/2022 5:03:19 AM          @s.whatsapp.net Aliona: I completely forgot about it

4/11/2022 5:03:22 AM          @s.whatsapp.net Aliona: ???????????

4/11/2022 5:03:36 AM          @s.whatsapp.net Bear: hahahha

4/11/2022 5:03:43 AM          @s.whatsapp.net Aliona: Silly me

4/11/2022 5:03:48 AM          @s.whatsapp.net Aliona: ??

4/11/2022 5:03:52 AM          @s.whatsapp.net Bear: oops?????

4/11/2022 5:04:04 AM          @s.whatsapp.net Aliona: But yeah the thing it?s just that I didn?t go live yesterday either

4/11/2022 5:04:16 AM          @s.whatsapp.net Bear: okay fuck it ! we are leaving tomorrow

4/11/2022 5:04:18 AM          @s.whatsapp.net Aliona: But fuck it

4/11/2022 5:04:20 AM          @s.whatsapp.net Aliona: Yeah

| | | |
|---|---|---|
| 4/11/2022 5:04:20 AM | | @s.whatsapp.net Bear: who cares if they get mad |
| 4/11/2022 5:04:22 AM | | @s.whatsapp.net Bear: fuck them |
| 4/11/2022 5:04:23 AM | | @s.whatsapp.net Aliona: ?? |
| 4/11/2022 5:04:25 AM | | @s.whatsapp.net Bear: and fuck this place |
| 4/11/2022 5:04:33 AM | | @s.whatsapp.net Bear: ???????????? |
| 4/11/2022 5:04:39 AM | | @s.whatsapp.net Aliona: It?s just I don?t what them |

to get suspicious

| | | |
|---|---|---|
| 4/11/2022 5:04:53 AM | | @s.whatsapp.net Bear: it?ll only be that way if we let |

them believe that

| | | |
|---|---|---|
| 4/11/2022 5:04:55 AM | | @s.whatsapp.net Bear: we?re fine |
| 4/11/2022 5:04:59 AM | | @s.whatsapp.net Bear: don?t even stress it babe |



today
4/11/2022 3:31:52 PM      @s.whatsapp.net Aliona: Don?t be suspicious
4/11/2022 3:31:56 PM      @s.whatsapp.net Aliona: Don?t be suspicious
4/11/2022 3:32:01 PM      @s.whatsapp.net Aliona: Our song
4/11/2022 3:32:36 PM      @s.whatsapp.net Bear: don?t be suspicious don?t be
4/11/2022 4:10:33 PM      @s.whatsapp.net Bear: omg i realized within the past
12 hours, we realized this is trafficking, we lived in the mentality of trafficked women, believed

we had the us embassy and marines and fbi about to break into this house, took selfies with bread,
and had a few panic attacks???? and now we are sitting here smiling acting normal

### Another *Oscar* talk

4/11/2022 4:12:00 PM      @s.whatsapp.net Bear: can?t even
4/11/2022 4:12:04 PM      @s.whatsapp.net Aliona: We are so good though
4/11/2022 4:12:26 PM      @s.whatsapp.net Aliona: We need a fucking oscar
4/11/2022 4:12:54 PM      @s.whatsapp.net Bear: let?s gooo????
4/11/2022 4:14:22 PM      @s.whatsapp.net Aliona: Let?s just go play it cool
4/11/2022 4:14:28 PM      @s.whatsapp.net Aliona: And change my name
4/11/2022 4:14:34 PM      @s.whatsapp.net Aliona: So it will not start with a
4/11/2022 4:16:21 PM      @s.whatsapp.net Bear: lol
4/11/2022 4:16:23 PM      @s.whatsapp.net Bear: got it

### After the first police raid

4/12/2022 2:38:22 AM      @s.whatsapp.net Bear: tomorrow we should wear
makeup and sunglasses so nobody really notices what we look like or who we are.
4/12/2022 2:38:57 AM      @s.whatsapp.net Aliona: Yeah I guess
4/12/2022 2:39:04 AM      @s.whatsapp.net Aliona: Lol
4/12/2022 2:39:06 AM      @s.whatsapp.net Bear: we are writing a movie asap.
4/12/2022 2:39:13 AM      @s.whatsapp.net Aliona: Yep

**Organ de cercetare penală al poliției judiciare**



4/12/2022 2:39:17 AM      @s.whatsapp.net Aliona: For sure
4/12/2022 2:39:21 AM      @s.whatsapp.net Aliona: We have too
4/12/2022 2:39:29 AM      @s.whatsapp.net Bear: i?m dying inside
4/12/2022 2:39:30 AM      @s.whatsapp.net Aliona: Let?s email Netflix
4/12/2022 2:39:32 AM      @s.whatsapp.net Aliona: Asap
4/12/2022 2:39:41 AM      @s.whatsapp.net Bear: hulu, amazon prime

PAGE #35

| | | | |
|---|---|---|---|
| 2018-08-07 9:40:2 | iMessage (phone) | Emma | Would a buttplug go off through a metal detector |
| 2018-08-08 1:22:1 | iMessage (phone) | Marlin | Hey baby. How are you? Did it go well? |
| 2018-08-08 1:28:1 | iMessage (phone) | Marlin | ? |
| 2018-08-08 1:34:0 | iMessage (phone) | Emma | They've had me waiting for an hour |
| 2018-08-08 1:34:0 | iMessage (phone) | Emma | It begins now. |
| 2018-08-08 1:34:1 | iMessage (phone) | Emma | We'll see |
| 2018-08-08 1:34:1 | iMessage (phone) | Emma | The da is coming soon |
| 2018-08-08 2:02:4 | iMessage (phone) | Marlin | Good luck lovey, let me know how it goes 😘 |
| 2018-08-08 3:46:0 | iMessage (phone) | Emma | Fuck that was so intense |
| 2018-08-08 3:55:2 | iMessage (phone) | Emma | That sucked |
| 2018-08-08 4:08:2 | iMessage (phone) | Emma | How's work |
| 2018-08-08 4:09:4 | iMessage (phone) | Emma | When did you first start using google hangouts |

# EXHIBIT C

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: **50-2019-DR-008273-XXXX-SB**
Division: **FY**

**EMMA AIDA GABBEY,**
Petitioner,

and

**KENNETH FISHER,**
Respondent.

## TEMPORARY INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE WITHOUT MINOR CHILD(REN)

The Petition for Injunction for Protection Against Domestic Violence under section 741.30, Florida Statutes, and other papers filed in this Court have been reviewed. Under the laws of Florida, the Court has jurisdiction of the petitioner and the subject matter and has jurisdiction of the respondent upon service of the temporary injunction.

**It is intended that this protection order meet the requirements of 18 U.S.C. Section 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

## SECTION I.   NOTICE OF HEARING

Because this Temporary Injunction for Protection Against Domestic Violence has been issued without prior notice to Respondent, Petitioner and Respondent are instructed that they are scheduled to appear and testify at a hearing regarding this matter on **THURSDAY SEPTEMBER 26, 2019**, at **9:15AM**, when the Court will consider whether the Court should issue a Final Judgment of Injunction for Protection Against Domestic Violence, which would remain in effect until modified or dissolved by the Court, and whether other things should be ordered, including, for example, such matters as visitation and support.  The hearing will be before The Honorable **JUDGE SAMANTHA SCHOSBERG_FEUER**, at room **#5, 200 W ATLANTIC AVE DELRAY BEACH FL 33444**.  If Petitioner and/or Respondent do not appear, this temporary injunction may be continued in force, extended, dismissed, and/or additional orders may be granted, including entry of a permanent injunction and the imposition of court costs. Petitioner and Respondent will be bound by the terms of any injunction or order issued at the final hearing.

**IF EITHER PETITIONER OR RESPONDENT DOES NOT APPEAR AT THE FINAL HEARING, HE OR SHE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED IN THIS MATTER.**

All witnesses and evidence, if any, must be presented at this time.   In cases where temporary support issues have been alleged in the pleadings, each party is ordered to bring his or her financial affidavit (Florida Family Law Rules of Procedure Form 12.902(b) or (c)), tax return, pay stubs, and other evidence of financial income to the hearing.

NOTICE:  Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense.

YOU ARE ADVISED THAT IN THIS COURT:

_____ a.   a court reporter is provided by the court.
__X___ b.   electronic recording only is provided by the court.  A party may arrange in advance for the services of and provide for a court reporter to prepare a written transcript of the proceedings at that party's expense.

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL. THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER. THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## SECTION II.   FINDINGS

The statements made under oath by Petitioner make it appear that section 741.30, Florida Statutes, applies to the parties.  It also appears that Petitioner is a victim of domestic violence by Respondent, and/or Petitioner has reasonable cause to believe he/she is in imminent danger of becoming a victim of domestic violence by Respondent, and that there is an immediate and present danger of domestic violence  to Petitioner or persons lawfully with Petitioner.

## SECTION III.   TEMPORARY INJUNCTION AND TERMS

**This injunction shall be effective until the hearing set above and in no event for longer than 15 days, unless extended by court order.  If a final order of injunction is issued, the terms of this temporary injunction will be extended until service of the final injunction is effected upon Respondent.  This injunction is valid and enforceable in all counties of the State of Florida.  The terms of this injunction may not be changed by either party alone or by both parties together.  Only the Court may modify the terms of this injunction.  Either party may ask the Court to change or end this injunction.**

Any violation of this injunction, whether or not at the invitation of Petitioner or anyone else, may subject Respondent to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment. Certain willful violations of the terms of this injunction, such as: refusing to vacate the dwelling that the parties share; going to or being within 500 feet of Petitioner's residence, going to Petitioner's place of employment, school, or other place prohibited in this injunction; telephoning, contacting or communicating with Petitioner if prohibited by this injunction; knowingly or intentionally coming within 100 feet of Petitioner's motor vehicle, whether or not it is occupied; defacing or destroying Petitioner's personal property; refusing to surrender firearms or ammunition if ordered to do so by the court; or committing an act of domestic violence against Petitioner constitutes a misdemeanor of the first degree punishable by up to one year in jail, as provided by sections 775.082 and 775.083, Florida Statutes. In addition, it is a federal criminal felony offense, punishable by up to life imprisonment, depending on the nature of the violation, to cross state lines or enter Indian country for the purpose of engaging in conduct that is prohibited in this injunction. 18 U.S.C. Section 2262.

**ORDERED and ADJUDGED:**

1.  **Violence Prohibited.** Respondent shall not commit, or cause any other person to commit, any acts of domestic violence against Petitioner. Domestic violence includes: assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, false imprisonment, or any other criminal offense resulting in physical injury or death to Petitioner or any of Petitioner's family or household members. Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word or act to do violence to the Petitioner.

2.  **No Contact. Respondent shall have no contact with Petitioner unless otherwise provided in this section.**
    a. Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner. Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner. Unless otherwise provided herein, **Respondent shall not go to, in, or within 500 feet of:** Petitioner's current residence  **FL, FL** or any residence to which Petitioner may move; Petitioner's current or any subsequent place of employment or place where Petitioner attends school,; or the following other places (if requested by Petitioner) where Petitioner or Petitioner's minor child(ren) go often: Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.

3.  **Firearms.**
    [Initial **all** that apply; write N/A **if does not** apply]
    a.  _SSF_____  Respondent shall not use or possess a firearm or ammunition.
    b.  _SSF_____  Respondent shall surrender any firearms and ammunition in the Respondent's possession to the Palm County Sheriff's Department until further order of the court.

c. SSF       Other directives relating to firearms and ammunition: Respondent shall file an affidavit with the Palm Beach County Clerk's Office, in this case, within 10 days of being served with this Order, attesting to the relinquishment of all firearms and ammunition pursuant to the above.

**NOTE: RESPONDENT IS ADVISED THAT, IF A PERMANENT INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE IS ISSUED FOLLOWING A HEARING REGARDING THIS MATTER, IN MOST CASES IT WILL BE A VIOLATION OF SECTION 790.233, FLORIDA STATUTES, AND A FIRST DEGREE MISDEMEANOR, FOR RESPONDENT TO HAVE IN HIS OR HER CARE, CUSTODY, POSSESSION OR CONTROL ANY FIREARM OR AMMUNITION. ADDITIONALLY, IT WILL BE A FEDERAL CRIMINAL FELONY OFFENSE TO SHIP OR TRANSPORT IN INTERSTATE OR FOREIGN COMMERCE, OR POSSESS IN OR AFFECTING COMMERCE, ANY FIREARM OR AMMUNITION; OR TO RECEIVE ANY FIREARM OR AMMUNITION WHICH HAS BEEN SHIPPED OR TRANSPORTED IN INTERSTATE OR FOREIGN COMMERCE WHILE SUBJECT TO SUCH AN INJUNCTION. 18 U.S.C. Section 922(g)(8).**

4.      **Mailing Address or Designated E-Mail Address(es).** Respondent shall notify the Clerk of the Court of any change in his or her mailing address, or designated e-mail address(es), within 10 days of the change. All further papers (excluding the final injunction, if entered without Respondent being present at the hearing, and pleadings requiring personal service) shall be served by mail to Respondent's last known mailing address or by e-mail to Respondents' designated e-mail address(es). Service shall be complete upon mailing or e-mailing.

