## RETURN OF SERVICE

**State of Florida**  **County of Palm Beach**  **Circuit Court**

Case Number: 502023CA011904XXXXMB

Plaintiff,:
**TRISTIN TATE and ANDREW TATE,**

vs.

Defendant,:
**EMMA GABBEY, MONA TABBARA GABBEY, WILLIAM GABBY, ALIONA UNTILA, and MATTHIEU MARTELLY,**

For:
Thomas Maniotis, Esquire
Equity Legal, PLLC
5201 Blue Lagoon Drive
Floor 8
Miami, FL 33126

Received by Williams Process Service, Inc. on the 14th day of July, 2023 at 9:56 am to be served on **Mona Tabbara Gabbey, 1647 Park Tree Place, Delray Beach, FL 33445**.

I, Pennie Atwell, do hereby affirm that on the **17th day of July, 2023** at **7:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons (20 Day), Complaint and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Mona Tabbara Gabbey** at the address of: **1647 Park Tree Place, Delray Beach, FL 33445**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of the party served, Defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 135, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/s/ Pennie Atwell

**Pennie Atwell**
C.P.S.# 931

**Williams Process Service, Inc.**
721 US Highway 1
Suite 121
North Palm Beach, FL 33408
(561) 881-1442

Our Job Serial Number: WPS-2023013525

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

