| Date | Type | Sender | Message |
|---|---|---|---|
| 2021-07-13 8:47:4 | iMessage (phone) | Marlin | I did find about a billion other things from back then though |
| 2021-07-13 8:47:4 | iMessage (phone) | Emma | damn :/ |
| 2021-07-13 8:48:5 | iMessage (phone) | Marlin | |
| 2021-07-13 8:49:0 | iMessage (phone) | Emma | oh god 😣 i'm sorry, marlin.   just hearing tht brings up a lot so i can't imagine what it's like to even be skimming over it. |
| 2021-07-13 8:57:0 | iMessage (phone) | Emma | oh wow |
| 2021-07-13 8:57:2 | iMessage (phone) | Marlin | The things I remember being on it were that I         - was a heavy user of illicit drugs        - would beat you when you tried to leave     - restrained you from leaving or calling the cops        - often left you on the side of the highway if you said anything to upset me. |
| 2021-07-13 8:59:1 | iMessage (phone) | Marlin | - and that I had been stalking you and showing up places that I knew you would be after you ended things |
| 2021-07-13 8:59:3 | iMessage (phone) | Emma | that's so fucked up that i wrote that.    i'm going to clear this up. |
| 2021-07-13 9:01:1 | iMessage (phone) | Emma | not to defend any of this but to clarify i promise i never said you were a user of drugs. i was asked if i knew if you took any drugs or took any medication. i thought you had an adderal prescription. everything else was said by me. |
| 2021-07-13 9:01:5 | iMessage (phone) | Marlin | You weren't the one writing it? |
| 2021-07-13 9:03:2 | iMessage (phone) | Emma | the things i were definitely reworded and exaggerated. they asked me of events and then they reworded my words in the official injunction document. i was brought in to speak to two lawyers. (the legal aid who had just finished law school that was defending me & her colleague who was training her) |

| Date | Type | Sender | Message |
|---|---|---|---|
| 2021-07-13 8:47:4 | iMessage (phone) | Marlin | I did find about a billion other things from back then though |
| 2021-07-13 8:47:4 | iMessage (phone) | Emma | damn :/ |
| 2021-07-13 8:48:5 | iMessage (phone) | Marlin | |
| 2021-07-13 8:49:0 | iMessage (phone) | Emma | oh god 😳 i'm sorry, marlin.   just hearing tht brings up a lot so i can't imagine what it's like to even be skimming over it. |
| 2021-07-13 8:57:0 | iMessage (phone) | Emma | oh wow |
| 2021-07-13 8:57:2 | iMessage (phone) | Marlin | The things I remember being on it were that I       - was a heavy user of illicit drugs       - would beat you when you tried to leave    - restrained you from leaving or calling the cops      - often left you on the side of the highway if you said anything to upset me. |
| 2021-07-13 8:59:1 | iMessage (phone) | Marlin | - and that I had been stalking you and showing up places that I knew you would be after you ended things |
| 2021-07-13 8:59:3 | iMessage (phone) | Emma | that's so fucked up that i wrote that.    i'm going to clear this up. |
| 2021-07-13 9:01:1 | iMessage (phone) | Emma | not to defend any of this but to clarify i promise i never said you were a user of drugs. i was asked if i knew if you took any drugs or took any medication. i thought you had an adderal prescription. everything else was said by me. |
| 2021-07-13 9:01:5 | iMessage (phone) | Marlin | You weren't the one writing it? |
| 2021-07-13 9:03:2 | iMessage (phone) | Emma | the things i were definitely reworded and exaggerated. they asked me of events and then they reworded my words in the official injunction document. i was brought in to speak to two lawyers. (the legal aid who had just finished law school that was defending me & her colleague who was training her) |

| | | | |
|---|---|---|---|
| 2021-07-13 9:23:0 | iMessage (phone) | Emma | And I am incredibly sorry that what I said encapsulated a completely false narrative. Especially that paints you as a terrible person because you aren't. You never deserved to be treated that way. Nobody does. |
| 2021-07-13 9:27:1 | iMessage (phone) | Emma | None of it was okay.   Absolutely none of it.   Is there anything you can think of    that i can do to prove that I understand that and     truly am repentant? |
| 2021-07-13 9:27:4 | iMessage (phone) | Emma | Especially one that** |
| 2021-07-13 9:30:3 | iMessage (phone) | Marlin | PS. About the note your writing - saying that you lied about your age doesnt mean anything to anybody if it doesn't cover the extensiveness of that deception. By not stating you had stories explaining why you didn't have an id, friends covering for you, people talking to me pretending to be your younger siblings, and that you insisted on only going to bars that you knew wouldn't card you - then it just looks like I didn't care to find out.   I did care, and had I discovered it before we were in REAL deep, that would have been the end of things. |
| 2021-07-13 9:33:4 | iMessage (phone) | Emma | okay thank you for the note. |
| 2021-07-13 9:34:5 | iMessage (phone) | Marlin | Well, I'm not dwelling on it Emma. You don't have to prove anything.  Maybe just remain my friend so that I can call on you whenever that past event starts haunting my present |
| 2021-07-13 9:35:2 | iMessage (phone) | Marlin | 😀 |
| 2021-07-13 9:35:2 | iMessage (phone) | Emma | Alright. |
| 2021-07-13 9:35:4 | iMessage (phone) | Marlin | How's your night going? |
| 2021-07-13 9:37:5 | iMessage (phone) | Emma | It's okay. |
| 2021-07-13 9:37:5 | iMessage (phone) | Emma | Thank you for asking |
| 2021-07-13 9:38:0 | iMessage (phone) | Emma | How about you |
| 2021-07-13 10:08 | iMessage (phone) | Marlin | Not too bad. About to head to the gym. Hopefully the habit sticks this time. Too many depressing events seem to occur right when I'm getting into it and I fall right back into a pizza depression. Lolol |
| 2021-07-13 10:15 | iMessage (phone) | Emma | Nice. Hope that goes well.   Look, you don't have to be my friend     just so you can call on me for situations like these. You can just     hit me up when you need me.     I'll be around. |
| 2021-07-13 10:20 | iMessage (phone) | Marlin | Lol. Being your friend isn't an imposition eden.  Don't say that or think that please. |
| 2021-07-13 10:20 | iMessage (phone) | Emma | I don't mind.   I owe you at least that and     am happy to do it. |