From: **Dani Pinter** <dpinter@ncoselaw.org>
Date: Sun, Feb 19, 2023 at 3:06 PM
Subject: Cease and desist
To: <███████fisher@gmail.com> <███████fisher@gmail.com>
Cc: Christen Price <cprice@ncoselaw.org>

Mr. Fisher,

My client Emma Gabbey has made me aware you are considering conspiring with bad actors associated with the Tate brothers in their effort to harrass and defame my client. I am putting you on notice that my client is a key witness in active, international criminal investigations and this effort by Mr. Ahmed and the Tates is a conspiracy to silence her and amounts to witness tampering. If you participate in this effort I will immediately report you to federal law enforcement as part of the conspiracy. And we will include you in the civil action we are preparing aginst these parties causing my client grave harm.

I am also aware you committed statutory rape against my client. Although you seem to feel insulated from repercussions because time has passed if you take any actions to further the harrassment and attacks on my client we will be forced to make the media, your employers and your community aware that you had sex with a minor and we will commit ourselves to fully investigating your actions before and after your abuse of our client and pursue all legal remedies available.

Please cease and desist any involvement with Sulamain Ahmed or any associate of the Tate brothers engaging in harassment, defamation, disclosing of private info, and witness intimidation against our client immediately.

-Dani Pinter

Please excuse typos this was sent by phone.