| Timestamp | Platform | Sender | Message |
|---|---|---|---|
| 2023-01-10 8:01:5 | WhatsApp | Marlin | I know this is outta the blue, but the guy you went to East Europe with, were you talking about Andrew Tate? 😬 |
| 2023-01-10 8:03:0 | WhatsApp | Emma | his brother. |
| 2023-01-10 8:05:0 | WhatsApp | Marlin | Holy shit! |
| 2023-01-10 8:05:1 | WhatsApp | Marlin | I'm sorry Emma |
| 2023-01-10 8:06:4 | WhatsApp | Emma | it's fine. i survived and there are other women who are now able to hopefully receive justice for what they've had to endure, some for years. |
| 2023-01-10 8:10:0 | WhatsApp | Marlin | Took 6 months, but yeah... looks like that is coming to a close. |
| 2023-01-10 8:10:3 | WhatsApp | Emma | 10 months |
| 2023-01-10 8:10:5 | WhatsApp | Marlin | I was just reading a news story when I realized that I had heard it before 😬 |
| 2023-01-10 8:11:2 | WhatsApp | Emma | the news is spreading some mis information too but yeah, you get the jist |
| 2023-01-10 8:11:2 | WhatsApp | Marlin | Oh, you're right. Happened 10 months ago. You told me 6 months ago |
| 2023-01-10 8:12:2 | WhatsApp | Emma | there's a lot more that will come out eventually, and it's very ugly. |
| 2023-01-10 8:14:1 | WhatsApp | Emma | also, i meant to ask you this at some point. do you have any idea of any public info that can currently connect you to me? let me know and i can have it scrubbed off |
| 2023-01-10 8:42:0 | WhatsApp | Marlin | Wait, why do you mean? |
| 2023-01-10 8:42:1 | WhatsApp | Marlin | What do you mean? |
| 2023-01-10 8:43:2 | WhatsApp | Marlin | Running a search on the palm beach clerk of courts website connects us pretty decisively. Lol |
| 2023-01-10 8:59:5 | WhatsApp | Marlin | ??? |
| 2023-01-10 9:58:1 | WhatsApp | Emma | getting nails done |
| 2023-01-10 9:58:3 | WhatsApp | Emma | txt u after |
| 2023-01-10 10:00: | WhatsApp | Marlin | 👍 |
| 2023-01-10 10:39 | WhatsApp | Emma | hey just finished |
| 2023-01-10 10:39 | WhatsApp | Emma | i was asking just in case people in the public start searching for me and the other girls |
| 2023-01-10 10:40 | WhatsApp | Emma | because of how viral they got, ppl are going to be on a hunt for sure. especially if nobody comes forward to the public |
| 2023-01-10 10:40 | WhatsApp | Marlin | Yeah that makes sense |
| 2023-01-10 10:42 | WhatsApp | Marlin | I'm not sure if our connection can be scrubbed anymore though. I think that's permanent |
| 2023-01-10 10:42 | WhatsApp | Emma | anything can be with the right people |
| 2023-01-10 10:43 | WhatsApp | Emma | i'll see what i can do and i'm going to look into it more |
| 2023-01-10 10:43 | WhatsApp | Emma | thanks |

| Timestamp | Platform | Sender | Message |
|---|---|---|---|
| 2023-01-10 10:44 | WhatsApp | Marlin | I think I should be thanking you in this spot. So, thank you |
| 2023-01-10 10:45 | WhatsApp | Marlin | How's California? |
| 2023-01-10 10:45 | WhatsApp | Emma | it's probably mutually beneficial |
| 2023-01-10 10:45 | WhatsApp | Emma | i'm out of the country nowadays |
| 2023-01-10 10:45 | WhatsApp | Emma | but it's nice |
| 2023-01-10 10:45 | WhatsApp | Emma | i have a lil apt there |
| 2023-01-10 10:46 | WhatsApp | Marlin | Oh? Which country are you in. I thought 7pm was kind of a late nail appointment. Lol |
| 2023-01-10 10:47 | WhatsApp | Emma | Australia 😊 |
| 2023-01-10 10:47 | WhatsApp | Marlin | Nice |
| 2023-01-10 10:49 | WhatsApp | Marlin | I don't know anything about Australia aside what I see in the movies. You out in the wild or in the cities? |
| 2023-01-10 10:49 | WhatsApp | Marlin | Oh wait, clearly not getting nails done in the outback. Silly question |
| 2023-01-10 10:50 | WhatsApp | Emma | Not currently in the bush no haha |
| 2023-01-10 10:50 | WhatsApp | Emma | Im in Sydney. It's amazing- i go to this big market every day and cook lots of fresh fish. Go on big hikes and am outside a lot |
| 2023-01-10 10:51 | WhatsApp | Marlin | Sounds awesome. Glad your getting the opportunity to see the world |
| 2023-01-10 10:51 | WhatsApp | Emma | I've sort of had to become a loner and change up my routine/look frequently. So being here is nice. Nobody really notices me at all :) |
| 2023-01-10 10:53 | WhatsApp | Marlin | Nobody notices you? Yeah, I find that hard to believe 😊😊 |
| 2023-01-10 11:18 | WhatsApp | Emma | no actually if you saw what i currently look like, you would 😊 |
| 2023-01-10 11:23 | WhatsApp | Marlin | If you say so. But I believe it would take more than a drastic haircut for you to stop being hot, in my opinion. |
| 2023-01-11 10:06 | WhatsApp | Emma | that's nice to say :) |
| 2023-01-11 10:06 | WhatsApp | Emma | thank you |
| 2023-01-11 10:06 | WhatsApp | Emma | you know what's kind of fucked up is i can't get over our sex. no matter how many cocks i've used to get over you and the sex we've had, i just can't. |
| 2023-01-11 10:07 | WhatsApp | Emma | to be completely honest |
| 2023-01-11 3:14:2 | WhatsApp | Marlin | Aww. That might be the greatest compliment I've ever received. Lol. 😊😊😊 |
| 2023-01-11 3:18:3 | WhatsApp | Marlin | and we can revisit those experiences whenever you're visiting Florida 😊 |
| 2023-01-13 9:33:4 | WhatsApp | Emma | haha.. maybe :) |
| 2023-02-17 12:56 | WhatsApp | Marlin | uh oh.... 😊 |
| 2023-02-17 2:24:0 | WhatsApp | Emma | yeah i'm working on it |

