# Department of Defense Combating Trafficking in Persons



General Awareness Training Presentation 2020



# Warning!

The Department of Defense (DoD) Trafficking in Persons General Awareness Training contains language and images depicting physical violence and sexual violence to accurately portray the nature of trafficking in persons. DoD has determined that this level of candor is necessary in order to properly convey the subject matter.



# Introduction

**In this course, you will learn**:

- (1) What constitutes Trafficking in Persons (TIP), and the term "severe forms
- of trafficking in persons" as defined in Section 7102 of Title 22, U.S.C.
- (2) Why TIP occurs.
- (3) Who is involved in TIP.
- (4) How TIP occurs.
- (5) Methods in combating TIP.
- (6) TIP laws and policies.
- (7) The prevalence of DoD-related human trafficking.
- (8) How human trafficking can affect mission readiness.
- (9) The human trafficking concerns in the DoD.
- (10) The basic characteristics of human trafficking crimes.
- (11) Your role in combating human trafficking.
- (12) Reporting procedures for alleged TIP violations.



# What is Trafficking in Persons (TIP)?

## The Trafficking Victims Protection ACT (TVPA) of 2000 defined "severe forms of trafficking" as:

Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which
a person induced to perform such act has not attained 18 years of age;
OR





The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, using force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage,
debt bondage, or slavery



# Sex Trafficking

**Sex trafficking is the**
- **recruitment,**
- **harboring,**
- **transportation,**
- **provision,**
- **obtaining,**
- **patronizing, or**
- **soliciting**

**of a person for the purpose of a commercial sex act.**

**Victims of sex trafficking can be found anywhere, but are often found in:**

- **Bars and Brothels**
- **Dance clubs and strip clubs**
- **Massage parlors and spas**
- **Escort services**
- **Private parties**
- **Pornography industry**







# Sex Trafficking Case in DoD

In 2014, the Naval Criminal Investigative Service (NCIS) initiated an investigation after receiving allegations that a Navy Petty Officer was trafficking a minor for the purpose of prostitution in GA, NC and VA.  He connected with the minor online and drove her to apartments where he sold her to other men for sex.

The petty officer pleaded guilty to transporting the minor interstate to engage in racketeering and was sentenced to five years' confinement, three years of supervised probation, and ordered to register as a sex offender.

# Labor Trafficking

**Labor trafficking is the**

- **recruitment,**
- **harboring,**
- **transportation,**
- **provision, or**
- **obtaining**

**of a person using force, fraud, or coercion to compel labor or services.**

**In the DoD, labor trafficking occurs most often in contracts that cover labor intensive industries such as:**

- **Food services**
- **Janitorial and disposal services**
- **Truck and driver services**
- **Security guards**
- **Construction work**

**It includes:**

- **involuntary servitude,**
- **peonage,**
- **debt bondage,**
- **and/or slavery.**





# Labor Trafficking Case in DoD

In 2012, the Defense Contract Management Agency (DCMA) conducted an audit in response to a report from a Service member about contractor employees being beaten by their employer.  When auditors investigated, they discovered worker safety issues including substandard housing conditions such as unsanitary water, cockroach infestation, no working fire extinguishers, and a large hole in the roof.  In addition, four individuals were found locked in rooms.  DCMA documented a total of eight non-conformances at the site.

After a second audit, DCMA issued a Corrective Action Request (CAR) to the prime contractor and submitted a report for a possible criminal investigation.  The prime contractor responded quickly to the issues with the subcontractor to correct the non-conformances.  DCMA followed up to ensure that the subcontractor had corrected the issues and closed the case the next year.

# Child Soldiering

**The term child soldier means**:

- Any person under 18 years of age who takes direct part in hostilities as a member of governmental armed forces.

- Any person under 18 years of age who has been compulsorily recruited into governmental armed forces.

- Any person under 15 years of age who has been voluntarily recruited into governmental armed forces.

- Any person under 18 years of age who has been recruited or used in hostilities by armed forces distinct from the armed forces of a state.



**Child soldiers are forced to fight but also used as cooks, porters, spies, couriers, medics, guards, and sex slaves**.





# Child Soldier Case Affecting DoD

In 2012, armed terrorist groups in Afghanistan reportedly recruited and used 47 children as child soldiers.  They used most of the children to manufacture and plant improvised explosive devices and to transport provisions.  At least 10 children were used to conduct suicide attacks.

That year, a 16-year-old boy killed himself while conducting a suicide attack at the entrance to the International Security Assistance Force (ISAF) headquarters in Kabul.  During the attack, seven children were killed and two others were injured.



# Question 1

Which of the following describe a victim of human trafficking?

