### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| ANDREW TATE AND TRISTAN TATE, | |
| Plaintiffs, | Case No.: 9:23-cv-81150-RLR |
| v. | |
| EMMA GABBEY, MONA TABARA GABBEY, WILLIAM GABBEY, ALIONA UNTILA, AND MATTHIEU MARTELLY[1] | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

Notice is hereby given that, subject to approval by the Court, Defendant Aliona Untila substitutes Jillian P. Roth, Esq., of Laffey, Bucci & Kent, LLP, Florida Bar Number 1036053, as counsel of record in place of Danielle Bianculli Pinter, Esq., Florida Bar Number 120441, Benjamin W. Bull, Esq., Peter A. Gentala, Esq., Christen M. Price, Esq., Victoria Hirsch, Esq., admitted *Pro Hac Vice*, of the National Center on Sexual Exploitation, , and Christian W. Waugh, Esq., Florida Bar Number 71093, Mary A. Norberg, Esq., Florida Bar Number 1032028, and Sofie Bayer, Florida Bar Number 1039616, of Waugh PLLC.

Contact information for new counsel is as follows:

Jillian P. Roth, Esq.
Laffey, Bucci & Kent, LLP
1100 Ludlow Street, Suite 300
Philadelphia, PA 19107
Telephone: (215) 399-9255
Fax: (215) 241-8700

---

[1] Currently pending before the Court is a Motion for Pseudonymity and Motion for Partial Seal and for Protective Order, filed on behalf of all Defendants. As the Motion is still pending, this present instrument is not filed under seal or using pseudonyms, however, filing as such is not intended to waive Defendants' request to proceed by pseudonym or for partial sealing.

Email: jroth@laffeybuccikent.com

| | |
|---|---|
| I consent to the above substitution.<br>Date: September 12, 2023 | _____<br>Aliona Untila |
| I consent to the above substitution.<br>Date: September 12, 2023 | _____<br>Jillian P. Roth, Esq. |
| I consent to being substituted.<br>Date: September 12, 2023 | /s/ Danielle Bianculli Pinter<br>_____<br>Danielle Bianculli Pinter, Esq. |
| | /s/ Benjamin W. Bull<br>_____<br>Benjamin W. Bull, Esq. |
| | /s/ Peter A. Gentala<br>_____<br>Peter A. Gentala, Esq. |
| | /s/ Christen M. Price<br>_____<br>Christen M. Price, Esq. |
| | /s/ Victoria Hirsch<br>_____<br>Victoria Hirsch, Esq. |
| | /s/ Christian W. Waugh<br>_____<br>Christian W. Waugh, Esq. |
| | /s/ Mary A. Norberg<br>_____<br>Mary A. Norberg, Esq. |
| | /s/ Sofie Bayer<br>_____<br>Sofie Bayer, Esq. |

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                                                 J.