IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| ANDREW TATE AND TRISTAN TATE, <br><br> Plaintiffs, <br><br> v. <br><br> EMMA GABBEY, MONA TABARA GABBEY, WILLIAM GABBEY, ALIONA UNTILA, AND MATTHIEU MARTELLY[1] <br><br> Defendants. | Case No.: 9:23-cv-81150-RLR |

**ENTRY OF APPEARANCE**

COMES NOW Jillian P. Roth, Esq. of the law firm of Laffey, Bucci & Kent, LLP and enters her appearance on behalf of Defendant Aliona Untila in the above-captioned matter.

                                    **LAFFEY, BUCCI & KENT, LLP**

BY:    _____
       Jillian P. Roth, Esq., FBN 1036053
       1100 Ludlow St., Suite 300
       Philadelphia, PA 19107
       Office: (215) 399-9255
       Fax: (215) 241-8700
       Email: jroth@laffeybuccikent.com
       ***Attorney for Defendant Aliona Untila[2]***

---

[1] Currently pending before the Court is a Motion for Pseudonymity and Motion for Partial Seal and for Protective Order, filed on behalf of all Defendants. As the Motion is still pending, this present instrument is not filed under seal or using pseudonyms, however, filing as such is not intended to waive Defendants' request to proceed by pseudonym or for partial sealing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 12th day of September 2023, by the court's electronic notification system to:

Thomas Maniotis, Esq.
**Equity Legal PLLC**
5201 Blue Lagoon Dr., Floor 8
Miami, FL 33126
Phone: (321) 313-8642
Fax: (321) 988-0238
Email: tamaniotis@equitylegal.net

Joseph D. McBride, Esq.
**The McBride Law Firm, PLLC**
99 Park Avenue, 6th Floor
New York, NY 10016
Phone: (917) 757-9537
Email: jmcbride@mcbridelawnyc.com

*Attorneys for Plaintiffs*

Danielle Bianculli Pinter, Esq.
Benjamin W. Bull, Esq. (*Pro Hac Vice*)
Peter A. Gentala, Esq. (*Pro Hac Vice*)
Christen M. Price, Esq. (*Pro Hac Vice*)
Victoria Hirsch, Esq.  (*Pro Hac Vice*)
**National Center on Sexual Exploitation**
1201 F. St. NW, Suite 200
Washington, DC 20004
dpinter@ncoselaw.org
bbull@ncose.com
pgentala@ncoselaw.org
cprice@ncoselaw.org
vhirsch@ncoselaw.org
Phone: (202) 393-7245

Christian W. Waugh, Esq.
Mary A. Norberg, Esq.
Sofia Bayer, Esq.
**Waugh PLLC**
201 E. Pine Street, Suite 315
Orlando, FL 32801
cwaugh@waugh.legal
mnorberg@waugh.legal
sbayer@waugh.legal
Phone: (321) 800-6008

*Attorneys for Defendants Emma Gabbey, Mona Tabara Gabbey, William Gabbey, and Mattieu Martelly*

BY: _____
Jillian P. Roth, Esq.
**Laffey, Bucci & Kent, LLP**