UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:23-cv-81150-RLR

ANDREW TATE & TRISTAN TATE,

    Plaintiffs

vs.

JANE DOE, et al.,

    Defendants.

_____/

### ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL

THIS CAUSE having come before the Court on the Defendants Motion to File Under Seal, pursuant to Rule 5.4(b) of the Local Rules. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The Defendants' Motion to file the Romanian Indictment associated with the Romanian criminal prosecution of the Plaintiffs, Andrew and Tristan Tate, may be filed under seal and remain under seal until further Order from this Court.

DONE AND ORDERED in Chambers at _____ Florida, this _____ day of _____.

                                                                                      _____
                                                                                      ROBIN L. ROSENBERG
                                                                                      UNITED STATES DISTRICT JUDGE