UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-CV-81150-RLR

ANDREW TATE & TRISTAN TATE

        Plaintiffs,
  v.

EMMA GABBEY, et al.,

        Defendants,

_____/

**NOTICE OF FILING EXHIBIT C
TO PLAINTIFFS' MOTION TO REMAND**

    Attached hereto for filing, in the above-captioned case, is Plaintiffs Exhibit C to Plaintiffs' Motion to Remand (**D.E. 31**). Exhibit C contains the affidavits of Plaintiffs, Andrew Tate and Tristan Tate, in support of Plaintiffs' Motion to Remand.

Respectfully submitted this 13th day of September 2023.

| | |
|---|---|
| /s/ Thomas Maniotis, Esq. | /s/ Joseph D. McBride, Esq. |
| Thomas Maniotis, Esq. | Joseph D. McBride, Esq. |
| Florida Bar No. 122414 | NYS Bar No. 5445879 *Pro Hac Vice* |
| Equity Legal, PLLC | THE MCBRIDE LAW FIRM, PLLC |
| 5201 Blue Lagoon Drive, Floor 8 | 99 Park Avenue, 6th Floor |
| Miami, FL 33126 | New York, NY 10016 |
| p:321-313-8642 | p: (917) 757-9537 |
| e: tamaniots@equitylegal.net | e: jmcbride@mcbridelawnyc.com |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on September 13th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will, on the same day, electronically serve true and exact electronic copies on the persons below to their stated email addresses:

/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
