UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-CV-81150-RLR

ANDREW TATE & TRISTAN TATE

        Plaintiffs,

v.

EMMA GABBEY, et al.,

        Defendants,

_____/

**AFFIDAVIT OF ANDREW TATE IN SUPPORT
OF PLAINTIFFS' MOTION TO REMAND**

I, Andrew Tate, do hereby swear as follows:

1. I am a dual citizen of both the United States and United Kingdom. I am currently a full-time resident of Bucharest, Romania, where I co-own a home with my brother, Tristan Tate.

2. I am the product of a British-American household: my mother, a British citizen, married my late father, an American citizen. I was born in Washington, D.C., and am a natural born citizen of the United States.

3. Though I was born in Washington, D.C., I have not been a resident of the United States since I was very young. Intermittently throughout childhood, I lived in Chicago, Illinois; Detroit, Michigan; Gary, Indiana; and Goshen, Indiana.

4. I have not been a resident of the United States since the age of 11, when my parents were divorced, when I moved in full-time with my mother, a British citizen, in Luton, England.

5. Although I enjoy citizenship in both the United States and United Kingdom, I have not domiciled in either one of those countries for many years. I have not maintained full-time residences in either country for decades.

6. I currently own no real-estate in any State of the United States, nor do I own any property of value in the United States. I am currently not a citizen of any State, nor have been a citizen of any state of the United States for decades.

7. I have been a permanent resident of Bucharest, Romania since 2015, when I purchased the home in which I currently reside in Bucharest, Romania. Over the past 8-year period, Bucharest, Romania has been my primary residence.

8. I have no businesses in the United States. I have no business connections of consequence in any State of the United States, including no headquarters of any business located in the United States, or employees located in the United States to carry out business activities of any kind.

9. Since December 2022, I have been confined to Bucharest, Romania, either via incarceration or house arrest. I was incarcerated in Bucharest, Romania, along with my brother, Tristan Tate, from December 2022 until April 2023.

10. From April 2023 to August 2023, I was on house arrest and confined to my Bucharest, Romania home for the entire period.

11. Since my house arrest was lifted by Romanian authorities in August 2023, I remain on limited release and confined to the country of Romania, where I have dwelled continuously since late 2022.

12. I have no intent to leave Romania and had no intent to change my residence nor where I reside, which I have made publicly known.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2023.

*Andrew tate*
Andrew tate (Sep 13, 2023 14:05 GMT+3)

AFFIANT

Name: Andrew Tate

STATE OF  Virginia

COUNTY OF  Chesterfield

BEFORE ME, the undersigned authority, personally appeared Andrew Tate, who is personally known to me or has produced [passport or driver's license] as identification, and being duly sworn, on oath, deposes and says that the foregoing Affidavit is true and correct to the best of his knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this September 13, 2023.

_____
NOTARY PUBLIC, STATE OF  Virginia
Notary Public -Lauren N Fridley
Commission 7699515
My Commission Expires:  06/30/2024

[Notary Seal: LAUREN N FRIDLEY, ELECTRONIC NOTARY PUBLIC, REG # 7699515, EXPIRES 6/30/2024, COMMONWEALTH OF VIRGINIA]

Completed via Remote Online Notarization using two-way Audio/Video technology

# A. Tate affidavit re domicile_FINAL .docx

Final Audit Report                                                                 2023-09-13

| | |
|---|---|
| Created: | 2023-09-13 |
| By: | Lauren Fridley (lfridley88@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAXtECOgPS-Ngqqnjue3WA6dEOD6lsmKvd |

## "A. Tate affidavit re domicile_FINAL .docx" History

- Document created by Lauren Fridley (lfridley88@gmail.com)
  2023-09-13 - 11:02:02 AM GMT

- Document emailed to emoryatate@gmail.com for signature
  2023-09-13 - 11:04:38 AM GMT

- Email viewed by emoryatate@gmail.com
  2023-09-13 - 11:05:17 AM GMT

- Signer emoryatate@gmail.com entered name at signing as Andrew tate
  2023-09-13 - 11:05:35 AM GMT

- Document e-signed by Andrew tate (emoryatate@gmail.com)
  Signature Date: 2023-09-13 - 11:05:37 AM GMT - Time Source: server

- Document emailed to lfridley@usvirtualnotary.com for approval
  2023-09-13 - 11:05:38 AM GMT

- Email viewed by lfridley@usvirtualnotary.com
  2023-09-13 - 11:07:09 AM GMT

- Signer lfridley@usvirtualnotary.com entered name at signing as Notary Public Lauren N. Fridley
  2023-09-13 - 11:07:23 AM GMT

- Notary Public Lauren N. Fridley (lfridley@usvirtualnotary.com) has explicitly agreed to the terms of use and to do business electronically with Lauren Fridley (lfridley88@gmail.com)
  2023-09-13 - 11:07:25 AM GMT

- Document approved by Notary Public Lauren N. Fridley (lfridley@usvirtualnotary.com)
  Approval Date: 2023-09-13 - 11:07:25 AM GMT - Time Source: server

- Agreement completed.
  2023-09-13 - 11:07:25 AM GMT

Adobe Acrobat Sign