# 559L/BIRP/2023 - indictment extract  Inbox

**trb-birp@just.ro**
to me

Romanian > English  Translate message

Following the request sent to the Bucharest Court, we are sending you the attached extract of the indictment in the file that is of interest to you.

We specify that the personal data contained in the previously indicated indictment was anonymized, in accordance with the legal provisions in force, as well as Decision no. 37/07.12.2015 of the High Court of Cassation and Justice - The panel for resolving some legal issues.

*THE PRESIDENT OF THE COURT OF BUCHAREST,*

*JUDGE GABRIELA-MIHAELA RÎȘNOVEANU*

**

One attachment • Scanned by Gmail



PDF Extract of indict...

---

**Murdered By Crayons** ✏️
@CrayonMurders

Bless your heart, you're so poorly informed I don't even know how to respond to such an ignorant comment besides showing the document in Romanian along with the email to me form the court with the document attached.

Cope harder and educate yourself, it's embarrassing.

7:15 AM · Jul 13, 2023 · **1,756** Views

**2** Quotes    **24** Likes    **1** Bookmark

Tweet your reply!    Reply

Show additional replies, including those that may contain offensive content    Show