# EXHIBIT A

# JUVENILE CONFIDENTIAL

## ARREST / NOTICE TO APPEAR

**ADMINISTRATION**

| OBTS Number | | | | Arrest Warrant Request Copies: 3 | JUVENILE |
|---|---|---|---|---|---|
| Agency ORI Number: 0500400 | Agency Name: Delray Beach Police Department | | Agency Report Number (N.T.A.'s only): 4 0 16-009539 | | |

Charge Type: ☒ 1. Felony  ☐ 2. Traffic Felony  ☐ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other

If Weapon Seized Enter Type: **None/not Applicable**   Multiple Clearance Indicator: **01**

Location of Arrest: **WARRANT REQUEST**

Date of Arrest: | Time of Arrest: | Booking Date: **10/20/2016** | Booking Time: **17:28** | Jail Date: | Jail Time: | Location of Vehicle:

**DEFENDANT**

Name (Last, First, Middle): [REDACTED]  Alias:

| Race: W - White, B - Black, I - American Indian, O - Oriental/Asian | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| W | M | 04/22/1959 | 6'00 | | | | | |

Indication of: Alcohol Influence ☐ Yes ☒ No ☐ Unk.  Drug Influence ☐ Yes ☒ No ☐ Unk.

Local Address: [REDACTED]  Residence Type: 1. City 2. County 3. Florida 4. Out of State — **1**

Permanent Address: [REDACTED]  Address Source: **FL DRIVERS LICENSE**

Business Address: [REDACTED]  Occupation: **Owner**

D/L Number, State: [REDACTED] / **FL**   Soc. Sec. Number: [REDACTED]   INS Number:   Place of Birth (City, State):   Citizenship:

**CO-DEF**

| Co-Defendant Name | Race | Sex | Date of Birth | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor | ☐ 5. Juvenile |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**JUVENILE**

☐ Parent  ☐ Other: _____  ☐ Legal Custodian   Name (Last, First, Middle):   Residence Phone:

Address:   Business Phone:

Notified by: (Name)   Date   Time   JUVENILE DISPOSITION: 1. Handled/Processed within Department and Released   2. TOT JAC   3. Incarcerated

Released To: (Name)   Relationship   Date   Time

The above address was provided by ☐ defendant and/or ☐ defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address.  ☐ Yes, by: _____  ☐ No:

School Attended:   Grade:

Property Crime? ☐ Yes ☒ No   Description of Property:   Value of Property:

**CODE**

Drug Activity: N. N/A, P. Possess, S. Sell, B. Buy, T. Traffic, R. Smuggle, D. Deliver, E. Use, K. Disperses/Distribute, M. Manufacture/Produce/Cultivate, Z. Other

Drug Type: N. N/A, A. Amphetamine, B. Barbiturate, C. Cocaine, E. Heroin, H. Hallucinogen, M. Marijuana, O. Opium/Deriv., P. Paraphernalia/Equipment, S. Synthetic, U. Unknown, Z. Other

**CHARGE**

| Charge Description: **SEXUAL BATTERY VICTIM OVER 12YOA NO PHYSICAL FORCE** | | | | | | Statute Violation Number: **794.011(5)** | | Violation of ORD #: |
|---|---|---|---|---|---|---|---|---|
| Drug Activity: **N** | Drug Type | Amount / Unit / | Offense #: **16-009539** | Counts: **1** | Domestic Violence ☐ Y ☒ N | Warrant / Capias Number | | Bond |

| Charge Description: | | | | | | Statute Violation Number | | Violation of ORD # |
|---|---|---|---|---|---|---|---|---|
| Drug Activity | Drug Type | Amount / Unit | Offense # | Counts | Domestic Violence ☐ Y ☐ N | Warrant / Capias Number | | Bond |

| Charge Description: | | | | | | Statute Violation Number | | Violation of ORD # |
|---|---|---|---|---|---|---|---|---|
| Drug Activity | Drug Type | Amount / Unit | Offense # | Counts | Domestic Violence ☐ Y ☐ N | Warrant / Capias Number | | Bond |

