# EXHIBIT B

IN THE CIRCUIT COURT, FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO: 2017CF00■
DIV: X
OBTS NUMBER:

STATE OF FLORIDA

v.

W/M,
04/22/1959, ■

[ ] PROBATION VIOLATOR
[ ] COMMUNITY CONTROL VIOLATOR
[ ] RETRIAL
[ ] RESENTENCE

## JUDGMENT

The above defendant, being personally before this Court represented by __ADAM FARKAS ESQ__ (attorney)

| [X] Having been tried and found guilty of the following crime(s): | [ ] Having entered a plea of guilty to the following crime(s): | [ ] Having entered a plea of nolo contendere to the following crime(s): |
|---|---|---|

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE |
|---|---|---|---|
| 1 | Lewd or Lascivious Battery | 800.04(4)(a)(1) & (b) | 2F |
| 2 | Lewd or Lascivious Battery | 800.04(4)(a)(1) & (b) | 2F |
| 3 | Lewd or Lascivious Molestation | 800.04(5)(a) & (c)(2) | 2F |
| 4 | Lewd or Lascivious Molestation | 800.04(5)(a) & (c)(2) | 2F |
| 5 | Lewd or Lascivious Exhibition | 800.04(7)(a) & (b) | 2F |

[ ] and the Court having made a factual finding, the above crime(s) qualify as a crime of domestic violence pursuant to s. 741.28.

[X] and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[X] and being a qualified offender pursuant to s. 943.325, the Defendant shall be required to submit DNA samples as required by law.

[ ] and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

SENTENCE
STAYED          [ ] The Court hereby stays and withholds imposition of sentence as to count(s) and places the Defendant on
                [ ] probation and/or [ ] Community Control under the supervision of the Dept. Of Corrections
                (conditions of probation set forth in separate order).

SENTENCE
DEFERRED        [ ] The Court hereby defers imposition of sentence until

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Palm Beach County, Florida, this ____ day of Feb, 2022.

CIRCUIT COURT JUDGE

FILED
Circuit Criminal Department
FEB 0 4 2022
JOSEPH ABRUZZO
Clerk of the Circuit Court & Comptroller
Palm Beach County

IN THE CRIMINAL DIVISION OF THE CIRCUIT/COUNTY COURT OF THE
FIFTEENTH JUDICAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. 50-2017-CF-█████████   DIV. **X: Felony - X (Circuit)**

OBTS NUMBER: ████████

**STATE OF FLORIDA**                  [ ] COMMUNITY
                                          CONTROL
V                                         VIOLATOR

████████████████                      [ ] PROBATION
   DEFENDANT                              VIOLATION

| April 22, 1959 | White | Male |
|---|---|---|
| DATE OF BIRTH | RACE | GENDER |

The fingerprints below are those of said Defendant taken by Deputy Sheriff  C. SIERRA #7661

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

I hereby certify that the above and foregoing fingerprints are the fingerprints of the defendant, ████████████ and that they were placed thereon by said defendant in my presence this 4 day of FEB , 20 22 .

pg 2/2

_____
Circuit/County Court Judge - Clerk - Deputy Sheriff
(Please Circle Title)

NOT A CERTIFIED COPY

CRIMINAL-FINGERPRINT CARD PB

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, CRIMINAL DIVISION
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. ▮▮▮▮▮▮▮▮ DIV "X"

STATE OF FLORIDA

vs.

▮▮▮▮▮▮▮▮▮▮▮▮

  Defendant.
_____/

<u>VERDICT</u>

**FILED**
Circuit Criminal Department

FEB 0 4 2022

JOSEPH ABRUZZO
Clerk of the Circuit Court & Comptroller
Palm Beach County

WE, THE JURY, FIND as follows:

As to Count I, we find the Defendant

 ✓  Guilty of Lewd or Lascivious Battery, as charged in the Information.

If you find the Defendant guilty then answer the following questions:

Did the Defendant's finger penetrate ▮▮▮▮▮▮▮▮ agina?
 ✓ YES   _____ NO

_____ Not Guilty

As to Count II, we find the Defendant

 ✓  Guilty of Lewd or Lascivious Battery, as charged in the Information.

If you find the Defendant guilty then answer the following questions:

Did the Defendant's penis penetrate ▮▮▮▮▮▮▮▮ vagina?
 ✓ YES   _____ NO

_____ Not Guilty

*NOT A CERTIFIED COPY* (watermark)

As to Count III, we find the Defendant

✓     Guilty of Lewd or Lascivious Molestation, as charged in the Information.

_____ Not Guilty

As to Count IV, we find the Defendant

✓     Guilty of Lewd or Lascivious Molestation, as charged in the Information.

_____ Not Guilty

As to Count V, we find the Defendant

✓     Guilty of Lewd or Lascivious Exhibition, as charged in the Information.

_____ Not Guilty

SO SAY WE ALL, this __4th__ day of February, 2022, in West Palm Beach, Palm Beach County, Florida.

_(signature)_
JURY FOREPERSON SIGNATURE

Christiena Paul
PRINT NAME