UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-CV-81150-RLR

ANDREW TATE & TRISTAN TATE

        Plaintiffs,

v.

EMMA GABBEY, et al.,

        Defendants,

---

### NOTICE OF PLAINTIFFS' INTENT TO FILE SURRESPONSE TO DEFENDANTS' REPLY TO PLAINTIFF's MOTION TO PROCEED UNDER PSEUDONYM

Thomas Maniotis and Joseph D. McBride, attorneys of record for Andrew and Tristan Tate, Plaintiffs in the above-captioned case, respectfully serve notice upon this Honorable Court that Plaintiffs will file a SURRESPONSE to DEFENDANTS' REPLY TO PLAINTIFF's MOTION TO PROCEED UNDER PSEUDONYM (ECF No. 41) by end of day, on September 15, 2023.

| | |
|---|---|
| **/s/ Thomas Maniotis, Esq.** | **/s/ Joseph D. McBride, Esq.** |
| Thomas Maniotis, Esq. | Joseph D. McBride, Esq. |
| Florida Bar No. 122414 | NYS Bar No. 5445879 Pro Hac Vice |
| Equity Legal, PLLC | THE MCBRIDE LAW FIRM, PLLC |
| 5201 Blue Lagoon Drive, Floor 8 | 99 Park Avenue, 6th Floor |
| Miami, FL 33126 | New York, NY 10016 |
| p:321-313-8642 | p: (917) 757-9537 |
| e: tamaniots@equitylegal.net | e: jmcbride@mcbridelawnyc.com |
| Attorneys for Plaintiffs: | Attorneys for Plaintiffs: |
| Andrew & Tristan Tate | Andrew & Tristan Tate |

## **CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

**/s/ Thomas Maniotis, Esq.**
Thomas Maniotis, Esq.

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on September 15th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will, on the same day, electronically serve true and exact electronic copies on the persons below to their stated email addresses:

**/s/ Thomas Maniotis, Esq.**
Thomas Maniotis, Esq.