### Service of Process Status Report

**Date of Report: September 22, 2023**

| **Defendant Name** | **Summonses Issued** | **Service Attempted** | **Service Made** | **Answer Due** | **Appearance** |
|---|---|---|---|---|---|
| Jane Doe | 7/11/2023 | 8/3/2023 | N/A | N/A | N/A |
| June Doe | 7/11/2023 | 7/17/2023 | 7/17/2023 | 9/24/2023 | N/A |
| John Doe | 7/11/2023 | 7/17/2023 | 7/17/2023 | 9/24/2023 | N/A |
| Liam Doe | 7/11/2023 | 8/3/2023 | N/A | N/A | N/A |
| Mary Doe | Not Issued | N/A | N/A | N/A | N/A |

**Defendant-Specific Notes**

| | |
|---|---|
| John Doe | Plaintiffs filed a Motion for Default on August 9, 2023 in Palm Beach County Circuit Court, which has not been resolved. The case was removed prior to resolution. |
| June Doe | Plaintiffs filed a Motion for Default on August 9, 2023 in Palm Beach County Circuit Court, which has not been resolved. The case was removed prior to resolution. |
| Jane Doe | Plaintiff believes that Jane Doe is evading service. An affidavit of diligent search from the process service is attached to this status report. Plaintiff will continue to attempt service. Plaintiff has attempted to inquire about waiver or acceptance of service, which has gone unanswered by counsel. Plaintiff will move for substitute service once the jurisdictional issue is decided. |
| Liam Doe | Plaintiff has attempted to inquire about waiver or acceptance of service, which has gone unanswered by counsel. Plaintiff believes Liam Doe is evading service. An affidavit of diligent search from the process service is attached to this status report. Plaintiff will move for substitute service once the jurisdictional issue is decided. |
| Mary Doe | Plaintiff could not find an address for Mary Doe. Plaintiff will move for substitute service once the jurisdictional issue is decided. Plaintiff has attempted to inquire about substitute service, which has gone unanswered by prior counsel. Defendant has new counsel and Plaintiffs will inquire regarding waiver of service or acceptance of service. |