IN THE CIRCUIT COURT FOR THE FIFTEENTH
JUDICIAL CIRCUIT IN PALM BEACH COUNTY,
FLORIDA

CASE NO.: 502023CA011904XXXXMB

TRISTIN TATE and ANDREW TATE,
  Plaintiffs,

Vs.



  Defendants.
_____/

### AFFIDAVIT OF DILIGENT SEARCH AND INQUIRY

I, MARY A. WILLIAMS, as owner of WILLIAMS PROCESS SERVICE, being sworn, certify that the following information is true:

1. I have made diligent search and inquiry to discover the current location of ▮▮▮ whose age is 26 years.

2. The address provided to WILLIAMS PROCESS SERVICE on the Summons was 664▮ Drive, ▮▮▮ FL ▮.

3. A Return of Non-Service was filed after attempting service at the Boca Raton address. Per ▮▮ mother, who resides at Boca Raton address, he does not live there, and they are estranged. No forwarding address.

4. The following measures were taken to locate the current whereabouts of ▮▮ ▮▮.

Skip search for ▮▮ did NOT provide a more current address – other than ▮▮ ▮▮ ▮▮ FL ▮.

▮▮ is NOT in active duty with the United States Military per SCRA (Servicemembers Civil Relief Act).

Voter's Registration gives ▮▮ ▮▮ FL ▮ as the current address.

Per Federal Bureau of Prisons, ▮▮ is not currently incarcerated.

Florida Department of State/Division of Corporations does not give ▮▮ as an officer to any entity in the State of Florida.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MARY A. WILLIAMS

Sworn to (or affirmed) and subscribed before me this 9th day of August, 2023, by Mary A. Williams.

_____
Notary

✓ ____ Personally known

_____ Produced identification

_____ Type of identification produced _____

(NOTARY SEAL)

STEPHANIE M. LEDBETTER
Commission # HH 147618
Expires October 30, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

Personally Known _____ OR Produced Identification _____

Type of Identification Produced_____