# EXHIBIT C

4/11/2022 4:21:58 AM     ███████62@s.whatsapp.net Bear: this was a stupid choice and i felt so awful before leaving but in a way maybe i came here to somehow help her too

4/11/2022 4:23:42 AM     ███████80@s.whatsapp..net Matt Fury: Well if you need it I have Neves and the FBI on stand by as well as a couple Marines And foreign military friends in Eastern Europe