# EXHIBIT B



💬 1     🔁 1     ♡ 10     📊 1,403     ⬆️

**Murdered By Crayons** 🖍 ✔ @CrayonMurders · Jul 12

The first two pages of the indictment document:



💬 2     🔁 4     ♡ 15     📊 1,821     ⬆️

**Avalon** ✔ @Avalon1l · Jul 12

Here for it! You are such a good person to be doing this. Thank you for all you do.

💬 2     🔁     ♡ 8     📊 274     ⬆️

**Avalon** ✔ @Avalon1l · Jul 12

And @Thots_nPlayers too. 🙏

💬     🔁     ♡ 2     📊 57     ⬆️

