# EXHIBIT A



ROMÂNIA



BIROUL DE INFORMARE ȘI RELAȚII PUBLICE
Nr. 655/L/BIRP din data de 21.08.2023
648/L/BIRP

TRIBUNALUL BUCUREȘTI
București, sector 3,
B-dul Unirii, nr. 37

Tel.: 021.408.36.00/int.105
Fax: 021.318.77.31
E-mail: trb-birp@just.ro

Operator de date cu caracter personal nr.2891

## DOAMNEI VICTORIA HIRSCH
whirsch@ncoselaw.org

    Urmare solicitărilor transmise Înaltei Curți de Casație și Justiție și înaintate Tribunalului București, înregistrate la Biroul de Informare și Relații Publice sub nr. **648/L/BIRP/16.08.2023** și nr. **655/L/BIRP/17.08.2023,** vă aducem la cunoștință că, solicitarea dumneavoastră a fost înaintată către conducerea Secției I Penală care a apreciat că, întrucât cauza penală ce prezintă interes pentru dumneavoastră se află în procedura camerei preliminare, această procedură se caracterizează prin lipsa de publicitate.
    Ca atare, informațiile și înscrisurile solicitate privesc o cauză penală aflată pe rol, astfel că sunt incidente dispozițiile art. 12 alin. 1 lit. f) din Legea nr. 544/2001 privind liberul acces la informațiile de interes public, conform cărora „Art. 12. - (1) Se exceptează de la accesul liber al cetățenilor (...) f) informațiile privind procedurile judiciare, dacă publicitatea acestora aduce atingere asigurării unui proces echitabil ori interesului legitim al oricăreia dintre părțile implicate în proces".

### PREȘEDINTELE TRIBUNALULUI BUCUREȘTI,
### JUDECĂTOR GABRIELA MIHAELA RÎȘNOVEANU

Întocmit D.N./1 ex/21.08.2023



ROMÂNIA







TRIBUNALUL BUCUREȘTI
București, sector 3,
B-dul Unirii, nr. 37

Tel.: 021.408.36.00/int.105
Fax: 021.318.77.31
E-mail: trb-birp@just.ro



BIROUL DE INFORMARE ȘI RELAȚII PUBLICE
Nr. 655/L/BIRP din data de 21.08.2023

Personal data controller No 2891

**MRS VICTORIA HIRSCH**
whirschH@coselaw.org

    Urmare solicitărilor transmise High Curți de Casație și Justiții înaintate Tribunalului București, înregistrate la Biroul de Informare și Relații Publice sub nr. 648/L/BIRP/16.08.2023 și nr. **655/L/BIRP/17.08.2023,** vă aducem la cunoștință că, solicitarea dumneavoastră a fost înaintată către conducerea Secției I Penală care a apreciat că, întrucât cauza penală ce prezintă interes pentru dumneavoastră se află în procedura camerei preliminare, această procedură se caracterizează prin lipsa de publicitate.

    As such, the requested information and information concern a p e n d i n g criminal case, so the provisions of Article 12 para. 1 lit. f) of Law no. 544/2001 on free access to information of public interest, according to which „Art. 12. - (1) The following are exempted from free access to1 citizens (...) f) information on judicial proceedings, if their publicity is prejudicial to ensuring a fair trial or to the legitimate interest of any of the parties involved in the process".

**PREȘEDINTELE TRIBUNALULUI BUCUREȘTI,**
**JUDECĂTOR GABRIELA MIHAELA RÎȘNOVEANU**

Întocmit D.N./1 ex/21.08.2023

9/28/23, 2:59 AM
Case 9:23-cv-81150-RLR   Document 56-2   Entered on FLSD Docket 10/01/2023   Page 4 of 6
DeepL Translate: The world's most accurate translator



| Translate text | Translate files | DeepL Write |
| --- | --- | --- |
| 31 languages | .pdf, .docx, .pptx | AI-powered edits |

**Romanian** (detected) ⇄ **English**    Glossary

Urmare solicitarilor transmise Inaltei Curti de Casatie si Justitie si inaintate Tribunalului Bucuresti, inregistrate la Biroul de Informare si Relatii Publice sub nr. 648/L/BIRP/16.08.2023 si nr. va aducem la cunostinta ca solicitarea dumneavoastra a fost inaintata catre conducerea Sectiei I Penala care a apreciat ca, intrucat cauza penala ce prezinta interes pentru dumneavoastra se afla in procedura camerei preliminare, aceasta procedura se caracterizeaza prin lipsa de publicacte.

