UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-81150-ROSENBERG/REINHART

ANDREW TATE & TRISTAN TATE,

    Plaintiffs,

v.

Jane Doe, et al.,

    Defendants.

_____/

## ORDER SEALING DOCKET ENTRIES

This matter is before the Court on the Court's prior order at docket entry 46 granting the Defendants' motion to proceed under pseudonym. There, the Court granted the Defendants' motion to proceed under the pseudonyms Jane Doe, John Doe, June Doe, Mary Doe, and Liam Doe. It has come to the Court's attention that certain docket entries prior to the Court's order contain the Defendants' real names. Since the Clerk of the Court cannot alter or redact the documents, the Court **ORDERS** the Clerk of the Court to seal docket entries 1 to 45 until further order of the Court.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of October, 2023.

                                                ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record