**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**Case No.: 9:23-cv-81150-RLR**

ANDREW TATE AND TRISTAN TATE,

    Plaintiffs,

vs.

Jane Doe, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** having come before the Court on the Motion to Withdraw as Counsel filed on January 10, 2024, the Court having considered the Motion and all other relevant factors, it is hereby,

**ORDERED AND ADJUDGED**:

The Motion, DE 87, is **GRANTED**. Mary A. Norberg, Esq., is relieved of all further duties as co-counsel of record for Defendants Jane Doe, John Doe, June Doe, and Liam Doe (the "Doe Defendants"). Christian W. Waugh, Esq., of Waugh, PLLC, as well as Danielle Bianculli, Esq., Benjamin W. Bull, Esq., Christen M. Price, Esq., Peter A. Gentala, Esq., and Victoria Hirsch, Esq., of the National Center on Sexual Exploitation remain as counsel of record for the Doe Defendants.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 17th day of January, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record