## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: January 18, 2024

**Clerk of Circuit and County Courts**
15th Judicial Circuit of Florida
Palm Beach County Courthouse
205 North Dixie Highway, Room 3.2300
West Palm Beach, FL 33401

RE:  District Court Case No.: 9:23-cv-81150-RLR

State Court Case No.: 50-02023-CA-011904



FILED BY MC D.C.

JAN 30 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed

to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed

copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the

District Court's certified copy of the Order of Remand.

By _____

Deputy Clerk                **KATTIE M SHERROD**

On: 1/24/2024

Angela E. Noble, Clerk of Court

By _/s/ Patricia Curtis_
Deputy Clerk