5.      **Additional order(s) necessary to protect Petitioner from domestic violence:**

**TEMPORARY EXCLUSIVE USE AND POSSESSION OF HOME**

[Initial **all** that apply; write N/A **if does not** apply]

6.   N/A      **Possession of the Home.** (   ) Petitioner (   ) Respondent shall have temporary exclusive use and possession of the dwelling located at: _____

7.   N/A      **Transfer of Possession of the Home.** A law enforcement officer with jurisdiction over the home shall accompany (   ) Petitioner (   ) Respondent to the home, and shall place (   ) Petitioner (   ) Respondent in possession of the home.

8.  __N/A__  **Personal Items.** ( ) Petitioner ( ) Respondent, **in the presence of a law enforcement officer,** may return to the premises described above ( ) on__, at a.m./p.m., or (__) at a time arranged with the law enforcement department with jurisdiction over the home, for the purpose of obtaining his or her clothing and items of personal health and hygiene and tools of the trade. A law enforcement officer with jurisdiction over the home from which these items are to be retrieved shall accompany ( ) Petitioner ( ) Respondent to the home and stand by to insure that he/she vacates the premises with only his/her personal clothing, toiletries, tools of the trade, and any items listed in paragraph 10 below. The law enforcement agency shall not be responsible for storing or transporting any property. **IF THE RESPONDENT IS NOT AWARDED POSSESSION OF THE HOME AND GOES TO THE HOME WITHOUT A LAW ENFORCEMENT OFFICER, IT IS A VIOLATION OF THIS INJUNCTION.**

9   __N/A__  ( ) Petitioner ( ) Respondent shall not damage or remove any furnishings or fixtures from the parties' former shared premises.

## TEMPORARY SUPPORT

**Temporary support, if requested by Petitioner in the Petition for Injunction for Protection Against Domestic Violence, will be addressed by the Court after notice to Respondent and hearing on the matter.**

## SECTION IV.  OTHER SPECIAL PROVISIONS
*(This section to be used for inclusion of local provisions approved by the chief judge as provided in Florida Family Law Rule 12.610.)*

## SECTION V.  DIRECTIONS TO LAW ENFORCEMENT OFFICER IN ENFORCING THIS INJUNCTION
*(Unless ordered otherwise by the judge, all provisions in this injunction are considered mandatory and should be interpreted as part of this injunction.)*

1.  The Sheriff of Palm Beach County, or any other authorized law enforcement officer, is ordered to serve this temporary injunction upon Respondent as soon as possible after its issuance.

2.  **This injunction is valid in all counties of the State of Florida.** Violation of this injunction should be reported to the appropriate law enforcement agency. Law enforcement officers of the jurisdiction in which a violation of this injunction occurs shall enforce the provisions of this injunction and are authorized to arrest without warrant pursuant to section 901.15, Florida Statutes, for any violation of its provisions which constitutes a criminal act under section 741.31, Florida Statutes.

3.  THIS INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA AND LAW ENFORCEMENT OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA STATUTES. The arresting agent shall notify the State Attorney's Office immediately after arrest.

4.    **Reporting alleged violations.** If Respondent violates the terms of this injunction and there has not been an arrest, Petitioner may contact the Clerk of the Circuit Court of the county in which the violation occurred and complete an affidavit in support of the violation, or Petitioner may contact the State Attorney's office for assistance in filing an action for indirect civil contempt or indirect criminal contempt. Upon receiving such a report, the State Attorney is hereby appointed to prosecute such violations by indirect criminal contempt proceedings, or the State Attorney may decide to file a criminal charge, if warranted by the evidence.

DONE AND ORDERED in PALM BEACH COUNTY, Florida on this: <u>September 16, 2019</u>.

_____
CIRCUIT JUDGE

COPIES TO:
Sheriff of Palm Beach County

Petitioner (or his or her attorney):
_____ by U. S. Mail
✔ by hand delivery in open court
_____ by e-mail to designated e-mail address(es)

Respondent:
✔ forwarded to sheriff for service
_____ State Attorney's Office
✔ Other    PBSO

     I CERTIFY the foregoing is a true copy of the original **Temporary Injunction for Protection Against Domestic Violence without Minor Child(ren)** as it appears on file in the office of **Sharon R. Bock, Clerk & Comptroller, Palm Beach County**, and that I have furnished copies of this order as indicated above.

                                   **Sharon R. Bock**
                                   **Clerk & Comptroller**

(SEAL)

                                   By: _____
                                              , Deputy Clerk

This notice is provided pursuant to Administrative Order No. 2.207-9/12

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda.   Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte  Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou  pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.:
Division: 50 2019 DR 008273 XXXX SB

_Emma Aida Gibbey_
Petitioner,

and

_Kenneth Martin Fisher_
Respondent.

## PETITION FOR INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE

I, *{full legal name}* _Emma Aida Gibbey_, being sworn, certify that the following statements are true:

### SECTION I. PETITIONER

(This section is about you. It must be completed. However, **if you fear that disclosing your address to the respondent would put you in danger**, you should complete and file a **Request for Confidential Filing of Address**, Florida Supreme Court Approved Family Law Form 12.980(h), and write confidential in the space provided on this form for your address and telephone number.)

1. Petitioner's current address is: *{street address}* ▮▮▮▮▮▮▮▮
   *{city, state and zip code}* ▮▮▮▮▮▮▮▮
   Telephone Number: *{area code and number}* ▮▮▮▮▮▮▮
   Physical description of Petitioner:
   Race: White   Sex: Male _____   Female __X__   Date of Birth: ▮▮▮▮▮▮

2. Petitioner's attorney's name, address, and telephone number is: __NONE__

   (If you do not have an attorney, write none.)

### SECTION II. RESPONDENT

(This section is about the person you want to be protected from. It must be completed.)

1. Respondent's current address is: *{street address, city, state, and zip code}* ▮▮▮▮▮▮▮▮▮▮▮
   Respondent's Driver's License number is: *{if known}* _____

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

2. Respondent is: *{Indicate all that apply}*

    a. _____ the spouse of Petitioner.  Date of Marriage: _____

    b. _____ the former spouse of Petitioner.
         Date of Marriage: _____
         Date of Dissolution of Marriage: _____

    c. _____ related by blood or marriage to Petitioner.
         Specify relationship: _____

    d. _X_ a person who is or was living in one home with Petitioner, as if a family.

    e. _____ a person with whom Petitioner has a child in common, even if Petitioner and Respondent never were married or living together.

3. Petitioner has known Respondent since *{date}* __June 11ᵗʰ, 2018__.

4. Respondent's last known place of employment: __ClickWorx__
   Employment address: _____
   Working hours: __9am – 7:30 pm__

5. Physical description of Respondent:
   Race: __White__ Sex: Male __X__ Female _____ Date of Birth: ███████
   Height: __6"0__ Weight: __185 lbs__ Eye Color: __Blue__ Hair Color: __Brown__
   Distinguishing marks or scars: _____
   Vehicle: (make/model) __BMW 4series__ Color: __RED__ Tag Number: _____

6. Other names Respondent goes by (aliases or nicknames): __Marlin or Kenny__

7. Respondent's attorney's name, address, and telephone number is: __UNKNOWN__
   _____

(If you do not know whether Respondent has an attorney, write unknown.  If Respondent does not have an attorney, write none.)

**SECTION III.   CASE HISTORY AND REASON FOR SEEKING PETITION** (This section must be completed.)

1. Has Petitioner ever received or tried to get an injunction for protection against domestic violence against Respondent in this or any other court?
   _____ Yes _X_ No    If yes, what happened in that case? *{Include case number, if known}*
   _____

   _____

2. Has Respondent ever received or tried to get an injunction for protection against domestic violence against Petitioner in this or any other court?
   _____ Yes   __X__ No   If yes, what happened in that case? {Include case number, if known}
   _____
   _____

3. Describe **any other** court case that is either going on now or that happened in the past, including a dissolution of marriage, paternity action, or child support enforcement action, **between Petitioner and Respondent** {Include city, state, and case number, if known}:  __NONE__

4. Petitioner is either a victim of domestic violence or has reasonable cause to believe he or she is in imminent danger of becoming a victim of domestic violence because respondent has: {mark all sections that apply and describe in the spaces below the incidents of violence or threats of violence, specifying when and where they occurred, including, but not limited to, locations such as a home, school, place of employment, or time-sharing exchange}

   a.  __X__ committed or threatened to commit domestic violence defined in s. 741.28, Florida Statutes, as any assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, false imprisonment, or any criminal offense resulting in physical injury or death of one family or household member by another. With the exception of persons who are parents of a child in common, the family or household members must be currently residing or have in the past resided together in the same single dwelling unit.
   b.  __X__ previously threatened, harassed, stalked, or physically abused the petitioner.
   c.  _____ attempted to harm the petitioner or family members or individuals closely associated with the petitioner.
   d.  _____ threatened to conceal, kidnap, or harm the petitioner's child or children.
   e.  _____ intentionally injured or killed a family pet.
   f.  _____ used, or has threatened to use, against the petitioner any weapons such as guns or knives.
   g.  __X__ physically restrained the petitioner from leaving the home or calling law enforcement.
   h.  _____ a criminal history involving violence or the threat of violence (if known).
   i.  _____ another order of protection issued against him or her previously or from another jurisdiction (if known).
   j.  __X__ destroyed personal property, including, but not limited to, telephones or other communication equipment, clothing, or other items belonging to the petitioner.
   k.  __X__ engaged in any other behavior or conduct that leads the petitioner to have reasonable cause to believe he or she is in imminent danger of becoming a victim of domestic violence.

   Below is a brief description of the latest act of violence or threat of violence that causes Petitioner to honestly fear imminent domestic violence by Respondent.

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

(Use additional sheets if necessary.)

(Respondant's Apartment)

On (date) _____, at (location) 2810 Grande Parkway  APT 110

Respondent:

1/2019 - Punching my jaw with closed fist

JAN 2019 - continuing to contact me, my family, & friends after being blocked & told to nor contact me

Aug 2019 - choking me multiple times by putting hands around my neck

- using videos he took of me without my knowledge to threaten me

- gaslighting any time confronted about abusing

- leaving me on the side of the highway on multiple occassions

MARCH 2019 - threatening to kill me, physically harm me "beat me up"

- Im in fear of my safety & life because I dont know what he could do to me

_____ Please indicate here if you are attaching additional pages to continue these facts.

## 5. Additional Information

{Indicate all that apply}

a.____ Other acts or threats of domestic violence as described on attached sheet.

b. ✓ This or other acts of domestic violence have been previously reported to (person or agency): PB Garden

c.____ Respondent owns, has, and/or is known to have guns or other weapons.
        Describe weapon(s): _____

d. ✓ Respondent has a drug problem.

e.____ Respondent has an alcohol problem.

f. ____ Respondent has a history of mental health problems.  If checked, answer the following, if known:

        Has Respondent ever been the subject of a Baker Act proceeding? _____ Yes ____ No
        Is Respondent supposed to take medication for mental health problems?
        _____Yes _____ No
        If yes, is Respondent currently taking his/her medication? _____ Yes _____ No

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

**SECTION IV.  TEMPORARY EXCLUSIVE USE AND POSSESSION OF HOME** (Complete this section **only if** you want the Court to grant you temporary exclusive use and possession of the home) that you share with the Respondent.)

1. Petitioner claims the following about the home that Petitioner and Respondent share or that Petitioner left because of domestic violence:
   *{Indicate all that apply}*
   a.____ Petitioner needs the exclusive use and possession of the home that the parties share at *{street address}* _____,
   *{city, state, zip code}* _____.

   b.____ Petitioner cannot get another safe place to live because: _____
   _____
   _____
   _____

   c.____ If kept out of the home, Respondent has the money to get other housing or may live without money at *{street address}* _____,
   *{city, state, zip code}* _____.

2. The home is:
   *{Choose one only}*
   a.____ owned or rented by Petitioner and Respondent jointly.

   b. ✓ solely owned or rented by Petitioner.

   c.____ solely owned or rented by Respondent.

**SECTION V.  TEMPORARY PARENTING PLAN WITH  TEMPORARY TIME-SHARING SCHEDULE FOR MINOR CHILD(REN)** (Complete this section **only** if you are asking the court to provide a temporary parenting plan, including a temporary time-sharing schedule with regard to, the minor child or children of the parties which might involve prohibiting or limiting time-sharing or requiring that it be supervised by a third party.  You must be the natural parent, adoptive parent, or guardian by court order of the minor child(ren).  If you are asking the court to provide a temporary parenting plan, including a temporary time-sharing schedule with regard to, the minor child or children of the parties which might involve prohibiting or limiting time-sharing or requiring that it be supervised by a third party, you must also complete and file a **Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit**, Florida Supreme Court Approved Family Law Form 12.902(d).)

**Note:  If the paternity of the minor child(ren) listed below has not been established through either marriage or court order, the Court may deny a request to provide a temporary parenting plan,**

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

**including a temporary time-sharing schedule with regard to, the minor child or children, and/or a request for child support.**

1. Petitioner is the natural parent, adoptive parent, or guardian by court order of the minor child(ren) whose name(s) and age(s) is (are) listed below.

   **Name**                                                    **Birth date**

   _____                    _____

   _____                    _____

   _____                    _____

   _____                    _____

   _____                    _____

2. The minor child(ren) for whom Petitioner is asking the court to provide a temporary parenting plan, including a temporary time-sharing schedule with regard to:

   {Choose **one** only}

   a._____ saw the domestic violence described in this petition happen.

   b._____ were at the place where the domestic violence happened but did not see it.

   c._____ were not there when the domestic violence happened this time but have seen previous acts of domestic violence by Respondent.

   d._____ have not witnessed domestic violence by Respondent.