| Date/Time | Source | Sender | Message |
|---|---|---|---|
| 2023-02-17 4:15:5 | WhatsApp | Marlin | working on what? |
| 2023-02-17 4:16:5 | WhatsApp | Emma | scrubbing things |
| 2023-02-17 4:20:0 | WhatsApp | Marlin | well, it's already been found |
| 2023-02-17 4:20:5 | WhatsApp | Marlin | they also found dustin btw |
| 2023-02-18 9:09:1 | WhatsApp | Emma | :( i know |
| 2023-02-18 9:09:1 | WhatsApp | Emma | it's all really fucked up |
| 2023-02-18 9:09:4 | WhatsApp | Emma | i'm scared and just trying to do the right thing |
| 2023-02-19 9:40:5 | WhatsApp | Marlin | Umm, it sounds like you should come clean then? Apologize, state you have a problem, and need help. No? |
| 2023-02-19 1:58:2 | WhatsApp | Emma | Come clean for what? |
| 2023-02-19 1:58:2 | WhatsApp | Emma | I didn't do anything wrong |
| 2023-02-19 2:05:3 | WhatsApp | Marlin | okay, well. I've been asked to provide anything I still have from when we dated. What I have from that time is a backup of my phone documenting everything you said about a ton of people (including 2 separate rapes) and a backup of your phone talking to all these people (including the 2 guys that clearly didn't do anything). What do you think the right thing for me to do is? |
| 2023-02-19 2:06:2 | WhatsApp | Emma | That guy you're talking to, Sulaiman Ahmed, is from their PR team and is their friend. |
| 2023-02-19 2:06:3 | WhatsApp | Emma | You don't have to do anything you don't want to. |
| 2023-02-19 2:06:3 | WhatsApp | Emma | Or even confirm that it's you |
| 2023-02-19 2:06:4 | WhatsApp | Emma | But you're choosing to go this route. |
| 2023-02-19 2:07:0 | WhatsApp | Emma | You fucked me and dated me knowing I was 17 years old. |
| 2023-02-19 2:07:3 | WhatsApp | Emma | We can play that game, but it's pointless. I'm literally trying to aid women to be freed of human traffickers |
| 2023-02-19 2:07:4 | WhatsApp | Emma | And this is your response? |
| 2023-02-19 2:07:4 | WhatsApp | Emma | Go for it |
| 2023-02-19 2:10:5 | WhatsApp | Marlin | You pretended to be 23 and the statute of limitations on your deception has past. Regardless of which, if you have a history of completely fabricating terrible shit and I have proof of it then it is the right thing to do to provide that |
| 2023-02-19 2:11:3 | WhatsApp | Emma | There are young vulnerable women who have zero chance at actually finding closure and freedom |
| 2023-02-19 2:11:5 | WhatsApp | Emma | I just wanted to help them. |
| 2023-02-19 2:12:0 | WhatsApp | Emma | You're already doing this so go ahead I guess. |
| 2023-02-19 2:12:4 | WhatsApp | Emma | You found out I was 17 and stayed with me. This is so heartbreakingly awful. |

| Timestamp | Platform | Sender | Message |
|---|---|---|---|
| 2023-02-19 2:15:3 | WhatsApp | Emma | No reason to keep messaging. You're already doing what you're going to do. I have to do my best to not only protect these women and give them an opportunity to actually get help and be safe, but to do the right thing and be honest about everything I saw. |
| 2023-02-19 2:15:5 | WhatsApp | Marlin | What are you talking about? And, It might be true that you're trying to help people, but you're trying to do it in a dishonest way. Guess you never changed at all |
| 2023-02-19 2:15:5 | WhatsApp | Emma | If this is the route you want to go, then okay. It's really sad but I wish you the best either way. |
| 2023-02-19 2:16:0 | WhatsApp | Emma | I'm not doing anything dishonestly?? |
| 2023-02-19 2:17:0 | WhatsApp | Emma | You're hurting their chance at freedom. I can be open about everything I've gone through, I've done, etc. But there's still an open investigation in Romania. They are just trying to discredit victims now and scare us |
| 2023-02-19 2:17:0 | WhatsApp | Emma | and you're playing along |
| 2023-02-19 2:17:4 | WhatsApp | Emma | It's really messed up. And I thought we were closer than that. |
| 2023-02-19 2:19:0 | WhatsApp | Marlin | I'm not playing along with anything, I was asked about your credibility. To that end, I can answer. I can not answer to anything else. Including your experience in Romania, but I learned a very long time ago not to believe a word you say. |
| 2023-02-19 2:19:3 | WhatsApp | Emma | Okay. |
| 2023-02-19 2:20:0 | WhatsApp | Emma | I don't know what to do. |
| 2023-02-19 2:20:2 | WhatsApp | Emma | Can you call me? |
| 2023-02-19 2:31:4 | WhatsApp | Marlin | Fine |