**Select all that apply:**

A.  A person who was compelled to perform labor or commercial sex using force, fraud, or coercion

B.  A 16-year old child compulsorily recruited to fight in governmental armed forces.

C.  A minor engaged in commercial sex

D.  A person who consented to work, but fraud and coercion were used to get that consent



# Why Trafficking in Persons Occurs

There are two main reasons trafficking occurs:

- Traffickers fill a **demand** for sex or labor, by selling vulnerable people, such as women and children

- Terrorists, organized crime, and extremist groups use human trafficking to fund their operations and further their criminal enterprises







# How Trafficking in Persons Occurs

**Action** →

- Recruiting
- Harboring
- Transporting
- Providing
- Obtaining
- Patronizing or Soliciting *

a person

**Means\*\*** →

Through:

- Force
- Fraud
- Coercion

\*\* Minors induced into commercial sex are TIP victims – regardless of force, fraud, or coercion

**For Purpose of**

- Forced Labor
- Involuntary Servitude
- Debt Bondage
- Slavery
- Commercial Sex

**\*for sex trafficking only**



# Who are the Victims?

## Victims can be:

- Any gender, age, race, nationality, social status, economic or immigration status
- Female or male
- Adult or child
- Foreign national or U.S. citizen
- Homeless youth
- Undocumented migrants
- People displaced by civil conflicts and natural disasters
- Service members, DoD civilians, and DoD contractor employees, DoD family members

# Who are the Traffickers?

## Traffickers can be:

- Members of organized crime groups
- Terrorist organizations
- Gangs and warlords
- Foreign national or U.S. citizen
- Male or female
- Pimps
- Business Owners
- Family members
- Service members, DoD civilians, and DoD contractors, DoD family members



# TIP Prevalence

**Department of Defense Scope**

- In FY 2018 alone, there were 141 reports of alleged sex or labor trafficking or trafficking-related cases in the DoD

- Since FY 2014, DoD has taken disciplinary action, including prosecutions and courts martial, on over 350 trafficking or trafficking-related cases of DoD members involved as traffickers and buyers



# Question 2

## Victims of trafficking can be:

**Select all that apply:**

A. Any gender, age, race, nationality, social status, economic or immigration status

B. Female or male

C. Adult or child

D. Foreign national or U.S. citizen





# Effects on Mission Readiness

Terrorists, organized crime, and extremist groups use trafficking to fund their crimes

Children are being trafficked to serve as child soldiers

Sex traffickers near military installations target service members

Contracted employees subjected to unfair treatment



# What is a "Gross Violation of Human Rights (GVHR)?"

GVHRs are human rights abuses carried out by foreign security forces under "color of law," meaning while on duty, and include:

- Torture

- Cruel, inhuman, or degrading treatment or punishment

- Prolonged detention without charges and trial,

- Abduction and clandestine detention, and other flagrant denial of the right to life, liberty, or the security of person."

- Extrajudicial killing

- Sexual slavery, enforced prostitution, and rape





# Reporting GVHR

- Report <u>all</u> suspected abuses through Chain of Command or Inspector General

- Follow command/agency  reporting procedures





# Trafficking Victims Protection Act (TVPA) of 2000

- Establishes a whole of government approach to combating trafficking in persons.

- Sets a 3P framework:

  - **Prevention**:  Encourages education, awareness and training to understand trafficking, identify victims, and respond appropriately

  - **Prosecution**:  Encourages a vigorous law enforcement response to traffickers

  - **Protection and assistance**: Provides holistic services for survivors

- TVPA was reauthorized in 2003, 2005, 2008, 2013, and 2018.





# U.S. Government's Zero Tolerance Policy

- The United States adopted a zero-tolerance policy with the signing of the **National Security Presidential Directive 22** (NSPD-22) in 2002.

- **DoD Instruction 2200.01, "Combating Trafficking in Persons (CTIP),"** established DoD TIP policies, responsibilities, and reporting requirement for promoting the U.S. Government's zero tolerance policy within the DoD. (first published in 2007, updated in 2010, 2015, and 2019)



# Uniform Code of Military Justice (UCMJ), Article 134

- Criminal code that applies to Service members, and in time of declared war or a contingency operation, persons serving with or accompanying U.S. Armed Forces in the field.

- Prosecutable offenses under UCMJ related to sex trafficking include:
  - Prostitution
  - Patronizing a prostitute
  - Pandering by compelling
  - Inducing, enticing, or procuring an act of prostitution
  - Pandering by arranging or receiving consideration for arranging for sexual intercourse or sodomy



# Question 3

True/False:

Trafficking in persons is not a problem in the Department of Defense.