**INTAKE**

Health / Apparent Physical Condition of Defendant:   Any knowledge of the following: ☐ Mental  ☐ Escape Risk  ☐ Medication  ☐ Deformities  ☐ Injuries   Explain:

Check which applies: ☐ Released O.R.  ☐ Released to Parent/Guardian  ☐ T.O.T. (County Jail)  ☐ Posted Bond  ☐ South County Mental Health

PROPERTY - Received By:   Released By:   Released To:

Transported By:   Date Transported:   Time Transported:   Other:

**NOTICE TO APPEAR**

☒ INSTRUCTION NO. 1 - Mandatory appearance in court
☐ INSTRUCTION NO. 2 - You need not appear in Court but must comply with instructions on Page 2

Location (Court, Room):   Court Date and Time:

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

No Photo Available

Signature of Defendant (or Juvenile and Parent/Custodian):   Date Signed:

**ADMIN**

HOLD for Other Agency:   Signature of Arresting Officer:   Name Verification (Printed by Arrestee):

☐ Dangerous  ☐ Resisted Arrest  ☐ Suicidal  ☐ Other

Name of Arresting Officer (Print): **LEON, OSCAR**   I.D. #: **1002**   (PRINT)

Intake Deputy:   I.D. #:   Pouch #:   Transporting Officer: **WARRANT REQUEST**   I.D. #: **1002**   Agency: **DBPD**   Witness here if subject signed with an "X":

PAGE **1** OF **1**

☐ COURT  ☐ STATE ATTORNEY  ☐ AGENCY  ☐ CENTRAL RECORDS  ☐ JAIL  ☐ CRIME ANALYSIS  ☐ P.I.O.  ☐ DEFENDANT

*(Stamps visible: "NOT A CERTIFIED COPY", "RECEIVED NOV 10 2016 SAO JUVENILE DIVISION")*

# JUVENILE CONFIDENTIAL
## PROBABLE CAUSE AFFIDAVIT

| | |
|---|---|
| OBTS Number | 1. Arrest  3. Request for Warrant  **3**  JUVENILE **X**  2. N.T.A.  4. Request for Capias |
| Agency ORI Number **FL 0500400** | Agency Name **DELRAY BEACH POLICE DEPARTMENT**  Agency Report Number **4 0 16-009539** |
| Charge Type (Check as many as apply): **X** 1. Felony  ☐ 2. Traffic Felony  ☐ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other | Special Notes: |

### DEFENDANT
| Name (Last, First, Middle) | Alias | Race **W** | Sex **M** | Date of Birth **04/22/1959** |

### CHARGES
Charge Description: **794.011(5) SEXUAL BATTERY VICTIM OVER 12YOA NO PHYSICAL**

### VICTIM
| Victim's Name (Last, First, Middle) | | Race **W** | Sex **F** | Date of Birth |
| Local Address | (City) | (State) | (Zip) | Phone | Address Source |
| Business Address | (City) | (State) | (Zip) | Phone | Occupation **STUDENT** |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody . . .

☐ committed the below acts in my presence.
☐ confessed to _____ admitting to the below facts.
☐ was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.
**X** was found to have committed the below acts, resulting from my (described) investigation.

On the __4__ day of __July__, __2016__ at __10:05__ (Specifically include facts constituting cause for arrest.)

### PROBABLE CAUSE STATEMENT

The following incident occurred at _____, in the City of Delray Beach, Palm Beach County, Florida.