Following the requests submitted to the High Court of Cassation and Justice and forwarded to the Bucharest Tribunal, registered at the Information and Public Relations Office under no. 648/L/BIRP/16.08.2023 and no. 648/L/BIRP/16.08.2023, we inform you that your request has been forwarded to the management of the First Criminal Section, which has assessed that, since the criminal case of interest to you is in the preliminary chamber procedure, this procedure is characterized by a lack of publicity.

**Dictionary**

The dictionary is unavailable for this language pair.



You are using **DeepL Pro**.
Your texts are never stored.

**Perfect your writing with DeepL Write** ᴮᴱᵀᴬ

Fix grammar and punctuation mistakes, rephrase sentences, express nuances, and find your perfect tone of voice.

Start writing

Translate even faster with DeepL apps



**ROMÂNIA**
**TRIBUNALUL BUCUREȘTI**
**SECȚIA I PENALĂ**
București, Bd. Unirii nr. 37, sector 3
E-mail: trb-grefiersefs1pen@just.ro
Tel: (+4-021) 408.36.00; (+4-021) 408.37.00;
Fax: (+4-021) 408.37.73
*Operator de date cu caracter personal nr. 2891/4460*

Nr. 675/L/BIRP/24.08.2023
Data: 25 august 2023

*675/L/BiRP/29.08.2023*

CĂTRE,
VICTORIA HIRSCH
e-mail: vhirsch@ncoselaw.org

  Referitor la solicitarea înregistrată la Biroul de Informare și Relații Publice din cadrul Tribunalului București sub nr. **675/L/BIRP/24.08.2023**, cu privire la accesul la dosarul electronic aferent dosarelor nr. 37100/3/2022, nr. 8921/3/2023 și nr. 18906/3/2023 înregistrate pe rolul Tribunalului București – Secția I Penală, vă comunicăm următoarele:
  Cauzele ce au făcut obiectul dosarelor nr. 37100/3/2022 și nr. 8921/3/2023, înregistrate pe rolul Tribunalului București – Secția I Penală, au fost soluționate în camera de consiliu.
  Cauza ce face obiectul dosarului nr. 18906/3/2023, înregistrat pe rolul Tribunalului București – Secția I Penală, se află în procedura camerei preliminare, procedură ce se desfășoară, de asemenea, în camera de consiliu.
  Potrivit art. 352 alin. (1) din Codul de procedură penală, ședința de judecată este publică, cu excepția cazurilor prevăzute de lege. Ședința desfășurată în camera de consiliu nu este publică.
  Ca atare, sunt incidente dispozițiile art. 93 alin. (9) din Regulamentul de ordine interioară al instanțelor judecătorești potrivit cărora pot fi eliberate fotocopii ale actelor și hotărârilor din dosarele privind cauzele care au fost sau sunt judecate în ședință nepublică numai părților sau reprezentanților părților, avocaților, experților și interpreților desemnați în cauză.

  Președinte Secția I Penală,         Grefier-șef,
  IVANCIUC SORIN-VASILE       PETREA ELENA EUGENIA

1



ROMANIA BUCURESTI COURT
CRIMINAL DIVISION I

Bucharest, Bd. Unirii no. 37, sectoi' 3
E-mail: trb-grefiersefs1pen@just.ro
Tel: (+4-021) 408.36.00; (+4-021) 408.37.00;
Fax: (*4-021) 408.37.73
*Personal data controller No 2891/4460*



No. 675/L/BIRP/24.08.2023
Date: 25 August 2023

c95JLJ bîĘÿlds 0+.
At;22,

TOWA
RDS, VICTORIA
HIRSCH
e-mail: vhirschfipncose1aw.org

Referring to the request submitted to the Information and Public Relations Office of the Bucharest Tribunal under no. 675/L/BIRP/24.08.2023, regarding access to the electronic file related to case files no. 37100/3/2022, no. 8921/3/2023 and no. 18906/3/2023 registered with the Bucharest Tribunal - Criminal Section I, we inform you of the following:

The cases which were the subject of cases no. 37100/3/2022 and no. 8921/3/2023, registered at the Bucharest Tribunal - Criminal Section I, were settled in the Council Chamber.

The case, which is the subject of case no. 18906/3/2023, registered at the Bucharest District Court - Criminal Section I, is in the preliminary chamber procedure, which is also held in the council chamber.

According to Article 352 para. (1) of the Code of Criminal Procedure, the trial is public, except in the cases provided for by law. The session held in the chamber is not public.

As such, the provisions of Article 93(9) of the Rules of Procedure of the Court of First Instance, according to which photocopies of the documents and decisions in the files of cases which have been or are being heard in closed session may be issued only to the parents or representatives of the parties, lawyers, experts and interpreters appointed in the case, are applicable.

President   Secţia I Penală,
IVANCIUC SORIN-VASILE

Chief Registrar,
PETREA ELENA
EUGENIA