3. Name **any other** minor child(ren) who were there when the domestic violence happened. Include child(ren)'s name, age, , and parents' names. _____

   _____

   _____

   _____

4. **Temporary Parenting Plan and Temporary Time-Sharing Schedule**

   {Indicate all that apply}

   a._____ Petitioner requests that the Court provide a temporary parenting plan, including a temporary time-sharing schedule with regard to, the minor child or children of the parties, as follows: _____

   _____

   _____

   _____

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

b.____Petitioner requests that the Court order supervised exchange of the minor child(ren) or exchange through a responsible person designated by the Court.  The following person is suggested as a responsible person for purposes of such exchange.  *{Explain}:* _____
_____.

c.____Petitioner requests that the Court limit time-sharing by Respondent with the minor child(ren). *{Explain}:* _____
_____
_____.

d.____Petitioner requests that the Court prohibit time-sharing by Respondent with the minor child(ren) because Petitioner genuinely fears that Respondent imminently will abuse, remove, or hide the minor child(ren) from Petitioner. *{Explain}:* _____
_____

_____.

e.____Petitioner requests that the Court allow only supervised time-sharing by Respondent with the minor child(ren).  *Explain:* _____
_____
_____.

Supervision should be provided by a Family Visitation Center, or other
(specify):_____

**SECTION VI.  TEMPORARY SUPPORT** (Complete this section **only** if you are seeking financial support from the Respondent.  You must also complete and file a **Family Law Financial Affidavit**, Florida Family Law Rules of Procedure Form 12.902(b) or (c), and **Notice of Social Security Number**, Florida Supreme Court Approved Family Law Form 12.902(j), if you are seeking child support. A **Child Support Guidelines Worksheet**, Florida Family Law Rules of Procedure Form 12.902(e), must be filed with the court at or prior to a hearing to establish or modify child support.)

*{Indicate **all** that apply}*

1. ____Petitioner claims a need for the money he or she is asking the Court to make Respondent pay, and that Respondent has the ability to pay that money.

2. ____Petitioner requests that the Court order Respondent to pay the following temporary alimony to Petitioner.  (Petitioner must be married to Respondent to ask for temporary alimony.) Temporary Alimony Requested $_____every: _____ week _____ other week _____ month.

3. _____Petitioner requests that the Court order Respondent to pay the following temporary child

support to Petitioner.  (The Respondent must be the natural parent, adoptive parent, or guardian by court order of the minor child(ren) for the court to order the Respondent to pay child support.)  Temporary child support is requested in the amount of $_____ every: _____ week _____ other week _____ month.

**SECTION VII.  INJUNCTION** (This section summarizes what you are asking the Court to include in the injunction.  This section must be completed.)

1. Petitioner asks the Court to enter a TEMPORARY INJUNCTION for protection against domestic violence that will be in place from now until the scheduled hearing in this matter.

2. Petitioner asks the Court to enter, after a hearing has been held on this petition, a final judgment on injunction prohibiting Respondent from committing any acts of domestic violence against Petitioner **and**:

   a. prohibiting Respondent from going to or within 500 feet of any place the Petitioner lives;

   b. prohibiting Respondent from going to or within 500 feet of the Petitioner's place(s) of employment or school; the address of Petitioner's place(s) of employment or school is: ___Self-employed    (various locations)_____ .

   c. prohibiting Respondent from contacting Petitioner by mail, by telephone, through another person, or in any other manner;

   d. prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's motor vehicle.

   e. prohibiting Respondent from defacing or destroying Petitioner's personal property.

   *{Indicate **all** that apply}*
   f.  ____✓____prohibiting Respondent from going to or within 500 feet of the following place(s) Petitioner or Petitioner's minor child(ren) must go often *(include address)*: ████████████████ .
   _____████████████_____ .

   g. _____granting Petitioner temporary exclusive use and possession of the home Petitioner and Respondent share;

   h._____granting Petitioner on a temporary basis 100% of the time sharing with the parties' minor child(ren);

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

i.____establishing a temporary parenting plan including a temporary time-sharing schedule for the parties' minor child(ren);

j.____granting temporary alimony for Petitioner;

k.____granting temporary child support for the minor child(ren);

l._X_ordering Respondent to participate in treatment, intervention, and/or counseling services;

m.__,__referring Petitioner to a certified domestic violence center; and
   any other terms the Court deems necessary for the protection of Petitioner and/or Petitioner's child(ren), including injunctions or directives to law enforcement agencies, as provided in Section 741.30, Florida Statutes.

**I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING. I UNDERSTAND THAT IF EITHER RESPONDENT OR I FAIL TO APPEAR AT THE HEARING, WE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION ISSUED AT THAT HEARING.**

**I HAVE READ EVERY STATEMENT MADE IN THIS PETITION, AND EACH STATEMENT IS TRUE AND CORRECT. I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.02, FLORIDA STATUTES.**

E.A.G.
(initials)

Dated: 09/16/2019

Signature of Petitioner

STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn to or affirmed and signed before me on ___9/16/19___ by ___Emma Grabbey___

NOTARY PUBLIC or DEPUTY CLERK

**Junko Ferrer**

{Print, type, or stamp commissioned name of notary or clerk.}

____ Personally known
__✓__ Produced identification
Type of identification produced ___NO photo ID present___ (passport) phone

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

# COVER SHEET FOR FAMILY COURT CASES

**I.**   Case Style

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No. 50 2019 DR 008273XXXX SB
Judge:

_Emma Gabbey_
_____
Petitioner

and

_Kenneth Fisher_
_____
Respondent

**II.**   Type of Action/Proceeding. Place a check beside the proceeding you are initiating. If you are simultaneously filing more than one type of proceeding against the same opposing party, such as a modification and an enforcement proceeding, complete a separate cover sheet for each action being filed. **If you are reopening a case, choose one of the three options below it.**

(A) _X_ Initial Action/Petition
(B) ____ Reopening Case
  1. ____ Modification/Supplemental Petition
  2. ____ Motion for Civil Contempt/Enforcement
  3. ____ Other

**III.** Type of Case. If the case fits more than one type of case, select the most definitive.

(A) ____ Simplified Dissolution of Marriage
(B) ____ Dissolution of Marriage
(C) _X_ Domestic Violence
(D) ____ Dating Violence
(E) ____ Repeat Violence
(F) ____ Sexual Violence
(G) ____ Stalking
(H) ____ Support IV-D (Department of Revenue, Child Support Enforcement)
(I) ____ Support Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(J) ____ UIFSA IV-D (Department of Revenue, Child Support Enforcement)
(K) ____ UIFSA Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(L) ____ Other Family Court
(M) ____ Adoption Arising Out Of Chapter 63
(N) ____ Name Change

Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases (11/13)

(O) _____ Paternity/Disestablishment of Paternity
(P) _____ Juvenile Delinquency
(Q) _____ Petition for Dependency
(R) _____ Shelter Petition
(S) _____ Termination of Parental Rights Arising Out Of Chapter 39
(T) _____ Adoption Arising Out Of Chapter 39
(U) _____ CINS/FINS

IV. Rule of Judicial Administration 2.545(d) requires that a Notice of Related Cases Form, Family Law Form 12.900(h), be filed with the initial pleading/petition by the filing attorney or self-represented litigant in order to notify the court of related cases. Is Form 12.900(h) being filed with this Cover Sheet for Family Court Cases and initial pleading/petition?
_____ No, to the best of my knowledge, no related cases exist.
_____ Yes, all related cases are listed on Family Law Form 12.900(h).

**ATTORNEY OR PARTY SIGNATURE**

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____     FL Bar No.: _____
            Attorney or party                                    (Bar number, if attorney)

_____
        Emma Goldney
        (Type or print name)                                     _____
                                                                 (E-mail Address(es))

_____
        09/16/2019
        Date

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:** [fill in all blanks]
This form was prepared for the: {choose only one} (  ) Petitioner (  ) Respondent
This form was completed with the assistance of:
{name of individual}_____
{name of business} _____,
{address}_____,
{city}_____, {state}_____, {telephone number }_____.

Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases (11/13)

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: 50.2019 DR 0 0 8 2 7 3 XXXX SB

_Emma Gabney_
_____
Petitioner,

and

_Kenneth Fisher_
_____
Respondent.

## NOTICE OF RELATED CASES

1.  Petitioner submits this Notice of Related Cases as required by Florida Rule of Judicial Administration 2.545(d). A related case may be an open or closed civil, criminal, guardianship, domestic violence, juvenile delinquency, juvenile dependency, or domestic relations case. A case is "related" to this family law case if it involves any of the same parties, children, or issues and it is pending at the time the party files a family case; if it affects the court's jurisdiction to proceed; if an order in the related case may conflict with an order on the same issues in the new case; or if an order in the new case may conflict with an order in the earlier litigation.

[check **one** only]
X  **There are no related cases.**
____ **The following are the related cases (add additional pages if necessary):**

**Related Case No. 1**
Case Name(s): _____
Petitioner _____
Respondent _____
Case No.: _____ Division: _____

Type of Proceeding:  [check **all** that apply]
____ Dissolution of Marriage          ____ Paternity
____ Custody                          ____ Adoption
____ Child Support                    ____ Modification/Enforcement/Contempt Proceedings
____ Juvenile Dependency              ____ Juvenile Delinquency
____ Termination of Parental Rights   ____ Criminal
____ Domestic/Sexual/Dating/Repeat    ____ Mental Health
      Violence or Stalking Injunctions ____ Other (specify)_____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

State where case was decided or is pending: _____ Florida _____ Other: *{specify}* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____

Title of last Court Order/Judgment (if any): _____

Date of Court Order/Judgment (if any): _____

Relationship of cases check **all** that apply]:

_____ pending case involves same parties, children, or issues;

_____ may affect court's jurisdiction;

_____ order in related case  may conflict with an order in this  case;

_____ order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases: _____

_____

_____


**Related Case No. 2**

Case Name(s): _____

Petitioner _____

Respondent _____

Case No.: _____ Division: _____

Type of Proceeding:  [check **all** that apply]

| | |
|---|---|
| _____ Dissolution of Marriage | _____ Paternity |
| _____ Custody | _____ Adoption |
| _____ Child Support | _____ Modification/Enforcement/Contempt Proceedings |
| _____ Juvenile Dependency | _____ Juvenile Delinquency |
| _____ Termination of Parental Rights | _____ Criminal |
| _____ Domestic/Sexual/Dating/Repeat | _____ Mental Health |
| Violence or Stalking Injunctions | _____ Other *{specify}* _____ |

State where case was decided or is pending: _____ Florida _____ Other: *{specify}* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____

Title of last Court Order/Judgment (if any): _____

Date of Court Order/Judgment (if any): _____

Relationship of cases check **all** that apply]:

_____ pending case involves same parties, children, or issues; _____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

\_\_\_\_ may affect court's jurisdiction;
\_\_\_\_ order in related case  may conflict with an order in this  case;
\_\_\_\_ order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases: _____

_____
_____

**Related Case No. 3**
Case Name(s): _____
 Petitioner _____
Respondent _____
Case No.: _____ Division: _____

Type of Proceeding:  [check **all** that apply]
\_\_\_\_ Dissolution of Marriage            \_\_\_\_ Paternity
\_\_\_\_ Custody                                     \_\_\_\_ Adoption
\_\_\_\_ Child Support                            \_\_\_\_ Modification/Enforcement/Contempt Proceedings
\_\_\_\_ Juvenile Dependency               \_\_\_\_ Juvenile Delinquency
\_\_\_\_ Termination of Parental Rights  \_\_\_\_ Criminal
\_\_\_\_ Domestic/Sexual/Dating/Repeat  \_\_\_\_ Mental Health
      Violence or Stalking Injunctions   \_\_\_\_Other *{specify}* _____

State where case was decided or is pending: \_\_\_\_ Florida \_\_\_\_ Other: *{specify}* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____
Title of last Court Order/Judgment (if any): _____
Date of Court Order/Judgment (if any): _____

Relationship of cases check all that apply]:
\_\_\_\_ pending case involves same parties, children, or issues;
\_\_\_\_ may affect court's jurisdiction;
\_\_\_\_ order in related case  may conflict with an order in this  case;
\_\_\_\_ order in this case may conflict with previous order in related case.
Statement as to the relationship of the cases: _____
_____

2.   [check **one** only]
     \_\_\_\_ I **do not** request coordination of litigation in any of the cases listed above.

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

_____ I do request coordination of the following cases: _____
_____
_____

3.  [check **all** that apply]
    _____ Assignment to one judge
    _____ Coordination of existing cases
    will conserve judicial resources and promote an efficient determination of these cases
    because:_____

4.  The Petitioner acknowledges a continuing duty to inform the court of any cases in this or any other
    state that could affect the current proceeding.

Dated: 09/16/2019

_____
Petitioner's Signature
Printed Name: Emma Gabbey
Address: ███████████████████████
City, State, Zip: ███████████████
Telephone Number: █████████████
Fax Number: _____
E-mail Address(es):_____

# CERTIFICATE OF SERVICE

**I CERTIFY** that I delivered a copy of this Notice of Related Cases to the _____ County
Sheriff's Department or a certified process server for service on the Respondent, and [**check all used**]
(   ) e-mailed (   ) mailed (   ) hand delivered, a copy to {name}_____, who is the
[**check all that apply**] (   ) judge assigned to new case, (   ) chief judge or family law administrative
judge, (   ) {name}_____ a party to the related case, (   ) {name}
_____, a party to the related case on {date} _____.