A. True

B. False



# National Defense Authorization Act (NDAA), 2013

**Title XVII, "Ending Trafficking in Government Contracting"**

- Allows the government to terminate a contract if the prime or subcontractor commits acts that directly support or advance trafficking in persons. Such acts include:

  - Confiscating an employee's identity or immigration documents
  - Failing to provide return transportation or pay for return transportation costs
  - Offering employment using fraudulent or misleading pretenses
  - Providing housing that fails to meet the host country's housing and safety standards
  - Charging recruitment fees

- Imposes monitoring, reporting, and compliance plan requirements on DoD to ensure the U.S. government taxpayer money does not support human trafficking

# Federal Acquisition Regulation (FAR) Subpart 22.17, "Combating Trafficking in Persons"

During the performance of the contract, contractors, contractor employees, and their agents shall not:

- Engage in severe forms of trafficking in persons;
- Procure commercial sex acts;
- Use forced labor;
- Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents.
- Charge Recruitment Fees to employees or prospective employees





# Justice for Victims of Trafficking Act (JVTA)

The JVTA (2015) enhances victims services and increases training for federal personnel.  Provisions include:

- Increases penalties for traffickers and buyers
- Expands the definition of sex trafficking to those patronizing a prostitute and soliciting commercial sex
- Requires DoD to provide DOJ with sex offender registration information for persons required to register who are released from military corrections facilities or convicted under the Uniform Code of Military Justice (UCMJ) and sentences without confinement

## TIP Concerns in DoD's Areas of Responsibility



# TIP Concerns in DoD's Areas of Responsibility

- **AFRICOM:** One type of human trafficking in AFRICOM is child soldiering, which is a problem in Nigeria, Rwanda, Somalia, Sudan, South Sudan, and the Democratic Republic of the Congo. According to UNICEF, there are more than 17,000 child soldiers in South Sudan alone. These children fight for both rebel forces and the government.

- **EUCOM:** Many countries have legalized prostitution and U.S. military members can be prime targets for the sex industry. DoD members in the area need to remember even though prostitution is legal in these countries, it is a punishable offense in the UCMJ, Article 134 ,which prohibits patronizing a prostitute.



# TIP Concerns in DoD's Areas of Responsibility

- **CENTCOM:** Other country nationals working for contractors are vulnerable to deceptive hiring practices, substandard living conditions, unsafe or hazardous working conditions, and other forms of abuse. These workers can become an unstable element (insider threat) on military installations.

- **PACOM:** Approximately two thirds of the estimated victims of human trafficking are in the Indo-Asia Pacific region, or reside within the U.S. Pacific Command Area of Responsibility.  U.S. military personnel can be prime targets for the sex industry in this region, with prostitution being a very common occurrence.



# TIP Concerns in DoD's Areas of Responsibility

- **NORTHCOM:** Children, including the children of military members, may be prime targets for traffickers online, at schools, or in neighborhoods. Traffickers have moved to sophisticated business models involving new technologies including smartphones, social media, and specialized apps.

- **SOUTHCOM:** While trafficking crimes occur within the region, Latin America is a primary source region for victims trafficked to the U.S., including by transnational criminal networks such as MS-13.

# Take Appropriate Reporting Action

- **If you suspect a trafficking in persons situation, REPORT IT IMMEDIATELY TO THE APPROPRIATE AUTHORITY**

- **Report to:**

  - Chain of Command

  - Department of Defense Inspector General (IG) Hotline: 1-800-424-9098, or visit http://www.dodig.mil/hotline/)

  - National Human Trafficking Resource Center: 1-888-373-7888







# **Your Role**

- Report anything suspicious that you see to your Chain of Command, your local DoD IG office, or use the DoD IG Hotline

- **Report** and **Avoid** any establishments or persons that you believe may be involved in TIP

- **Never act <u>ALONE</u>,** you may want to help, but trafficking situations are dangerous

**HELP STOP TRAFFICKING.**

**REPORT SUSPICIOUS ACTIVITY**





# Question 4

If you suspect a trafficking in persons situation, what should you do?

**Select all that apply:**

A.  Investigate the situation further

B.  Report the incident through your chain of command and local or command-level Inspector General's office

C.  Contact the DoD IG Hotline

D.  Confront the suspected traffickers



# Conclusion

## Congratulations!

You have completed the Department of Defense Trafficking in Persons General Awareness Training. You have learned:

(1) What constitutes TIP.  To utilize the term "severe forms of trafficking in persons," as defined in Section 7102 of Title 22, U.S.C.

(2) Why TIP occurs.

(3) Who is involved in TIP.

(4) How TIP occurs.

(5) Methods in combating TIP.

(6) TIP laws and policies.

(7) The prevalence of DoD-related human trafficking.

(8) How human trafficking can affect mission readiness.

(9) The human trafficking concerns in the DoD.

(10) The basic characteristics of human trafficking crimes.

(11) Your role in combating human trafficking.

(12) Reporting procedures for alleged TIP violations.





# Resources

For more information on:

- Laws and regulations

- Curriculum toolkits

- Learning objectives

- Awareness materials

- Reports and documents

Visit: http://ctip.defense.gov





# Department of Defense
# Combating Trafficking in Persons

**This is to certify that**

**has successfully completed the CTIP training requirement**



_Linda K. Dixon_

**Linda K. Dixon,**
**Program Manager,**
**Combating Trafficking in Persons Program Office**

**DOD Certified**
**IAW DODI 2200.01**