On 6/17/16, Detective Moschette and I responded to _____ in reference to a 15-year old juvenile ██████ DOB: 5/12/2001) who was suspected of having sexual relations with her adult Yoga Instructor ██████ DOB: 4/22/59). Upon arriving on scene, Officer Siegel briefed us on what ██'s mother ██████ had reported to him. Mrs. ██████ had hired a private investigation firm (JRS Investigations 301 West Atlantic Avenue) to conduct an investigation on her daughter's interactions with ██. Mrs. ██████ reported that the interactions between ██ and her daughter were inappropriate. Mrs. ██████ advised that ██ would spend a large amount of time by himself with her daughter. Mrs. ██████ further stated that ██ often picks up ██ during all times of the day both early in the morning and late in the evening. Mrs. ██████ stated that the investigators had informed her that they believed they had witnessed ██ smoking marijuana with ██ and that they had observed ██ coming and going from the ██ residence (██████) when it was known that the only person home was ██.

I received a copy of the JRS Investigations report on 6/27/16. Upon reviewing the report, I found that Investigator April Deboe had written that on 6/16/16, she had observed ██ inside of the ██ Residence in the presence of ██. During this time, ██'s wife was away on a business trip and there were no other individuals observed. Investigator Deboe wrote "This investigator observed ██ inside the personal residence of ██. This investigator observed ██ and Mr. ██ in the nude, touching one another in a sexual manner." Investigator Deboe was able to photograph what she advised me were ██ and ██████ at the front window of the residence.

### ADMINISTRATIVE
SWORN AND SUBSCRIBED BEFORE ME

**JABCUGA, JASON**
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

DATE: **11/02/2016**

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER #1002
**LEON, OSCAR (1002)**
NAME OF OFFICER (PLEASE PRINT)

DATE: **11/02/2016**

PAGE 1 OF 2

COURT    STATE ATTORNEY    CENTRAL RECORDS    JAIL    CRIME ANALYSIS    P. I. O.

*NOT A CERTIFIED COPY*

**JUVENILE PROBABLE CAUSE AFFIDAVIT SUPPLEMENT**

**CONFIDENTIAL**

| OBTS Number | | | | Arrest | 3. Request for Warrant | 3 | JUVENILE X |
|---|---|---|---|---|---|---|---|
| | | | | N.T.A. | 4. Request for Capias | | |

| Agency ORI Number | Agency Name | Report Number |
|---|---|---|
| FL 0500400 | DELRAY BEACH POLICE DEPARTMENT | 4 0 16-009539 |

| Charge Type, Check as many as apply. | ☒ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance | Special Notes: |
|---|---|---|
| | ☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other | |

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| [REDACTED] | | W | M | 04/22/1959 |

[Large redacted block]

**CAUSE STATEMENT**

On 7/7/16, Detective Moschette spoke with [REDACTED] who also claimed that she had been touched inappropriately by [REDACTED] claimed that she was offered private yoga sessions at the [REDACTED] residence and during those sessions she was touched inappropriately by [REDACTED] advised that [REDACTED] fondled her breasts.

On 8/29/16, I contacted Mr. [REDACTED] at his cell phone number and asked if he would be willing to provide a statement. [REDACTED] advised that he would like to first meet with counsel prior to providing a statement. I was later contacted by his attorney Michael D. Weinstein who informed me that his client would not be consenting to any forensic testing.

On 9/29/16, [REDACTED] presented himself to the Delray Beach Police Department in response to a court order for a buccal sample of his DNA. A sample was collected by Detective Joseph Hart and entered into evidence.

Due to the fact that [REDACTED] never made a formal statement and based on the victim's allegations on the incident, I will be filing charges on the defendant [REDACTED] in violation of F.S.S. 794.011(5) Sexual Battery on a victim over twelve years of age but less than 18 years of age.

**ADMINISTRATIVE**

SWORN AND SUBSCRIBED BEFORE ME

JABCUGA, JASON
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

11/02/2016
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

LEON, OSCAR (1002)
NAME OF OFFICER (PLEASE PRINT)

11/02/2016
DATE

PAGE 2 OF 2

COURT    STATE ATTORNEY    CENTRAL RECORDS    JAIL    CRIME ANALYSIS    P.I.O.