_____
Signature of Petitioner/Attorney for Petitioner
Printed Name:_____
Address:_____
City, State, Zip:_____
Telephone Number:_____
Fax Number:_____
E-mail Address(es):_____
Florida Bar Number:_____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the *{choose only one}*: (   ) Petitioner (   ) Respondent.
This form was completed with the assistance of:
{name of individual} _____
{name    of    business}_____
{address}_____
{city} _____ {state} _____, {telephone number} _____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (11/13)

# INJUNCTION FOR PROTECTION INFORMATION PACKET FOR RESPONDENT

Compiled by:



**Domestic Violence Council**
O F   P A L M   B E A C H   C O U N T Y

860.53

# RESPONDENT'S FREQUENTLY ASKED QUESTIONS REGARDING INJUNCTIONS FOR PROTECTION

## WHAT IS AN INJUNCTION FOR PROTECTION?

An Injunction for Protection is an order from a Judge telling you, the respondent, that you must stay away from the person who got the Injunction, the petitioner. You may not contact them in any way, including email, phone, fax, flowers, gifts, etc. If you do not obey the order, you may be arrested or found in contempt of court. The injunction for protection may address temporary custody, child support, require that you move out of the family home, require that you stay away from the petitioner's home, job, school or any other place.

## WHO CAN GET AN INJUNCTION FOR PROTECTION?

Any person who is either the victim of domestic violence or has reasonable cause to believe he or she is in imminent danger of becoming the victim of any act of domestic violence.

## HOW CAN I OBJECT TO THE TEMPORARY ORDER?

You can object to all or part of the order by attending the hearing that is scheduled within two weeks after the temporary injunction is granted. You may bring any witnesses or other evidence to the hearing.

## WHAT IF I WANT VISITATION WITH OUR CHILDREN?

If requested, visitation may be ordered at the return hearing if you are married to the petitioner, are divorced from the petitioner or if paternity has been established by the court. **If paternity has not been established by the court, visitation cannot be ordered, unless the petitioner agrees.** The Clerk of Court's Self Service Center can assist you in filing the necessary paperwork.

## CAN I TELEPHONE THE PETITIONER?

**You cannot call the petitioner unless your court order specifies that you can.** This is usually the case when the parties have mutual children and the court has made a provision for phone contact to arrange visitation. Otherwise, you may not call the petitioner.

## WHAT HAPPENS IF THE PETITIONER GETS AN INJUNCTION FOR PROTECTION, BUT BEGS ME TO VISIT OR MOVE BACK IN?

If you have been served with an Injunction for Protection, it is valid until it expires or until it is changed by the court. If the petitioner allows you to visit or otherwise be in violation of the order, you are still subject to possible arrest or civil contempt charges.

## WHY DO I HAVE TO SURRENDER MY FIREARMS/AMMUNITION?

People subject to a qualifying protection order under federal law are generally prohibited from possessing any firearm or ammunition. Violation of this prohibition while the order remains in effect is a federal offense punishable by up to ten years imprisonment.

## HOW TO I GET MY FIREARMS/AMMUNITION BACK?

You must wait until the injunction expires or until the court dismisses the case. Then, you may contact the department that you surrendered your firearms/ammunition to, with proof that there is no longer an injunction in place. You may be required to file a motion with the court requesting that your firearms/ammunition be returned.

# IMPORTANT INFORMATION ABOUT YOUR CASE

**AN INJUNCTION FOR PROTECTION IS A SERIOUS LEGAL PROCEDURE. IT IS IMPORTANT THAT YOU UNDERSTAND ALL OF THE STEPS INVOLVED:**



STEP 1- PETITION FILED WITH CLERK OF COURT

STEP 2-PETITION AND DOCUMENTATION REVIEWED BY JUDGE WHO MAKES FINAL DECISION
(USUALLY SAME DAY)
(THERE ARE THREE POSSIBLE OUTCOMES)

1. TEMPORARY INJUNCTION IS GRANTED/EFFECTIVE FOR 15 DAYS WITH EXTENSION HEARING SET

2. TEMPORARY INJUNCTION IS NOT ISSUED/ EVIDENTIARY HEARING SET WITHIN 15 DAYS

3. PETITION IS DENIED

STEP 3-RETURN HEARING
FINAL JUDGEMENT OF PROTECTION IS:
1. ISSUED FOR A SPECIFIC AMOUNT OF TIME
*OR*
2. DENIED

## PLEASE BE AWARE OF THE FOLLOWING INFORMATION:

A. If a temporary injunction is granted, it is effective for 15 days. During that time you are to have no contact with the petitioner and you are not to go to any of the addresses listed on the petition

B. You must attend the return hearing on the day and time specified so that the judge may determine if the injunction will be granted (if case set for hearing) or extended a longer period of time.

C. On the day of the hearing, bring with you all supporting documentation (evidence, photos, police reports, tape recordings, DCF reports), witnesses, prior orders regarding custody, divorce, paternity, child support, etc. and employment/salary information with you.

D. If you violate the Temporary or Final Injunction, you may be arrested or held in contempt of court.

E. If you would like to modify the terms of injunction after it has been issued, you may go to the Clerk's office, file the appropriate paperwork and a hearing will be set for the court to determine whether or not the injunction should be modified.

**\*\*PLEASE SEE REFERRAL SHEET FOR NAMES AND NUMBERS OF AGENCIES THAT MAY BE ABLE TO PROVIDE ASSISTANCE.**

# INJUNCTION FOR PROTECTION
# INFORMATION FOR RESPONDENT

A protection order is a Judge's court order that defines what type of contact IF ANY you may have with another party. Only the Judge can make changes.
*READ THE CONDITIONS OF THE ORDER!*

## IF THE COURT ORDER STATES THAT YOU ARE TO HAVE NO CONTACT, this includes:

- Not residing with the person listed in the order (petitioner)
- No physical contact. You must stay away so many feet/yards from the person and any children included in the order(check your order)
- No phone calls
- No letters, emails or faxes
- No gifts
- No messages through friends, family, neighbors, acquaintances
- No communication whatsoever with the petitioner (person or persons) listed in the order.

## IMPORTANT THINGS TO KNOW:

- A protection order is a civil court order, *but a violation of the order is a criminal offense. It is punishable by up to one year in jail.*
- If there is a violation, but not an immediate arrest, the Office of the State Attorney will determine if a crime will be charged on the respondent.
- Law enforcement may arrest the respondent if there was a violation of an order issued by a Judge.
- A criminal conviction from a domestic case may affect your ability to obtain certain employment, housing or legal status. An arrest can result in the offender being deported.
- If the person that requested the order (petitioner) wants to change it, that person can petition the court by filing at the courthouse where it was issued. *The order can only be changed or terminated by a Judge.*

## WHAT CAN YOU DO TO AVOID PROBLEMS?

- Avoid places the petitioner goes.
- Leave any location, building, restaurant, store or place if petitioner is there.
- If the petitioner calls you, hang up.
- Do not send or respond to any form of communication.
- Avoid contact with the petitioner's family, friends, neighbors or job.
- Do not get into arguments with the petitioner's family or friends. Walk away.
- If the petitioner comes to your house, do not let him/her in. Don't open the door until you know who is there.

## EXAMPLES OF WHAT TO DO WHEN THERE IS AN INJUNCTION FOR PROTECTION

- If you see the petitioner, go in a different direction.
- If you are in a place of business and you see the petitioner, do not have communication with that person. Leave/walk away.
- If the petitioner invites you to come over for a special occasion or to work things out, DON'T.
- If the petitioner calls you, leaves messages or emails you, do not respond back.
- If you are told the protection order has been changed, check with the court for confirmation. Do not have contact with the petitioner to find out the information.

Clerk of the Courts:
Central Office    561-355-2277
North County    561-624-6528
South County

## Resources for Respondents

The following are a list of agencies which may be able to lend assistance:

| | |
|---|---|
| Oakwood Mental Health Center | 561-844-9741 |
| AA/Alcoholics Anonymous | 561-433-9971 |
| Animal Rescue | 561-965-2090 |
| Animals 101 | 561-747-1836 |
| C.A.R.P. (rehabilitation substance abuse) | 561-844-6400 |
| Catholic Charities (general counseling) | 561-842-2406 |
| Center for Independent Living (disabilities) | 561-966-4288 |
| DCF Abuse Hotline | 800-96-ABUSE |
| Family Central (childcare resources) | 561-514-3300 |
| Guatemalan Mayan Center | 561-547-0085 |
| Haitian Center for Family Services | 561-366-8003 |
| Healthcare District (medical assistance) | 561-659-1270 |
| Hospice (grief/bereavement counseling) | 561-848-5200 |
| Immigrant Advocacy Center | 305-573-1106 |
| Information & Crisis Line | 211 or 561-383-1111 |
| Migrant Association/Caridad Clinic | 561-369-0932 |
| Palm Beach County Sheriff's Office | 561-688-3000 |
| PBC Health Dept (WPB) | 561-514-5300 |
| Orders of Protection/Clerk's Office | |
| WPB Courthouse | 561-355-2277 |
| Palm Beach Gardens Courthouse | 561-624-6528 |
| Delray Beach Courthouse | 561-274-2541 |
| Belle Glade Courthouse | 561-996-4843 |
| State Attorney's Office | 561-355-7100 |
| W.I.C. (WPB) | 561-514-5350 |
| Warrants Bureau (PBSO) | 561-688-3930 |
| Youth Service Bureau (general counseling) | 561-845-4450 |

## Legal Information

| | |
|---|---|
| Lawyer Referral and Information Service | 561-687-3266 |
| Self Service Center | 561-355-7048 |
| Public Defender | 561-355-7500 |

# Palm Beach County Domestic Violence
## Batterer's Intervention and Anger Management Programs

There are eleven (11) Certified Batterer Intervention Programs (BIP's) in Palm Beach County from Boca Raton to Jupiter. These programs must meet certain criteria to be certified and monitored by the Department of Children and Families. Each agency below offers BIP, which you may be ordered by the court to attend. BIP includes twenty four (24) weekly, ninety minute sessions, plus an intake, assessment and orientation meeting.

The agencies below also offer Anger Management, which is a twelve (12) week program. Both BIP and Anger Management are offered on a sliding scale basis. Many of the agencies have other valuable services, such as stress management, individual counseling, men and women's groups, parenting classes, drug and alcohol evaluation and treatment and family counseling.

**ABUSIVE PARTNERS PROGRAM**
399 Camino Gardens Blvd., Suite 307
Boca Raton, FL 33432
Phone: 561-750-9710

**ABUSIVE PARTNERS PROGRAM**
200 Knuth Rd.
Suite #214 B
Boynton Beach, FL 33436
Phone: 561-750-9710

**ALTERNATIVE RELAPSE
TREATMENT SERVICES**
* Spanish Groups Offered
2994 Jog Road
Lake Worth, FL 33469
Phone: 561-434-4410

**ATLANTIC COAST COUNSELING, INC.**
4047 Okeechobee Blvd., Suite 225
West Palm Beach, FL 33409
Phone: 561-242-9287

**DOMESTIC ASSAULT REHABILITATION
AND TREATMENT**
185 East Indiantown Road, 108
Jupiter, FL 33477
Phone: 561-743-2797

**NEW OPTIONS OF ROYAL PALM BEACH**
1402 Royal Palm Beach Blvd., Suite 400-B
Royal Palm Beach, FL 33411
Phone: 561-790-3200

1005 Tenth Street
Lake Park, FL 33403
561-881-1411

**FACTS**
3175 S. Congress Ave., Suite 106
Lake Worth, FL 33461
Phone: 561-968-2370

**FAMILY VIOLENCE
INTERVENTION PROGRAM**
4802 East Ave.
West Palm Beach, FL 33407
Phone: 561-844-3531
*Creole Groups offered

**FAMILY HEALTH COUNSELING CENTER, INC.**
2677 Forest Hill Blvd., Suite 102
West Palm Beach, FL 33406
Phone: 561-433-0123

**LAKE WORTH COUNSELING CENTER**
416 North Dixie Hwy.
Lake Worth, FL 33460
Phone: 561-547-0303
*Spanish Groups Offered

**LET'S GROW TOGETHER, INC.**
33 South East First Avenue
Delray Beach, FL 33444
Phone: 561-279-2080
*Spanish Groups Offered

# EXHIBIT D

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION**

**KENNETH MARLIN FISHER, an individual**

           **Plaintiffs,**

v.

**EMMA GABBEY, an individual,
DANI PINTER, an individual**

           **Defendants,**

_____/

**CASE NO.:**
**DIV:**

**WITNESS AFFIDAVIT OF JOHN DIPAOLO**

STATE OF FLORIDA        )

                            )    SS

COUNTY OF PALM BEACH     )

I, John DiPaolo, of full age, being duly sworn according to law upon his oath, deposes and says:

1. I am fully competent to make this affidavit and have personal knowledge of the facts stated herein.

2. I am currently employed as a private investigator by The D&R Agency, LLC. I have 35 years of investigative experience.

3. I interviewed, telephonically, Adam Heinrich ("Mr. Heinrich") on or about March 6, 2023.

4. Mr. Heinrich indicated that he knew Dustin Milner and had met Emma Gabbey on a couple of occasions.

5. Mr. Heinrich indicated that Dustin Milner was madly in love with Emma Gabbey.

6. Mr. Heinrich further stated that Emma Gabbey would stay periods of time at Dustin Milner's house and then disappear for a few days, which made Dustin Milner angry and depressed.

7. Mr. Heinrich knew Emma Gabbey to be the last person to be in a relationship with Dustin Milner before his suicide. Mr. Heinrich indicated that he believed Emma Gabbey to be a contributing factor to Dustin Milner's suicide.

8. This Affidavit is submitted and may be used in support of any complaint against Emma Gabbey.

9. I do not have any financial interest or obtained anything of value in this matter or by reason of this Affidavit.

10. To my knowledge, all of the facts stated in this Affidavit are true and correct.

AFFIANT

Name: John DiPaolo

STATE OF Florida

COUNTY OF Highlands

BEFORE ME, the undersigned authority, personally appeared John DiPaolo, who is personally known to me or has produced [passport or driver's license] as identification, and being duly sworn, on oath, deposes and says that the foregoing Affidavit is true and correct to the best of [his/her] knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this ___July___ 10th, 2023.



NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: Oct. 3, 2026

VICTORIA CARDENAS
Notary Public - State of Florida
Commission # HH 318751
My Comm. Expires Oct 3, 2026

# EXHIBIT E

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**
**CIVIL DIVISION**

**KENNETH MARLIN FISHER, an individual**

|  |  |  |
|---|---|---|
| **Plaintiffs,** | | **CASE NO.:** |
| **v.** | | **DIV:** |

**EMMA GABBEY, an individual,**
**DANI PINTER, an individual**

**Defendants,**

_____/

**WITNESS AFFIDAVIT OF JOHN DIPAOLO**

|  |  |  |
|---|---|---|
| STATE OF FLORIDA | ) | |
| | ) | SS |
| COUNTY OF PALM BEACH | ) | |

I, John DiPaolo, of full age, being duly sworn according to law upon his oath, deposes and says:

1. I am fully competent to make this affidavit and have personal knowledge of the facts stated herein.

2. I am currently employed as a private investigator by The D&R Agency, LLC. I have 35 years of investigative experience.

3. I interviewed, telephonically, Jason Milner ("Mr. Milner") on or about March 6, 2023.

4. Mr. Milner indicated that he knew of Emma Gabbey when she was dating his brother, Dustin Milner.

5. Mr. Milner further explained that Emma Gabbey was all over the place and tugged at Dustin's heart strings.

6. Mr. Milner understood, from his brother, Dustin Milner, that Emma Gabbey claimed to have been beaten by a former boyfriend, who did not appear to be aggressive in the opinion of Dustin Milner when he went to confront the former boyfriend.

7. Mr. Milner had personal knowledge that Emma Gabbey moved in with his brother, Dustin Milner, and moved out the next day. It was shortly after this that Dustin Milner committed suicide.

8. As his brother suffered from depression, Mr. Milner was of the opinion that Emma Gabbey certainly did not help the mental state of his brother, Dustin Milner.

9. This Affidavit is submitted and may be used in support of any complaint against Emma Gabbey.

10. I do not have any financial interest or obtained anything of value in this matter or by reason of this Affidavit.

11. To my knowledge, all of the facts stated in this Affidavit are true and correct.

AFFIANT

Name: John DiPaolo

STATE OF Florida

COUNTY OF Highlands

BEFORE ME, the undersigned authority, personally appeared John DiPaolo, who is personally known to me or has produced [passport or driver's license] as identification, and being duly sworn, on oath, deposes and says that the foregoing Affidavit is true and correct to the best of [his/her] knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this 10th day of July 2023.



NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: Oct, 3 2026

VICTORIA CARDENAS
Notary Public - State of Florida
Commission # HH 318751
My Comm. Expires Oct 3, 2026

# EXHIBIT

# F

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

TRISTAN TATE, an individual and
ANDREW TATE, an individual

              Plaintiffs,                      CASE NO.:

v.                                            DIV:

EMMA GABBEY, an individual,
MONA TABARRA GABBEY, an individual,
WILLIAM GABBEY, an individual, and
ALIONA UNTILA, an individual

              Defendants,

_____/

## WITNESS AFFIDAVIT OF JOEL FRYDMAN

STATE OF FLORIDA          )

                            )    SS

COUNTY OF PALM BEACH    )

I, JOEL FRYDMAN, of full age, being duly sworn according to law upon his oath, deposes and says:

1. I am fully competent to make this affidavit and have personal knowledge of the facts stated herein.

2. I came to know Defendant, Emma Aida Gabbey, in or around 2017, by meeting her at a Drum Circle evening in Delray Beach, Florida.

3. The last time we had any contact was around the end of 2018 or beginning of 2019.

4. I knew her by the name of Eden, but only recently found out that her name was Emma. Emma Gabbey specifically told me that her name was Eden.

5. We had a dating type of relationship, but were never intimate, and shared the passion of music together.

6. At the time, we were feeling each other out.

7. During a portion of time that I knew Emma Gabbey, upon information and belief, I understood her to be living with a man named Keith Fox.

8. At times during the time we were dating, Emma Gabbey told people that I was her brother and was confronted by another man inquiring as to whether I was really her brother or if we were together.

9. I found Emma Gabbey to be evasive, as she refused to tell me her age or divulge minimal levels of personal information.

10. After I had spent some time around Emma Gabbey, because I perceived her as evasive, I asked around the Drum Circle about her.

11. I found out her reputation at the Drum Circle to be that of a liar and a person that regularly concealed the truth from other people.

12. In one instance, I asked Emma Gabbey as to why her eyes were red and she told me that she was being abused by a man that she was dating and that he threw bleach in her eyes.

13. People at a bar/restaurant, named Dada, knew me there to be Emma Gabbey's brother, which made me very uncomfortable.

14. I never observed any physical signs of abuse on Emma Gabbey during the time that I knew her.

15. I found the story about the bleach in her eyes to be not credible and stopped speaking with her after that incident.

16. Recently, it was brought to my attention that Emma Gabbey told a third party, named Kenneth Marlin Fisher, that I had raped her.

17. This allegation of rape is outrageous and a blatant lie. I have never had an intimate relationship with Emma Gabbey and never forced myself on her.

18. This Affidavit is submitted and may be used in support of Plaintiffs' Complaint.

19. I give this affidavit to get my side of the story out and in the interest of justice, as I understand Emma Gabbey was making defamatory statements to other people about me.

20. I do not have any financial interest or obtained anything of value in this matter or by reason of this Affidavit.

21. To my knowledge, all of the facts stated in this Affidavit are true and correct.

AFFIANT

Name: Joel Frydman

STATE OF _Florida_

COUNTY OF _Broward_

BEFORE ME, the undersigned authority, personally appeared [affiant's name], who is personally known to me or has produced [form of identification, such as passport or driver's license] as identification, and being duly sworn, on oath, deposes and says that the foregoing Affidavit is true and correct to the best of [his/her] knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this [month] [day], [year].

_June 2, 2023_

_Maria A. DiPaolo_
NOTARY PUBLIC, STATE OF FLORIDA

MARIA A. DIPAOLO
MY COMMISSION # HH 223685
EXPIRES: March 11, 2026

My Commission Expires:
_March 11, 2028_

# EXHIBIT
# G

*Translation from Romanian*

SUMMARY OF INTRODUCTORY PAGES to be translated / non-urgent:

[page 18] Report outlining the rights of the victim

[page 19] Details of the person who is giving the statement.

***[page 20- handwritten] translated below / urgent:***

I have known the named Tristan Tate since November 2021, from the website reddit.com and I met him in person in December 2021 in Miami-Florida. I was invited by the named Tristan Tate to an event organised by himself and his brother Andrew Tate called WARROOM/HUSTLERS UNIVERSITY. The participants to this organisation / event are very rich people, who, at the beginning pay a tax of 50 Dollars and subsequently the participants are requested *[to pay]* larger sums of money to learn from the two brothers how to make more money, but in subsidiary, they ought to learn how to get girls from all corners of the world fall in love with them and to traffic various persons. After this event, Tristan Tate and I spent approximately two weeks together, in different RBNB type rental locations in Miami Florida, USA.

After the days spent together with the named Tristan Tate, he gave me the impression that he was in love with me, in fact this was his approach to various females he would encounter, he would give us the impression that we have a close relationship, although I realised initially that I could not be the only girlfriend of such a famous person. Between December 2021-March 2022, I discussed very little with the said Tristan Tate via the app Whatsapp, I was writing to him certain aspects, but he was replying very bluntly and sometimes after a few days.

Throughout the discussions I had with the said Tristan Tate he told me that he loves me and that he wanted me to go to Romania where he lives. Initially I told him I wasn't sure I would come to Romania, but eventually I accepted his offer, and in the end Tristan Tate paid for my flight ticket from Miami Florida to Bucharest, Romania, the price of the ticket was 4,000 Dollars. On 05.04.2022, at 09:30 hours I arrived in Bucharest on Otopeni airport.

***[page 21-handwritten] translated below / urgent:***

After arriving in Bucharest, I was met by the named Tristan Tate who arrived in a blue Rolls Royce vehicle, and I had a feeling I should not meet up with this individual. After I left the airport with Tristan Tate, we went to lunch together at an address of an establishment where I do not remember where it was located, we then arrived at Tristan Tate's villa from Voluntari town, Pipera district, Ilfov county, at his villa where there was a swimming pool and several luxury vehicles parked. He told me that I will realise the reason I've been brought to Romania, thus, I remained at that villa for approximately 3 days, during which I was not allowed to leave the courtyard of the property, and, at the same time I was supervised by the security guards at the location. Throughout the 3 days I stayed there were also present the named Georgiana – personal assistant of the Tate brothers, who uses the phone number 0784.282.932, [unclear, potentially Elia] the person who also is also involved in organising [unclear word] of the activities on TIK TOK, INSTAGRAM etc platforms. Marina- the person who is handling the cleaning in the house, Carmen – another person who does video chat, Andrada – another person who is close with the Tate brothers.

      I was brought by Georgiana at the address from Voluntari, American Village, the house where there were other persons engaged in various activities like video-chat or videos on different platforms such as Instagram, Tik Tok. I asked Tristan why I was going to leave from his house and go in the house

with the other girls, however he did not answer me, making me understand that I was going to spend the following period of time together with the other girls to make videos for men. At the same time, the named Tristan Tate, told me that I cannot leave that place without his consent, and should I try to run away he will make sure to find me and punish me, thus I did everything I could to escape this place.

I realised I was a victim of human trafficking and that I was going to do things I did not want to do for example videos for sites onlyfans, tik-tok. During the time I was living in the house in which various

*[page 22-handwritten] translated below / urgent:*

females were making videos on adult sites, like onlyfans. All these females there were somehow imprisoned and forced not to leave the respective house and to post daily video on various sites.

I personally was supervised daily by Georgiana or Bety and I could not go out of the house without their consent and [the consent of] the Tate brothers without being [unclear] by someone. To escape from this house, I got in touch with my friend Mattew, my stepbrother, via Whatsapp and I explained to him everything that had happened and that I want to escape with my friend Aliona, thus we purchased plane tickets for England-London, to a [female] friend of mine.

With regards to all communication, Mattew notified the authorities in Romania, at the USA Embassy. I would also like to state the fact that the named Georgiana, the person who was supervising us, she was getting us to make video for sites like TIK TOK, INSTAGRAM, ONLYFANS, sites on which there were accounts created under our names and [unclear] were administrated by Georgiana, and in case she was not uploading the necessary number of videos, she was being charged by the TATE brothers, she was being penalized with amounts of money.

With regards to the statement above, I declare the fact that everything I stated is true and I will provide to the police the conversations carried via Whatsapp, to prove this.

I have nothing further to add to what I have said above.

This statement was taken in the presence of the representatives of the USA Embassy, Slayko Traykovici and Mihai Patlageana.

*[page 245]*

**ROMANIA**
**PUBLIC MINISTRY**
**THE PROSECUTOR'S OFFICE ATTACHED TO**
**THE HIGH COURT OF CASSATION AND JUSTICE**
**THE DIRECTORATE FOR THE INVESTIGATION OF ORGANIZED CRIME AND TERRORISM**
**CENTRAL STRUCTURE**
**COUNTER ORGANISED CRIME DIVISION**
**Calea Grivitei,nr. 24, Sector 1, Bucuresti, diicot@mpublic.ro, operator code 16051**
**Telephone: 021.412.31.27; Fax: 021.314.05.83**
Case file no. 1305/D/P/2022

**STATEMENT OF VICTIM / CIVIL PARTY/ THE PARTY WITH CIVIL LIABILITY**
Year 2022 month 04 day 12

Name: GBBEY

Forename: EMMA AIDA

Owner of passport no. ███████ issued by the United States of America authorities on 02.03.2022.

Previous name and forename –

Nickname –

Date of birth ███████

Place of birth: Kazakhstan

Father's name and forename: GABBEY WILLIAM

Mother's name and forename: TABBARA MONA

Citizenship: American

Marital status: not married.

Education: high school;

Profession or occupation: freelance

Place of work – from home

Domicile and current address: ████████████████████

Other details for establishing the personal background – ████████████

| PROSECUTOR | DEFENCE LAWYER | REPRESENTATIVE A.D.P.A.R.E | REPRETENTATIVE A.N.I.T.P | VICTIM | INTERPRETER | USA REPREZENTATIVE |
|---|---|---|---|---|---|---|

*[all signatures illegible]*          *[Round impressed stamp – illegible]*

*[A.D.P.A.R.E - The Association for the Development of Alternative Practices for Education]*
*[A.N.I.T.P- The National Agency Against Human Trafficking]*

After being notified of the provisions of article 81, article 111 para. (2) / article 112 para. (2), article 111 para. (5), (7) and article 113 of the Criminal Procedure Code, in then presence of defence lawyer ex officio, counsel Anabela Tonea from the Bucharest Barr, owner of card series 400-510-026-044, of the ANITP representative chief superintendent Mrs. Camelia Anghel, the ADPARE representative, psychologist Bacsa Wirma, madame interpreter Claudia Rotariu, authorisation no. 23946/177.11.2008, as well as the representatives of the USA Embassy,

I state the following:

I met Tristan Tate in November 2021 via the app called "Reddit", as well on a dating [web]site. I was contacted by Tristan Tate via these apps, and then we continued to communicate for a further one, one a half month, and we physically met at the end of December.

During the time we communicated via the apps we continued talking about our passions, such as music or history. Tristan Tate asked me what was it that I was looking for, in the sense of qualities sought in a man when I start a romantic relationship with someone. And so, I told Tristan Tate that I was looking for an educated, creative person, whom will show me respect, and Tristan presented himself exactly like I wanted a boyfriend to be.

I met Tristan Tate in person at the end of December when he was in Florida, Miami, at a conference in relation to the kind of work he was doing. Tristan told me it would not be a problem if I go to this conference as well and that we will live in a very beautiful house and that it will be a very special first date.

There were a lot of men at that conference, and everyone participating in the conference were staying in the same house Tristan and I were staying at. This was surprising to me, because I thought that Tristan had told me that we would be living on our own in that house and that there will be no one else there.

We ended up staying there overnight because we were already in Miami. I was selling artefacts, and this was the precise reason why I had the opportunity to meet Tristan in Miami. I went to the conference Tristan told me about and this was totally different from what he had described it to me. However, Tristan told me that everything is alright and that we were going to spend the day together just the two of us.

During the day within this conference there were various workshops organised, and women did not have access to these. I did not know at the time why women were not allowed to gain access there, but now I understand why this happened, namely because it was not desirable that women find out what was being discussed there.

The conferences were especially organised for men to teach them how to relate to women.

That night I slept in the same room with Tristan, but I told him I did not want to have sexual relations with him, and Tristan agreed. I stayed in Miami with Tristan for approximately one week, during which I did have sexual relations with him.

On the last night I stayed with Tristan in Miami, whilst we were having sex, Tristan strangled me with both hands, and I told him I do not like to be manhandled, abused. I could tell from Tristan's eyes that he had consumed alcoholic beverages and then I passed out.

When I came around, I couldn't understand quite clearly what had happened. Tristan told me that I had passed out and that it was me who asked him to throttle me. I did not such thing, I know I did not do that, because I do not like that. I had bruising to my neck, and I had pain when swallowing.

| PROSECUTOR | DEFENCE LAWYER | REPRESENTATIVE A.D.P.A.R.E | REPRETENTATIVE A.N.I.T.P | VICTIM | INTERPRETER | USA REPREZENTATIVE |
|---|---|---|---|---|---|---|

*[all signatures illegible]*                                                                 *[Round impressed stamp – illegible]*

*[A.D.P.A.R.E - The Association for the Development of Alternative Practices for Education]*
*[A.N.I.T.P- The National Agency Against Human Trafficking]*

*[page 246]*

I am not certain, but it is possible I have a photograph of these bruises. I am not sure I have it, I don't remember for sure whether I took a picture or not, but if I did and I find the photograph, I will make it available.

After what happened, I cried all night, because I couldn't be sure why it had happened. Because at the time I could not remember exactly what happened, I started to believe that what Tristan was saying was true and that there was the possibility that I had asked him to strangle me.

The next day after these events, Tristan left, and before he left he accused someone of stealing his watch. Meanwhile the owner of the property showed up, he was very angry, because I believed we overstayed at the location by one day against what was agreed on the rental agreement.

After Tristan Tate left, we continued to message each-other via Whatsapp.

Tristan told me he does not want to see me around other men and not even to look at other men. In the beginning Tristan was very romantic, very affectionate towards me, but then he became cold and distant. Afterwards, from time to time, he was telling me that he misses me and he was asking me if I miss him. This was happening very rarely.

Going back I would like to mention the act that before he left Miami, Tristan asked me if I would like to move to Romania, and I told him that I do not want to do this and I started laughing. Several months later I asked him if he was serious when he proposed to me to come to Romania, and he told me that he was and that he will introduce me to this country and will show me everything relating to this country's culture. Subsequently, the idea of visiting Romania became the idea of moving together with him in this country.

For me to get to Romania, Tristan was the one who paid for my plane ticked with his personal card and then se sent me a photo. Tristan Tate  sent me the details of the card I used to book the plane ticket. He asked me to book and buy a first-class ticket. Thus, I used Tristan Tate's card. The ticket cost approximately 4,000 Dollars, because I purchased it one week before I arrived in Romania.

On Tuesday, 05.04.2022, at 13:15 hours I landed on Otopeni airport, and at 13:30 hours, Tristan Tate arrived and picked me up from the airport in a blue Rolls Royce. When he picked me up from the airport he told me that we were going to go and have lunch. I told him that I was tired and I wanted to rest, however he told me that we will be having lunch. Tristan told me that if I tried to leave, I will not have this possibility and however, if I did manage to leave, he will make sure

When Tristan told me this I had a nervous breakdown, because I did have negative feeling prior. I had lied to my parents on order to be able to come to Romania, because they had not agreed to this.

Tristan took me to his house, and when we entered the courtyard, there were two armed individuals there. They opened the gate, we parked the car and at that point Tristan told me that I could take my luggage and put it in the house. On the first night we arrived, we went to Tristan's room. I told him that I was very tired, but I asked him if he wanted us to do anything, thinking that we will have a chat about what went on with us whilst we hadn't seen each other. And so, Tristan told me that he had not brought me to Romania, to that house, without reason, so we had sex. On that occasion he told me exactly that we would have sex. When he said those words to me, I recalled that Tristan, had in fact strangled me that night in Miami.

And so, I simply froze and I had sex with him.

| PROSECUTOR | DEFENCE LAWYER | REPRESENTATIVE A.D.P.A.R.E | REPRETENTATIVE A.N.I.T.P | VICTIM | INTERPRETER | USA REPREZENTATIVE |
|---|---|---|---|---|---|---|

*[all signatures illegible]*           *[Round impressed stamp – CLAUDIU ROTARIU – translator authorised by the Ministry of Justice]*

*[A.D.P.A.R.E - The Association for the Development of Alternative Practices for Education]*
*[A.N.I.T.P- The National Agency Against Human Trafficking]*

During the period I continued to chat with Tristan via messages I was not afraid of him, I was only afraid of him when I remembered what had happened in Miami, but by then it was already too late.

I lived in Tristan's house from Tuesday until Friday afternoon. During this time, I asked Tristan to show me this country, but he was telling me that there is nothing for me to do. I was asking him whether I will be living in that house forever, but he said no, because I was not a prisoner, however, if I tried to leave, the men guarding the gate will not allow me to step outside the courtyard, unless I showed them that I have an order, something from Glovo.

Tristan was always arguing that that it is too dangerous for me to leave that house, because he had enemies.

I don't realise whether during that time I was falsely imprisoned, because Tristan was telling me that I could leave anytime I wanted, however, when Tristan was away from the house, I could not leave that courtyard.

I told, even pleaded with the guards to open the gates so I could leave, but they were telling me they could not understand what I was saying. At one point I tried communicating with them via Google Translate, however they kept telling me they could not understand what I was saying.

I did not turn to the police, because Tristan scared me, he told me he had surveillance cameras placed all over the house. It even happened to me as I was going to the living room to type, Tristan was messaging me [saying] that he could see I was in the living room, and I am typing. He was making me understand that I am being monitored the whole time.

On Friday afternoon, because I told Tristan that I no longer wanted to live in that house, he asked me whether I wanted to live in a different house where two of his brother Andrew's girlfriends were living, or in a different flat, where another of Trista's girlfriend was living.

I knew that Tristan was a playboy, but I had no knowledge that he is living and having romantic relations with other women. The moment I realised the situation, I did not cry, nor did I complain, I was scared. All I wanted was to go home, but I was too scared.

During the time I lived at Tristan's house, I was all by myself until Friday, but on Friday I met his girlfriend, the one I was meant to move in with. But at that point I did not know that the girl is Tristan's girlfriend. This girl, Carmen, said she was happy she was going to move in with me, but she will have to get to know me better. I was surprised, but I did agree to this, because I wanted to see whether Carmen was in the same situation I was in.

I asked Carmen a lot of questions and this is how I found out that she was in a 1 year and four months relationship with Tristan and she was originally from Romania. Carmen told me she was practising video-chat and she told me she will teach me everything I needed to know about this.

One day before Tristan had asked me if I would be happy to post photographs of myself on Onlyfans. He then told me to message him with my final answer, because when he asked me in person, I told him I did not know.

From the question, it was my understanding that Tristan was asking me whether I agreed to send him nude photos of myself, in exchange for which he would pay me 50.000 euros. I messaged him saying that I was not comfortable to have photographs of me taken in the nude where my face will be visible also, but if my face would be blurred, I might be able to do it.

When I moved to the other house, the girls who were living there were doing this, namely posting on Onlyfans, except Aliona, who was posting on TikTok. When I say the other girls, I am referring to Betty, Yasmina, Aldea aka "Strumf" *["Smurf"]*

| PROSECUTOR | DEFENCE LAWYER | REPRESENTATIVE A.D.P.A.R.E | REPRETETATIVE A.N.I.T.P | VICTIM | INTERPRETER | USA REPREZENTATIVE |
|---|---|---|---|---|---|---|

*[all signatures illegible]*   *[Round impressed stamp – CLAUDIU ROTARIU – translator authorised by the Ministry of Justice]*

*[A.D.P.A.R.E - The Association for the Development of Alternative Practices for Education]*
*[A.N.I.T.P- The National Agency Against Human Trafficking]*

*[page 247]*

Tristan and Andrew have a cousin named Luke, and Strumf [Smurf] was the girlfriend of the latter.

Prior to coming to this house, I was told that only two of Andrew's girlfriends will be at this house, but in reality  there were four. I later found out that all these girls, except Aliona had been in that house for over a year. Also, all of these girls said on an individual basis that each of them is Andrew's girlfriend and that each of them was going to have a baby with him.

I saw a message on one of the girls' phones in which Andrew kept telling her to self-harm to prove to him that she loves him. The girl did not agree with this, however Andrew kept insisting.

One of the girls who was in a relationship with Andrew, namely Yasmin said that if anyone would try to interfere in their relationship, she would be capable of doing anything or, if Andrew would ask her to kill anyone, she would be capable of doing this.

When I found out that Aliona had been there for a month I wanted to have a chat with her. I could tell that this woman was not happy, so I wanted to ascertain whether she was in the same situation I was in. Unlike the other girls who had been there for a year or two, I discussed…

I do not recall how our first conversation came about, but I can say that I remember that in fact I asked her how long she had been in that house, and she said a month.

As I kept talking to Aliona, I found out from her that Andrew had lied to her because he was saying the same things to all the girls, and she did not want to be there.

Prior to speaking with Aliona, I talked to Yasmina about everything that going on there and I realised that Aliona did not know what was really going on. The girls were not allowed to speak amongst themselves about the other relationships they were involved in, and in the event this was happening, we were being threatened that Georgiana would beat us up. Yasmina was even threatened by Georgiana.

We were put in that house because we were at the beginning.

Going back, I would like to mention the fact that I fear the Tate brothers. They do everything necessary to instruct us to be afraid of what they can do to us.

The Tate brothers have organisations within which they teach men to do this type of things to women; I saw these things with my own eyes when I participated at the conference in Miami.

The Tate brothers have links with the Russian and Romanian mafia.

The Tate brothers threatened me to publish my real name, my parents names, the telephone number I use, because they have done that before and they will do it again.
I am very scared when I leave here, because the Tate brothers have connections all over the world.

In view of escaping from the house I was staying at, I messaged a friend of mine in America, who is in the marine forces of this state. I messaged him my location, but also a message about what was happening with me.

I managed to avoid Tristan and only had sex with him once. However, one evening I was invited to a party thrown for Ellie. Initially I did not want to go, however I eventually went to explain to a *[female]* friend of Andrew's what was going on.

I went to that party to prove to my [female] friend that Andrew was involved in romantic relationships with other women too. Andrew wanted to impregnate several women and then lock them in houses. Everything that is happening is real. These women are brainwashed. I do not with to disclose my [female] friend's identity, because I do not wish to put her in danger.

| PROSECUTOR | DEFENCE LAWYER | REPRESENTATIVE A.D.P.A.R.E | REPRETENTATIVE A.N.I.T.P | VICTIM | INTERPRETER | USA REPREZENTATIVE |
|---|---|---|---|---|---|---|

*[all signatures illegible]*                                    *[Round impressed stamp – CLAUDIU ROTARIU – translator authorised by the Ministry of Justice]*

*[A.D.P.A.R.E - The Association for the Development of Alternative Practices for Education]*
*[A.N.I.T.P- The National Agency Against Human Trafficking]*

The amounts of money that the girls were earning from making the live videos on the TikTok app were split half and half with the Tate brothers. Their share was 50%-65%. However, in relation to the posts [uploaded] on the Onlyfans site. The girls were not aware of the amounts of money these generated. Elie, Georgiana and the Tate brothers are the ones who know the real total value and they communicate further to the girls the amounts of money presumably gained from these posts.

Also, the girls have to post the exact photos and videos the Tate brothers were telling them to, otherwise the girls were liable to a fine. Yasmina has a 4,000 Dollars fine.

During the time I was living with these girls, I was never allowed to go outside the house on my own. I was at all times supervised by the other *[females]*, except Aliona.

The girls were imposed not only the schedule, namely what they had to eat or to do on the day, but also the way they had to look. In this sense, there were girls who had undergone aesthetic surgery.

Surely enough, in the beginning the girls were scared, but then they ended up falling in love with the Tate brothers, to eventually getting to the point where they would do anything that they were asking to do. These girls are not themselves.

They use the bodies of young females, for financial reasons, and the girls do it because they truly believe they are in love and they are scared. I am embarrassed I accepted to be treated like this. I am embarrassed to have witnessed so many things and not having the courage to talk about what is happening sooner; I feel scared, I feel that the Tate brothers violated my rights.

This is a new way of committing huma trafficking.

One of these girls has not seen her family for years.

As far as I know, Andrada is one of Tristan's girlfriends. He wants to offer her an engagement ring. Tristan wants to have 25 children and Andrada is one of the special females whom he wants to have a child with.

Marina is the housekeeper who was working in the first house I lived in. She told me that she would drive there daily and it would take her two hours to get to the address.

I know that Tristan has an assistant by the name of Ana, who is a very tough person.

We would have wanted to leave without telling anyone. I thought that if I told all of this to my Marine friend he would advise me on how to leave without telling anyone.

We wanted to gather evidence after we left the house, because we did not want it to be understood like we were the ones that said everything. We are now in danger because we talked about everything that happened.

I had an invitation to be able to gain access to the conference in Miami. In general, the participants to these conferences can buy tickets online, which can be in the value of even 7,000 Euros.

This new type of human trafficking is not about sexual exploitation anymore, but it's a new kind of exploitation, by creating a bondage through debt that can never be repaid (debt bondage).

The girls controlled by the Tate brothers are tattooed, and these tattoos carry the message "Tate owned" *(owned by Tate)*.

Tristan took me to an apartment located in the near a commercial complex *[shopping mall]*. This flat is in the vicinity of the houses I lived in. In front of this apartment there were many security guards securing the area. Tristan told me that I could live in that apartment if I wanted to. And I went to see the apartment, however everything was scattered inside, the room was the size of a baby room, and there were stains on the bedding.

| PROSECUTOR | DEFENCE LAWYER | REPRESENTATIVE A.D.P.A.R.E | REPRETENTATIVE A.N.I.T.P | VICTIM | INTERPRETER | USA REPREZENTATIVE |
|---|---|---|---|---|---|---|

*[all signatures illegible]*

*[Round impressed stamp – CLAUDIU ROTARIU – translator authorised by the Ministry of Justice]*

*[A.D.P.A.R.E - The Association for the Development of Alternative Practices for Education]*

*[A.N.I.T.P- The National Agency Against Human Trafficking]*

*[page 248]*

I told him I would prefer to live anywhere elsewhere, but not there. I had a very nasty feeling when we left the place.

The Tate brothers own a 12-storey building in the mountains. I cannot say exactly where it is located, because I have not been there. The Tate brothers told me that they own 15 houses and they had just bought a house in Dubai. They were also trying to buy a house in London and Miami.

They bought a land near the Bran castle where they intend to build another castle where the girls are going to be accommodated.

Other than the girls I mentioned above I also remember two girls from Prague and another two from Ukraine, who managed to escape from this house.

Every time I was saying I wanted to go outside, I was being told that it is mandatory for me to take someone with me.

With regards to difficult situations I've been through in my life, I can say that the most difficult was the 6 months period during which I was raped by a yoga teacher. With regards to my relationship with my parents I can say that my adolescence was pretty difficult, because I used to be a teenage rebel.

When the house search was conducted at the address where I have been found, since I heard knocking at the front door and I thought I heard a British accent, I assumed that it was either Tristan or Andrew and I got scared. I thought I would be killed or at least beaten up by them. For this reason, I ran upstairs and locked myself in the room I was found in.

I do not wish to participate as a civil party in the criminal trial, because I don't want it to be construed later that I gave this statement for financial gain. The only things I want are peace and quiet.

_____
_____
_____

This statement was taken between the hours of 18:10-20:16, at the headquarters of The Directorate for the Investigation of Organized Crime and Terrorism in room S09 and was audio/audio-video recorded with device SONY no. 4622275.

| PROSECUTOR | DEFENCE LAWYER | REPRESENTATIVE A.D.P.A.R.E | REPRETENTATIVE A.N.I.T.P | VICTIM | INTERPRETER | USA REPREZENTATIVE |
|---|---|---|---|---|---|---|

*[all signatures illegible]*      *[Round impressed stamp – CLAUDIU ROTARIU – translator authorised by the Ministry of Justice]*

*[A.D.P.A.R.E - The Association for the Development of Alternative Practices for Education]*
*[A.N.I.T.P- The National Agency Against Human Trafficking]*

*[page 249]*

**ROMANIA**
**PUBLIC MINISTRY**
**THE PROSECUTOR'S OFFICE ATTACHED TO**
**THE HIGH COURT OF CASSATION AND JUSTICE**
**THE DIRECTORATE FOR THE INVESTIGATION OF ORGANIZED CRIME AND TERRORISM**
**CENTRAL STRUCTURE**
**COUNTER ORGANISED CRIME DIVISION**
**Calea Grivitei,nr. 24, Sector 1, Bucuresti, diicot@mpublic.ro, operator code 16051**
**Telephone: 021.412.31.27; Fax: 021.314.05.83**
**Case file no. 1305/D/P/2022**

**SUMMONS**
Issued on 12.04.2022

    **Aliona Untila,** daughter of Andrei Untila and Ludmila Untila, born ▇▇▇▇▇▇ in the Republic of Moldova, residing in **UK, London, Seward Road, No. 70, postcode W7 2JL, PNC** ▇▇▇▇▇▇ *[Personal Numeric Code – a unique code on national Romanian ID cards],* is requested to attend the Directorate for the Investigation of Organized Crime and Terrorism, Central Structure, headquartered in **Bucuresti, Calea Grivitei, nr. 24, Sector 1, camera 505**, on **12.04.2022** at **12:00** hours, to be heard in quality of **victim** *[aggrieved party]*, in the matter with the above number.

    The victim summoned has the right to a lawyer being present at the established date and time.

    In the matter provisioned by article 93 para. (4) of the Criminal Procedure Code legal representation is mandatory, and if defence is mandatory, and the victim *[aggrieved party]* fails to appoint a lawyer, one will be provided ex officio.

    In view of exercising the right to a defence, the victim *[aggrieved party]* can have access to the case file.

    In case of unjustifiable failure to attend, a bench warrant may be issued.

    Concomitantly, unjustifiable failure to attend of a person called to give a statement or leaving without permission or without a reasonable excuse of the premises where the hearing is due to take place, can be sanctioned by way of court fine from 250 lei *[Romanian currency]* to 5.000 lei *[Romanian currency].*

**DUTY CHIEF PROSECUTOR,**
*[round impressed stamp here: PUBLIC MINISTRY, ROMANIA - *some illegible text*]*
*[signature here: indecipherable]*

# EXHIBIT H

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION**

**TRISTAN TATE, an individual and
ANDREW TATE, an individual**

|  |  |
|---|---|
| **Plaintiffs,** | **CASE NO.:** |
| **v.** | **DIV:** |

**EMMA GABBEY, an individual,
MONA TABARRA GABBEY, an individual,
WILLIAM GABBEY, an individual, and
ALIONA UNTILA, an individual**

**Defendants,**

_____/

**WITNESS AFFIDAVIT OF IASMINA PENCOV**

|  |  |  |
|---|---|---|
| STATE OF <u>Virginia</u> | ) | |
| | ) | SS |
| COUNTY OF <u>James City</u> | ) | |

I, Iasmina Pencov of full age, being duly sworn according to law upon his oath, deposes and says:

1.  I am fully competent to make this affidavit and have personal knowledge of the facts stated herein.

2.  I am currently employed and am a social media influencer with 23 years of age. I reside in Romania, after moving back in 2021 from Norway.

3.  I know Andrew and Tristan Tate. I have never lived with either of them and am simply their friend. They offered to help me when I moved back to Romania.

4.  I came to know Defendant, Emma Gabbey ("Gabbey"), in or around April 2022, by meeting when she moved into my leased house in Romania, located in the American Village.

5.  I lived in the house with two other girls, Beatrice and Aldea, and offered Gabbey a place to stay, rent free, until she got acclimated and settled.

6. I studied and have a background in psychology and have held a position in management with a skincare brand.

7. As I had also had a lot of work as a model and in order to set my own hours, I became an influencer and had a Tik Tok and Instagram following prior to moving back to Romania.

8. No one in Romania manages my social media accounts or posts to my accounts other than myself, but I do ask for people's opinions on postings.

9. At the time Gabbey arrived in Romania, I was recovering from surgery and was mostly in bed.

10. My understanding is that Gabbey came to Romania to make music and Tristan Tate was going to help promote her career.

11. I recall that Gabbey was in our house for approximately four (4) days.

12. During that time, Gabbey could wake up at her leisure, have food at her leisure, or go for a walk around the neighborhood at her leisure, as well as shop or do anything else as she pleased.

13. I recall that Gabbey would go out of our house everyday, with no restriction.

14. I remember that Gabbey seemed fine for the first two days that she was in my house; however, on the third day, Gabbey became weird and secretive with another woman named Aliona Untila.

15. I remember that on the third day Gabbey was in the house, she did not pick up her phone, so I went to check on her, as she was regularly on her phone and texting. In fact, she regularly spoke with her parents and friends from the United States, without restriction or monitoring.

16. When I entered the Gabbey's room, she and Aliona Untila were sitting suspiciously on the bed, which is when I surmise they were plotting their conspiracy to accuse the Tate Brothers of heinous crimes.

17. I recall having a fight with Gabbey toward the end of the time that she was in my house. This came as a result of Gabbey accusing me of searching her room, which came as a surprise to me and was absolutely false.

18. At that point, I gave Gabbey her own key to her room to be able to lock it at her leisure. All doors in the house were normal and locked from the inside and able to be opened with a key from the outside.

19. As a result of Gabbey claiming to have been human trafficked and falsely imprisoned by the Tate Brothers, the police raided our house on two separate occasions.

20. I was confused by this occurrence because we (including myself, Gabbey, Aliona Untila, and several other girls) were just at a birthday party where I observed Gabbey dancing and drinking freely around. In fact, Gabbey was going in and out of the house all night. We all went home around midnight because I was still recovering from surgery and was tired.

21. The first raid took place on or about April 12, 2022. I recall that I was in bed, with the door open, and heard a knock on the main door. At that point, Gabbey ran up the stairs screaming, with key to her room jingling in her hand, which had not moved from the table prior to the police knocking on the door.

22. When the door was opened, someone asked if Emma Gabbey was in the house, which was answered in the affirmative. At that point, a full tactical team raided my house. I thought the police were actually looking for Gabbey because she had done something wrong, based on her uncontrollable screaming.

23. At this time, we were taken to the police station and I was required to sit in very uncomfortable circumstances, in significant pain from my surgery. I was not even allowed to go to the bathroom alone.

24. The police treated Gabbey and Aliona Untila completely differently from the rest of us from my house.

25. There was a second raid on my house, which comprised a tactical unit entering my house and seizing all devices. At the time of the second raid, I restrained the dogs because, during the first raid, the police hit one of the dogs and injured the animal.

26. I did not have one electronic device left after the second raid, which inhibited my ability to earn my own money and I was left without communication. I found this to be an outrageous abuse of my rights, which was started by Gabbey's and Aliona Untila's preposterous claims of human trafficking and rape.

27. The Romanian Government, specifically the police, prosecutors, and judicial officers, are claiming that I am a "brainwashed victim", which I am not. I am being included as a victim against my will. As previously stated, I have a background in psychology and am of sound mind to be attuned to "brainwashing" techniques as the Tate Brothers are being accused of by the Romanian Government.

28. Once Gabbey and Aliona Untila were released, I observed them in the French Riviera very much enjoying themselves. I have provided true and correct copies of these pictures.

29. As mentioned above, during the course of study in psychology, I have not found one documented case where a victim goes on an extravagant vacation after being human trafficked or having an equivalent experience.

30. Emma Gabbey and Aliona Untila have inflicted a great amount of distress on my life.

31. This Affidavit is submitted and may be used in support of Plaintiffs' Complaint.

32. I do not have any financial interest or obtained anything of value in this matter or by reason of this Affidavit.

33. To my knowledge, all of the facts stated in this Affidavit are true and correct.

Iasmina Valentina Pencov (Jul 11, 2023 19:24 GMT+4)

AFFIANT

Name: Iasmina Pencov

STATE OF ___Virginia___

COUNTY OF _James City___

BEFORE ME, the undersigned authority, personally appeared Iasmina Pencov, who is personally known to me or has produced [passport or driver's license] as identification, and being duly sworn, on oath, deposes and says that the foregoing Affidavit is true and correct to the best of [his/her] knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this [month] [day], [year].

July 11 2023

___Samantha Drake Brown___
NOTARY PUBLIC, STATE OF _Virginia___

My Commission Expires:  September 30th 2024
I was commissioned as Samantha Rose Drake
Completed via Remote Online Notarization using 2way Audio/Video Technology

SAMANTHA ROSE DRAKE
ELECTRONIC
NOTARY
PUBLIC
REG # 7679100
EXPIRES
9/30/2024
COMMONWEALTH OF VIRGINIA

# Affidavit of Iasmina Pencov

Final Audit Report                                       2023-07-11

| | |
|---|---|
| Created: | 2023-07-11 |
| By: | Samantha Brown (sdrake@usvirtualnotary.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxTFW_s3FCo6xU0ur6Xfe3XNY5h7N5LlI |

## "Affidavit of Iasmina Pencov" History

Document created by Samantha Brown (sdrake@usvirtualnotary.com)
2023-07-11 - 3:17:45 PM GMT

Document emailed to Iasmina Valentina Pencov (iasminavalentinapencov@yahoo.com) for signature
2023-07-11 - 3:17:50 PM GMT

Email viewed by Iasmina Valentina Pencov (███████████████████)
2023-07-11 - 3:20:41 PM GMT

Document e-signed by Iasmina Valentina Pencov (██████████████████)
Signature Date: 2023-07-11 - 3:24:00 PM GMT - Time Source: server

Document emailed to Samantha Brown (sdrake@usvirtualnotary.com) for approval
2023-07-11 - 3:24:01 PM GMT

Email viewed by Samantha Brown (sdrake@usvirtualnotary.com)
2023-07-11 - 3:24:20 PM GMT

Document approved by Samantha Brown (sdrake@usvirtualnotary.com)
Approval Date: 2023-07-11 - 3:24:49 PM GMT - Time Source: server

Agreement completed.
2023-07-11 - 3:24:49 PM GMT

Adobe Acrobat Sign

# EXHIBIT

# I

DocuSign Envelope ID: 8C227A2A-AB33-4287-9947-F781F3EFFB8B

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**
**CIVIL DIVISION**

**TRISTAN TATE, an individual and**
**ANDREW TATE, an individual**

|  |  |
|---|---|
| **Plaintiffs,** | **CASE NO.:** |
| **v.** | **DIV:** |

**EMMA GABBEY, an individual,**
**MONA TABARRA GABBEY, an individual,**
**WILLIAM GABBEY, an individual, and**
**ALIONA UNTILA, an individual**

**Defendants,**
_____/

**WITNESS AFFIDAVIT OF BEATRICE ANGHEL**

STATE OF ___NEW JERSEY___                    )
                                             )    SS
COUNTY OF ___CAMDEN___                       )

I, Beatrice Anghel of full age, being duly sworn according to law upon his oath, deposes and says:

1.  I am fully competent to make this affidavit and have personal knowledge of the facts stated herein.

2.  I am currently a social media influencer, with 25 years of age, and I reside in Romania. I was previously employed as a television producer, but left because I wanted to work for myself with my own schedule.

3.  I know Andrew and Tristan Tate. I met them through an interview in my prior job. I have never lived with either of them and am simply their friend and consider them my family.

4.  I came to know Defendant, Emma Gabbey ("Gabbey"), in or around April 2022, by meeting when she moved into my leased house in Romania, located in the American Village.

5. I lived in the house with two other girls, Iasmina and Aldea, and offered Emma Gabbey a place to stay, rent free, until she got acclimated and settled, as well as Aliona Untila.

6. I was trying to help Aliona Untila and Emma Gabbey while they got settled in Romania to try to further their careers.

7. No one in Romania manages any of my social media accounts or posts to my accounts other than myself, but I do ask for people's opinions on postings.

8. My understanding is that Emma Gabbey came to Romania to make music and Tristan Tate was going to help promote her career.

9. I tried to make Emma Gabbey and Aliona Untila feel like family. We discussed families and our dreams.

10. I recall that Gabbey was in our house for approximately four (4) days. Emma Gabbey tried to incite quarrels at the house, especially between me and Iasmina Pencov.

11. During that time, Emma Gabbey and Aliona Untila could wake up at her leisure, have food at her leisure, or go for a walk around the neighborhood at her leisure, as well as shop or do anything else as she pleased.

12. I recall that Emma Gabbey and Aliona Untila would go out of our house everyday, with no restriction. I specifically went out with Aliona Untilla on several occasions to the mall, grocery store, and around the city with no restriction.

13. In fact, no one has ever been restrained in our house from leaving. There are three exits, which are normal, one being through the garage, which only requires the push of a button.

14. I remember that Gabbey seemed fine for the first two days that she was in my house; however, on the third day, Gabbey became weird and secretive with another woman named Aliona Untila.

15. As a result of Emma Gabbey claiming to have been human trafficked and falsely imprisoned by the Tate Brothers, the police raided our house on two separate occasions.

16. I was confused by this occurrence because we (including myself, Emma Gabbey, Aliona Untila, and several other girls) were at my birthday party where I observed Gabbey and Untila dancing and drinking freely around. In fact, Gabbey was going in and out of the house all night. We all went home around midnight. I have provided copies of pictures and videos of the birthday party evidencing such.

17. There were two police raids on our house and I was present for both raids.

DocuSign Envelope ID: 8C227A2A-AB83-4287-9947-E781E3EFFB8B

18. The first raid took place on or about April 12, 2022. I recall that I was cleaning and heard a knock on the main door. At that point, Gabbey ran up the stairs screaming. Aliona Untila had left the kitchen table to go upstairs approximately five (5) minutes or less before the knock on the door.

19. I went and opened the door. Two police officers put a paper in front of me and one asked if Emma Gabbey was in the house, to which I answered, yes. I was confused why the police were at the door, but I allowed them to enter and told the police that Emma Gabbey was upstairs. There were approximately twenty (20) police officers. I thought the police were actually looking for Gabbey because she had done something wrong, based on her uncontrollable screaming.

20. The police started yelling at us that we were not allowed to leave the room and seized our phones. Of course, they did not do this to Aliona Untila or Emma Gabbey and they were treated completely differently from the rest of us from my house.

21. At this time, we were taken to the police station and I was required to sit for many hours and have my statement taken. The police refused to answer why this happened.

22. When I returned to the house, Emma Gabbey's door was broken and the key that was given to her to lock her room for privacy was sitting on the bed.

23. Just before the day of the first raid, I was going to bed and heard whispers between Aliona Untila and Emma Gabbey. I dismissed it as they were gossiping. I never imagined that they were devising a plan to accuse the Tate Brothers of such crimes.

24. On the morning of the raid, I received a message from Aliona Untila, which stated that she was not feeling well. I went to check on her in her room, but the door was locked and she did not want to open it for me. I realized, as they were leaving with the police some hours later, that she was packing her luggage to leave.

25. There was a second raid on my house, which involved many police entering my house and seizing all devices again.

26. I did not have one electronic device left after the second raid, which inhibited my ability to earn my own money and I was left without communication. I found this to be an outrageous abuse of my rights, which was started by Gabbey's and Aliona Untila's false and evil claims of human trafficking and rape.

27. The Romanian Government, specifically the police, prosecutors, and judicial officers, are claiming that I am a "brainwashed victim", which I am not. I am being included as a victim against my will. As previously stated, the police treated us poorly, by yelling at me and confining me.

28. Once Gabbey and Aliona Untila were released, I observed them in the French Riviera, via Instagram, very much enjoying themselves. I have provided true and correct copies of these pictures.

29. Emma Gabbey and Aliona Untila have inflicted a great amount of distress on my life.

30. This Affidavit is submitted and may be used in support of Plaintiffs' Complaint.

31. I do not have any financial interest or obtained anything of value in this matter or by reason of this Affidavit.

32. To my knowledge, all of the facts stated in this Affidavit are true and correct.

7/11/2023

AFFIANT
Beatrice Gabriela Anghel

Name: Beatrice Anghel

STATE OF ___NEW JERSEY___

COUNTY OF ___CAMDEN___

BEFORE ME, the undersigned authority, personally appeared Iasmina Pencov, who is personally known to me or has produced [passport or driver's license] as identification, and being duly sworn, on oath, deposes and says that the foregoing Affidavit is true and correct to the best of [his/her] knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this [month] [day], [year].

7/11/2023

*Nicolette Hall*

NOTARY PUBLIC, STATE OF ___NEW JERSEY___

My Commission Expires:   01/17/2027

> Nicolette Hall
> Notary Public, State of New Jersey
> My Commission Expires 01/17/2027

*Nicolette Hall*   50182507

# EXHIBIT

# J



DARA.DEVILLE
**Posts**

Liked by **lotwhirl** and **others**

**dara.deville** I think I left my heart in the South of France 🤍

View all 26 comments

**dara.deville** mentally preparing for our upcoming adventures lol ❤️🤝

**dara.deville** ur the love of my life 🥹❤️

May 5, 2022

12:53

DARA.DEVILLE

## Posts

**dara.deville**
Opéra plage

•••



3/3

Liked by **lotwhirl** and **others**

**dara.deville** I think I left my heart in the South of France 🤍

View all 26 comments



# EXHIBIT K







10:23

UNITEDNATIONSHUMANRIGHTS
**Posts**                                    Follow



unitednationshumanrights ✔                        •••



## COMMIT TO ENSURING THAT WOMEN IN ALL THEIR DIVERSITY HAVE AN EQUAL SEAT AT DECISION-MAKING TABLES WITH THE FEMINIST ACCESSIBILITY PROTOCOL

*@womenenabled*





                         

Liked by **stephen.thakur.7** and **others**

**unitednationshumanrights** Women's equal & meaningful participation in public & political life is fundamental.

One in five women around the world have a disability, and far too often face challenges and barriers to their active participation in decision-making. To address the issue, the Inclusive Generation Equality Collective (IGEC) introduced the Feminist Accessibility Protocol, a

    



Liked by **neneisnotme** and **others**

**unitednationshumanrights** "Today we're seeing an alarming surge in well-resourced campaigns to control women's sexuality & bodily autonomy. And they're cloaked in narratives that reward toxic masculinity & normalise misogyny under the guise of traditional "values." To them I ask, where is the "value" in oppressing & silencing half the world's population?" - #VolkerTürk



# EXHIBIT L



< DARA.DEVILLE

**Posts**

Follow

1 January 2022

 **dara.deville** ...

 Liked by **edwardfarhat** and **2.631 others**

**dara.deville** my last pinterest search was dark feminine





9:57





Liked by **burkesworks** and **others**

**dara.deville** He showed me all of his scars, and in return he would let me pretend, for a moment, that I had none.

View all 45 comments

**dara.deville** 😍 ❤️ thnk you queen

**dara.deville** you're gorgeous ahhh❤️

December 26, 2021

**dara.deville**

Subscribe

12:45



DARA.DEVILLE

### Posts

May 25, 2020

**dara.deville**
Bimini, The Bahamas

stockroll

fathalleberry

dara.deville

Liked by **breeinreallife667** and **others**
**dara.deville** the floor is lava

View all 20 comments

April 7, 2020

**dara.deville**
Denmark



12:49

DARA.DEVILLE
Posts



1/2



Liked by **breeinreallife667** and others

**dara.deville** the way i look at my vape. someone help me quit tho fr <3

View all 100 comments

April 21, 2021























DARA.DEVILLE
Posts

dara.deville
Atlanta, Georgia

ikigai_foto

Liked by **lil_venmo** and **others**
View all 87 comments
**itsvictoriachacin** You're literally the most beautiful woman I have ever seen 😍 ❤️
March 25, 2021











DARA.DEVILLE
Posts

Liked by **matthewtaylorbray** and **others**
**dara.deville** take up space.

View all 64 comments

**daisy_deadpetals** 🔥🔥🔥

**dara.deville** 🥺❤️❤️❤️

December 23, 2021



DARA.DEVILLE
Posts

Liked by **synthwavesensei** and **others**

**dara.deville** my last pinterest search was dark feminine fury. idk

#fordgt40

View all 49 comments

**hillside_highfive** I would fight an army of warriors to kiss thy hand

December 28, 2021

    













Liked by **burkesworks** and **others**

**dara.deville** - where ever he goes -

View all 104 comments

**dara.deville** thts how i feel abt every one of your posts 😚😚😭✨🖤

**dara.deville** LOVE YOUUU

January 3, 2022 · **See original**



12:52

DARA.DEVILLE
**Posts**


**dara.deville**
Los Angeles, California



Liked by **burkesworks** and **others**
**dara.deville** - where ever he goes -
View all 104 comments



12:52

DARA.DEVILLE
**Posts**

Liked by **a.dam.bb** and **others**

**dara.deville** 🇱🇧 🇰🇿 🇮🇷 🇲🇦

View all 119 comments

**dara.deville** you're alwys ethereal❤️❤️🔥

**dara.deville** OH MY LAWD THATS SO NICE🤍🤍
✨ i've always wanted to be a disney princess 🥺
🥺 you're a queeen

January 13, 2022

12:52



DARA.DEVILLE
**Posts**

dara.deville
London, United Kingdom

January 14, 2022



Liked by **a.dam.bb** and **others**

**dara.deville** 🇱🇧 🇰🇿 🇮🇷 🇲🇳









DARA.DEVILLE
Posts

**dara.deville**
Paid partnership • Miami, Florida

Liked by **synthwavesensei** and **others**

**dara.deville** go checkout my favorite kinis/ @ontheloswimwear ❤️

View all 41 comments

**dara.deville** you look perfect in every angle :) ❤️

